# EXHIBIT A

**Maxus Bankruptcy Mutual Contribution Release Agreement Defendants**

| |
|---|
| Alliance Chemical Inc. |
| Arkema Inc. |
| Atlantic Richfield Company |
| BASF Corporation |
| Berol Corporation (c/o Newell Rubbermaid Inc.) |
| CBS Corporation, formerly known as Viacom Inc. and Westinghouse Electric Corporation |
| CNA Holdings LLC |
| Coats & Clark Inc. |
| Covanta Essex Co. (f/k/a American Ref-Fuel Company LLC) |
| Croda Inc. |
| Darling Ingredients Inc. (f/k/a Darling International, Inc.) |
| DII Industries, LLC (f/k/a Dresser Industries, Inc.), a subsidiary of Halliburton Company |
| Elan Chemical Co., Inc. |
| EnPro Industries, Inc., formerly Crucible Steel |
| Essex Chemical Corporation |
| Franklin-Burlington Plastics, Inc. (f/k/a Franklin Plastics Corporation) |
| Garfield Molding Company, Inc./Garfield Manufacturing Company |
| General Electric Company |
| Hexcel Corporation (f/k/a Fine Organics, Inc.) |
| Hoffmann-La Roche, Inc. |
| Honeywell International, Inc. |
| LeeMilt's Petroleum, Inc. (f/k/a Power Test Corporation) |
| McKesson Corporation |
| Newell Brands Inc. (f/k/a Newell Rubbermaid, Inc.) |
| Novelis Corporation (f/k/a Alcan Aluminum Corporation) |
| Otis Elevator Company |
| Pharmacia LLC (f/k/a Monsanto Company) |
| Pitt-Consol Chemical Company, a subsidiary of Du Pont Chemical and Energy Operations, Inc. |
| Purdue Pharma Technologies, Inc. |
| Quala Systems, Inc. |
| Quality Carriers, Inc. (a/k/a Quality Distribution, Inc., f/k/a Chemical Leaman Tank Lines, Inc.) |
| Revere Smelting & Refining Corporation |
| Stanley Black & Decker Inc. (f/k/a The Stanley Works) |
| Sunoco (R&M), LLC (as a successor to Sun Oil Company) |
| Sunoco Partners Marketing & Terminals L.P. |
| A.E. Staley Manufacturing Company |
| Teval Corporation, formerly Guyon General Piping, Inc. |
| Textron, Inc. |
| The Hartz Mountain Corporation (f/k/a Sternco Industries, Inc.) |
| The Newark Group, Inc. |
| Tiffany and Company |

**Parties With No Maxus Bankruptcy Mutual Contribution Release**

| |
|---|
| 21st Century Fox America, Inc. (f/k/a News America, Inc./Montrose Chemical Company/Chris Craft Industries) |
| 3M Company |
| Akzo Nobel Coatings, Inc. |
| Alden Leeds Inc. |
| American Inks & Coatings Corporation |
| APOLAN International, Inc. (f/k/a Atlantic Polymers & Products, Inc.) |
| Ashland LLC (f/k/a Ashland Chemical Company) |
| Atlas Refinery, Inc. (a/k/a Atlas Refining, Inc.) |
| Aventisub LLC (f/k/a Roussel Uclaf) |
| BASF Catalysts LLC (f/k/a Engelhard Corporation) |
| Bath Iron Works Corporation |
| Benjamin Moore & Co. |
| Borden & Remington Corp. |
| Campbell Foundry Company |
| Canning Gumm LLC |
| Chargeurs Wool (USA) Inc. (f/k/a United Piece Dye Works) |
| Chargeurs, Inc. |
| Chemtrade Chemicals Corporation (as successor to Essex Industrial Chemicals Inc.) |

**EXHIBIT A**  1 of 2

| |
|---|
| Clean Earth of North Jersey, Inc. |
| Conopco, Inc. (f/k/a S. B. Penick Company), d/b/a Unilever Best Foods North America |
| Cooper Industries, LLC |
| Curtiss-Wright Corporation |
| E.I. du Pont de Nemours and Company |
| Eden Wood Corporation |
| Emerald Kalama Chemical, LLC (f/k/a Kalama Chemicals) |
| Everett Smith Group Ltd. (f/k/a Blanchard Bro. & Lane, Eagle Ottawa Leather, Albert Trostel & Sons) |
| Flint Group Incorporated (f/k/a Flint Ink Corporation) |
| Fort James LLC (f/k/a Fort James Corporation f/k/a Crown Zellerbach Corporation) |
| Foundry Street Corporation |
| Foundry Street Development, LLC |
| Givaudan Fragrances Corporation (formerly known as Givaudan-Roure Corporation) |
| Goodrich Corporation |
| Harris Corporation (f/k/a ITT Corporation, f/k/a ITT Industries, Inc.) |
| Hexion Inc. (f/k/a Borden Chemical, Inc.) |
| Houghton International Inc. (f/k/a E.F. Houghton & Co., Inc.) |
| Ingredion Incorporated |
| Innospec Active Chemicals LLC (f/k/a Finetex, Inc.) |
| INX International Ink Co. (f/k/a Midland Color Company and f/k/a Roberts & Carlson, Inc.) |
| ISP Chemicals LLC (f/k/a International Specialty Products, Inc. and ISP Van Dyk, Inc.) |
| Johnson & Johnson |
| Kalama Specialty Chemicals, Inc. (f/k/a Kalama Chemical Inc.) |
| Kearny Smelting & Refining Corp. |
| Legacy Vulcan, LLC (f/k/a Legacy Vulcan, LLC (f/k/a Vulcan Materials Company; f/k/a Kolker Chemical Corporation) |
| Mallinckrodt LLC |
| Marathon Oil Corporation (f/k/a USX Corp., f/k/a Federal Shipbuilding & Dry Dock Company) |
| Melon Leasing Corporation, Inc. |
| Meltser-Tonnele Avenue LLC |
| MI Holdings, Inc. |
| Nappwood Land Corporation |
| National-Standard LLC |
| Nokia of America Corporation (f/k/a Alcatel-Lucent USA, Inc. and Lucent Technologies, Inc. and Western Electric Company, Inc.) |
| Novartis Corporation (f/k/a Ciba Geigy Corporation) |
| Noveon Hilton Davis, Inc., a subsidiary of Dystar LP |
| Pabst Brewing Company, LLC |
| Palin Enterprises L.L.C. |
| Pfister Urban Renewal Corporation |
| PMC Global, Inc. (a/k/a Kleer Kast, a Division of PMC Inc.) |
| PPG Industries, Inc. |
| Public Service Electric and Gas Company |
| R. T. Vanderbilt Holding Company, Inc. (f/k/a R. T. Vanderbilt Company, Inc. as successor to Vanderbilt Chemical Corporation) |
| Reckitt Benckiser LLC |
| Rexam Beverage Can Company (f/k/a American National Can Company) |
| Roselle Mausoleum Maintenance Fund, Inc. (f/k/a Peter Roselle & Sons, Inc.) |
| Royce Associates, a Limited Partnership (f/k/a Royce Chemical Company) |
| RTC Properties, Inc. (f/k/a Union Minerals & Alloys Corporation) |
| Safety-Kleen Envirosystems Company |
| Schiffenhaus Packaging Corporation |
| Sequa Corporation |
| Seton Company, Inc. |
| Spectraserv, Inc., a privately held corporation owned by members of the Joseph P. Miele family and a successor company to Modern Transportation Company |
| Staley Holdings LLC |
| STWB Inc. |
| Sun Chemical Corporation |
| Tate & Lyle Ingredients Americas LLC |
| The Okonite Company, Inc. |
| The Sherwin-Williams Company |
| United States Steel Corporation (f/k/a USX Corp., f/k/a Federal Shipbuilding & Dry Dock Company) |
| Wiggins Plastics, Inc. |
| Zeneca Inc. |

**EXHIBIT A**