# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC.; 3M COMPANY; A.E. STALEY MANUFACTURING COMPANY; AKZO NOBEL COATINGS, INC.; ALDEN LEEDS INC.; ALLIANCE CHEMICAL INC.; AMERICAN INKS & COATINGS CORPORATION; APOLAN INTERNATIONAL, INC.; ARKEMA INC.; ASHLAND LLC; ATLANTIC RICHFIELD COMPANY; ATLAS REFINERY, INC.; AVENTISUB LLC; BASF CATALYSTS LLC; BASF CORPORATION; BATH IRON WORKS CORPORATION; BENJAMIN MOORE & CO.; BEROL CORPORATION; BORDEN & REMINGTON CORP.; CAMPBELL FOUNDRY COMPANY; CANNING GUMM LLC; CBS CORPORATION; CHARGEURS WOOL (USA) INC.; CHARGEURS, INC.; CHEMTRADE CHEMICALS CORPORATION; CLEAN EARTH OF NORTH JERSEY, INC.; CAN HOLDINGS LLC; COATS & CLARK INC.; CONOPCO, INC.; COOPER INDUSTRIES, LLC; COVANTA ESSEX CO.; CRODA INC.; CURTISS-WRIGHT CORPORATION; DARLING INGREDIENTS INC.; DII INDUSTRIES, LLC; E.I. DU PONT DE NEMOURS AND COMPANY; EDEN WOOD CORPORATION; ELAN CHEMICAL CO., INC.; EMERALD KALAMA CHEMICAL, LLC; ENPRO INDUSTRIES, INC.; ESSEX CHEMICAL CORPORATION; EVERETT SMITH GROUP LTD.; FLINT GROUP INCORPORATED; FORT JAMES LLC; FOUNDRY STREET CORPORATION; FOUNDRY STREET DEVELOPMENT, LLC; FRANKLIN-BURLINGTON PLASTICS, INC.; GARFIELD | HON. JOSE L. LINARES, U.S.D.J.<br>Civil Action No. 2:18-CV-11273 (JLL-JAD)<br><br>**STATEMENT PURSUANT TO<br>FED. R. CIV. P. 7.1**<br><br>(Document Electronically Filed) |

MOLDING COMPANY, INC.; GENERAL ELECTRIC COMPANY; GIVAUDAN FRAGRANCES CORPORATION; GOODRICH CORPORATION; HARRIS CORPORATION; HEXCEL CORPORATION; HEXION INC.; HOFFMANN-LA ROCHE, INC.; HONEYWELL INTERNATIONAL, INC.; HOUGHTON INTERNATIONAL INC.; INGREDION INCORPORATED; INNOSPEC ACTIVE CHEMICALS LLC; INX INTERNATIONAL INK CO.; ISP CHEMICALS LLC; JOHNSON & JOHNSON; KALAMA SPECIALTY CHEMICALS, INC.; KEARNY SMELTING & REFINING CORP.; LEEMILT'S PETROLEUM, INC.; LEGACY VULCAN, LLC; MALLINCKRODT LLC; MARATHON OIL CORPORATION; MCKESSON CORPORATION; MELON LEASING CORPORATION, INC.; MELTSER - TONNELE AVENUE LLC; MI HOLDINGS, INC.; NAPPWOOD LAND CORPORATION; NATIONAL-STANDARD LLC; NEWELL BRANDS INC.; NOKIA OF AMERICA CORPORATION; NOVARTIS CORPORATION; NOVELIS CORPORATION; NOVEON HILTON DAVIS, INC.; OTIS ELEVATOR COMPANY; PABST BREWING COMPANY, LLC; PALIN ENTERPRISES L.L.C.; PFISTER URBAN RENEWAL CORPORATION; PHARMACIA LLC; PITT-CONSOL CHEMICAL COMPANY; PMC GLOBAL, INC.; PPG INDUSTRIES, INC.; PUBLIC SERVICE ELECTRIC AND GAS COMPANY; PURDUE PHARMA TECHNOLOGIES, INC.; QUALA SYSTEMS, INC.; QUALITY CARRIERS, INC.; R. T. VANDERBILT HOLDING COMPANY, INC.; RECKITT BENCKISER LLC; REVERE SMELTING & REFINING CORPORATION; REXAM BEVERAGE CAN COMPANY; ROSELLE MAUSOLEUM MAINTENANCE FUND, INC.; ROYCE ASSOCIATES, A LIMITED PARTNERSHIP; RTC PROPERTIES, INC.; SAFETY-KLEEN ENVIROSYSTEMS COMPANY; SCHIFFENHAUS PACKAGING

| |
|---|
| CORPORATION; SEQUA CORPORATION; SETON COMPANY, INC.; SPECTRASERV, INC.; STALEY HOLDINGS LLC; STANLEY BLACK & DECKER INC.; STWB INC.; SUN CHEMICAL CORPORATION; SUNOCO (R&M), LLC; SUNOCO PARTNERS MARKETING & TERMINALS L.P.; TATE & LYLE INGREDIENTS AMERICAS LLC; TEVAL CORPORATION; THE HARTZ MOUNTAIN CORPORATION; THE NEWARK GROUP, INC.; THE OKONITE COMPANY, INC.; THE SHERWIN-WILLIAMS COMPANY; TIFFANY AND COMPANY; UNITED STATES STEEL CORPORATION; WIGGINS PLASTICS, INC.; AND ZENECA INC. TEXTRON, INC.; THE HARTZ MOUNTAIN CORPORATION; THE NEWARK GROUP, INC.; THE OKONITE COMPANY, INC.; THE SHERWIN-WILLIAMS COMPANY; TIFFANY AND COMPANY; UNITED STATES STEEL CORPORATION; WIGGINS PLASTICS, INC.; AND ZENECA INC., <br><br>  Defendants. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Franklin-Burlington Plastics, Inc. ("Franklin-Burlington") certifies as follows. Franklin-Burlington is a wholly-owned subsidiary of Laconian Holding Company. Laconian Holding Company is a wholly-owned subsidiary of PolyOne Corporation, which is publicly held. No publicly-held corporation owns 10% or more of Franklin-Burlington's stock.

Dated: September 12, 2018         */s/ Reynold Lambert*
                                  Reynold Lambert
                                  **LOWENSTEIN SANDLER LLP**
                                  One Lowenstein Drive
                                  Roseland, New Jersey 07068
                                  (973) 597-2500
                                  Email: rlambert@lowenstein.com

                                  *Attorneys for Defendant*
                                  *Franklin-Burlington Plastics, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the within Statement was filed and served upon all counsel of record via the Court's ECF system.

                                               */s/ Reynold Lambert*
                                               Reynold Lambert

Dated: September 12, 2018