Diana L. Buongiorno, Esq.
Chisea Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
*Attorneys for Palin Enterprises, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> 21st CENTURY FOX AMERICA, INC., ET AL. <br><br> Defendants. | Civil Action No. 18-cv-11273 (JLL)(JAD) <br><br> Civil Action <br><br> **DEFENDANT PALIN ENTERPRISES, LLC'S CORPORATE-DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Palin Enterprises, LLC certifies that this party is a privately held limited liability company organized and existing under the laws of the State of New Jersey, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock or ownership interest.

> Diana L. Buongiorno, Esq.
> Chiesa Shahinian & Giantomasi PC
> One Boland Drive
> West Orange, NJ 07052
> Tel:   973-530-2075
> Fax:   973-530-2275
> E-Mail: dbuongiorno@csglaw.com

Dated: September 12, 2018        /s/ Diana L. Buongiorno
                                 Diana L. Buongiorno, Esq.
                                 CHIESA SHAHINIAN & GIANTOMASI PC

7816910.1