**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Tel:  (973) 848-4000
*Attorneys for WestRock-Southern*
*Container, LLC (improperly named as*
*Schiffenhaus Packaging Corporation)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> 21st CENTURY FOX AMERICA, INC.; 3M COMPANY; A.E. STANLEY MANUFACTURING COMPANY; AKZO NOBEL COATINGS, INC.; ALDEN LEEDS INC.; ALLIANCE CHEMICAL INC.; AMERICAN INKS & COATINGS CORPORATION; APOLAN INTERNATIONAL, INC.; ARKEMA INC.; ASHLAND LLC; ATLANTIC RICHFIELD COMPANY; ATLAS REFINER, INC.; AVENTISUB LLC; BASF CATALYSTS LLC; BASF CORPORATION; BATH IRON WORKS CORPORATION; BENJAMIN MOORE & CO.; BEROL CORPORATION; BORDEN & REMINGTON CORP.; CAMPBELL FOUNDRY COMPANY; CANNING GUMM LLC; CBS CORPORATION; CHARGEURS WOOL (USA) INC.; CHARGEURS, INC.; CHEMTRADE CHEMICALS CORPORATION; CLEAN EARTH OF NEW JERSEY, INC.; CAN HOLDINGS LLC; COATS & CLARK INC.; CONOPCO, INC.; COOPER INDUSTRIES, LLC; COVANTA ESSEX CO.; CRODA INC.; CURTISS-WRIGHT CORPORATION; DARLING INGREDIENTS INC.; DII INDUSTRIES, LLC; E.I. DU PONT DE NEMOURS AND COMPANY; EDEN WOOD CORPORATION; ELAN CHEMICAL CO., INC.; EMERALD KALAMA CHEMICAL, LLC; ENPRO INDUSTRIES, INC.; ESSEX CHEMICAL | Civil Action No.: 2:18-CV-11273 <br><br> *DOCUMENT ELECTRONICALLY FILED* <br><br> **CERTIFICATION OF SERVICE** |

CORPORATION; EVERETT SMITH GROUP LTD.; FLINT GROUP INCORPORATED; FORT JAMES LLC; FOUNDRY STREET CORPORATION; FOUNDRY STREET DEVELOPMENT, LLC; FRANKLIN-BURLINGTON PLASTICS, INC.; GARFIELD MOLDING COMPANY, INC.; GENERAL ELECTRIC COMPANY; GIVAUDAN FRAGRANCES CORPORATION; GOODRICH CORPORATION; HARRIS CORPORATION; HEXCEL CORPORATION; HEXION INC.; HOFFMANN-LA ROCHES, INC.; HONEYWELL INTERNATIONAL, INC.; HOUGHTON INTERNATIONAL INC.; INGREDION INCORPORATED; INNOSPEC ACTIVE CHEMICALS LLC; INX INTERNATIONAL INK CO.; ISP CHEMICALS LLC; JOHNSON & JOHNSON; KALAMA SPECIALTY CHEMICALS, INC.; KEARNY SMELTING & REFINING CORP.; LEEMILT'S PETROLEUM, INC.; LEGACY VULCAN, LLC; MALLINCKRODT LLC; MARATHON OIL CORPORATION; MCKESSON CORPORATION; MELON LEASING CORPORATION, INC.; MELTSER-TONNELE AVENUE LLC; MI HOLDINGS, INC.; NAPPWOOD LAND CORPORATION; NATIONAL-STANDARD LLC; NEWELL BRANDS INC.; NOKIA OF AMERICA CORPORATION; NOVARTIS CORPORATION; NOVELIS CORPORATION; NOVEON HILTON DAVIS, INC.; OTIS ELEVATOR COMPANY; PABST BREWING COMPANY, LLC; PALIN ENTERPRISES L.L.C.; PFISTER URBAN RENEWAL CORPORATION; PHARMACIA LLC; PITT-CONSOL CHEMICAL COMPANY; PMC GLOBAL, INC.; PPG INDUSTRIES, INC.; PUBLIC SERVICE ELECTRIC AND GAS COMPANY; PURDUE PHARMA TECHNOLOGIES, INC.; QUALA SYSTEMS, INC.; RECKITT BENCKISER LLC; REVERE SMELTING & REFINING CORPORATION; REXAM BEVERAGE CAN COMPANY; ROSELLE MAUSOLEUM MAINTENANCE FUND, INC.; ROYCE ASSOCIATES, A LIMITED PARTNERSHIP; RTC PROPERTIES, INC.; SAFETY-KLEEN ENVIROSYSTEMS COMPANY; SCHIFFENHAUS

PACKAGING CORPORATION; SEQUA CORPORATION; SETON COMPANY, INC.; SPECTRASERV, INC.; STALEY HOLDINGS LLC; STANLEY BLACK & DECKER INC.; STWB INC.; SUN CHEMICAL CORPORATION; SUNOCO (R&M), LLC; SUNOCO PARTNERS MARKETING & TERMINALS L.P.; TATE & LYLE INGREDIENTS AMERICAS LLC; TEVAL CORPORATION; TEXTRON, INC.; THE HARTZ MOUNTAIN CORPORATION; THE NEWARK GROUP, INC.; THE OKONITE COMPANY, INC.; THE SHERWIN-WILLIAMS COMPANY; TIFFANY AND COMPANY; UNITED STATES STEEL CORPORATION; WIGGINS PLASTICS, INC.; AND ZENECA INC.,

Defendants.

I, Brian S. Montag, of full age, hereby certify as follows:

1.      I am a partner with the law firm of K&L Gates, LLP, attorneys for Defendant, WestRock-Southern Container, LLC (improperly named as Schiffenhaus Packaging Corporation).

2.      On October 12, 2018, I caused to be served, via ECF:  (1) a Rule 7.1 Corporate Disclosure Statement; and (2) this Certification of Service, on all counsel of record.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Newark, New Jersey
      October 12, 2018

**K&L GATES LLP**

By:   /s/ Brian S. Montag

Brian S. Montag
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Tel:  (973) 848-4044
Brian.Montag@klgates.com

*Attorneys for WestRock-Southern
Container, LLC (improperly named as
Schiffenhaus Packaging Corporation)*