

**DIANA L. BUONGIORNO**
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052
973.530.2075
Fax: 973.530.2275
dbuongiorno@csglaw.com

csglaw.com

November 6, 2018

*VIA CM/ECF*

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court - District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
Docket No.: 2:18-cv-11273-MCA-JAD

Dear Judge Arleo:

This firm represents Curtiss-Wright Corporation, Palin Enterprises, LLC, and Spectraserv, Inc. (hereinafter the "CSG Group") in the above-referenced matter. In accordance with Paragraph 5 of the Pre-26(f) Conference Scheduling Order (Dkt. No. 395), the CSG Group hereby joins the Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), dated September 12, 2018, served by counsel for the Small Parties Group. The CSG Group will rely upon and hereby adopts the arguments set forth in the Small Parties Group Defendants' Brief in Support of its Motion to Dismiss Plaintiff Occidental Chemical Corporation's Complaint. As permitted by Paragraph 5 of the Pre-26(f) Conference Scheduling Order the CSG Group reserves the right to participate in oral argument if Your Honor grants oral argument on the motion.

Accordingly, for the reasons set forth in the Small Parties Group Defendants' Brief in Support of its Motion to Dismiss Plaintiff Occidental Chemical Corporation's Complaint, the CSG Group respectfully requests that Your Honor grant the requested relief.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

/s/ *Diana L. Buongiorno*

Diana L. Buongiorno

cc: All Counsel of Record (via CM/ECF)