**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547
Attorneys for Defendants
By: David R. Erickson, Esq. (admitted *pro hac vice*)
Joseph H. Blum (NJ Bar No. 010211984)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

OCCIDENTAL CHEMICAL CORPORATION,

Plaintiff,

v.

21ST CENTURY FOX AMERICA, INC.; 3M COMPANY; A.E. STALEY MANUFACTURING COMPANY; AKZO NOBEL COATINGS, INC.; ALDEN LEEDS INC.; ALLIANCE CHEMICAL INC.; AMERICAN INKS & COATINGS CORPORATION; APOLAN INTERNATIONAL, INC.; ARKEMA INC.; ASHLAND LLC; ATLANTIC RICHFIELD COMPANY; ATLAS REFINERY, INC.; AVENTISUB LLC; BASF CATALYSTS LLC; BASF CORPORATION; BATH IRON WORKS CORPORATION; BENJAMIN MOORE & CO.; BEROL CORPORATION; BORDEN & REMINGTON CORP.; CAMPBELL FOUNDRY COMPANY; CANNING GUMM LLC; CBS CORPORATION; CHARGEURS WOOL (USA) INC.; CHARGEURS, INC.; CHEMTRADE CHEMICALS CORPORATION; CLEAN EARTH OF NORTH JERSEY, INC.; CNA HOLDINGS LLC; COATS & CLARK INC.; CONOPCO, INC.; COOPER INDUSTRIES, LLC; COVANTA ESSEX CO.; CRODA INC.; CURTISS-WRIGHT CORPORATION; DARLING INGREDIENTS INC.; DII INDUSTRIES, LLC; E.I. DU PONT DE NEMOURS AND

Hon. Madeline Cox Arleo
Hon. Joseph A. Dickson

Civil Action No. 2:18-CV-11273 (MCA-JAD)

**NOTICE OF MOTION**

Return Date: November 30, 2018
Oral Argument Requested

COMPANY; EDEN WOOD CORPORATION; ELAN CHEMICAL CO., INC.; EMERALD KALAMA CHEMICAL, LLC; ENPRO INDUSTRIES, INC.; ESSEX CHEMICAL CORPORATION; EVERETT SMITH GROUP LTD.; FLINT GROUP INCORPORATED; FORT JAMES LLC; FOUNDRY STREET CORPORATION; FOUNDRY STREET DEVELOPMENT, LLC; FRANKLIN-BURLINGTON PLASTICS, INC.; GARFIELD MOLDING COMPANY, INC.; GENERAL ELECTRIC COMPANY; GIVAUDAN FRAGRANCES CORPORATION; GOODRICH CORPORATION; HARRIS CORPORATION; HEXCEL CORPORATION; HEXION INC.; HOFFMANN-LA ROCHE, INC.; HONEYWELL INTERNATIONAL, INC.; HOUGHTON INTERNATIONAL INC.; INGREDION INCORPORATED; INNOSPEC ACTIVE CHEMICALS LLC; INX INTERNATIONAL INK CO.; ISP CHEMICALS LLC; JOHNSON & JOHNSON; KALAMA SPECIALTY CHEMICALS, INC.; KEARNY SMELTING & REFINING CORP.; LEEMILT'S PETROLEUM, INC.; LEGACY VULCAN, LLC; MALLINCKRODT LLC; MARATHON OIL CORPORATION; MCKESSON CORPORATION; MELON LEASING CORPORATION, INC.; MELTSER - TONNELE AVENUE LLC; MI HOLDINGS, INC.; NAPPWOOD LAND CORPORATION; NATIONAL-STANDARD LLC; NEWELL BRANDS INC.; NOKIA OF AMERICA CORPORATION; NOVARTIS CORPORATION; NOVELIS CORPORATION; NOVEON HILTON DAVIS, INC.; OTIS ELEVATOR COMPANY; PABST BREWING COMPANY, LLC; PALIN ENTERPRISES L.L.C.; PFISTER URBAN RENEWAL CORPORATION; PHARMACIA LLC; PITT-CONSOL CHEMICAL COMPANY; PMC GLOBAL, INC.; PPG INDUSTRIES, INC.; PUBLIC SERVICE ELECTRIC AND GAS COMPANY; PURDUE PHARMA TECHNOLOGIES, INC.; QUALA SYSTEMS, INC.; QUALITY CARRIERS, INC.; R. T.

VANDERBILT HOLDING COMPANY, INC.; RECKITT BENCKISER LLC; REVERE SMELTING & REFINING CORPORATION; REXAM BEVERAGE CAN COMPANY; ROSELLE MAUSOLEUM MAINTENANCE FUND, INC.; ROYCE ASSOCIATES, A LIMITED PARTNERSHIP; RTC PROPERTIES, INC.; SAFETY-KLEEN ENVIROSYSTEMS COMPANY; SCHIFFENHAUS PACKAGING CORPORATION; SEQUA CORPORATION; SETON COMPANY, INC.; SPECTRASERV, INC.; STALEY HOLDINGS LLC; STANLEY BLACK & DECKER INC.; STWB INC.; SUN CHEMICAL CORPORATION; SUNOCO (R&M), LLC; SUNOCO PARTNERS MARKETING & TERMINALS L.P.; TATE & LYLE INGREDIENTS AMERICAS LLC; TEVAL CORPORATION; THE HARTZ MOUNTAIN CORPORATION; THE NEWARK GROUP, INC.; THE OKONITE COMPANY, INC.; THE SHERWIN-WILLIAMS COMPANY; TIFFANY AND COMPANY; UNITED STATES STEEL CORPORATION; WIGGINS PLASTICS, INC.; AND ZENECA INC. TEXTRON, INC.

Defendants.

**TO:** John J. McDermott, Esq.
William J. Stack, Esq.
Charles J. Dennen, Esq.
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033

Kathy D. Patrick, Esq.
Anthony N. Kaim, Esq.
Jorge M. Gutierrez, Esq.
GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

Larry D. Silver, Esq.
David E. Romaine, Esq.
Jennifer Graham Meyer, Esq.

Erin M. Carter, Esq.
LANGSAM STEVENS SILVER & HOLLAENDER, LLP
1818 Market Street, Suite 2610
Philadelphia, PA 19103

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*

**PLEASE TAKE NOTICE** that, pursuant to this Court's Pre-Answer Scheduling Order (ECF # 12), on November 30, 2018, or as soon thereafter as counsel may be heard, the undersigned common counsel for a group of defendants referred to as the Small Parties Group (the "SPG"), as identified in Exhibit 1 to the Certification of Joseph H. Blum, Esq., shall move before the Honorable Jose L. Linares, U.S.D.J., for an Order granting SPG Defendants' Motion to Dismiss Plaintiff Occidental Chemical Corporation's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion, SPG Defendants shall rely on their Brief and the Certification of Joseph H. Blum, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.


Dated: September 12, 2018    /s/ Joseph H. Blum
David R. Erickson (admitted *pro hac vice*)
Joseph H. Blum (NJ Bar No. 010211984)
SHOOK, HARDY & BACON LL
2555 Grand Boulevard
Kansas City, MO 64108-2613
*Common Counsel for the Small Parties Group*

/s/ Andrew Muscato
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
Andrew Muscato
Four Times Square
New York, New York 10036
(212) 735-3000 (telephone)
(212) 735-2000 (fax)
Email: andrew.muscato@skadden.com
*Counsel for 21st Century Fox America Inc.*

/s/ Ira Gottlieb
Ira Gottlieb
Cynthia S. Betz
McCarter & English, LLP
100 Mulberry Street
4 Gateway Center
Newark, New Jersey 07102
973-622-4444
igottlieb@mccarter.com
cbetz@mcarter.com
*Attorneys for Akzo Nobel Coatings Inc.*

/s/ Paula A. Martin
Paula A. Martin
Legacy Site Services LLC
RETIA USA LLC
665 Stockton Drive
Suite 100
Exton, PA 19341
Office Phone: 865-596-7655
Email: paula.martin@total.com
*Attorney for Arkema Inc.*

/s/ Glenn Harris
BALLARD SPAHR LLP
Glenn Harris
David Haworth
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
Telephone: 856.761.3440
Facsimile: 856.761.1020
harrisg@ballardspahr.com
haworthd@ballardspahr.com
*Counsel for Atlantic Richfield Co.*

/s/ Keith McManus
BRESSLER, AMERY & ROSS, P.C
Keith McManus
David Schneider
325 Columbia Turnpike, Suite 301
Florham Park, New Jersey 07932
Telephone: 973.514.1200
Facsimile: 973.514.1660
kmcmanus@bressler.com
dschneider@bressler.com
*Counsel for BASF Corporation (on its own behalf and on behalf of BASF Catalysts LLC) and Novartis Corporation*

*/s/ George C. Jones*
George C. Jones
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Telephone: (973) 993-8100
Facsimile: (973) 425-0161
gjones@mdmc-law.com
Anne S. Kenney
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: 312.840.8676
Facsimile: 312.840.8776
akenney@jenner.com
*Attorneys for Bath Iron Works Corporation*

/s/ Eric Aronson
GREENBERG TRAURIG, LLP
Eric S. Aronson
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: 973.360.7900
Facsimile: 973.301.8410
aronsone@gtlaw.com
*Counsel for Benjamin Moore & Co., Inc.*

/s/ Bina Joshi
SCHIFF HARDIN LLP
Bina Joshi

Ryan Granholm
bjoshi@schiffhardin.com
rgranholm@schiffhardin.com
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: 312.258.5500
Facsimile: 312.258.5600
Andrew Sawula
One Westminster Place, Suite 200
Lake Forest, Illinois 60045
Telephone: 847.295.4336
Facsimile: 847.295.7810
asawula@schiffhardin.com
*Counsel for Berol Corporation and Newell Brands Inc.*

/s/ Wendy Klein
COLE SCHOTZ P.C.
Wendy Klein
David Kohane
Heather Demirjian
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Telephone: 201.525.6266
Facsimile: 201.678.6266
wklein@coleschotz.com
dkohane@coleschotz.com
hdemirjian@coleschotz.com
*Counsel for Canning Gumm LLC and Pabst Brewing Company, LLC*

/s/ Marc J. Felezzola
BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.
Marc. J. Felezzola
mfelezzola@babstcalland.com
Lindsay P. Howard
lhoward@babstcalland.com
Mark D. Shepard
mshepard@babstcalland.com
Alana E. Fortna
afortna@babstcalland.com
Two Gateway Center, 6th Floor
Pittsburgh, Pennsylvania 15222
(412) 394-5400
(412) 394-6576 (Fax)
*Attorneys for CBS Corporation*

/s/ Jim O'Toole
BUCHANAN INGERSOLL & ROONEY PC
James "Jim" O'Toole
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
Telephone: 215.665.3857
Facsimile: 215.665.8760
james.otoole@bipc.com
*Counsel for CNA Holdings LLC*

/s/ Dan Chorost
SIVE, PAGET & RIESEL P.C.
Dan Chorost
Jeffrey B. Gracer
Daniel Riesel
Adam Stolorow
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: 212.421.2150
Facsimile: 212.421.1891
dchorost@sprlaw.com
jgracer@sprlaw.com
driesel@sprlaw.com
astolorow@sprlaw.com
*Counsel for Coats & Clark Inc.*

/s/ Richard B. Harper
BAKER BOTTS LLP
Richard B. Harper
Joshua B. Frank
Martha S. Thomsen
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212.408.2675
Facsimile: 212.259.2475
Richard.Harper@bakerbotts.com
*Counsel for Conopco, Inc., d/b/a Unilever (as successor to CPC/Bestfoods, former parent of Penick Corporation); DII Industries, LLC; Hexcel Corporation*

/s/ Barbara Kelly
Barbara Kelly
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
200 Campus Drive
Florham Park, NJ 07932-0668
Telephone: 973.735.5765
Facsimile: 973.624.0808
barbara.kelly@wilsonelser.com
*Counsel for Covanta Essex Company and National Standard LLC*

/s/ Stephen Swedlow
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen Swedlow
191 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: 312.705.7400
Facsimile: 312.705.7401
stephenswedlow@quinnemanuel.com
Matthew Robson
Margaret Schmidt
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212.849.7489
Facsimile: 212.849.7100
matthewrobson@quinnemanuel.com
margaretschmidt@quinnemanuel.com
*Counsel for Croda, Inc.*

/s/ Glenn Harris
BALLARD SPAHR LLP
Glenn Harris
David Haworth
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
Telephone: 856.761.3440
Facsimile: 856.761.1020
harrisg@ballardspahr.com
haworthd@ballardspahr.com
*Counsel for E.I. du Pont de Nemours and Company on its own behalf and on behalf of Pitt-Consol Chemical Company*

*/s/ Dwayne F. Stanley*
Dwayne F. Stanley
Charles E. Merrill*
Megan P. Caldwell*
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Ste. 600
St. Louis, MO 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505
E-mail:
Dwayne.stanley@huschblackwell.com
*Counsel for Defendant EnPro Holdings Inc.*

/s/ Kenneth Mack
FOX ROTHSCHILD LLP
Kenneth Mack
997 Lenox Drive
Princeton Pike Corporate Center
Lawrenceville New Jersey 08648
Telephone: 609.896.3600
Facsimile: 609.896.1469
kmack@foxrothschild.com
*Counsel for Essex Chemical Corporation*

/s/ Norman Spindel
LOWENSTEIN SANDLER LLP
Norman Spindel
Reynold “Rey” Lambert
Allison Gabala
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
Facsimile: 973.597.2400
nspindel@lowenstein.com
rlambert@lowenstein.com
agabala@lowenstein.com
*Counsel for Franklin-Burlington Plastics, Inc.*

/s/ Patrick J. McStravick
RICCI TYRRELL JOHNSON & GREY
Patrick J. McStravick
Kelly J. Woy
1515 Market Street, Suite 700
Philadelphia, Philadelphia 19102
Telephone: 215.320.3260

Facsimile: 215.320.3261
pmcstravick@rtjglaw.com
kwoy@rtjglaw.com
*Counsel for Garfield Molding Co., Inc.*

/s/ Gary Gengel
LATHAM & WATKINS LLP
Gary Gengel
Kegan Brown
Thomas Pearce
885 Third Avenue
New York, New York 10022
Telephone: 212.906.1200
Facsimile: 212.751.4864
gary.gengel@lw.com
kegan.brown@lw.com
Thomas.Pearce@lw.com
*Counsel for General Electric Company, PPG Industries, Inc. and Sequa Corporation*

/s/ Curtis Michael
HOROWITZ RUBINO & PATTON
Curtis Michael
400 Plaza Drive, PO Box 2038
Secaucus, New Jersey 07094
Telephone: 201.863.7988
Facsimile: 201.272.6136
Curt.michael@hrplaw.com
*Counsel for The Hartz Mountain Corporation*

/s/ Glenn Harris
BALLARD SPAHR LLP
Glenn Harris
David Haworth
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
Telephone: 856.761.3440
Facsimile: 856.761.1020
harrisg@ballardspahr.com
haworthd@ballardspahr.com
*Counsel for Johnson & Johnson*

/s/ Nicole R. Moshang
MANKO, GOLD, KATCHER & FOX LLP
Nicole R. Moshang
James M. McClammer
401 City Avenue, Suite 901
Bala Cynwyd, Pennsylvania 19004
Telephone: 484.430.5700
Facsimile: 484.430.5711
nmoshang@mankogold.com
jmcclammer@mankogold.com
*Counsel for Leemilt's Petroleum, Inc.*

/s/ Michael P. McThomas
MICHAEL P. MCTHOMAS, PLLC
Michael P. McThomas Esq.
One Lee Hill Road
Andover, New Jersey 07821
Telephone: 973.691.4711
Facsimile: 973.368.1022
Email: mpm@mmctlaw.com
*Counsel for McKesson Corporation and Safety-Kleen Envirosystems Company*

/s/ Michael L. Rich
PORZIO BROMBERG & NEWMAN, P.C.
Thomas Spiesman
Michael L. Rich
100 Southgate Parkway
Morristown, New Jersey 07962-1997
Telephone: 973.538.4006
Facsimile: 973.538.5146
tspiesman@pbnlaw.com
mlrich@pbnlaw.com

NORTON ROSE FULBRIGHT US LLP
Edward "Eddie" Lewis
Stephen Dillard
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713 651 5151
Facsimile: 713 651 5246
eddie.lewis@nortonrosefulbright.com
steve.dillard@nortonrosefulbright.com
*Counsel for Legacy Vulcan, LLC*

*/s/ Gregory J. Bevelock*
BEVELOCK & FISHER LLC
Gregory J. Bevelock

14 Main St., Ste. 200
Madison, NJ 07940
Telephone:  973.845.2999
Facsimile:  973.845.2797
gbevelock@bevelocklaw.com
*Counsel for The Newark Group, Inc.*

/s/ James Stewart
LOWENSTEIN SANDLER LLP
James Stewart
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2522
Facsimile: 973.597.2523
jstewart@lowenstein.com
*Counsel for Nokia Corporation of America, Purdue Pharma Technologies, Inc. and Nappwood Land Corporation*

/s/ Emily A. Kaller
GREENBAUM, ROWE, SMITH, & DAVIS LLP
Emily A. Kaller
Metro Corporate Campus One
PO Box 5600
Woodbridge, New Jersey 07095
Telephone: 732.476.3352
Facsimile: 732.476.3353
ekaller@greenbaumlaw.com
*Counsel for Novelis Corporation (Alcan Corp.)*

/s/ James Montano
MCCULLOUGH GINSBERG MONTANO & PARTNERS LLP
James Montano
Jason Liam Schmolze
Patrick Lynott
122 East 42nd Street, Suite 3505
New York, New York 10168
Telephone: 646.747.4680 (NY)
Telephone: 646.747.6888 (NJ)
Facsimile: 646.349.2217
jmontano@mgpllp.com
jschmolze@mgpllp.com
plynott@mgpllp.com

*Counsel for The Okonite Company, Inc.*

/s/ Earl Phillips, Jr.
ROBINSON & COLE LLP
Earl Phillips, Jr.
Brian Freeman
280 Trumbull Street
Hartford, Connecticut 06103
Telephone: 860.275.8200
Facsimile: 860.275.8299
ephillips@rc.com
bfreeman@rc.com
*Counsel for Otis Elevator Company, and for Goodrich Corporation for itself and for Kalama Specialty Chemicals, Inc., Emerald Kalama Chemical, LLC, and Noveon Hilton Davis, Inc.*

/s/ John F. Gullace
MANKO, GOLD, KATCHER & FOX, LLP
John F. Gullace
401 City Avenue, Suite 901
Bala Cynwyd, Pennsylvania 19004
Telephone: 484.430.5700
Facsimile: 484.430.5711
jgullace@mankogold.com
*Counsel for Pharmacia, LLC*

/s/ Agnes Antonian
CONNELL FOLEY
Agnes Antonian
Kevin Gardner
56 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973.535.0500
Facsimile: 973.535.9217
aantonian@connellfoley.com
kgardner@connellfoley.com
*Counsel for Public Service Electric & Gas Company*

/s/ Katherine A. Skeele
Bonni F. Kaufman
Andrew H. Emerson
Katherine A. Skeele
HOLLAND & KNIGHT LLP

31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
katherine.skeele@hklaw.com
*Attorneys for Quality Carriers, Inc and Quala Systems, Inc.*

/s/ Jane Luxton
CLARK HILL PLC
Jane Luxton
William "Bill" Walsh
Christopher Clare
Amanda Tharpe
1001 Pennsylvania Ave NW
Suite 1300 South
Washington, D.C. 20004
Telephone: 202.772.0909
Facsimile: 202.772.0919
JLuxton@ClarkHill.com
wwalsh@clarkhill.com
cclare@clarkhill.com
atharpe@clarkhill.com
*Counsel for Revere Smelting and Refining Corporation*

/s/ Marc S. Gaffrey
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Marc S. Gaffrey
Jacob Grouser
40 Paterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
Telephone: 732.545.4717
Facsimile: 732.545.4579
mgaffrey@hoaglandlongo.com
jgrouser@hoaglandlongo.com
*Counsel for Royce Associates, A Limited Partnership*

/s/ John S. Stolz
LOWENSTEIN SANDLER LLP
John S. Stolz
David W. Field
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
Facsimile: 973.597.2400
jstolz@lowenstein.com
dfield@lowenstein.com
*Counsel for RTC Properties, Inc.*

/s/ Herbert B. Bennett
CULLEN AND DYKMAN LLP
Herbert B. Bennett
229 Nassau Street
Princeton, New Jersey 08542
Telephone: 609.279.0900
Facsimile: 609.497.2377
hbennett@cullenanddykman.com
*Counsel for The Sherwin-Williams Company*

/s/ Barry M. Kazan
THOMPSON HINE LLP
Barry M. Kazan
335 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: 212.344.5680
Facsimile: 212.344.6101
Barry.Kazan@thompsonhine.com
*Counsel for Stanley Black & Decker, Inc.*

/s/ Heidi S. Minuskin
COUGHLIN DUFFY LLP
Timothy I. Duffy
Heidi S. Minuskin
Perri L. Hom
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07961
Telephone: 973.267.0058
Facsimile: 973.267.6442
tduffy@coughlinduffy.com
hminuskin@coughlinduffy.com
phom@coughlinduffy.com
*Counsel for STWB Inc.*

/s/ Martha Donovan
NORRIS MCLAUGHLIN & MARCUS, P.A.
Martha Donovan

Jeffrey Casaletto
Jessica Palmer
400 Crossing Blvd
Bridgewater, New Jersey 08807
Telephone: 908.722.0700
Facsimile: 908.722.0755
mdonovan@norris-law.com
jcasaletto@norris-law.com
jpalmer@norris-law.com
*Counsel for Sun Chemical Corporation*

/s/ Lanny S. Kurzweil
McCARTER & ENGLISH, LLP
Lanny S. Kurzweil
Amanda G. Dumville
100 Mulberry Street, Four Gateway Center
Newark, New Jersey 07102
Telephone: 973.622.4444
Facsimile: 973.297.3810
lkurzweil@mccarter.com
adumville@mccarter.com
*Counsel for Sunoco (R&M), LLC and Sunoco Partners Marketing & Terminals L.P.*

/s/ John Holsinger
JOHN R. HOLSINGER, LLC
John Holsinger, Esq.
Two University Plaza, Suite 300
Hackensack, NJ 07601
Telephone: 201.487.9000
Facsimile: 201.487.9011
johnh@jrholsinger.com
*Counsel for Tate & Lyle Ingredients Americas LLC (formerly known as A.E. Staley Manufacturing Company) and on behalf of its parent Staley Holdings LLC, all named in Occidental's Complaint*

/s/ George Buermann
GOLDBERG SEGALLA
George Buermann
1037 Raymond Boulevard, Suite 1010
Newark, New Jersey 07102
Telephone: 973.681.7000
Facsimile: 973.681.7101
gbuermann@goldbergsegalla.com
John Parker
711 3rd Avenue, Suite 1900
New York, New York 10017
Telephone: 646.292.8749
Facsimile: 646.292.8701
jparker@goldbergsegalla.com
*Counsel for Textron, Inc.*

/s/ Charles W. Mondora
LANDMAN CORSI BALLAINE & FORD P.C.
Charles W. Mondora
William Ballaine
Marco Ferreira
One Gateway Center, Fourth Floor
Newark, New Jersey 07102
Telephone: 973.623.2700
Facsimile: 973.623.4496
cmondora@lcbf.com
wballaine@lcbf.com
mferreira@lcbf.com
*Counsel for United States Steel Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to this Court's Pre-Answer Scheduling Order (ECF # 12), on September 12, 2018, a true copy of the within Notice of Motion and all supporting papers were served upon the following counsel:

John J. McDermott, Esq.
William J. Stack, Esq.
Charles J. Dennen, Esq.
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033

Kathy D. Patrick, Esq.
Anthony N. Kaim, Esq.
Jorge M. Gutierrez, Esq.
GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

Larry D. Silver, Esq.
David E. Romaine, Esq.
Jennifer Graham Meyer, Esq.
Erin M. Carter, Esq.
LANGSAM STEVENS SILVER & HOLLAENDER, LLP
1818 Market Street, Suite 2610
Philadelphia, PA 19103

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*

Dated: September 12, 2018

/s/ Joseph H. Blum
Joseph H. Blum