The Defendants that are joining in SPG Defendants' Motion to Dismiss Plaintiff Occidental Chemical Corporation's Complaint are:

1. 21st Century Fox America, Inc. (f/k/a News America, Inc.)
2. A.E. Staley Manufacturing Company
3. Akzo Nobel Coatings Inc.
4. Arkema Inc.
5. Atlantic Richfield Co.
6. BASF Corporation
7. BASF Catalysts LLC
8. Bath Iron Works Corporation
9. Benjamin Moore & Co.
10. Berol Corporation
11. Canning Gumm LLC
12. CBS Corporation
13. CNA Holdings LLC
14. Coats & Clark Inc.
15. Conopco, Inc., d/b/a Unilever (as successor to CPC/Bestfoods, former parent of Penick Corporation)
16. Covanta Essex Company
17. Croda, Inc.
18. DII Industries, LLC
19. E. I. du Pont de Nemours and Company
20. Emerald Kalama Chemical, LLC

21. EnPro Industries, Inc.

22. Essex Chemical Corporation

23. Franklin-Burlington Plastics, Inc.

24. Garfield Molding Co., Inc.

25. General Electric Company

26. Goodrich Corporation

27. The Hartz Consumer Group, Inc. as successor to certain liabilities of The Hartz Mountain Corporation

28. Hexcel Corporation

29. Johnson & Johnson

30. Kalama Specialty Chemicals, Inc.

31. LeeMilt's Petroleum, Inc.

32. Legacy Vulcan, LLC

33. McKesson Corporation

34. Nappwood Land Corporation

35. National-Standard LLC

36. The Newark Group, Inc.

37. Newell Brands Inc.

38. Nokia Corporation of America

39. Novartis Corporation

40. Novelis Corporation (Alcan Corp.)

41. Noveon Hilton Davis, Inc.

42. The Okonite Company, Inc.

43. Otis Elevator Company

44. Pabst Brewing Company, LLC

45. Pharmacia, LLC

46. Pitt-Consol Chemical Company

47. PPG Industries, Inc.

48. Public Service Electric & Gas Company

49. Purdue Pharma Technologies, Inc.

50. Quala Systems, Inc.

51. Quality Carriers, Inc.

52. Revere Smelting and Refining Corporation

53. Royce Associates, a Limited Partnership

54. RTC Properties, Inc.

55. Safety-Kleen Envirosystems Company

56. Sequa Corporation

57. The Sherwin-Williams Company

58. Staley Holdings LLC

59. Stanley Black & Decker, Inc.

60. STWB Inc.

61. Sun Chemical Corporation

62. Sunoco (R&M), LLC

63. Sunoco Partners Marketing & Terminals L.P.

64. Tate & Lyle Ingredients Americas LLC

65. Textron, Inc.

66. United States Steel Corporation