ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
By:  John J. McDermott, Esq.
     (jmcdermott@archerlaw.com)
     William J. Stack, Esq.
     Charles J. Dennen, Esq.

GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
By:  Kathy D. Patrick, Esq.
     (kpatrick@gibbsbruns.com)
     Anthony N. Kaim, Esq.
     Jorge M. Gutierrez, Esq.

LANGSAM STEVENS SILVER & HOLLAENDER, LLP
1818 Market Street, Suite 2610
Philadelphia, PA 19103
Tel: (215) 732-3255
By:  Larry D. Silver, Esq.
     (lsilver@lssh-law.com)
     David E. Romine, Esq.
     Jennifer Graham Meyer, Esq.
     Erin M. Carter, Esq.

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION      )  <br>                                      )  Civil Action No. 2:18-cv-11273-MCA-<br>                                      )  JAD<br>    Plaintiff,                        )  <br>                                      )  Electronically Filed<br>v.                                    )  <br>                                      )  **NOTICE OF VOLUNTARY**<br>21ST CENTURY FOX AMERICA, INC., *et al.* )  **DISMISSAL WITHOUT PREJUDICE**<br>                                      )  **OF STALEY HOLDINGS LLC AND**<br>    Defendants.                       )  **A.E. STALEY MANUFACTURING**<br>                                      )  **COMPANY PURSUANT TO RULE**<br>                                      )  **41(a)(1)(A)(i)** | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Occidental Chemical Corporation hereby gives notice that its claims against Staley Holdings LLC and A.E. Staley Manufacturing Company in the above-captioned action are voluntarily dismissed, without prejudice. For the avoidance of doubt, this voluntary dismissal is as to Staley Holdings LLC and A.E. Staley Manufacturing Company only.

Dated: March 7, 2019

ARCHER & GREINER, P.C.

By: *s/ John J. McDermott*
John J. McDermott, Esq.
(jmcdermott@archerlaw.com)
William J. Stack, Esq.
Charles J. Dennen, Esq.
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
Fax: (856) 795-0574

GIBBS & BRUNS, LLP
Kathy D. Patrick, Esq.
(kpatrick@gibbsbruns.com)
Anthony N. Kaim, Esq.
Jorge M. Gutierrez, Esq.
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
Fax: (713) 750-0903

LANGSAM STEVENS SILVER & HOLLAENDER, LLP
Larry D. Silver, Esq.
(lsilver@lssh-law.com)
David E. Romine, Esq.
Jennifer Graham Meyer, Esq.
Erin M. Carter, Esq.
1818 Market Street, Suite 2610
Philadelphia, PA 19103
Tel: (215) 732-3255
Fax: (215) 732-3260

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*