**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, | Civil Action No. 18-11273 (MCA)(JD) |
| Plaintiff, | **ORDER OF SPECIAL MASTER FOR THE INTERIM ALLOCATION OF THE SPECIAL MASTER'S FEES AND EXPENSES** |
| vs. | |
| 21ST CENTURY FOX AMERICA, INC., *et al.*, | |
| Defendants. | |

**THIS MATTER** having come before the Special Master on Order (see ECF 646) of the Court ("Appointing Order"), which authorized the Special Master to determine the allocation of fees and expenses in case-wide or administrative matters, and the Special Master having carefully considered any submissions and arguments of the parties, and the factors contained in Rule 53 of the Federal Rules of Civil Procedure, including the nature and amount of the controversy, the parties' means, and the extent to which any party is more responsible than other parties for the reference to a master, and for good cause shown;

**IT IS** on this 24th day of September, 2019,

**ORDERED** that Plaintiff shall be responsible for 25% of all the Special Master's fees and expenses, and that Defendants shall be responsible for the remaining 75% of all the Special Master's fees and expenses ("Interim Allocation"); and it is further

**ORDERED** that Defendants' obligation related to the Interim Allocation shall be divided per capita among the Defendants, including those unaffiliated with a liaison group ("Unaffiliated Defendants"); and it is further

**ORDERED** that pursuant to the Appointing Order, the Special Master shall submit

monthly invoices to the parties, which shall be paid directly to O'Toole Scrivo, LLC as follows: one payment from Plaintiff, one payment from the Small Parties Group, one payment from the Gordon Rees Group, one payment from the CSG Group, and separate payments from any Unaffiliated Defendants; and it is further

**ORDERED** that the Interim Allocation may be adjusted or amended on formal request of any party or *sua sponte* by the Special Master or the Court; and it is further

**ORDERED** that on consent of the parties, Plaintiff and Defendants shall pay retainer deposits proportional to the Interim Allocation in accordance with instructions to be provided by the Special Master, and which the Special Master shall be permitted to draw against in connection with work performed in this case.

*/s/ Thomas P. Scrivo*
**THOMAS P. SCRIVO**
**Special Master**