

THOMAS P. SCRIVO
tscrivo@oslaw.com

September 27, 2019

**VIA ECF**
All Counsel

Re: **Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
Civil Action No. 18-11273**

Dear Counsel:

Please allow this correspondence to confirm that there will be a monthly meeting on October 16, 2019 at **1:00 p.m. EST**.  The meeting will be held at K&L Gates, LLP, One Newark Center, Tenth Floor, Newark, New Jersey 07102.  Any party wishing to appear telephonically can use the following dial-in instructions:

**Dial In: (719) 359-9722**

**Toll Free:  (888) 757-2790**

**Passcode:  2661793**

The parties should coordinate a court reporter for the recording of this meeting.

Any party that wishes to include a topic on the agenda shall notify me, with a copy to all parties, at least two (2) days prior to the meeting.

Please note that all future monthly meetings will be held at 1:00 p.m. EST to accommodate travel schedules.  Moreover, the January 16, 2020 meeting is rescheduled to January 15, 2020.

Thank you.

Very truly yours,

*/s/ Thomas P. Scrivo*

Thomas P. Scrivo

cc: Hon. Joseph A. Dickson, U.S.M.J. (*via ECF*)