January 28, 2020

**VIA EMAIL AND ECF**

Special Master Thomas P. Scrivo, Esq.
O'Toole Scrivo, LLC
14 Village Park Road
Cedar Grove, New Jersey 07009
tscrivo@oslaw.com

      Re:    *Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.*
               Docket No. 2:18-cv-11273-MCA-JAD

Dear Special Master Scrivo:

    We write to respectfully request confirmation that the February 3, 2020 fact discovery deadline in the Second Pretrial Scheduling Order (ECF No. 550) will be adjourned. We look forward to discussing a revised fact discovery deadline with you at the February monthly meeting.

    Thank you for your time and consideration.

Respectfully submitted,

| | |
|---|---|
| /s/ Kathy D. Patrick | /s/ Jeffrey D. Talbert |
| **GIBBS & BRUNS, LLP** | **PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP** |
| 1100 Louisiana Street, Suite 5300 | One City Center |
| Houston, TX 77002 | Portland, ME 04101 |
| Tel: 713.650.8805 | Tel: 207.791.3239 |
| Kathy D. Patrick, Esq. (admitted *pro hac vice*) | Jeffrey D. Talbert, Esq. (admitted *pro hac vice*) |
| | |
| /s/ John J. McDermott | /s/ David R. Erickson |
| **ARCHER & GREINER, P.C.** | **SHOOK, HARDY & BACON, L.L.P.** |
| One Centennial Square | 255 Grand Blvd. |
| Haddonfield, NJ 08033 | Kansas City, MO 64108 |
| Tel: 856.795.2121 | Tel: 816.474.6550 |
| John J. McDermott, Esq. | David R. Erickson, Esq. (admitted *pro hac vice*) |
| | Joseph H. Blum, Esq. (NJ Bar No. 010211984) |
| *Counsel for Plaintiff Occidental Chemical Corporation* | *Common Counsel for the Small Parties Group* |