

**O'TOOLE SCRIVO**

ATTORNEYS AT LAW

THOMAS P. SCRIVO
tscrivo@oslaw.com

March 4, 2020

<u>**VIA ECF**</u>
All Counsel

Re:     <u>**Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.**</u>
        **Civil Action No. 18-11273**

Dear Counsel:

Please allow this correspondence to confirm that there will be a monthly conference on **March 11, 2020**, at **1:00 p.m. EST**.  The conference will be held at K&L Gates, LLP, One Newark Center, Tenth Floor, Newark, New Jersey 07102.  Any party wishing to appear telephonically can use the following dial-in instructions:

**Dial In: (719) 359-9722**

**Toll Free: (888) 757-2790**

**Passcode:  2661793**

A court reporter has been reserved and a transcript will be made available following the conference.

In accordance with the Order of the Special Master entered on February 18, 2020 (ECF 932), the March conference shall serve as a hearing for Plaintiff's Motion to Clarify the Scope of Discovery.  Following the hearing, the parties may address new agenda items.  Consistent with prior practice, any party that wishes to include topics on the agenda for the March conference shall notify me, with a copy to all parties, at least two (2) days prior to the meeting.

Thank you.

Very truly yours,

*/s/ Thomas P. Scrivo*

Thomas P. Scrivo

cc:     Hon. Joseph A. Dickson, U.S.M.J. (*via ECF*)