

John J. McDermott
jmcdermott@archerlaw.com
856.673.3902

March 13, 2020

<u>*Via CM/ECF*</u>

Clerk of Court
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: *Occidental Chemical Corp. v. 21st Century Fox Am., Inc., et al.*
       **Civil Action No. 2:18-cv-11273-MCA-JAD**

Dear Sir/Madam:

  This firm represents Plaintiff Occidental Chemical Corporation (OxyChem) in the above-captioned matter. Pursuant to Local Rule 7.1(d)(5), OxyChem respectfully requests an automatic extension of time to file its opposition to Defendants' Motion for Partial Summary Judgment on OxyChem's Successor Liability [Dkt. Nos. 949, 950, 951]. Presently, the return date for Defendants' motion is April 6, 2020 and OxyChem's opposition is due on March 23, 2020. The originally noticed motion day has not previously been extended or adjourned.

  Application of the automatic extension provided for in Local Rule 7.1(d)(5) will result in a new return date of April 20, 2020 and OxyChem's opposition will be due on April 6, 2020. Defendants' reply in support of the motion will be due on April 13, 2020.

  Thank you for your consideration of this request.

              Respectfully submitted,

              *Kathy Patrick*

              Kathy D. Patrick

Archer & Greiner, P.C. · 1 Centennial Square · Haddonfield, New Jersey 08033 · T 856.673.3902 · F 856.673.7023 · jmcdermott@archerlaw.com
Gibbs & Bruns LLP · 1100 Louisiana · Houston, Texas 77002 · T 713.650.8805 · F 713.750.0903 · www.gibbsbruns.com

Clerk of Court
United States District Court – District of New Jersey
March 13, 2020
Page 2

                                                      /s/ *John J. McDermott*

                                                      John J. McDermott

cc:     All Counsel of Record (via CM/ECF)

218151766v1