

John J. McDermott
jmcdermott@archerlaw.com
856.673.3902


May 18, 2020


***Via CM/ECF***

Clerk of Court
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   **Re:** *Occidental Chemical Corp. v. 21st Century Fox Am., Inc., et al.*
     **Civil Action No. 2:18-cv-11273-MCA-JAD**

Dear Sir/Madam:

  This firm represents Plaintiff Occidental Chemical Corporation (OxyChem) in the above-captioned matter.  Defendant Houghton International Inc.'s Motion for Sanctions and Dismissal of OxyChem's Complaint [Dkt. No. 963], filed on May 7, 2020, was automatically docketed for the June 1, 2020 motion day.  In view of Standing Order 2020-09's automatic 30-day extension of all filing deadlines in May, I write to confirm that OxyChem will file its opposition by the modified deadline of June 17, 2020.


       /s/ *John J. McDermott*

       John J. McDermott



cc:  All Counsel of Record (via CM/ECF)