**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION ) | Hon. Madeline Cox Arleo |
| ) | Hon. Joseph A. Dickson |
| Plaintiff, ) | |
| ) | Civil Action No. 2:18-cv-11273-MCA-JAD |
| ) | |
| v. ) | |
| ) | |
| ) | **NOTICE OF LAW FIRM** |
| ) | **CHANGE OF ADDRESS** |
| 21ST CENTURY FOX AMERICA, INC., *et al.* ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033
Tel.   (856) 795-2121
By:    John J. McDermott, Esq.
           (jmcdermott@archerlaw.com)
           Charles J. Dennen, Esq.
           Lauren E. Krohn, Esq.

GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Tel.   (713) 650-8805
By:    Kathy D. Patrick, Esq.
           (kpatrick@gibbsbruns.com)
           Anthony N. Kaim, Esq.
           Katherine H. Kunz, Esq.
           Jorge M. Gutierrez, Esq.
           Marshal J. Hoda, Esq.

LANGSAM STEVENS SILVER & HOLLAENDER LLP
1818 Market Street, Suite 2430
Philadelphia, PA 19103
Tel.   (215) 732-3255
By:    Larry D. Silver, Esq.
           (lsilver@lssh-law.com)
           David E. Romine, Esq.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel.   (310) 553-3610
By:    Peter A. Nyquist, Esq.
           (pnyquist@ggfirm.com)
           Noah Perch-Ahern, Esq.
           Sherry E. Jackman, Esq.

*Attorneys for Plaintiff Occidental Chemical Corporation*

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the office of Greenberg Glusker Fields Claman & Machtinger LLP has changed its address for purposes of service of notices and documents in the above-captioned case. The firm's new address is:

> Greenberg Glusker LLP
> 2049 Century Park East, Suite 2600
> Los Angeles, CA 90067

The firm's telephone number, fax number and email addresses remain the same. Please amend your service list accordingly.

Dated: May 29, 2020                             Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　  /s/ *John J. McDermott*
　　　　　　　　　　　　　　　　　　　　　　　John J. McDermott, Esq.
　　　　　　　　　　　　　　　　　　　　　　　(jmcdermott@archerlaw.com)
　　　　　　　　　　　　　　　　　　　　　　　Charles J. Dennen, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Lauren E. Krohn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　ARCHER & GREINER, P.C.
　　　　　　　　　　　　　　　　　　　　　　　One Centennial Square
　　　　　　　　　　　　　　　　　　　　　　　Haddonfield, NJ 08033
　　　　　　　　　　　　　　　　　　　　　　　Tel. (856) 795-2121

　　　　　　　　　　　　　　　　　　　　　　　GIBBS & BRUNS, LLP
　　　　　　　　　　　　　　　　　　　　　　　1100 Louisiana Street, Suite 5300
　　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　　　　Tel. (713) 650-8805
　　　　　　　　　　　　　　　　　　　　　　　By:　Kathy D. Patrick, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　(kpatrick@gibbsbruns.com)
　　　　　　　　　　　　　　　　　　　　　　　　　　Anthony N. Kaim, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Katherine H. Kunz, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Jorge M. Gutierrez, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Marshal J. Hoda, Esq.

　　　　　　　　　　　　　　　　　　　　　　　LANGSAM STEVENS SILVER & HOLLAENDER LLP
　　　　　　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 2430
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　　Tel. (215) 732-3255
　　　　　　　　　　　　　　　　　　　　　　　By:　Larry D. Silver, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　(lsilver@lssh-law.com)
　　　　　　　　　　　　　　　　　　　　　　　　　　David E. Romine, Esq.

          GREENBERG CLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel. (310) 553-3610
By:    Peter A. Nyquist, Esq.
       (pnyquist@ggfirm.com)
       Noah Perch-Ahern, Esq.
       Sherry E. Jackman, Esq.

*Attorneys for Plaintiff Occidental Chemical Corporation*

## CERTIFICATE OF SERVICE

I certify that on May 29, 2020, the foregoing Notice of Law Firm Change of Address was served on counsel via CM/ECF.

Dated: May 29, 2020         By:   /s/ *John J. McDermott*
                                                  John J. McDermott, Esq.

218619217v1