

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

June 11, 2020

**VIA ECF**
All Counsel

    Re:    **Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
Civil Action No. 18-11273**

Dear Counsel:

Please allow this correspondence to confirm that there will be a monthly conference on July 15, 2020 at 1:00 p.m. EST. The conference will occur virtually via the Zoom platform and an invitation with a meeting identification number and password will be provided the week of the conference. A court reporter has been reserved and a transcript will be made available following the conference.

Consistent with prior practice, any party that wishes to include topics on the agenda for the July conference shall notify me, with a copy to all parties, at least two days prior to the meeting. The parties should also provide an update on the status of Electronically Stored Information discovery, privilege logs, and any other outstanding issues in either a written joint submission or individual correspondence on or before July 8, 2020.

Further, we propose the following dates for the next four months of meetings:

August 12, 2020
September 16, 2020
October 14, 2020
November 18, 2020

Each monthly conference will begin at 1:00 p.m. EST. The location of the conference, including whether it will be via telephone, video or in-person, will be determined as each date approaches.

Very truly yours,

*/s/ Thomas P. Scrivo*

Thomas P. Scrivo

cc:    Hon. Joseph A. Dickson, U.S.M.J. (*via ECF*)