UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>21ST CENTURY FOX AMERICA, INC., *et al.*,<br><br>          Defendants. | **Civil Action No. 18-11273 (MCA)(JD)**<br><br>**ORDER EXTENDING THE FACT DISCOVERY END DATE** |

**WHEREAS**, the Special Master held a monthly conference with the parties on July 15, 2020 ("July Conference") to discuss issues related to discovery; and

**WHEREAS**, the fact discovery end date is July 31, 2020 ("Fact Discovery End Date"); and

**WHEREAS**, the Small Parties Group ("SPG") requested at the July Conference that the Fact Discovery End Date be extended in order for Defendants to complete discovery related to Electronically Stored Information ("ESI"); and

**WHEREAS**, the SPG has proposed that the parties be given an additional six to eight months for fact discovery; and

**WHEREAS**, the Special Master has decided that it is necessary to extend the Fact Discovery End Date based upon the discussions at the July Conference and in light of certain hardships created by COVID-19; and

**IT IS** on this 31st day of July, 2020,

**ORDERED** that the Fact Discovery End Date shall be extended six (6) months and the new Fact Discovery End Date shall be January 27, 2021; and it is further

2

**ORDERED** that the parties shall produce ESI on a rolling basis as soon as possible; and it is further

**ORDERED** that the parties shall provide the Special Master with monthly updates, prior to the monthly meetings, on the status of ESI and alert the Special Master of any issues that may result in delay or disputes related to ESI.

          */s/ Thomas P. Scrivo*
          **THOMAS P. SCRIVO**
          **Special Master**