

THOMAS P. SCRIVO
tscrivo@oslaw.com

September 8, 2020

**VIA ECF**
All Counsel of Record

    **Re:**    **Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.**
                **Civil Action No. 18-11273**

Dear Counsel:

    I am in receipt of the September 4, 2020 request, on consent, by the Small Parties Group for a one-week extension to file its Reply Brief (ECF No. 1103) in further support of its Motion to Compel. The request for an extension is granted. The deadline to file a Reply Brief is September 18, 2020.

    I do not intend to schedule oral argument until I receive all papers and will do so with input from counsel regarding scheduling.

                          Very truly yours,

                          */s/ Thomas P. Scrivo*

                          Thomas P. Scrivo

cc:    Hon. Madeline Cox Arleo, U.S.D.J. (*via ECF*)
        Hon. Joseph A. Dickson, U.S.M.J. (*via ECF*)