

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

September 14, 2020

**VIA ECF**
All Counsel

  Re: Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
     Civil Action No. 18-11273

Dear Counsel:

  We understand that the parties continue to engage in ESI discovery. We also note that the Small Parties Group has obtained consent for a one-week extension to file its Reply Brief (ECF No. 1103) in further support of its Motion to Compel. Thus, we understand there would be few if any items to address at this month's conference. Accordingly, this letter shall confirm that the monthly video conference scheduled for September 16, 2020 is CANCELLED.

  Thank you.

         Very truly yours,

         */s/ Thomas P. Scrivo*

         Thomas P. Scrivo

cc: Hon. Joseph A. Dickson, U.S.M.J. (*via ECF*)

14 Village Park Road Cedar Grove, NJ 07009 | (973) 239-5700 | Facsimile: (973) 239-3400 | oslaw.com

200 Park Avenue, Suite 1700, New York, New York 10166 | (888) 663-1117