

THOMAS P. SCRIVO
tscrivo@oslaw.com

October 10, 2020

**VIA ECF**
All Counsel

    Re:    Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
               Civil Action No. 18-11273

Dear Counsel:

Please allow this correspondence to confirm that there will be a monthly conference on October 14, 2020 at **1:30 p.m.** EST. The conference will occur virtually via the Zoom platform and counsel may access the conference using the following instructions:

**Meeting ID:**  959 6997 3132
**Password:**    336853
**Link:** https://zoom.us/j/95969973132?pwd=dzBSVGpKYzQyWXFGL1Q4ZVFjYk9XUT09

A court reporter has been reserved and a transcript will be made available following the conference. Please be sure to email nancy@bendish.com your appearance so that it is noted on the transcript.

Any party that wishes to include topics on the agenda for the October conference shall notify me, with a copy to all parties, by October 12, 2020.

                            Very truly yours,

                            */s/ Thomas P. Scrivo*

                            Thomas P. Scrivo

cc:    Hon. Joseph A. Dickson, U.S.M.J. (*via ECF*)