

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

October 19, 2020

**VIA ECF**
All Counsel

Re: Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
Civil Action No. 18-11273

Dear Counsel:

Please allow this correspondence to confirm that oral argument on SPG's Motion to Compel (ECF No. 1091) will be held on October 28, 2020 at 1:30 p.m. EST. The hearing will occur virtually via the Zoom platform and counsel may access the conference using the following instructions:

**Meeting ID:** 924 8696 4091
**Password:** 504531
**Link:** https://zoom.us/j/92486964091?pwd=eUpzWVJwbS8yU3ZtZmlSTmsyblR4dz09

A court reporter has been reserved and a transcript will be made available following the conference. Please be sure to email s.chastek@yahoo.com your appearance so that it is noted on the transcript.

Very truly yours,

*/s/ Thomas P. Scrivo*

Thomas P. Scrivo

cc: Hon. Madeline Cox Arleo, U.S.D.J. (*via ECF*)
Hon. Joseph A. Dickson, U.S.M.J. (*via ECF*)