

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

November 16, 2020

**VIA ECF**
All Counsel

Re: Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
Civil Action No. 18-11273

Dear Counsel:

We write to schedule the next six (6) months of status meetings:

December 16, 2020
January 20, 2021
February 17, 2021
March 17, 2021
April 21, 2021
May 19, 2021

Each monthly meeting will begin at 1:00 p.m. EST.  Due to the COVID-19 pandemic, the meetings will continue to be held via the Zoom platform.

Thank you.

Very truly yours,

*/s/ Thomas P. Scrivo*

Thomas P. Scrivo

cc: Hon. Joseph A. Dickson, U.S.M.J. (*via ECF*)