## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | ) Hon. Leda D. Wettre |
| | ) Hon. Madeline Cox Arleo |
| Plaintiff, | ) |
| | ) Civil Action No. 2:18-cv-11273 |
| v. | ) |
| | ) **NOTICE OF WITHDRAWAL OF** |
| 21ST CENTURY FOX AMERICA, INC., *et al.* | ) **COUNSEL AND REQUEST TO** |
| | ) **BE REMOVED FROM ECF** |
| Defendants. | ) **SERVICE LIST** |

**TO:** The Clerk and all parties of record.

**PLEASE TAKE NOTICE** that Christopher M. McDonald, Esquire, admitted *pro hac vice*, hereby requests leave to withdraw his appearance in the above captioned matter as common counsel for Defendants The Small Parties Group and requests to be removed from the list of ECF recipients in this matter. *See* Local Civ. R. 101.1(c)(5), 102.1.

Dated: December 14, 2020

*/s/ Christopher M. McDonald*_____
Christopher M. McDonald (admitted *pro hac vice*)
David R. Erickson, Esq. (admitted *pro hac vice*)
Joseph H. Blum, Esq. (NJ Bar No. 010211984)
Shook Hardy and Bacon
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
cmcdonald@shb.com

*Common Counsel for the Small Parties Group*

It is **SO ORDERED** this ____ day of _____ 2020

Hon. Leda D. Wettre, U.S.D.J.