

                                                                     **THOMAS P. SCRIVO**
                                                                      tscrivo@oslaw.com

January 13, 2021

**VIA ECF**
All Counsel

      Re:    Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
                  Civil Action No. 18-11273

Dear Counsel:

Please allow this correspondence to confirm that there will be a monthly conference on January 20, 2021 at 1:00 p.m. EST. The conference will occur virtually via the Zoom platform and counsel may access the conference using the following instructions:

**Meeting ID:**  939 1014 2192
**Password:**    505315
**Link:**  https://zoom.us/j/93910142192?pwd=aVJENEJIV0diMllRTTNJY0VpZG5RUT09

A court reporter has been reserved and a transcript will be made available following the conference. Please be sure to email nancy@bendish.com your appearance so that it is noted on the transcript.

Any party that wishes to propose an agenda item(s) to any monthly conference, shall notify me, with a copy to all parties, at least two (2) days prior to the meeting. Also, any party that wishes to respond to or address a proposed agenda item in writing may do so at least two (2) days prior to the meeting.

                                          Very truly yours,

                                          */s/ Thomas P. Scrivo*

                                          Thomas P. Scrivo

cc:    Hon. Leda D. Wettre, U.S.M.J. (*via ECF*)