**Greenbaum Rowe Smith & Davis LLP**

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881
DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712
INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
1700 BROADWAY
28TH FLOOR
NEW YORK, NY 10019
(732) 476-2444

EMILY A. KALLER
(732) 476-3352 - DIRECT DIAL
(732) 476-3353 - DIRECT FAX
EKALLER@GREENBAUMLAW.COM

January 22, 2021

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the
District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Occidental Chemical Corp. v. 21st Century Fox Am, Inc., et al
      Civil Action No. 2:18-cv-11273

Dear Judge Wettre:

This firm represents defendant Novelis Corporation ("Novelis") in the above-captioned matter. I write with respect to Barry Porter, Esq., who has been admitted *pro hac vice* on behalf Novelis in this matter. Mr. Porter has changed his employment and will no longer be representing Novelis. We, therefore, respectfully request that Mr. Porter be withdrawn as *pro hac vice* counsel.

Thank you for your Honor's consideration of this matter.

Respectfully yours,

/s/ *Emily A. Kaller*

Emily A. Kaller

cc: Counsel for All Parties (*via ECF*)

So Ordered this _____ day of January, 2021:

_____
Hon. Leda Dunn Wettre, U.S.M.J.