# LASSER HOCHMAN, L.L.C.

ATTORNEYS AT LAW
75 EISENHOWER PARKWAY - SUITE NO. 120
ROSELAND, NEW JERSEY 07068-1694
(973) 226-2700
FACSIMILE (973) 226-0844

bsnyder@lasserhochman.com

SHEPPARD A. GURYAN*
RICHARD L. ZUCKER*
RAND M. AGINS
DAVID SILVER*
BRUCE H. SNYDER
RICHARD C. STEWART#
MARYJANE D. COWELL
GREGORY P. KONZELMAN*
MICHAEL J. DONNELLY*
DANIEL BIBERGAL
STACY L. LANDAU*

OF COUNSEL
H. LEE SAROKIN
HELANE A. KIPNEES

IRVING C. MARCUS
(1940-2011)
AARON LASSER
(1895-1970)
B. WILLIAM HOCHMAN
(1933-1983)

*NJ AND NY BARS
>NJ AND PA BARS
#NJ, NY AND DC BARS

January 27, 2021

<u>Via E-Filing</u>
Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Jr. Federal Building &
Court House
50 Walnut Street
Newark, NJ  07102

Re:   Occidental Chemical Corp. v. 21st Century Fox Am, Inc., et al
      Civil Action No. 2:18-cv-11273

Dear Judge Wettre:

This firm is local counsel for defendant Eden Wood Corporation ("Eden Wood") in the above-captioned matter.  I write in order to request that the Court's files and records be corrected to reflect the current status of counsel representing Eden Wood.

1.   Geoffrey H. Coll, Esq., who entered an Appearance on behalf of Eden Wood on December 21, 2018, is no longer representing Eden Wood.  His name should be removed from the list of counsel in this matter, and from any notice or service lists.

2.   The Court's docket sheet and records indicate that Eden Wood is represented by Joseph H. Blum, Esq.  Mr. Blum entered an Appearance on September 11, 2018, on behalf of a group of defendants identified as the Small Parties Group who were listed on that pleading (Docket Entry 156).  Eden Wood was not one of the defendants listed, and Mr. Blum does not represent it in this action.  His name should not therefore appear as counsel for Eden Wood.

January 27, 2021
Page 2

We thank Your Honor for your attention to these matters. If there is anything further required, please advise.

Respectfully yours,

BRUCE H. SNYDER

BHS:kk

cc: All Counsel of Record – Via e-filing
Eden Wood Corp. – Via e-mail

**SO ORDERED.**

*s/ Leda Dunn Wettre, U.S.M.J.*

**Dated:** 1/28/2021

\*\* The Clerk of Court is directed to make the requested corrections to the docket.