# Exhibit 1

## Small Parties Group Members Who Join This Third-Party Complaint

1. Akzo Nobel Coatings Inc.
2. Arkema Inc.
3. Ashland LLC[1]
4. BASF Catalysts LLC
5. BASF Corporation
6. Bath Iron Works Corporation
7. Benjamin Moore & Co.
8. Berol Corporation
9. Canning Gumm LLC
10. Clean Earth of North Jersey, Inc.
11. CNA Holdings LLC (on behalf of itself and its affiliate Celanese Ltd. and the Essex County Improvement Authority as mandated pursuant to a prior contractual indemnity)
12. Coats & Clark Inc.
13. Conopco, Inc., d/b/a Unilever (as successor to CPC/Bestfoods, former parent of Penick Corporation)
14. Cooper Industries, LLC
15. Covanta Essex Company
16. DII Industries, LLC
17. E. I. du Pont de Nemours and Company
18. EnPro Industries, Inc.
19. Essex Chemical Corporation[2]
20. Franklin-Burlington Plastics, Inc.
21. Garfield Molding Company, Inc.
22. General Electric Company
23. Givaudan Fragrances Corporation
24. Goodrich Corporation
25. The Hartz Consumer Group, Inc. as successor to certain liabilities of The Hartz Mountain Corporation
26. Hexcel Corporation
27. Hoffmann-LaRoche Inc.[3]
28. ISP Chemicals LLC
29. Kalama Specialty Chemicals, Inc.
30. L3Harris Technologies, Inc., successor in interest to Exelis Inc., successor in interest to the defense business of ITT Corporation
31. Leemilt's Petroleum, Inc.
32. Legacy Vulcan, LLC

---

[1] The following Small Parties Group members – Ashland LLC, Givaudan Fragrances Corporation, ISP Chemicals LLC, L3Harris Technologies, Inc., and Tiffany and Company – do not join in the claims asserted against the Borough of Haledon, Borough of North Caldwell, Borough of Prospect Park, Borough of Rutherford, and the Township of Cedar Grove.
[2] Except as to Township of West Orange.
[3] Only asserting claims against PVSC, not the member municipalities.

33.     McKesson Corporation
34.     Nappwood Land Corporation
35.     National-Standard, LLC
36.     The Newark Group, Inc.
37.     Newell Brands Inc.
38.     Nokia of America Corporation
39.     Novartis Corporation
40.     The Okonite Company, Inc.
41.     Otis Elevator Company
42.     Pabst Brewing Company, LLC
43.     Pharmacia LLC
44.     Pitt-Consol Chemical Company
45.     PPG Industries, Inc.
46.     Public Service Electric & Gas Company
47.     Purdue Pharma Technologies, Inc.
48.     Quala Systems, Inc.
49.     Quality Carriers, Inc.
50.     Revere Smelting and Refining Corporation
51.     Royce Associates, a Limited Partnership
52.     Safety-Kleen Envirosystems Company
53.     Sequa Corporation
54.     The Sherwin-Williams Company
55.     Stanley Black & Decker, Inc.
56.     STWB Inc.
57.     Sun Chemical Corporation
58.     TPL Management Operations, a series of Evergreen Resources Group, LLC on behalf of itself and Sunoco (R&M), LLC and Sunoco Partners Marketing & Terminals L.P.
59.     Tate & Lyle Ingredients Americas LLC (f/k/a A.E. Staley Manufacturing Company)
60.     Textron Inc.
61.     TFCF America, Inc. (f/k/a 21st Century Fox America, Inc.)
62.     Tiffany and Company
63.     ViacomCBS Inc. (f/k/a CBS Corporation)

## CSG Group Members Who Join This Third-Party Complaint

64.     Curtiss-Wright Corporation[4]
65.     Palin Enterprises LLC[5]
66.     Spectraserv, Inc.[6]
67.     Westrock-Southern Container, LLC, improperly named as Schiffenhaus Packaging Corp.

---

[4] Curtiss-Wright Corporation is not asserting claims against the following Third-Party Defendants: (1) Borough of Elmwood Park; (2) Borough of Franklin Lakes; (3) City of East Orange; and (4) Township of South Orange Village.
[5] Palin Enterprises LLC is not asserting claims against the following Third-Party Defendants: (1) Borough of Elmwood Park; (2) Borough of Franklin Lakes; (3) City of East Orange; and (4) Township of South Orange Village.
[6] Spectraserv, Inc. is not asserting claims against the following Third-Party Defendants: (1) Borough of Elmwood Park; (2) Borough of Franklin Lakes; (3) Borough of Woodland Park; (4) City of East Orange; (5) City of Newark; (6) Township of Cedar Grove; and (7) Township of South Orange Village.

17016776.12

68.     Zeneca Inc.

## Gordon Rees Group Members Who Join This Third-Party Complaint

69.     Alliance Chemical Inc.
70.     American Inks & Coatings Corporation
71.     Atlas Refinery, Inc.
72.     Borden & Remington Corp.
73.     Chemtrade Chemicals Corporation
74.     Darling Ingredients Inc.
75.     Eden Wood Corporation[7]
76.     Elan Chemical Co., Inc.
77.     Flint Group Incorporated
78.     Hexion Inc.
79.     Houghton International Inc.
80.     INX International Ink Co.
81.     Kearny Smelting & Refining Corp.
82.     Melon Leasing Corporation, Inc.
83.     Meltser-Tonnele Avenue LLC
84.     Pfister Urban Renewal Corp.
85.     PMC Global, Inc.
86.     Rexam Beverage Can Company
87.     Teval Corp.
88.     Vanderbilt Minerals, LLC
89.     Wiggins Plastics, Inc.

---

[7] Except as to PVSC and the Town of Kearny.

17016776.12