# Exhibit 2

## Third-Party Plaintiff Signatories To The 2004 RI/FS and Amendments

1. Alliance Chemical Inc.
2. Arkema Inc.
3. Ashland LLC
4. BASF Corporation, on its own behalf and on behalf of BASF Catalysts LLC
5. Benjamin Moore & Co.
6. CNA Holdings LLC (on behalf of itself and its affiliate Celanese Ltd.)
7. Cooper Industries, LLC
8. Conopco, Inc. d/b/a Unilever (as successor to CPC/Bestfoods, former parent of the Penick Corporation (facility located at 540 New York Avenue, Lyndhurst, NJ)
9. Covanta Essex Company
10. Curtiss-Wright Corporation
11. E. I. du Pont de Nemours and Company
12. Eden Wood Corporation
13. Elan Chemical Company
14. EnPro Industries, Inc. (successor to Coltec Industries Inc.)
15. Essex Chemical Corporation
16. Franklin-Burlington Plastics, Inc.
17. Garfield Molding Co., Inc.
18. General Electric Company
19. Givaudan Fragrances Corporation (Fragrances North America)
20. Goodrich Corporation on behalf of itself and Kalama Specialty Chemicals, Inc.
21. The Hartz Consumer Group, Inc., on behalf of The Hartz Mountain Corporation
22. Hexcel Corporation
23. Hoffman-La Roche Inc. on its own behalf, and on behalf of its affiliate Roche Diagnostics (n/k/a Hoffmann-LaRoche Inc.)
24. ISP Chemicals LLC
25. L3Harris Technologies, Inc., successor in interest to Exelis Inc., successor in interest to the defense business of ITT Corporation
26. Leemilt's Petroleum, Inc. (successor to Power Test of New Jersey, Inc.), on its behalf and on behalf of Power Test Realty Company Limited Partnership and Getty Properties Corp., the General Partner of Power Test Realty Company Limited Partnership
27. Legacy Vulcan, LLC (f/k/a Vulcan Materials Company)
28. National-Standard LLC
29. The Newark Group, Inc.
30. Newell Rubbermaid Inc., on behalf of itself and its wholly-owned subsidiaries Goody Products, Inc. and Berol Corporation (as successor by merger to Faber-Castell Corporation)
31. Nokia of America Corporation (f/k/a Lucent Technologies Inc.)
32. Otis Elevator Company
33. Pharmacia LLC (f/k/a Pharmacia Corporation (f/k/a Monsanto Company))
34. PPG Industries, Inc.
35. Public Service Electric & Gas Company

36. Purdue Pharma Technologies, Inc.
37. Quality Carriers, Inc. as successor to Chemical Leaman Tank Lines, Inc.
38. Revere Smelting and Refining Corporation
39. Safety-Kleen Envirosystems Company by McKesson, and McKesson Corporation for itself
40. Sequa Corporation
41. The Sherwin-Williams Company
42. Stanley Black & Decker, Inc. (f/k/a The Stanley Works)
43. Sun Chemical Corporation
44. Tate & Lyle Ingredients Americas, Inc. (f/k/a Staley Manufacturing Company, including its former division of Staley Chemical Company)
45. Teval Corporation
46. Textron Inc.
47. TFCF America, Inc. ((f/k/a News America Incorporated; f/k/s News Publishing Australia Ltd. (successor to Chris-Craft Industries); f/k/a 21st Century Fox America, Inc.)
48. Tiffany and Company
49. ViacomCBS Inc. (f/k/a CBS Corporation)