# Exhibit 3

## Third-Party Plaintiff Signatories To The 2007 RI/FS and Amendments

1. Alliance Chemical Inc.
2. Arkema Inc.
3. Ashland LLC
4. BASF Corporation (on its own behalf and on behalf of BASF Catalysts LLC)
5. Benjamin Moore & Co.
6. Coats & Clark, Inc.
7. Conopco, Inc., d/b/a Unilever (as successor to CPC/Bestfoods, former parent of Penick Corporation)
8. Cooper Industries, LLC
9. Covanta Essex Company
10. CNA Holdings LLC (on behalf of itself and its affiliate Celanese Ltd. and the Essex County Improvement Authority, as indemnitor to Celanese Ltd. for former Celanese Ltd. operations located on or about 354 Doremus Ave., Newark, NJ)
11. DII Industries, LLC
12. E. I. du Pont de Nemours and Company
13. Eden Wood Corporation
14. Elan Chemical Company
15. EnPro Industries, Inc. (successor to Coltec Industries Inc.)
16. Essex Chemical Corporation
17. Franklin-Burlington Plastics, Inc.
18. Garfield Molding Company, Inc.
19. General Electric Company
20. Givaudan Fragrances Corporation
21. Goodrich Corporation on behalf of itself and for Kalama Specialty Chemicals, Inc.
22. The Hartz Consumer Group, Inc. as successor to certain liabilities of The Hartz Mountain Corporation
23. Hexcel Corporation
24. Hoffmann-LaRoche Inc.
25. ISP Chemicals LLC
26. L3Harris Technologies, Inc., successor in interest to Exelis Inc., successor in interest to the defense business of ITT Corporation
27. Leemilt's Petroleum, Inc.
28. Legacy Vulcan, LLC (f/k/a Vulcan Materials Company)
29. National-Standard, LLC
30. The Newark Group, Inc.
31. Newell Rubbermaid Inc., on behalf of itself and its wholly-owned subsidiaries Goody Products, Inc. and Berol Corporation (as successor by merger to Faber-Castell Corporation)
32. Nokia of America Corporation (f/k/a Lucent Technologies)
33. Otis Elevator Company
34. Pharmacia LLC
35. PPG Industries, Inc.

36. Public Service Electric & Gas Company
37. Purdue Pharma Technologies, Inc.
38. Quality Carriers, Inc.
39. Revere Smelting and Refining Corporation
40. Safety-Kleen Envirosystems Company, by McKesson Corporation, and McKesson Corp. for itself
41. Sequa Corporation
42. The Sherwin-Williams Company
43. Stanley Black & Decker, Inc. (f/k/a The Stanley Works)
44. STWB Inc.
45. Sun Chemical Corporation
46. Tate & Lyle Ingredients Americas, Inc. (f/k/a A.E. Staley Manufacturing Company, including its former division Staley Chemical Company)
47. Teval Corporation
48. Textron, Inc.
49. TFCF America, Inc. (f/k/a 21st Century Fox America, Inc.; f/k/a News Publishing Australia Ltd. (successor to Chris-Craft Industries))
50. Tiffany and Company
51. ViacomCBS Inc. (f/k/a CBS Corporation)

16357502.7