# Exhibit 4

## Third-Party Plaintiff Signatories To The 2012 Removal Agreement

1. Arkema Inc. (Agent-Legacy Site Services LLC)
2. Ashland LLC
3. BASF Corporation (on its own behalf and on behalf of BASF Catalysts LLC)
4. Benjamin Moore & Co.
5. CNA Holdings LLC
6. Coats & Clark Inc.
7. Conopco, Inc., d/b/a Unilever (as successor to CPC/Bestfoods, former parent of Penick Corporation)
8. Cooper Industries, LLC
9. Covanta Essex Company
10. DII Industries, LLC
11. E. I. du Pont de Nemours and Company
12. Eden Wood Corporation
13. Elan Chemical Company
14. EnPro Industries, Inc. (successor to Coltec Industries Inc.)
15. Essex Chemical Corporation
16. Franklin-Burlington Plastics, Inc.
17. Garfield Molding Company, Inc.
18. General Electric Company
19. Givaudan Fragrances Corporation
20. Goodrich Corporation
21. The Hartz Consumer Group, Inc. as successor to certain liabilities of The Hartz Mountain Corporation
22. Hexcel Corporation
23. Hoffmann-LaRoche Inc.
24. ISP Chemicals LLC
25. L3Harris Technologies, Inc., successor in interest to Exelis Inc., successor in interest to the defense business of ITT Corporation
26. Leemilt's Petroleum, Inc.
27. Legacy Vulcan, LLC
28. National-Standard, LLC
29. The Newark Group, Inc.
30. Newell Rubbermaid Inc., on behalf of itself and its wholly-owned subsidiaries Goody Products, Inc. and Berol Corporation (as successor by merger to Faber-Castell Corporation)
31. Nokia of America Corporation (f/k/a Lucent Technologies Inc., f/k/a Alcatel-Lucent USA Inc.)
32. Otis Elevator Company
33. Pharmacia LLC
34. PPG Industries, Inc.
35. Public Service Electric & Gas Company
36. Purdue Pharma Technologies, Inc.

37. Quality Carriers, Inc.
38. Revere Smelting and Refining Corporation
39. Safety-Kleen Envirosystems Company, by McKesson Corporation, and McKesson Corp. for itself
40. Sequa Corporation
41. The Sherwin-Williams Company
42. Stanley Black & Decker, Inc.
43. STWB Inc.
44. Sun Chemical Corporation
45. Tate & Lyle Ingredients Americas LLC, formerly known as Tate & Lyle Ingredients Americas, Inc., formerly known as A.E. Staley Manufacturing Company (for itself and its former division Staley Chemical)
46. Teval Corporation
47. Textron, Inc.
48. TFCF America, Inc. (f/k/a 21st Century Fox America, Inc.)
49. Tiffany and Company
50. ViacomCBS Inc. (f/k/a CBS Corporation)