# Exhibit F

# PretiFlaherty

Portland, ME

Augusta, ME

Concord, NH

Boston, MA

Washington, DC

Jeffrey D. Talbert
jtalbert@preti.com
207.791.3239

December 19, 2019

Kathy Patrick, Esq.
Gibbs & Bruns LLP
110 Louisiana Street, Suite 5300
Houston, Texas 77002
kpatrick@gibbsbruns.com

**RE:** **Occidental Chemical Corp. v. 21st Century Fox America, Inc. et al.**
        **Docket No. 2:18-cv-11273-MCA-JAD**

Dear Kathy:

The Joint Protocol for Production of Documents and Electronically-Stored Information (the "Joint Protocol") sets out a series of steps that the parties are to take to identify and produce responsive ESI. Paragraph 3(j) provides that "[t]he parties will meet and confer regarding a proportional list of custodians whose ESI documents . . . will be collected for review and potential production." Paragraph 3(k) provides that "[t]he parties will meet and confer regarding appropriate methodologies to identify the ESI documents to be reviewed for production." Consistent with the requirements of the Joint Protocol and Special Master Scrivo's request at the November 20 meeting, this letter responds to OxyChem's ESI methodology described in your letter of September 26, 2019, and outlines the SPG's ESI methodology for individual Defendants to adopt as appropriate.

In particular, this letter requests clarification regarding OxyChem's ESI methodology and proposes modifications to the specific search terms. The search terms, custodians, and search methodology will have to be discussed more fully with OxyChem and the SPG reserves the right to request modifications to its methodology. Similarly, while this letter proposes an ESI methodology as a starting point for the members of the SPG, Liaison counsel do not represent individual Defendants in party-specific discovery responses and each party has a somewhat unique situation, making a single ESI methodology, including common search terms, inappropriate for all Defendants. Therefore, each defendant will use the ESI methodology set forth in this letter as a starting point, to which each defendant reserves the right to make modifications to suit their unique individual circumstances. As a result, discussions between OxyChem and individual Defendants regarding specific custodians and search term issues may be necessary.

I.      Response to OxyChem's ESI Methodology

In your letter of September 26, 2019 to Liaison Counsel, you describe the steps OxyChem has taken to identify custodians and collect ESI pursuant to the requirement of Paragraph 3(k) of the Joint Protocol. Several aspects of that letter require clarification.

Preti Flaherty
Beliveau & Pachios LLP
Attorneys at Law        60 State Street, Suite 1100, Boston, MA  02109   |   Tel 617.226.3800   |   **www.preti.com**

PRETI FLAHERTY

Kathy Patrick, Esq.
Gibbs & Bruns LLPDecember 19, 2019
Page 2

The September 26, 2019 letter identifies three categories of ESI in OxyChem's possession, custody, or control.  The first category is entitled "Tierra Transition ESI."  The September 26, 2019 letter states, "In connection with the bankruptcy of its indemnitors Maxus and Tierra, OxyChem took possession of certain electronically-stored information related to its indemnitors' various environmental remediation projects."  Please confirm: 1) that the "Tierra Transition ESI" includes all ESI obtained from Maxus and Tierra as a result of the Transition Services Agreement, and 2) that all ESI within this category was reviewed by counsel for responsiveness and privilege without the use of search terms.

The second category of ESI described in the September 26, 2019 letter is "Electronic Media Found in Hard-Copy Files."  According to the September 26, 2019 letter, this category consists of "hundreds of electronic media" that were co-located with hard-copy materials that OxyChem obtained in connection with the Maxus/Tierra Bankruptcy.  As to this second category, please confirm that all ESI was or will be reviewed for responsiveness and privilege by counsel without the use of search terms.

The September 26, 2019 letter also states that "[c]ertain employees of OxyChem and its affiliates have possession, custody, or control of documents related to the Site or otherwise responsive to Defendants' requests for production . . . ."  This third category of ESI is referred to as "OxyChem ESI."

The September 26, 2019 letter generally describes the types or subjects of OxyChem ESI but does not provide any detail as to how relevant employees and affiliates were identified or how the searches were conducted to identify responsive documents.  In addition, it appears that some or all of the "custodians" listed in Exhibit A to the September 26, 2019 letter may not have had actual possession of ESI but instead were interviewed regarding "locations . . . where potentially responsive ESI may be stored."  Without additional detail on the relationship of the individuals listed in Exhibit A to the subject matter of this suit, it is impossible to determine whether Exhibit A, in fact, constitutes a "proportional list of custodians."

Furthermore, while we acknowledge that Exhibit B to the September 26, 2019 letter provides sixteen pages of search terms, these terms were only applied to "locations where ESI related to the Site was not intentionally filed, but nevertheless may contain responsive ESI (e.g., "Sent" email folders)."  This appears to be at odds with the process contemplated by the Joint Protocol in which custodians' ESI is searched for potentially responsive documents using an established set of search terms.  In addition, the search terms identified in Exhibit B are insufficient to reasonably capture potentially responsive ESI.  We propose that OxyChem's ESI search terms be expanded in accordance with Exhibit 1 to this letter.

We also note that the search terms listed in Exhibit B to the September 26, 2019 letter will likely yield a vast number of documents completely unrelated to this litigation.  For example, the terms  Maxus, Newark, Passaic, "Debtor in Possession", "Environmental Standard*", "Federal Reserve Bank of New York", and "Maxus Energy Corporation" would include a significant volume of information unrelated to the Lister Ave. site and Passaic River remedy including, Maxus

PRETI FLAHERTY

Kathy Patrick, Esq.
Gibbs & Bruns LLPDecember 19, 2019
Page 3

sites all around the country, unrelated discussions about or in towns in New Jersey, interactions with banks or discussions of bankruptcies unrelated to the Diamond Alkali corporate successorship, and discussions of environmental standards generally or at unrelated sites. The September 26, 2019 letter states, "ESI documents containing one or more search terms and any related inclusive threads were subject to a linear review for responsiveness and privilege." Please confirm that a "linear review" means that all hits using these broad search terms have been or will be reviewed further by counsel for responsiveness to Defendants' document requests and privilege, and that only documents responsive to Defendants' document requests and not subject to a claim of privilege will be produced. If OxyChem intends to produce all non-privileged documents that are captured by the broad search terms in Exhibit B without regard to Defendants' document requests, Defendants propose that OxyChem's existing search terms be narrowed in accordance with Exhibit 1 to this letter.

II.      SPG ESI Search Limitations and Terms

As you know, Liaison counsel do not represent individual Defendants with respect to party-specific discovery. The ESI search methodology set forth below and the terms attached are intended to provide a starting point for the ESI of individual Defendants. Individual Defendants are not bound by the suggested search terms, and each facility and company is somewhat unique requiring specific unique search terms to capture relevant and responsive ESI. Each Defendant will provide requested discovery consistent with any objections it may have and its obligations under the Federal Rules.

The scope of ESI discovery sought by OxyChem is limited to three topics: 1) historical operations at Defendants' Properties, 2) releases of hazardous substances at Defendants' properties, and 3) remedial investigations and actions at Defendants' properties. As a threshold matter, this discovery is limited by the terms of the Joint Protocol including, but not limited to Paragraph 4(c), p. 11 which provides:

No party is required to search, produce, or include in its privilege logs:

(1) the custodial files of counsel of record or outside attorneys advising in this litigation or with respect to the Diamond Alkali Superfund Site (or their associated attorneys and support staff, including paralegal and secretarial personnel);

(2) the custodial files of in-house counsel advising in this litigation or with respect to the Diamond Alkali Superfund Site (or their associated attorneys and support  staff, including paralegal and secretarial personnel);

(3) joint defense communications pursuant to a joint defense agreement, provided that the date of the joint defense agreement and the parties to it are disclosed; and

(4) privileged communications between counsel and clients created or received for purposes of the Spill Act Litigation during the time period of the Spill Act Litigation.

PRETI FLAHERTY

Kathy Patrick, Esq.
Gibbs & Bruns LLPDecember 19, 2019
Page 4

In addition, in February 2019, the parties agreed that, at least for initial discovery, "Defendant's Property" is limited to facilities or properties at issue in the Complaint.

Along with these existing limitations, we propose the following additional qualifications to the three general categories of ESI to be produced.[1]

(1) <u>Historical operations at Defendants' Properties</u>

- Limit to years during which the Defendant owned or operated the property
- Limit to manufacturing operations that used or generated any of the eight COCs identified in the ROD

(2) <u>Releases of hazardous substances at Defendants' Properties</u>

- Limit to the eight COCs identified in the ROD
- Exclude releases to contained or indoor spaces

(3) <u>Remedial investigations and actions at Defendants' Properties</u>

- Limit to remedial investigations and remedial actions performed by the Defendant under CERCLA, ISRA, ECRA, or the Spill Act relating to releases of any of the eight COCs identified in the ROD
- Limit as to years during which the Defendant owned or operated the property
- Exclude releases to contained or indoor spaces
- Exclude environmental compliance audits and similar investigations undertaken by or at the direction of counsel
- Exclude the custodial files of in-house counsel and outside attorneys advising in any such audits and investigations (and their associated attorneys and support staff, including paralegal and secretarial personnel)

SPG members may apply these limitations and terms listed in Exhibit 2 to this letter to formulating Defendant-specific searches for responsive ESI. As we have previously explained, the SPG search terms will need to be modified on an individual basis for each party (modifications, additions or deletions of search terms, as well as implementation of connectors) to account for the unique circumstances of each party and facility. The list of proposed terms in Exhibit 2 should serve as a starting point which each party may so modify to suit their unique and individual circumstances.

---

[1] We note that searches are limited to materials that are electronically stored. Joint Protocol 2.(b)(3) stats, "A party intending to provide Hard Copy Documents for review or inspection by the requesting party is not required to copy, scan, or otherwise reproduce the Hard Copy Documents, but rather must provide the documents for review and inspection as they are presently maintained or stored."

PRETI FLAHERTY

Kathy Patrick, Esq.
Gibbs & Bruns LLPDecember 19, 2019
Page 5

      Discussions between OxyChem and individual Defendants as to issues concerning their search may be required.

Sincerely,

Jeffrey D. Talbert

JDT:
Enclosures

15053686.2

# Exhibit 2

[Property address or Facility Name or Facility ID# or ISRA Case #] AND

[2,3,7,8* or TCDD or dioxin* or furan or PCB* or Aroclor or "polychlorinated biphenyl" or mercury or Hg or DDT or dichlorodiphenyltrichloroethane or copper or Cu or dieldrin or pesticide or PAH or "poly aromatic" or polyaromatic or polycyclic or lead or Pb]

AND:

analy* w/5 "soil"
analy* w/5 "ground*"
analy* w/5 "sediment"
analy* w/3 "data"
application w/5 "permit"
"AST"
Basin
bypass
"CERCLA" or "Comprehensive Environmental Response, Compensation, and Liability Act"
"cleanup plan" or "clean-up plan"
"corrective action"
"corrective measures study"
 "dep.nj.gov"
dispos*
"discharge"
drain w/10 ("release" or spill or leak or disch* or emit*)
drum w/10 ("release" or spill or leak or disch* or emit*)
dump*
"ECRA" or "Environmental Cleanup Responsibility Act. "
effluent w/5 disch*
emergency w/5 "response" emission
"Environmental Protection" w/3 Agency
"Environmental Protection" w/3 Department
EPA
"epa.gov"
Explosion
"feasibility study"
fire
investigat* w/2 rem*
"ISRA" or "Industrial Site Recovery Act"
lagoon
landfill*
leak
manifest w/5 dispos*
manufactur*
"NJDEP"

NOV or "notice of violation"
"NPDES"
operat*
"operating permit"
outfall
Passaic w/3 River
permit w/5 waste*
permit w/5 disch*
"pipe*" w/5 ("release" or spill or leak or disch* or emit*)
piping w/5 ("release" or spill or leak or disch* or emit*)
pit
plumbing w/5 ("release" or spill or leak or disch* or emit*)
plume
"preliminary assessment"
pollution
pretreat* w/10 "waste*"
PVSC  or "Passaic Valley Sewerage Commission"
RCRA or "Resource Conservation and Recovery Act"
"record of decision" or "ROD"
"Region 2" w/5 "EPA
"Region 2" w/5 "Environmental"
"release"
remedia*
remov*
 "response action"
risk w/ 5 assess*
Saddle w/3 River
sampl* w/5 "soil"
sampl* w/5 ground*
sampl* w/5 sediment
Second w/3 River
sediment
sewer w/5 disch*
"site assessment"
"site inspection"
"spill"
"Spill Act"
stor* w/5 "waste"
stor* w/5 "product"
"storage tank"
Superfund
Third w/3 River
toxicity
treat* w/5 waste*
UST
waste

# Exhibit 1

**Search Term**
"cooperating parties group"
"Diamond Alkali" AND "Lister"/"Passaic"
"Diamond Shamrock" AND "Lister"/"Passaic"
"Lower 8" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
CPG AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Dioxin AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Maxus AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"TCDD
AND "Lister" /"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"02-2004-2010"
"02-2004-2011"
"02-2007-2009"
"02-2008-2020"
"02-2012-2015"
"02-2012-2020"
"02-2016-2021"
"02-96"
"1 Ackerman Ave*" and Clifton
"1 Jacobus Ave*" and Kearny
"10 Midland Ave*" and Wallington
"10.9 Removal ASAOC"
"100 Central Ave*" and Kearny
"100 Delawanna Ave*" and Clifton
"100 Kingsland R*" and Clifton
"1000 First St*" and Harrison
"1000 South 4th St*" and Harrison
"1000 South Fourth St*" and Harrison
"101-115 Jacobus Ave*" and Kearny
"109-113 Jacobus Ave*" and Kearny
"11 William St*" and Belleville
"1106 Harrison Ave*" and Kearny
"125 Delawanna Ave*" and Clifton
"150 Wagaraw" and Hawthorne
"1500 Harrison Ave*" and Kearny
"16-11501"
"17 Carlton Ave*" and "East Rutherford"
"180 Kingsland" and Clifton
"191 Doremus Ave*"
"194-194 Bloomfield Ave*"
"195 Belgrove Dr*" and Kearny

"199 Main St*" and Lodi

"1994 AOC" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"2000 New Jersey Pollutant Discharge Elimination System Discharge to Surface Water Permit Equivalent"

"2008 ASAOC" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"2015 Air Quality Permit" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"2016 Design ASAOC" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"205 Main St*" and Lodi

"21st Century Fox"

"233 West Side Ave*" and "Jersey City"

"25 Belgrove Dr*" and Kearny

"25 Main St*" and Belleville

"290 River Dr*" and Garfield

"320 Schuyler Ave*" and Kearny

"340 Kingsland R*" and Nutley

"401 Worthington Ave*" and Harrison

"415 S* 5th St*" and Harrison

"418 Falmouth Ave*" and Elmwood

"42 Arnot St*" and Lodi

"450 Schuyler Ave*" and Kearny

"49 Central Avenue

"50 Central Ave*" and Kearny

"540 New York Ave*" and Lyndhurst

"55 Jacobus Ave*" and Kearny

"66 Blanchard St*"

"681 Main St*" and Belleville

"714 Clifton Ave*"

"716 Clifton Ave*"

"726 Rockefeller Street

"75 Jacobus Ave*" and Kearny

"900-1000 South 4th Street

"936 Harrison Ave*" and Kearny

"969 Newark T*" and Kearny

"A* Rychlenski" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"A*  Steinberg" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"A* Yeh" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"A. E. Staley"

"A. Fiore & Sons"

"ABA Routing Number: 021030004"

"ABA Routing Number: 043000261"

"Account code: 68010727"

"Account code: 9108544"

"AcctsReceivable.CINWD@epa.gov"

"Adco Chemical"

"Administrative Order on Consent " AND "Passaic"

"Administrative Order on Consent for Remedial Investigation / Feasibility Study" AND "Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Administrative Settlement Agreement and Order on Consent for Combined Sewer Overflow / Stormwater AND "Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Administrative Settlement Agreement and Order on Consent for Remedial Investigation / Feasibility Study" AND "Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""Administrative Settlement Agreement and Order on Consent for Removal Action" AND "Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Advanced Plumbing"

"Akerman Senterfitt"

"Albert Trostel"

"Alcan Corp* Agreement"

"Alden Leeds"

"Alliance Chemical"

"Allied Chemical"

"Almasi Comp*"

"Almasi Compan*"

"Alta Analytical Lab*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Alta Lab*"

"American Inks"

"American Ref-Fuel"

"Anchor Environmental"

"Applied Environmental*"

"Arlington Plumbing"

"Arlington Reach"

"Atc Group Serv*"

"Athenia Steel"

"Atlantic Richfield"

"Atlas Refin*"

"Attn: Superfund Accounting"

"Axys Analytical Service* Ltd"

"B* Buckrucker" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"B* Fidler" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Barnett Engineering"

"Bath Iron Work*"

"Bayonne Barrel"

"Benjamin Moore"

"Bergen Barrel & Drum"

"Best Foods"

"Black & Decker"

"Blanchard Bro"

"Blasland Bouck" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Bluebird Tech*"

"Borden Chemical"

"Borden Remington"

"Boulder Environmental Consulting" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Brooks Rand Lab*"

"Brown & Caldwell" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Brown And Caldwell" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"C* Nace"

"Campbell Foundry"

"Canning Gumm"

"Case Number CERCLA-02-2011-2016"

"Cdg Engineer*"

"Ceimic Corp*"

"Central Steel Drum"

"CERCLA Docket No. 02-2004-2010"

"CERCLA Docket No. 02-2007-2009"

"CERCLA Docket No. 02-2008-2020"

"CERCLA Docket No. 02-2011-2016"

"CERCLA Docket No. 02-2012-2020"

"CERCLADocketNo.02-2012-2015"

"Check payable to Hazardous Substances Superfund" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Chem Waste Man*"

"Chemical Leaman Tank"

"Chemtrade"

"Chris Craft Indus*"

"Ciba Geigy"

"City Fire Equipment*"

"Clean Earth"

"Clean Harbor* Enviro*"

"CNA Holding*"

"Coats & Clark"

"Colantuono & Klurman Associates" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Cole-Parmer"

"Compu Chem*"

"Cooper Indus*"

"Core Lab*"

"Covanta Essex"

"Crc Press"

"Crucible Steel"

"CSO/SWO Investigation"

"C-Tech"

"Curtiss-Wright"

"Cwm Chemical Service*"

"D & R Industrial Saw"

"D 68010727 Environmental Protection Agency"

"D&J Trucking Property"

"D* Moora"

"Darling Ingredient*"

"Darling Int*"

"Dawson & Associates"

"Dead Horse Creek"

"Debtor in Possession" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"December 14, 2005"

"DeFranco & Son"

"Diamond Alkali Superfund Site"

"Diamond Alkali Superfund Site/Newark Bay Study Area Special Account"

"Directive No. 1" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Directive Number 2003-01"

"Directive to Pay the State for the 2,3,7,8-T* Source Control Drudge Plan"

"Docket Number CERCLA-02-2007-2009"

"Docket Number CERCLA-02-2008-2020"

"Docket Number CERCLA-02-2012-2015"

"DPK Consult*"

"Dresser Indus*"

"Drew Chemical"

"du Pont"

"Dundee Dam"

"Dundee Lake"

"E I Group"

"E* Naranjo" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"E* Wilson" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"E.R. Mancini & Associat*"

"E0-40-1"

"EA Engineer*"

"Eagle Ottawa Leather"

"Eam Land Serv*"

"Economy Supply"

"Eden Wood"

"Ei Group"

"Elan Chemical"

"Engineering Evaluation/Cost Analyses (EE/CA) / Removal Design" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Entrix Environmental Consultant*"

"Environmental Data Serv*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Environmental Standard*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"EPA Hazardous Substance Superfund" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"EPA Index number: CERCLA-02 - 2004-2010"

"Erl Environmental"

"Essex Chemical"

"Essex Industrial Chemical"

"Everett Smith Group"

"Executive Order # 40"

"Executive Order No. 40"

"Executive Order Number 40"

"F* Elsen" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"F* Zilzila" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"F* Zizila" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Faber-Castell"

"Federal Leather"

"Federal Reserve Bank of New York" AND "Lister"/"Passaic"

"Federal Shipbuilding"

"Feld's Brook"

"Field & Tech* Serv*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Fine Organic*"

"Firstenberg Consulting" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Fleischer's Brook"

"Flint Group"

"Flint Ink"

"Floyd Snider Mccarthy"

"Fort James"

"Foundry Street"

"Fox America"

"Franklin Burlington"

"Franklin Plastics"

"Frank's Creek"

"French & Parrello"

"Fryer & Ross"

"G* Pavlou" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Garfield Manufacturing"

"Garfield Molding"

"General Chemical"

"Geochem Metrix"

"Getty Newark Terminal Site"

"Ghd Service*"

"Global Computer Equipment"

"Goody Product*"

"Guardsman Product*"

"Hach Company"

"Haff Electric"

"Handex Environ*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Harris Corp*"

"Harris Env Risk Mgmt" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Harrison Creek"

"Harrison Reach"

"Hart Crowser"

"Hartz Mountain"

"Hill Environmental Group" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Hilton Davis"

"Hoffman-La Roche"

"Houghton Int*"

"Hummel Chemical"

"Hummel Lanolin"

"Ideastream Media"

"Iea Lab*"

"II-CERCLA-0117"

"Indepth Enviro*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Index No. II-CERCLA-0117"

"Inland Chemical"

"Inland Pollution"

"Intelligence Group" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"International Specialty Product*"

"Investigative Consultants International" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Invoice Numbers: 2721626S0041, 2721726S0030, 2721826S0026"

"Invoice numbers: 2721626S0042, 2721726S0031"

"Invoice Numbers: 2721626S0043, 2721726S0032, 2721826S0030"

"Invoice Numbers: 2721626S0045, 2721726S0034"

"Ipco Safety Airga*"

"Ironbound Community Corp"

"ISP Chem"

"ISP Van Dyk"

"ITT Avionic*"

"ITT Corp*"

"ITT Indus*"

"J* Battipaglia" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"J* Fajardo" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"J* Henderson" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"J* MacGregor" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"J* Nickerson" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"J* Thein" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"J.E. Edinger" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"John Erickson" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"Johnson Johnson"
"June 1, 1983" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"June 2, 1983" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"K* Maley" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"K* Mulvay" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"Kearny Landfill"
"Kearny Reach"
"Kearny Smelting"
"Keegan Landfill"
"Key Environmental Inc" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"Kirkpatrick & Lockhart Nicholson Graham"
"Kleer Kast"
"Kroll Associate"
"L* Baron" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"L* Berger" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"L* Butler" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"L* Gamba" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"Labor Management Concept"
"Lancaster Lab*"
"Lehn & Fink"
"Lilly Indus*"
"Liquidating Trust*"
"Louis Berger" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"Lowenstein Sandler"
"Lower 8.3"
"Lower Passaic River Restoration Project"
"Lower Passaic River Study Area "LPRSA""
"LPR"
"M* Grubb" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"M* Olsen" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"M* Sivak" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"M. C. P. C" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"March 13, 1984" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
"Martin Reuss"
"Mass Spec Services"

"Maxus bankrupt*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""Maxus Energy Corporation" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Mcgraw-Edison"

"Mclaren Hart"

"Mcmaster-Carr Supply Co"

"Mcnutt & Assoc*"

"Meadow Brook"

"Mellon Bank, Pittsburgh, Pennsylvania" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Melon Leasing"

"MI Holding*"

"Miceli Kulik Williams & Assoc*"

"Midland Color"

"Minnesota Mining"

"Modern Transportation"

"Moffa & Associates"

"Montrose Chemical"

"Morris Fairmount Associates"

"Mww Group"

"N* Hamill"

"N.D. Wilson & Associates"

"National-Standard"

"Natural Resource Injury Assessment and Interim Compensatory Restoration of Natural Resource Injuries"

"NB AOC"

"New Jersey Dep* of Env* Prot*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Newark Bay Study Area"

"Newark Group"

"Newell Brand*"

"Newell Rubbermaid"

"News America"

"NJD980528996"

"Normandeau Associate*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"North Creek Analyt*"

"Ocean Survey*"

"October 19, 1983" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Onyx Environmental Service*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Otis Elevator"

"P* Hick" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"P* Tarantino" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"P* Weppler" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Paragon Analytics"

"Pars Environmental Service*"

"Pfister Urban Renewal"

"Phase 1 and Phase 2 removal*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Phase 1 removal*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Phase 2 removal*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Pitt-Consol"

"Plum Creek"

"PMC Global"

"Point Group"

"point no point reach"

"Point-No-Point Reach"

"PSE&G"

"Ptl Lab*"

"Public Service Electric"

"Quality Carrier*"

"Quality Distribution"

"R* Basso" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"R* Mehran" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Ray Krone & Associates"

"Record of Decision Remedial Action Selection" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"region 3" w/3 EPA AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""

"Reilly Industries"

"Remedial Investigation / Feasibility Study / Human and Ecological Risk Assessment" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Removal Action / Capping / Pilot Tests" AND "Lister"/"Passaic OR "Newark Bay" OR "Diamond Alkali Superfund Site""

"Revere Smelting"

"RI/FS for Newark Bay Study Area"

"RI/FS Settlement Agreement" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""River Mile 10.9"

"River Mile10.9"

"RM 10.9 Removal Area"

"RM 10.9"

"RM10.9"

"Roberts Carlson"

"ROD, Remedial Action Selection" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Rollins Environmental" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Royce Assoc*"

"Royce Chemical"

15039712.6

"S* Flanagan" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"S* Nicholson" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"S* Thompson" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"S* Vaughn" AND "Lister"/"Passaic"

"Saddle River"

"Safety-Kleen"

"Sc Holding*"

"Second River"

"Secor International"

"September 19, 2003" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"September 30, 1987" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Service* Agree* for Environ* Consult* Serv*"

"Seton Co*"

"Severn Trent"

"SGS Accutest"

"SGS North America"

"Sherwin Williams"

"Sherwin-Williams"

"Site name: Diamond Alkali Superfund Site"

"Site Transition* Agreement*"

"Site/Spill 10 number: 02-96"

"Six-Mile Stretch of the Lower Passaic River"

"Springborn Laboratories"

"Stack & Stack"

"Standard Tallow"

"Stanley Tool"

"Stanley Work*"

"Sterling Drug"

"Sterling Winthrop"

"Stuyvesant Enviro*"

"Sumitomo Mitsui"

"Sun Chemical"

"Sun Oil"

"Superfund Cost Recovery Package Imaging and On-Line System / SCORPIO$ / SCORPIOS"

"Superfund Cost Recovery Package Imaging and On-Line System / SCORPIOS"

"Superior Consultants"

"SWIFT address: FRNYUS33"

"T* Aspinwall" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"T* Budroe" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"T* Kubiak" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"T* Taccone" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""Tate & Lyle"

"Tdi-Brooks International"

"Teledyne Brown Engineering"

"Temerlin Mcclain"

"Tersco Environmental Consul*"

"Test America"

"Tetra Tech"

"The Hamner Institutes For Health Sciences"

"Third River"

"Tierra Service* Agree*"

"Tiffany and Co*"

"Tiffany Co*"

"Time Critical Removal Action "TCRA""

"Trade Ferro Metal"

"Transition Checklist*"

"Triangle Economic Research"

"Triangle Lab*"

"Tube City"

"U.S. Steel"

"Unilateral Administrative Order for Removal Response Activities" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""Union Minerals"

"United Cork"

"United Piece Dye Works"

"United States Steel"

"Veritas Economic Consult*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Vista Analytical Lab*"

"W* Mugdan" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""Walker & Associates" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""Wallace Tiernan"

"Warren Hyde"

"Weasel Brook"

"Welch Flurocarbon"

"Western Electric"

"Weston Solution"

"Wiggins Plastic*"

"Williams Scotsman"

"Wiss & Sons"

"Wm C. Hutton Consult*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""Woodshole Group" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""Zalut & Montgomery"

3M

A w/3 Rychlenski AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site""A.E. Staley Site

Aecom AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"Aircraft Engineering Site

Alan w/3  Steinberg

Alcan

Alcan Site

Alcatel

Alden-Leeds -Newark

Alice w/3 Yeah AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"Alice w/3 Yeh AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"Alliance Site

Allied Signal Site

American Cyanamid Site

American Modern Metals Site

American Ref-Fuel Site

Andrew Jergens Site

Anthony w/3 Wolfskill AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

AOC AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

APOLAN

Arcadis

ARCO

Arkema

Ashland

Ashland Site

Atlantic Industries Site

Atlas Refinery Site

Automatic Electroplating Site

Aventisub

BASF

BASF Hawthorne Site

BASF Kearny Site

Bayonne Barrel and Drum Site

Bayway Refinery

Belleville Industrial Site

Benjamin Moore Site

Bergen Street Site

Berol

Beth w/3 Buckrucker AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"Biocraft Site

BIW

Brixite

Cary w/3 Begun AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"Celanese

Celanese Site

Chargeurs

Charles w/3 Nace AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Chemrisk

Cleanharbor

Cleansharbor

Columbia Terminals Site
Congoleum
Conopco
Croda
Croda Site
Crucible Steel Site
Curtiss-Wright Site
DASS
David w/3 Moora AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"dep.nj.gov AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"DII
DIP w/2 fin*
Du Pont Grasselli Site
E.M. Sergeant Site
Eckenfelder
Elan Chemical Site
Elizabeth w/3 Butler AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Elizabeth, NJ"
Engelhard
Engelhard SiteEnPro
Environ
Eric w/3 Wilson AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Essex Site
Eugenia w/3 Naranjo
Eurofin* AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Exponent
Finetex
Flexon Site
Former GMC facility
Former Port Newark facility on Maritime Street
Frances w/3 Zilzila AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Frances w/3 Zizila
Franklin Plastics Site
Fred w/3 Elsen AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
FSC
Garfield Molding Site
General Cable Site
General Chemical Site
Geomega
George w/3 Pavlou AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Givaudan
Givaudan Site

Goodrich

Grainger

GWC

Hannoch

Harrison Supply Site

Harrison, NJ"

Hartz Mountain Site

Hexcel

Hexcel Site

Hexion

Hilton Davis Site

Hoffman-La Roche Site

Honeywell

Ingredion

Inmont

Innospec

InterChemical

Intrasearch

Inx

ITT Site

Janine w/3 MacGregor AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Jay w/3 Nickerson AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Jeff w/3 Thein AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Jeffrey w/3 Thein AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Jessica w/3 Henderson AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Joe w/3 Battipaglia AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Juan w/3 Fajardo AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Kalama

Karlshamns Site

Kate w/3 Mulvay AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Kearny Smelting Site

Ken w/3 Maley AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

LeeMilt

Lemke

Linden Landfill

Lisa w/3 Baron AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Liz w/3 Butler AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Louis w/3 Berger AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

LPROU2

Lucent

Lucent Site

Lucia w/3 Gamba AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Mallinckrodt

Mallinckrodt Site

Marion w/3 Olsen AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

McKesson

Megan w/3 Grubb AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Meltser

Michael w/3 Sivak AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Micheal w/3 Sivak AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Monsanto

Monsanto Site

Montrose Site

Nancy w/3 Hamill AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Napp*

National Standard Site

NBAOC

NBSA

Newark Boxboard Site

NJDEP AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Nokia

Novartis

Novelis

Okonite

Okonite Site

Otis Elevator Site

Pabst

Palin

Passaic Pioneer Properties Site

Patricia w/3 Hick AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

PenickPeter w/3 Tarantino AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Peter w/3 Weppler AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Pfizer Site

Pharmacia

Pitt-Consol Site

Portosan
PPG
PPG Site
Prentiss Site
PSE&G Essex Site
PSE&G Harrison Site
PSE&G Hudson Generating Station
PSE&G Kearny Generating Station
PSE&G West End gas Plant
PSEG
Purdue
Purdue Pharma Site
PVSC
Quala
Ray w/3 Basso AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Raymond w/3 Basso AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
RCA
RCA Site
Reckitt
Reichhold Doremus Avenue Site
Revere Site
Reyhan w/3 Mehran AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Roman Asphalt Site
Roselle
Royce Chemical Site
RTC
Sarah w/3 Flanagan
Schiffenhaus
Scott w/3 Nicholson AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Scott w/3 Thompson AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Sequa
Seton Company Site
Sevenson
SGS
Sherwin Williams Site
Sonneborn Site
Spectraserv
Spectraserv Site
Stanley Works Site
Stefan w/3 Talke AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Stephanie w/3 Vaughn AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Sternco

STWB

Sun Chemical Site

Sunoco

Sy w/3 Williams

Testamerica AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Tetratech AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Teval

Textron

Thomas w/3 Budroe

Three County Site

Tiffany Site

TIG AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Tim w/3 Kubiak AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Tom w/3 Taccone AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Toxstrategies

Tricia w/3 Aspinwall AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Troy Chemical Site

Unilever

UPDW

USX

Valspar

Van Dyk Site

Vanderbilt

Viacom

Vista

Vulcan

Vulcan Plant

Wallace & Tiernan Site

Wallmaster

Walter w/3 Mugdan AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Westinghouse

Westinghouse Orange Street Site

Whippany Paper Board Site

Wiggins Plastics Site

Windward

Zeneca

Additional terms:

[2,3,7,8* or TCDD or dioxin* or furan or PCB* or Aroclor or "polychlorinated biphenyl" or mercury or Hg or DDT or dichlorodiphenyltrichloroethane or copper or Cu or dieldrin or pesticide or PAH or "poly aromatic" or polyaromatic or polycyclic or lead or Pb] AND "Lister" /"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

 "2, 4, 5 T"  AND "Lister"/ "Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"agent orange" AND "Lister"/ "Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"2,4 D" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
release

"region 2" w/3 EPA AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

PCDD AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

PCDD/F AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

data w/3 "qual*" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"env*" w/3 data AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"EDS" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"Newark Bay Estuary"

"NBE"

"Strategy and Science Advisory Group"

"SSAG"

"NIOSH" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Occidental AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"YPF" AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Repsol AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Tierra AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

UAO AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

"D* Rabbe" [Additional Individuals may be necessary]


Addresses:


"134 Lister Ave"
"310-336 Ave* P".


**Additional EPA Personnel:**


Delmar Karlen AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Amelia Wagner AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Sharon Jaffess AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Kadari Reddy AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Jane Kenny AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Richard Winfield (?) AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

William Muszynski AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Yeh AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

Lisa Jackson AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

D. Mellot AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
K. Mack AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
G. McCarthy AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

**<u>NJ DEP personnel:</u>**

Richard Sinding AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
John Sacco AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"
Bradley Campbell AND "Lister"/"Passaic" OR "Newark Bay" OR "Diamond Alkali Superfund Site"

**"Lister"/"Passaic"** OR "Newark Bay" OR "Diamond Alkali Superfund Site"**AND:**

analy\* w/5 "soil"
analy\* w/5 "ground\*"
analy\* w/5 "sediment"
analy\* w/3 "data"
application w/5 "permit"
"AST"
Basin
bypass
 "CERCLA" or "Comprehensive Environmental Response, Compensation, and Liability Act"
"cleanup plan" or "clean-up plan"
"corrective action"
"corrective measures study"
dispos\*
"discharge"
drain w/10 ("release" or spill or leak or disch\* or emit\*)
drum w/10 ("release" or spill or leak or disch\* or emit\*)
dump\*
"ECRA" or "Environmental Cleanup Responsibility Act. "
effluent w/5 disch\*
emergency w/5 "response"
emission
"Environmental Protection" w/3 Agency
"Environmental Protection" w/3 Department
EPA
"epa.gov"
Explosion
"feasibility study"
fire
investigat\* w/2 rem\*
"ISRA" or "Industrial Site Recovery Act"
lagoon
landfill\*
leak
manifest w/5 dispos\*
manufactur\*
NOV or "notice of violation"
"NPDES"
operat\*
"operating permit"
outfall
permit w/5 waste\*
permit w/5 disch\*
"pipe\*" w/5 ("release" or spill or leak or disch\* or emit\*)

piping w/5 ("release" or spill or leak or disch* or emit*)
pit
plumbing w/5 ("release" or spill or leak or disch* or emit*)
plume
"preliminary assessment"
pollution
pretreat* w/10 "waste*"
"Passaic Valley Sewerage Commission"
RCRA or "Resource Conservation and Recovery Act"
"record of decision" or "ROD"
"Region 2" w/5 "EPA
"Region 2" w/5 "Environmental"
remedia*
remov*
 "response action"
risk w/ 5 assess*
Saddle w/3 River
sampl* w/5 "soil"
sampl* w/5 ground*
sampl* w/5 sediment
Second w/3 River
sediment
sewer w/5 disch*
"site assessment"
"site inspection"
"spill"
"Spill Act"
stor* w/5 "waste"
stor* w/5 "product"
"storage tank"
Superfund
Third w/3 River
toxicity
treat* w/5 waste*
UST
waste


**Additional locations**

"33 Littleton" AND Newark
"400 w/2 Market" AND Newark
"7 Bank St*" AND Newark
"26 Bank St*" AND Newark
"13 Bank St*" AND Newark