Reynold Lambert, Esq.
Norman W. Spindel, Esq.
Allison Gabala, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500
*Attorneys for Defendant Franklin-Burlington Plastics, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>21st CENTURY FOX AMERICA, INC., *et al.*,<br><br>　　　　　Defendants. | Case No: 2:18-cv-11273-MCA-LDW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND** |

It is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiff Occidental Chemical Corporation and Defendant Franklin-Burlington Plastics, Inc. ("FBP") that the time within which FBP may answer, move, or otherwise respond to Plaintiff's Amended Complaint and Third-Party Complaint (ECF No. 1247) is hereby extended to and including August 2, 2021.

| | |
|---|---|
| /s/ *John J. McDermott, Esq.*<br>John J. McDermott, Esq.<br>ARCHER & GREINER P.C.<br>One Centennial Square<br>Haddonfield, NJ 08033<br>(856) 673-3902<br>*jmcdermott@archerlaw.com*<br><br>*Attorneys for Plaintiff Occidental Corporation* | /s/ *Reynold Lambert*<br>Reynold Lambert<br>LOWENSTEIN SANDLER LLP<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>*rlambert@lowenstein.com*<br><br>*Attorneys for Defendant Franklin-Burlington Plastics, Inc.* |

13353/15
07/26/2021 207012547.5

It is so ordered:  7/27/2021

_____
Hon. Leda Dunn Wettre, U.S.M.J.