LEE HENIG-ELONA
DIRECT DIAL:  (973) 549-2520
LHENIG-ELONA@GRSM.COM

*Admitted In:  NY and NJ*



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY  10004

18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
WWW.GORDONREES.COM

July 27, 2021

Magistrate Judge Leda Dunn Wettre
United States District Court
District of New Jersey
Martin Luther King Bldge & US Courthouse
50 Walnut Street
Newark, NJ  07102

      Re:   *Occidental Chemical Corp v. 21st Century Fox America, Inc., et al.*
             Docket No. 2:18-cv-11273

Dear Magistrate Judge Wettre,

      On behalf of the members in the GR Group noted below, please be aware that Occidental Chemical Corp. has extended our time to file an Answer to the Amended Complaint [1247] to August 7, 2021.

      We kindly ask your approval for this extension.

                                           Respectfully submitted,

                                           s/  Lee Henig-Elona

                                           Lee Henig-Elona

**SO ORDERED:**  7/28/2021

_____
**Mag. Judge Leda D. Wettre**

cc:  All Counsel of Record via ECF

Hon. Judge Leda Wettre
July 27, 2021
Page 2

Members of Gordon Rees Group:

1. Alliance Chemical Inc. (in dissolution)
2. American Inks & Coatings Corporation
3. Atlas Refining Inc.
4. Borden & Remington Corp.
5. Campbell Foundry Company
6. Chemtrade Chemicals Corporation
7. Darling Ingredients Inc.
8. Elan Chemical Co., Inc.
9. Everett Smith Group, Ltd.
10. Flint Group Incorporation
11. Fort James LLC
12. Hexion Inc.
13. Houghton International Inc.
14. INX International Ink Co.
15. Kearny Smelting & Refining Corp.
16. Melon Leasing Corporation, Inc.
17. Meltser-Tonnele Avenue LLC
18. Neu Holdings US Corporation [filing separately on or before September 21, 2021]
19. Pfister Urban Renewal Corporation (in dissolution)
20. PMC Global, Inc.
21. Rexam Beverage Can Company
22. Vanderbilt Minerals LLC
23. Teval Corp
24. Wiggins Plastics, Inc.
25. 3M Company