GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Tel.   (713) 650-8805
By:    Kathy D. Patrick, Esq.
       (kpatrick@gibbsbruns.com)
       Anthony N. Kaim, Esq.

*Attorneys for Plaintiff Occidental Chemical Corporation*

ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033
Tel.   (856) 795-2121
By:    John J. McDermott, Esq.
       (jmcdermott@archerlaw.com)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | ) Hon. Madeline Cox Arleo |
| | ) Hon. Leda Dunn Wettre |
| Plaintiff, | ) |
| | ) Civil Action No. 2:18-cv-11273 |
| v. | ) |
| | ) |
| 21ST CENTURY FOX AMERICA, INC., *et al.* | ) |
| | ) **CERTIFICATE OF SERVICE** |
| Defendants, | ) |
| | ) |
| 21ST CENTURY FOX AMERICA, INC., *et al.* | ) |
| | ) |
| Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| PASSAIC VALLEY SEWERAGE | ) |
| COMMISSIONERS, *et al.* | ) |
| | ) |
| Third-Party Defendants. | ) |
| | ) |

The undersigned certifies that on August 2, 2021, a copy of the Notice of Plaintiff Occidental Chemical Corporation's Motion for Partial Summary Judgment on Bath Iron Works Corporation's Successor Liability, the supporting Memorandum of Law, the supporting Statement of Material Facts not in Dispute, and the Proposed Order were served on all counsel via CM/ECF.

Dated: August 2, 2021                     By: /s/ *John J. McDermott*_____
                                          John J. McDermott