# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, | |
| Plaintiff, | Hon. Judge Madeleine Cox Arleo<br>Hon. Magistrate Judge Joseph A. Dickson. |
| v. | Civil Action No. 2:18-CV-11273 (MCA-JAD) |
| 21ST CENTURY FOX AMERICA, INC., *et al.,* | **DEFENDANT PITT-CONSOL CHEMICAL COMPANY'S CORRECTED FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S STANDARD SET OF INTERROGATORIES** |
| Defendants. | |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33.1, Defendant Pitt-Consol Chemical Company ("Pitt-Consol") hereby objects and responds to Plaintiff Occidental Chemical Corporation's ("OCC") Standard Set of Interrogatories as follows:

**GENERAL STATEMENTS AND OBJECTIONS**

1.      Pitt-Consol objects to OCC's Definitions, Instructions and Interrogatories to the extent that they seek information protected by the attorney-client privilege or any other applicable privilege.  Any inadvertent disclosure of privileged information shall not constitute a waiver of the attorney-client or any other applicable privilege.

2.      Pitt-Consol objects to OCC's Definitions, Instructions and Interrogatories to the extent that they seek the discovery of the mental impressions, conclusions, strategies, opinions, research or legal theories of their attorneys or other representatives.  Any inadvertent disclosure of work product shall not constitute a waiver of any work product protection.

3.      Pitt-Consol objects to OCC's Definitions, Instructions and Interrogatories to the extent that they seek to alter or exceed the scope of the obligations placed on Pitt-Consol by the

21.     Identify or describe Your document retention and destruction polic(ies) relating to the retention or destruction of business records relating to each Property at Issue or Operations identified in response to Interrogatory Nos. 1 or 2.

**ORIGINAL ANSWER (JULY 8, 2019)**

Pitt-Consol responds that, pursuant to Fed. Rule Civ. Pro. 33(d), the answer may be found in DuPont's Corporate Records and Information Management Policies that are being produced concurrently as part of Pitt-Consol's rolling production of documents.  They may be found at PCCC-FED-0000007004 to PCCC-FED-0000007630.

22.     Identify all Response Action costs for which You seek recovery in this litigation and for each, describe the purpose for which those costs were spent and what documentation You have establishing that You incurred and paid those costs.

**ORIGINAL ANSWER (JULY 8, 2019)**

Pitt-Consol objects to this Interrogatory as premature because no counterclaims or third-party claims have been asserted in this litigation and because the pending motions to dismiss will impact the type and scope of costs at issue.  Pitt-Consol reserves the right to supplement this response as necessary.

**CORRECTED SUPPLEMENTAL ANSWER - 12/4/2019**

Pitt-Consol supplements its prior response as follows.  Without waving the foregoing objections, Pitt-Consol states that it is a signatory to a Mutual Contribution Release Agreement ("MCRA") with Occidental Chemical Corporation ("OCC") and others relating to In re: Maxus Energy Corporation, et al., Case No 16-11501 (CSS) (Bankr. D. Del.).  Under the MCRA, Pitt-Consol agreed to release OCC for claims of certain itemized amounts in exchange for a

corresponding release from OCC for certain itemized amounts claimed by OCC. Pitt-Consol maintains that the MCRA is enforceable. However, if the MCRA is deemed unenforceable, Pitt-Consol reserves its right to seek contribution from OCC for such otherwise released costs and itemized amounts, and to supplement this response accordingly.

Pitt-Consol has incurred reasonable and necessary response costs consistent with the national Oil and Hazardous Substances Pollution Contingency Plan ("NCP", 40 C.F.R. Part 300 et seq.) at the Diamond Alkali Superfund Site. Pitt-Consol continues to incur costs under the categories described below; accordingly, this response will be supplemented further consistent with Fed. R. Civ. P. 26. Pitt-Consol also expects to offer expert testimony that will identify ongoing and recurring costs, and to prove its costs were reasonable, necessary, and consistent with the NCP.

Pitt-Consol has been a member of the Cooperating Parties Group ("CPG"), a group of companies organized to respond collectively to claims asserted against them by the United States, State of New Jersey and others in connection with the Diamond Alkali Superfund Site. The costs identified herein were incurred and paid collectively by the CPG. Documentation with respect to such costs includes work orders, invoices and other supporting documents of the CPG's technical consultants, vendors and other suppliers, and internal accounting records maintained by the CPG. Recoverable legal fees are not included in this response, but may be provided in a supplemental response.

(a)     2007 RI/FS ASAOC. In 2007, the CPG, including Pitt-Consol, entered into an Administrative Settlement Agreement and Order on Consent ("ASAOC") with EPA for a Remedial Investigation/Feasibility Study ("RI/FS"), in which the settling parties agreed to take over the performance of the 17-mile LPRSA RI/FS from EPA (see section (c), below). The

CPG's costs include costs of all activities required and approved by EPA, reimbursement of EPA's oversight costs, and costs for other activities in support of the RI/FS. These costs are identified at Exhibit B.

(b)     2012 RM 10.9 ASAOC.  In June 2012, the CPG, including Pitt-Consol, signed an ASAOC for a time-critical removal action at river mile ("RM") 10.9 in Lyndhurst, New Jersey. The CPG's costs under this ASAOC are identified in Exhibit C.

(c)     Other RI/FS Costs. In 2004, the CPG, including Pitt-Consol signed an ASAOC with U.S. EPA to fund EPA's work to on the RI/FS for the 17-mile LPR.  CPG members (excluding Plaintiffs and its indemnitors) paid $12.64 million to EPA.  In addition to the 122(h) Settlement, the CPG incurred other recoverable response costs in furtherance of EPA's RI/FS during the period 2004 - 2007, identified in Exhibit D.

(d)     PRP Search Costs.  The CPG, including Pitt-Consol incurred and will continue to incur costs to identify potentially responsible parties ("PRPs") for Hazardous Substance contamination in the Diamond Alkali Superfund Site. The recoverable PRP Search Costs will be provided in a supplemental response.


23.     Identify and Describe all settlements related to claims for environmental liability pertaining to any Property at Issue or Operations identified in response to Interrogatories Nos. 1 or 2 with non-parties (including, but not limited to Defendants voluntarily dismissed from the current litigation and governmental entities) regarding any Properties at Issue.

**ORIGINAL ANSWER (JULY 8, 2019)**

Pitt-Consol incorporates its response to Interrogatory No. 2.  Without waiving the objections therein, Pitt-Consol responds that the litigation styled *New Jersey Department of*

# EXHIBIT A

**Summary of Sediment Datasets for the Lower Passaic River Study Area Remedial Investigation**

| Data Collection Event | Date of Collection | Number of Samples/ Locations[a] | Location (RM) | Depth (feet) | Sample Type | Analyses | Level of Validation | Known Data Issues or Limitations |
|---|---|---|---|---|---|---|---|---|
| Tierra – 1995 Remedial Investigation Sampling Program | 1995 | 97 locations; 211 surface samples and 1,493 subsurface samples[b] | 1 to 6.7 | 0 to 18.2 | Core | Metals, PCBs, pesticides, TPH, PCDDs/PCDFs, SVOCs, herbicides, VOCs, cyanide, and geochronology | Unknown | |
| Honeywell International Sampling Programs | 1999 to 2006 | 245 cores; 916 samples, 14 sediment trap samples | -3.3 to 1 | 0 to 27.4 | Core, grab, and sediment trap | Metals, PCBs, pesticides, PAHs, PCDDs/PCDFs, SVOCs, herbicides, VOCs, and TOC | Unknown | No documentation |
| Tierra – Ecological Sampling Plan Programs | 1999 to 2001 | 78 locations; 78 samples | 1 to 7 | 0 to 0.5 | Grab | AVS/SEM, cyanide, PCDD/PCDFs, grain size, herbicides, metals, organotin, PAH, PCB congeners, PCBs, pesticides, physical properties, SVOCs, TOC, and TPH | Full | None known |
| USEPA/BioGenesis – Sediment Collection Program | 2000 | 1 location; 1 sample | | 0 to 5.5 | Core | AVS/SEM, cyanide, PCDD/PCDFs, grain size, herbicides, metals, organotin, PAH, PCB congeners, PCBs, pesticides, physical properties, SVOCs, TOC, and TPH | Unknown | Limited study; single bulk sediment sample |
| USEPA/TAMS/Earth Tech – Sediment Coring for Dredging Pilot Project | July 2004 | 16 locations; 46 samples | 2.6 to 3.1; cores from RM 2.9 | 0 to 4 | Core | VOCs, SVOCs, pesticides, PCB Aroclors, PCB congeners, herbicides, PCDDs, metals, TOC, percent moisture, percent solids, Atterberg limits, specific gravity, and grain size | Full | None known |
| USEPA/MPI – Geotechnical Sediment Cores | May 2005 | 51 locations; 51 samples | 0 to 16 (3 cores per transect every mile) | 0 to 30.5 | Core | Grain size (sieve and hydrometer analysis), Atterberg limits, bulk density, and TOC | Full | None known |
| USEPA/MPI – Surface Sediment Grab Sampling Program | August to September 2005 | 34 samples | 1 to 17.4 plus Dundee Lake | 0 to 0.08 | Grab | Beryllium-7 and cesium-137 analyses to investigate potential high-resolution coring locations in order to help date sediment deposition | Full | None known |
| USEPA/MPI – High-Resolution Sediment Coring Program | September to October 2005 | 14 locations; 1,323 samples | 1.1 to 12.6 (for 5 cores with most analyses) | 0 to 22.7 | Core | 14 stations analyzed for radiological dating (cesium-137); select core segments from a subset of five stations also analyzed for TAL metals, PAHs, PCB congeners, PCDDs, and pesticides; approximately 516 samples analyzed for cesium-137; 228 samples analyzed for metals; 148 samples analyzed for PAHs; and 109 samples analyzed for PCB congeners and PCDDs | Full | None known |
| PSEG West End Supplemental RI | 2005 | 24 locations, 51 samples | | 0 to 1 | Core and grab | Metals, SVOCs, VOCs, pesticides, and PCBs | Unknown | No documentation |
| Tierra – Newark Bay Phase I/Phase II (NBSA Remedial Investigation) | 2005 and 2007 | 98 cores; 21 grabs | -9.3 to 0 | 0 to 29.5 | Core and grab | Metals, PCBs, pesticides, PAHs, PCDDs/PCDFs, SVOCs, herbicides, VOCs, and TOC | Full | Outside of Lower Passaic River Study Area |
| Peninsula Resources – HRSA RI Sampling Program | 2006 | 56 locations; 198 samples | | 0 to 12 | Core | AVS/SEM, cyanide, PCDD/PCDFs, grain size, herbicides, hexavalent chromium, metals, PCB congeners, PCB Aroclors, pesticides, physical properties, SVOCs, TOC, TPH, VOCs, and radiochemistry | Full | None known |
| USEPA/MPI – Low-Resolution Sediment Coring Program | January 2006 | 10 locations; 130 samples | 2.9 to 6.7 | 0 to 15.4 | Core | Cesium-137, herbicides, TPH, TOC, geotechnical parameters, metals, PAHs, PCB congeners, PCB Aroclors, PCDDs, pesticides, VOCs, and SVOCs | Full | None known |

**Summary of Sediment Datasets for the Lower Passaic River Study Area Remedial Investigation**

| Data Collection Event | Date of Collection | Number of Samples/ Locations[a] | Location (RM) | Depth (feet) | Sample Type | Analyses | Level of Validation | Known Data Issues or Limitations |
|---|---|---|---|---|---|---|---|---|
| USEPA/MPI – Dundee Lake High-Resolution Coring Program | January 2007 | 6 locations; 120 samples | Dundee Lake | 0 to 3 | Core | Radiological dating analysis, PCDDs, PCB congeners, PAHs, pesticides, geotechnical parameters, and TAL metals | Full | None known |
| USEPA/MPI – EMBM | 2007-2008 | 63 cores; 88 samples | 1 to 18.4 | 0 to 9 | Core | Metals, PCBs, pesticides, PAHs, PCDDs/PCDFs, SVOCs, herbicides, VOCs, and TOC | Full | None known |
| USEPA/MPI – Supplemental Coring Program | December 2007 to January 2008 | 32 surface grabs; 20 cores (40 core samples) | 1 to 12.6 and Dundee Lake (for surface grabs); 8.4 to 14.5 (for cores) | 0 to 9 | Core and grab | Surface grabs analyzed for metals, TOC, grain size, and radiological parameters (surface grabs with confirmed beryllium-7 also analyzed for PCDDs, PCB congeners, PAHs, and pesticides); core samples analyzed for PCDDs, PAHs, pesticides, metals, TOC, PCB Aroclors, grain size, and radiological dating (12 core samples also analyzed for PCB congeners) | Full | None known |
| USEPA/MPI – RM 0 to RM 1 Surface Sediment Sampling | June 2008 | 18 stations; 36 samples | 0 to 1 | 0 to 0.5 | Grab | Radiological parameters, TOC, TAL metals, PCDDs, PCB congeners, PAHs, pesticides, and grain size | Full | None known |
| Low-Resolution Coring Program | July to December 2008 | 111 locations; 1,398 samples | 0 to 17.4[b] | 0 to 30[b] | Core and grab | PCDDs/PCDFs, radiological dating, herbicides, pesticides, SVOCs, VOCs, metals, organotins, low-resolution mercury and methylmercury, PCB congeners, PCB Aroclors, grain size, TOC, cyanide, sulfide, TPH, PAHs, AVS/SEM, physical testing, and nitrogen ammonia | Full | None known |
| Givaudan Sediment Sampling (prior to Lister Avenue Phases 1 and 2 Sediment Removal Action) | 2012 | 6 locations; 66 samples | 2.8 to 3.5 | 0 to 7 | Core | Cesium-137 | Full | None known |
| Benthic Program Surface Sediment and SQT Sampling (2009) | October to November 2009 | 111 locations (98 for SQT); 111 samples | 0 to 17.4 | 0 to 0.5 | Grab | Metals, SEM metals, butyltins, PAHs, SVOCs, PCB Aroclors, PCB congeners, PCDDs/PCDFs, organochlorine pesticides, herbicides, VOCs, TPH, TOC, grain size, percent moisture, and general chemistry (i.e., AVS, ammonia, cyanide, Kjeldahl nitrogen, phosphorus, and total sulfide) | Full | None known |
| Benthic Program Surface Sediment Sampling (2010) | August 2010 | 21 locations; 21 samples | 0 to 17.4 (at locations where small forage fish were collected) | 0 to 0.5 | Grab | Metals, SEM metals, butyltins, PAHs, SVOCs, PCB Aroclors, PCB congeners, PCDDs/PCDFs, organochlorine pesticides, herbicides, VOCs, TPH, TOC, grain size, percent moisture, and general chemistry (i.e., AVS, ammonia, cyanide, Kjeldahl nitrogen, phosphorus, and total sulfide) | Full | None known |
| JDG –Sediment Sampling (prior to Lister Avenue Phases 1 and 2 Sediment Removal Action) | January 2011 to February 2011 | 3 high-resolution cores, 12 low-resolution cores; approximately 249 samples | 2.8 to 3.5 | 0 to 18.5 | Core | Metals, PCBs, pesticides, PAHs, PCDDs/PCDFs, SVOCs, herbicides, VOCs, and TOC | Full | None known |
| River Mile 10.9 Characterization | August 2011 to November 2011 | 54 cores; 818 samples | 10.7 to 11.1 | 0 to 15.9 | Core | Metals, PCBs, pesticides, PAHs, PCDDs/PCDFs, SVOCs, herbicides, VOCs, and TOC | Full | None known |
| Tierra – Focused Sediment Investigation (RM 10.9) | January 2012 | 6 cores; 70 samples | 7.8 to 11.5 | 0 to 7 | Core | PCDDs/PCDFs | Full | None known |

**Summary of Sediment Datasets for the Lower Passaic River Study Area Remedial Investigation**

| Data Collection Event | Date of Collection | Number of Samples/ Locations[a] | Location (RM) | Depth (feet) | Sample Type | Analyses | Level of Validation | Known Data Issues or Limitations |
|---|---|---|---|---|---|---|---|---|
| Low-Resolution Coring Program Supplemental Sampling Program | January to February 2012 | 85 locations; 569 samples; 755 geochronology samples | 0 to 13 | 0 to 2.5; 3 stations to 4.5 | Core and grab | PCDDs/PCDFs, pesticides, SVOCs, metals, organotins, low-resolution mercury, PCB congeners, grain size, TOC, cyanide, sulfide, TPH, PAHs, AVS/SEM, nitrogen ammonia, beryllium-7, cesium-137, lead-210, and potassium-40 | Full | None known |
| River Mile 10.9 Addendum A | May 2012 | 15 cores; 59 samples | 10.8 to 11.2 | 0 to 6.1 | Core | Metals, PCBs, pesticides, PAHs, PCDDs/PCDFs, SVOCs, herbicides, VOCs, and TOC | Full | None known |
| Freshwater Reference SQT and Background Sediment Study | November 2012 | 24 SQT and 16 chemistry-only surface samples | 17.6 (above Dundee Dam) to 21 | 0 to 0.5 | Grab | Metals, SEM metals, butyltins, PAHs, SVOCs, PCB congeners, PCDDs/PCDFs, organochlorine pesticides, TPH, TOC, grain size, percent moisture, and general chemistry (i.e., AVS, ammonia, cyanide, Kjeldahl nitrogen, phosphorus, and total sulfide) | Full | None known |
| Low-Resolution Coring Program Supplemental Sampling Program 2 | September to October 2013 | 76 locations; 664 samples; 26 geochronology samples | 7.2 to 14.6 | 0 to 20[d] | Core (58) and grab (73) | PCDDs/PCDFs, pesticides, SVOCs, metals, organotins, low-resolution mercury and methylmercury, PCB congeners, grain size, TOC, cyanide, sulfide, TPH, PAHs, AVS/SEM, and ammonia, cesium-137 and lead-210 at two locations | Full | None known |

Notes:

Sources consulted to compile the information presented in the table include: Tierra Solutions, Inc. (2003, 2004), Battelle (2005), The Louis Berger Group (2014), and publicly available websites and databases (e.g., ourpassaic.org).

a. Numbers are approximate and may vary depending on how quality assurance samples were counted.

b. Surface samples are those taken within the top 0.5 foot of sediment (includes high-resolution geochronology samples).

c. Samples from above Dundee Dam, Third River, Saddle River, Second River, an unnamed tributary, and former Dundee Canal, including Weasel Brook, were also included in this sample count.

d. Cores were collected to refusal or parent material; maximum core length was 30 feet. Grabs were collected to 0.5 feet.

AVS/SEM: acid volatile sulfide/simultaneously extracted metal
EMBM: Equilibrium Mass Balance Model
HRSA: Hackensack River Study Area
JDG: Joint Defense Group
MPI: Malcolm Pirnie, Inc.
NBSA: Newark Bay Study Area
PAH: polycyclic aromatic hydrocarbon
PCB: polychlorinated biphenyl
PCDD: polychlorinated dibenzo-p-dioxin
PCDF: polychlorinated dibenzofuran
PSEG: Public Service Enterprise Group

RI: Remedial Investigation
RM: River Mile
SQT: Sediment Quality Triad (chemistry, toxicity, and benthic invertebrate community)
SVOC: semivolatile organic compound
TAL: target analyte list
Tierra: Tierra Solutions, Inc.
TOC: total organic carbon
TPH: total petroleum hydrocarbon
USEPA: U.S. Environmental Protection Agency
VOC: volatile organic compound

**Summary of Surface Water and CSO Datasets for the Lower Passaic River Study Area Remedial Investigation**

| Data Collection Event | Date of Collection | Number of Samples[a] | Location (RM) | Sample Type | Analyses | Level of Validation | Known Data Issues or Limitations |
|---|---|---|---|---|---|---|---|
| **Surface Water** | | | | | | | |
| NJDEP/USGS – NJTRWV/CARP | June 22, 2000; December 15, 2000; March 14, 2001; and October 17, 2001 | 4 samples (2 baseflow, 1 variable flow, and 1 stormflow) | Passaic River at Little Falls (adjacent to USGS gage station 01389500) | Large volume and TOPS sampling | Water: SSC, DOC, POC, specific conductance; water and solids: PCB congeners, PCDD/PCDF congeners, pesticides, PAHs, cadmium, lead, mercury, and methyl-mercury | Unknown | Upstream of Lower Passaic River Study Area; limited temporal coverage |
| MPI – Hydrodynamic Survey (Mooring) Water Column Sampling | November 2004 and February 2005 | 3 locations; 26 samples | 8.6, 10, and 11.5 | Grab | Grab samples collected to supplement hydrodynamic data from moored instruments; samples analyzed for POC, TDS, TOC, TSS, and VSS | Full | None known |
| USEPA/MPI – High-Flow Event Sampling | October 12, 2005 | 2 locations; 143 samples | Jackson St. and Ackerman Ave. Bridges | Grab | One-day sampling event to evaluate solids transport during a major precipitation event; samples analyzed for TDS, TOC, TSS, and VSS | Full | Limited temporal scale |
| USEPA/MPI – Large-Volume Water Column Sampling | October 2005 | 1 location; 12 samples | 2.5 | Large volume | PCB congeners, PCDDs, pesticides, TSS, DOC, and POC | Partial | Comparison study to evaluate TOPS, Infiltrex, and other large-volume sampling techniques; summary narrative available |
| MPI – SPMD Deployment | October to November 2005 | 4 locations; 8 samples | 17; 3 tributaries[b] | Composite | SPMD deployments intended to measure dissolved-phase organics; extracts analyzed for PCB congeners, PAHs, PCDDs, and pesticides | Partial | Semi-quantitative, indirect measure of dissolved phase hydrophobic chemicals |
| MPI – Small-Volume Water Column Sampling | November 2005 | 8 locations; 267 samples | 1, 2.5, 4.5, 10.5, 17, and 3 tributaries[b] | Grab and composite | Grabs analyzed for ammonia, BOD, herbicides, chlorophyll-a, COD, cyanide, ortho-phosphorus and total phosphorus, TKN, TSS, SVOCs, and VOCs; composites analyzed for DOC, POC, and metals | Partial | None known |
| U.S. Geological Survey – Surface Water Sampling for Environmental Dredging Pilot | December 2005 | 1 location | Harrison Reach between 2.6 and 3.0 | Grab, Isco, TOPS, and composite | TSS, POC, DOC, chloride/bromide, dissolved and total metals, PCDD/PCDF congeners, and pesticides | Unknown | Limited to the Harrison Reach area with one location in the Lower Passaic River Study Area |
| Chemical Water Column Monitoring Program – Small Volume | August 2011 to June 2013 (8 phases of field work) | 9 locations, 8 events; 756 samples | 0 to 17.4, Dundee Lake, Third River, Second River, and Saddle River | Grab | PCDD/PCDFs, PCBs (homologs and congeners), mercury (total and dissolved), TAL metals (total and dissolved), POC, DOC, hardness, SSC, TOC, chlorophyll-a, alkalinity, sulfate, total sulfide, TDS, chloride, PAHs and alkylated PAHs, organochlorine pesticides (not including toxaphene), SVOCs, VOCs, methyl mercury (total and dissolved), titanium, butyltins, cyanide, hexavalent chromium (dissolved only), TKN, ammonia, and total phosphorous, pathogens and bacteria | Partial | None known |
| Chemical Water Column Monitoring Program – High Volume | December 2012 to June 2013 (2 phases of field work) | 7 locations, 2 sampling rounds; 6 samples | 4.2, 10.2, and Dundee Lake | Grab | PCDD/PCDFs, PCBs, SSC, POC, and DOC | Full | None known |
| Physical Water Column Monitoring Program | October 2009 to November 2010 | 6 | 0 to 13.5, Dundee Lake | Moorings, transect surveys and grab samples | SSC, DOC/POC, optical backscatter (OBS), DO, temperature, conductivity, and depth | Partial | None known |
| Dissolved Oxygen Study | August to December 2012 | 13 | 0.7, 2.1, 2.3, 4.2, 5.5, 8.8, 9.0, 9.6, 12.8, 14.7, 14.7, 17.7, and 18.3 | Moorings | DO, temperature, pH, conductivity, and turbidity | Unvalidated | None known |
| **CSOs** | | | | | | | |
| Tierra Solutions, Inc. – CSO Sampling Program | September to November 1997 | 11 | 1, 3, 4, and 5 | Grab | Metals, organics, inorganics, pesticides, PCBs, herbicides, and physical tests | Unvalidated | Limited documentation |

**Summary of Surface Water and CSO Datasets for the Lower Passaic River Study Area Remedial Investigation**

| Data Collection Event | Date of Collection | Number of Samples[a] | Location (RM) | Sample Type | Analyses | Level of Validation | Known Data Issues or Limitations |
|---|---|---|---|---|---|---|---|
| GLEC/NJDEP – NJTRWP/CARP CSO Sampling | 2001 to 2004 | 35 | 5 SWOs and 9 CSOs | Grab | PCDDs/PCDFs, metals, PAHs, PCBs, pesticides, metals, TOC or POC, and wet chemistry | Unknown | Unknown quality |
| MPI – 2008 CSO/SWO and Tributary Storm Event Sampling | January 11, February 1, February 13, and March 8, 2008 | 20 locations: 17 SWO, 13 CSO, 8 tributaries, and 10 sediment trap samples | 8 SWOs, 5 CSOs, 3 tributaries[b], and 4 sediment traps | Large-volume aqueous and sediment | PCDDs, PCB congeners, PAHs, pesticides, metals, TOC or POC, grain size, and radiological parameters | Partial | None known |

Notes:
Sources consulted to compile the information presented in the table include: Tierra Solutions, Inc. (2003, 2004), Battelle (2005), The Louis Berger Group (2012, 2014) and site databases (eg., ourpassaic.org and http://www.carpweb.org).
a. Numbers are approximate and may vary depending on how quality assurance samples were counted.
b. Reference to "3 tributaries" consists of head-of-tide locations on Second River, Third River, and Saddle River.

| | |
|---|---|
| BOD: biological oxygen demand | POC: particulate organic carbon |
| CARP: Contamination Assessment and Reduction Project | RM: River Mile |
| COD: chemical oxygen demand | SPMD: semi-permeable membrane device |
| CSO: combined sewer overflow | SSC: suspended solid concentration |
| DO: dissolved oxygen | SVOC: semivolatile organic compound |
| DOC: dissolved organic carbon | SWO: stormwater outfall |
| GLEC: Great Lakes Environmental Center | TAL: target analyte list |
| Isco: Teledyne Isco Company sampler | TDS: total dissolved solids |
| MPI: Malcolm Pirnie, Inc. | TKN: total Kjeldahl nitrogen |
| NJDEP: New Jersey Department of Environmental Protection | TOC: total organic carbon |
| NJTRWP: New Jersey Toxics Reduction Work Plan | TOPS: trace organics platform sampler |
| OBS: Optical backscatter | TSS: total suspended solids |
| PAH: polycyclic aromatic hydrocarbon | USEPA: U.S. Environmental Protection Agency |
| PCB: polychlorinated biphenyl | USGS: U.S. Geological Survey |
| PCDD: polychlorinated dibenzo-p-dioxin | VOC: volatile organic compound |
| PCDF: polychlorinated dibenzofuran | VSS: volatile suspended solids |

**Summary of Biota Tissue Collection Events for the Lower Passaic River Study Area**

| Data Collection Event | Date of Collection | Number of Samples[a] | Location (RM) | Sample Type | Species Collected | Tissue Type per Species | Analyses | Level of Validation | Known Data Issues or Limitations |
|---|---|---|---|---|---|---|---|---|---|
| NJDEP – Toxics in Biota Monitoring Program | 1986 to 2004 | Varied per event | Approximately 0 and 16 | Fish and crab tissue | American eel | Fillet – skin off | PCBs, chlordane, DDTs, and 2,3,7,8-tetrachlorodibenzo-p-dioxin | Unknown | Limited to four species at limited locations in the LPRSA (Newark Bay (RM 0) and Monroe Street Bridge (RM 16)) |
| | | | | | Carp | Fillet | | | |
| | | | | | Striped bass | Fillet | | | |
| | | | | | Blue crab | Hepatopancreas and muscle | | | |
| | | | | | Blue crab | Hepatopancreas and muscle | | | |
| New York State Department of Environmental Conservation – PREmis Database | 1993 | 1 | 0.1 | Fish and invertebrate tissue | Oyster | Soft tissue | PCDDs/PCDFs, metals, PCBs, pesticides, and lipids | None | No validation, limited to blue crab, oyster, and three fish species (all fillet samples) at one location near the mouth of the LPR |
| | | | | | Butterfish | Fillet | | | |
| | | | | | Scup | Fillet | | | |
| | | | | | Striped bass | Fillet | | | |
| Tierra Solutions, Inc. – Passaic 1995 Biological Sampling Program | 1995 | 13 | 1.1 to 4.5 | Fish and crab tissue | Blue crab | Edible muscle and hepatopancreas | PCDDs/PCDFs, metals, PAHs, PCBs, SVOCs, pesticides, organometals, cyanide, and TPH | Full | Limited to three species collected at locations in the estuarine zone of the LPRSA only |
| | | | | | Mummichog | homogenate | | | |
| | | | | | Striped bass | Fillet | | | |
| Tierra Solutions, Inc. – RI-ESP Biota Sampling Program | October 1999 | 154 | 1.0 to 6.9 | Fish, crab, and mussel tissue | Adult striped bass | Fillet – skin off | PCDDs/PCDFs, herbicides, metals, PAHs, PCBs, pesticides, SVOCs, and organometals | Full | Limited to RM 1 to RM 7 of the LPRSA |
| | | | | | Atlantic menhaden | Whole body | | | |
| | | | | | Bluefish | Whole body | | | |
| | | | | | | Fillet – skin off | | | |
| | | | | | | Whole body | | | |
| | | | | | Crab | Edible muscle | | | |
| | | | | | | Hepatopancreas | | | |
| | | | | | | Whole body – soft tissue | | | |
| | | | | | Juvenile striped bass | Whole body | | | |
| | | | | | Mummichog | Whole body | | | |
| | | | | | Silverside | Whole body | | | |
| | | | | | Transplant ribbed mussel | Whole body – soft tissue | | | |
| | | | | | White perch | Whole body | | | |
| | | | | | | Fillet – skin off | | | |
| | May 2000 | 41 | 1.0 to 6.8 | Fish and crab tissue | Adult striped bass | Whole body | PCDDs/PCDFs, herbicides, metals, PAHs, PCBs, pesticides, SVOCs, and organometals | Full | Limited to RM 1 to RM 7 of the LPRSA |
| | | | | | American eel | Whole body | | | |
| | | | | | Crab | Edible muscle | | | |
| | | | | | | Whole body – soft tissue | | | |
| | | | | | Mummichog | Whole body | | | |
| | | | | | | Fillet – skin off | | | |
| | | | | | White perch | Whole body | | | |
| | | | | | American eel | Fillet – skin on | | | |
| | August 2001 | 13 | 6.0 to 6.9 | Fish tissue | ~~Brown bullhead~~ | ~~Fillet – skin on~~ | PCDDs/PCDFs, herbicides, metals, PAHs, PCBs, pesticides, SVOCs, and organometals | Full | ~~Fillet – skin off~~ LPRSA to RM 6.0 to RM 6.9 of the LPRSA |

**Summary of Biota Tissue Collection Events for the Lower Passaic River Study Area**

| Data Collection Event | Date of Collection | Number of Samples[a] | Location (RM) | Sample Type | Species Collected | Tissue Type per Species | Analyses | Level of Validation | Known Data Issues or Limitations |
|---|---|---|---|---|---|---|---|---|---|
| CARP – 2000 to 2004 Harbor Fish/Crustacean Collection | 2000 to 2004 | 109 | 2.6 | Fish and crustacean tissue | American eel | Whole body, without head/viscera | PCDDs/PCDFs, metals, PAHs, PCBs, and pesticides | Partial | Limited to the lower portion of the LPRSA |
| | | | | | | Whole body | | | |
| | | | | | Mummichog | Whole body – homogenized | | | |
| | | | | | White perch | Whole body, without head/viscera | | | |
| | | | | | | Whole body | | | |
| | | | | | Blue crab | All edible tissue | | | |
| | | | | | | Hepatopancreas | | | |
| | | | | | | Muscle tissue | | | |
| | | | | | Opossum shrimp | Whole body | | | |
| | | | | | | Whole body – depurated | | | |
| | | | | | Ribbed mussel | All soft parts | | | |
| | | | | | Seven spine bay shrimp | Whole body | | | |
| | | | | | | Whole body – depurated | | | |
| USEPA – EMAP and REMAP within the National Coastal Assessment – Northeast/New Jersey Coast | 2000 and 2002 | 2 | Regional | Crab and lobster tissue and fish tissue | White perch and blue crab | Whole | Metals, DDTs, PCBs, and pesticides | Full[b] | Crab tissue chemistry data available at two stations in the LPRSA and one station in Newark Bay near the mouth of the river; limited to two species (white perch and blue crab) at two locations in the LPRSA |

**Summary of Biota Tissue Collection Events for the Lower Passaic River Study Area**

| Data Collection Event | Date of Collection | Number of Samples* | Location (RM) | Sample Type | Species Collected | Tissue Type per Species | Analyses | Level of Validation | Known Data Issues or Limitations |
|---|---|---|---|---|---|---|---|---|---|
| 2009 Fish and Decapod Tissue Collection | August to September 2009 | 299 | 0 to 17.4 | Fish and crab tissue | American eel | Fillet – skin off | Metals, butyltins, PAHs, alkylated PAHs, SVOCs, PCB Aroclors, PCB congeners, PCDDs, PCDFs, organochlorine pesticides, lipids, and percent moisture | Full and summary | None known |
| | | | | | | Whole body | | | |
| | | | | | | Carcass | | | |
| | | | | | Blue crab | Hepatopancreas only | | | |
| | | | | | | Muscle only | | | |
| | | | | | | Muscle/hepatopancreas | | | |
| | | | | | | Carcass | | | |
| | | | | | Brown bullhead | Whole body | | | |
| | | | | | Carp | Fillet – skin on | | | |
| | | | | | | Whole body | | | |
| | | | | | Channel catfish | Fillet – skin off | | | |
| | | | | | | Carcass | | | |
| | | | | | Largemouth bass | Fillet – skin on | | | |
| | | | | | | Carcass | | | |
| | | | | | Northern pike | Fillet – skin on | | | |
| | | | | | | Carcass | | | |
| | | | | | Smallmouth bass | Fillet – skin on | | | |
| | | | | | | Carcass | | | |
| | | | | | White catfish | Fillet – skin off | | | |
| | | | | | | Carcass | | | |
| | | | | | White perch | Fillet – skin on | | | |
| | | | | | | Whole body | | | |
| | | | | | | Carcass | | | |
| | | | | | White sucker | Fillet – skin on | | | |
| | | | | | | Carcass | | | |
| 2009 Laboratory Bioaccumulation Tissue[c] | December 2009 | 19 | 0 to 15 | Worm tissue | Nereis virens (estuarine) and Lumbriculus variegatus (freshwater) | Whole body – depurated | Metals, butyltins, PAHs, SVOCs, PCB congeners, PCDDs, PCDFs, organochlorine pesticides, lipids, and percent moisture | Full | Limited tissue mass was available for some freshwater worm tissue samples and a reduced analyte priority list was implemented; an additional sample was not analyzed because of insufficient tissue mass |
| 2010 Spring Small Forage Fish Reconnaissance Sampling | May 2010 | 10 | 2 to 5 | Small forage fish | Mummichog | Egg | Lipid | Summary | None known |

**Summary of Biota Tissue Collection Events for the Lower Passaic River Study Area**

| Data Collection Event | Date of Collection | Number of Samples[a] | Location (RM) | Species Collected | Sample Type | Tissue Type per Species | Analyses | Level of Validation | Known Data Issues or Limitations |
|---|---|---|---|---|---|---|---|---|---|
| 2010 Small Forage Fish Tissue Collection | June to August 2010 | 31 | 0 to 17.4 | Mummichog, gizzard shad, pumpkinseed, silver shiner, spottail shiner, white perch, and mixed forage fish[d] | Fish tissue | Whole body | Metals, butyltins, PAHs, alkylated PAHs, SVOCs, PCB Aroclors, PCB congeners, PCDDs/PCDFs, organochlorine pesticides, lipids, and percent moisture | Full and summary[e] | None known |
| 2011 Caged Bivalve Study | March to June 2011 | 8 | 0 to 17.4 | Eastern elliptio mussel (freshwater) and ribbed mussel (estuarine) | Mussel tissue | Soft tissue | Metals, butyltins, PAHs, alkylated PAHs, SVOCs, PCB Aroclors, PCB congeners, PCDDs, PCDFs, organochlorine pesticides, lipids, and percent moisture | Full | Survival was low for estuarine mussels in the transitional zone due to intolerance of low salinity conditions |
| 2012 Background Fish Tissue Survey | October 2012 | | 17.4 above Dundee Dam to 21.5 | White perch, brown bullhead, channel catfish, common carp, white sucker, American eel, smallmouth bass, northern pike, banded killifish, pumpkinseed, and silver shiner | Fish tissue | Whole body, fillet, and carcass depending on species and size | Metals, butyltins, PAHs, alkylated PAHs, SVOCs, PCB Aroclors, PCB congeners, PCDDs/PCDFs, organochlorine pesticides, lipids, and percent moisture | Full | None known |

Notes:

Sources consulted to compile the information presented in the table include: USEPA EMAP and USEPA REMAP, Region 2, within the National Coastal Assessment – Northeast/New Jersey Coast, available online at http://www.epa.gov/emap/nca/html/about.html); Tierra Solutions, Inc. (2003); CARP (http://www.carpweb.org/main.html); NJDEP (1990, 1993); Horwitz (2005; 2006); NJDEP 2004 Routine Monitoring Program for Toxics in Fish Year 2 – Estuarine and Marine Waters (http://www.state.nj.us/dep/dsr/2004data.html) and PREmis database (created January 21, 2006; available at http://ourpassaic.org)

a. Numbers are approximate and may vary depending on how quality assurance samples were counted.
b. Methods used to validate data collected in USEPA's Environmental Monitoring Assessment Program are available at http://www.epa.gov/emap/nca/html/docs/capersiplan.html.
c. Laboratory bioaccumulation tests were conducted using sediment collected from the LPRSA during the 2009 Surface Sediment Sampling Program.
d. Four composite samples were composed of multiple species of small forage fish, including Atlantic silverside, gizzard shad, inland silverside, smallmouth bass, striped bass, striped mullet, spottail shiner, tessellated darter, or white perch.
e. Data generated by the PAH (CA88 429 Mod), PCB congener (USEPA 1668B), PCDD/PCDF (USEPA 1613B), and organochlorine pesticide (USEPA 1699 Mod) analyses, which all used high-resolution gas chromatography/high-resolution mass spectrometry instruments, underwent full data validation. For other chemical groups, at least 20% of the data received full-level validation and up to 80% received summary-level validation.

CARP Contamination Assessment and Reduction Project
DDT: dichlorodiphenyltrichloroethane
EMAP Environmental Monitoring Assessment Program
ESP ecological sampling program
LPR Lower Passaic River
LPRSA Lower Passaic River Study Area
NJDEP New Jersey Department of Environmental Protection
PAH polycyclic aromatic hydrocarbon
PCB polychlorinated biphenyl
PCDD: polychlorinated dibenzo-p-dioxin
PCDF: polychlorinated dibenzofuran
REMAP Regional Environmental Monitoring and Assessment Program
RI Remedial Investigation
RM: River Mile
SVOC: semivolatile organic compound
TPH: total petroleum hydrocarbon
USEPA U.S. Environmental Protection Agency

**Summary of Biological Community and Habitat Quality Investigations in the Lower Passaic River Study Area**

| Data Collection Event | Dates of Collection | Location (RM) | Number/Description of Sampling Locations | Description |
|---|---|---|---|---|
| Tierra Solutions, Inc. – RI-ESP Avian Community Survey | 1999 to 2000 | 1 to 7 | 4 survey areas | Surveyed LPRSA bird community during four seasonal events. Birds were identified by species, life stage, location, and counted. |
| Avian Community Seasonal Surveys | August 2010, October 2010, January 2011, and May 2011 | 0 to 17.4 | Transects divided evenly between the west/south and east/north banks | Qualitative survey of birds observed in habitats using transects that were surveyed a total of three times (i.e, at sunrise, midday, and sunset). |
| Tierra Solutions, Inc. – Phase 1 Toxicity Identification Evaluation | July 2000 | 1 to 7 | 5 | Investigated sediment toxicity to benthic invertebrates in the LPRSA. Conducted sediment and porewater toxicity tests using amphipod, Ampelisca abdita. Included in sediment quality triad assessment. |
| Tierra Solutions, Inc. – RI-ESP Benthic Invertebrate Community Survey | Fall 1999 and spring 2000 | 1 to 7 | 15 LPRSA, 3 reference area stations | Evaluated structure and composition of benthic invertebrate community in LPRSA and compared to Mullica River (reference area). Included in sediment quality triad assessment. |
| NJDEP – Ambient Biomonitoring Network | 1993,1998, and 2006 | Approximately 17 (at Dundee Dam), plus 6 stations on tributaries (e.g., Second, Third, and Saddle rivers) | 7 | Taxonomic identification of benthic invertebrates was conducted. |
| USEPA – EMAP within the National Coastal Assessment – Northeast/New Jersey Coast | 2000 and 2002 | Between RM 5 and RM 11 | 1 location with 1 grab collected | Conducted taxonomic identification and measured biomass of benthic invertebrates from numerous stations along New Jersey coast. Benthic community data were limited to three stations in the LPRSA and one station in Newark Bay near the mouth of the river. |
| USEPA – REMAP, Region 2, within National Coastal Assessment | 1998 and 1999 | 2 | 1 location | Conducted taxonomic identification and measured biomass of benthic invertebrates from numerous stations in Region 2. Benthic community data were limited to one station in LPRSA and one station in Newark Bay near the mouth of the river. |
| NOAA Northeast Fisheries Science Center – Benthic Macrofauna and Associated Hydrographic Observations Collected in Newark Bay, New Jersey | Between June 1993 and March 1994 | Mouth of the Passaic River | 2 | Conducted taxonomic identification of benthic invertebrates from numerous stations in Newark Bay. Benthic community data were limited to two stations in Newark Bay near the mouth of the river. |
| Aqua Survey – Taxonomic Identification of Benthic Invertebrates from Sediment Collected in the Lower 17 Miles of the LPR in Support of the Lower Passaic River Restoration Project | June to July 2005 | 0 to 16 | 28 | Benthic invertebrate fauna samples were collected at 28 sampling locations (25% of SPI survey locations) that were evenly distributed throughout the LPR. A subset of 100 organisms was subsampled from each sample, counted, and identified to the lowest practical taxon (family in most cases). |
| Benthic Invertebrate Community Seasonal Surveys | October to November 2009, June 2010, and July to August 2010 | 0 to 17.4 | 100 locations in fall 2009, 33 locations in spring and summer 2010 | Benthic invertebrate community data from surface sediment grab samples (0 to 0.5 foot). A component of an SQT study (see Table 2-1 for sediment chemistry). |
| Sediment Toxicity Study | October to November 2009 | 0 to 17.4 | 98 locations | A component of an SQT study (see Table 2-1 for sediment chemistry). |
| Freshwater Reference SQT and Background Sediment Study | November 2012 | 17.6 (above Dundee Dam) to 21 | 24 locations | Benthic invertebrate community survey and sediment toxicity components of SQT assessment at freshwater reference sites in the Passaic River above Dundee Dam. |
| Burger – 1999 Survey of Anglers (Newark Bay Complex) | 1999 | Newark Bay Complex | 6 locations (1 near the mouth of LPR) | Anglers (267) were interviewed to assess consumption patterns and identify the reasons why people fish and crab, as discussed in Burger (2002). |
| Tierra Solutions, Inc. – Creel/Angler Survey | 2000 and 2001 | 1 to 7 | Boat-based survey, 143 days; land-based survey, 101 days | Conducted boat-based counts and land-based interviews to provide data on the location and frequency of fishing. The land-based interviews provided more detailed data on a per-angler basis, including number of trips per year, number of fish or crab caught and eaten, and general demographics. |
| NJDEP – 1995 Urban Angler Survey (Newark Bay Complex) | 1995 | Newark Bay Complex | 26 fishing and crabbing locations (2 in LPR) | Angler survey was performed to assess angler awareness and understanding of fish consumption advisories. |

**Summary of Biological Community and Habitat Quality Investigations in the Lower Passaic River Study Area**

| Data Collection Event | Dates of Collection | Location (RM) | Number/Description of Sampling Locations | Description |
|---|---|---|---|---|
| Tierra – RI:ESP Fish Community Survey | 1999 and 2000 | 1 to 6 | 15 | Characterized LPRSA fish community during two events: late summer/early fall 1999 and spring 2000. Coordinated effort with fish tissue sampling program; community data were used to select target species for tissue collection. Qualitative pathology information was compiled on fish not collected for tissue chemistry analyses. |
| NJDEP – Fish IBI Report: 2004 Sampling | Summer and fall 2004 | 15.5 | 1 | Fish community survey data were compiled. |
| USEPA – Fish Abundance Data for New Jersey | August 2000 | 9.9 | 2 | USEPA coastal assessment program collected fish community survey data. |
| USEPA – EMAP within the National Coastal Assessment – Northeast/New Jersey Coast | 1990 and 1993 | Lower 6 miles of the Passaic River | 1 location with 3 grabs collected | Conducted taxonomic identification and measured biomass of benthic invertebrates from numerous stations in Virginian Province. |
| USACE – Flood Protection Feasibility: Main Stem Passaic River Volume III, Phase I | Spring and summer 1981 | Mouth of Newark Bay up to the Dundee Dam, including the locations on the tributaries (Second, Third, and Saddle rivers) | 13 | Data were from USACE fish community survey, which targeted only anadromous fish. |
| Princeton Aqua Science – Biocommunities Study | 1981 and 1982 | 9 | 3 | Data were from fish community survey, which targeted only one fish species (mummichog). |
| Fish Community Seasonal Surveys | August to September 2009, January to February 2010, and June to July 2010 | 0 to 17.4 | 8 reaches (5 in estuarine zone and 3 in freshwater zone) | Surveys of fish communities to determine relative abundance, structure, and indices of the fish community over multiple seasons; included gross internal and external pathology evaluations on select fish. |
| Tierra – RI:ESP Habitat Characterization Survey of LPRSA | Fall 1999 and spring 2000 | 1 to 7 | Continuous shoreline observations of both banks | Characterized shoreline habitats in LPRSA according to four categories: aquatic vegetation, bulkhead, riprap, and mixed vegetation. Included delineation of mudflats. |
| Germano & Associates – SPI Survey of Sediment and Benthic Habitat Characteristics of the LPR | June 2005 | 0 to 16 | 134 | Characterized the physical and biological conditions of surface sediments to assess the river's intertidal and subtidal benthic habitats. Sampling occurred along 27 transects, 4 to 5 sampling locations per transect, from Newark Bay to Garfield, New Jersey. |
| Tierra – Ecological Benchmarking Assessment of LPRSA | 2005 | 0 to 17 | Continuous survey of 17 miles of LPRSA | Characterized and quantified the physical and ecological attributes, or "benchmarks," of LPRSA wetland and aquatic habitats for restoration planning purposes. |
| USACE – Vegetation Sampling, Wetland Delineation, and Bio-Benchmark Survey | 2008 | 0 to 17, plus areas on tributaries and upstream of Dundee Dam | 27 | Conducted terrestrial vegetation surveys and wetland delineations at three locations and identified bio-benchmarks in the LPRSA. Three reference areas (identified on the basis of wetland vegetation) were also identified within and outside of the. |
| Habitat Identification Survey | September 2010 | 0 to 17.4, locations along 3 tributaries | Continuous shoreline observations of both banks | Qualitative survey of shoreline features and vegetation within the LPRSA and LPRSA tributaries. |

Notes:
Sources consulted to compile the information presented in the table include: USEPA EMAP and USEPA REMAP: Region 2, within the National Coastal Assessment – Northeast/New Jersey Coast. Available online at http://www.epa.gov/emap/nca/html/about.html); USACE (1987), NJDEP (1990, 1993), Belton et al. (1985), Horwitz (2005, 2006), Tierra Solutions, Inc. (2003, 2004), Battelle (2005), Stehlik et al. (2005), Shisler et al. (2008), Bunger (2002), and site databases (e.g., ourpassaici.org).
REMAP: Regional Environmental Monitoring and Assessment Program
EMAP: Environmental Monitoring and Assessment Program
ESP: ecological sampling program
IBI: index of biotic integrity
LPR: Lower Passaic River
LPRSA: Lower Passaic River Study Area
MPI: Malcolm Pirnie, Inc.
NJDEP: New Jersey Department of Environmental Protection
NOAA: National Oceanic and Atmospheric Administration
RI/FS: Remedial Investigation/Feasibility Study
RM: River Mile
SPI: Sediment Profile Imaging
SQT: Sediment Quality Triad (chemistry, toxicity, and benthic invertebrate community)
Tierra: Tierra Solutions, Inc.
USACE: U.S. Army Corps of Engineers
USEPA: U.S. Environmental Protection Agency

**Summary of Bathymetry, Hydrodynamic, and Geophysical Investigations in the Lower Passaic River Study Area**

| Event | Date(s) | Location (RM) | Description |
|---|---|---|---|
| USACE Bathymetry Surveys | 1932 | 10.7 to 11.5 | Digitized from charts on transects spaced approximately 25 feet apart. |
| USACE Bathymetry Surveys | 1948 | 10.4 to 11.3 | Digitized from charts on transects spaced approximately 200 feet apart. |
| USACE Bathymetry Surveys | 1949 and 1950 | 1949: RM 2.5 to RM 5; 1950: RM 5 to RM 6.8 | Digitized from maps of point data with approximately 30-foot spacing in a grid pattern; post-dredge data. |
| USACE Bathymetry Survey | 1966 | RM 2.3 to RM 7.8 | Digitized from maps of point data on transects spaced approximately 90 feet apart. |
| USACE Bathymetry Surveys | 1975 (pre-dredge) and 1976 (post-dredge) | RM 8 to RM 12.5 | Digitized from maps of point data on transects spaced approximately 100 feet apart. |
| USACE Bathymetry Survey | 1989 | 0 to 15 | Digitized from maps of point data on transects spaced approximately 100 feet apart. |
| Tierra Solutions, Inc. – Single-beam Bathymetry Surveys | 1995, 1996, 1997, 1999, and 2001 | RM 1 to RM 7 | Single-beam surveys on 100-foot-spacing transects with points taken every 2 feet. Single-beam surveys were used for direct comparison at co-incident transects. |
| USACE – Single-beam Bathymetry | 2004 | RM 0 to RM 17.4 | Single-beam surveys using 100-foot spacing of transects; performed by Rogers Surveying, Inc. |
| Aqua Survey, Inc. – Pilot Study Survey Area Single-beam survey | 2004 | Between Jackson Street Bridge and New Jersey Turnpike | Single-beam survey using 25-foot spacing transects bank-to-bank (mean lower water) to cover the Pilot Study Dredging Area. |
| Aqua Survey, Inc. – Geophysical Survey for NJDOT | 2005 | RM 0 to RM 17 | Five longitudinal lines and 51 transects; side scan sonar, fathometer, magnetometer, gradiometer, and sedimentological properties for 275 short push cores and for deep cores. |
| Gahagan & Bryant Associates, Inc. – Multi-beam Survey | 2007 | RM 0 to RM 14.2 | Survey obtained 100% coverage in navigable water with a 5-foot grid. |
| Gahagan & Bryant Associates, Inc. – Single-beam Survey | 2007 | RM 0.5 to RM 8.2; RM 14.3 to RM 16.5 | Survey was performed to duplicate the methods and equipment used during previous surveys of the river so that comparisons could be made with previous single-beam surveys. 100-feet spacing of transects; points were taken every 0.5 foot. |
| Gahagan & Bryant Associates, Inc. – Multi-beam and Single-beam Surveys | 2008 | RM 0 to RM 14 | Co-located 2008 survey with 2007 survey in order to correlate 2007 data. Single-beam survey was conducted along 13 transects for a direct comparison with pre-2007 data. Multi-beam survey included main channel and side slopes on a 5-foot grid. |
| Gahagan & Bryant Associates, Inc. – Multi-beam Survey | 2010 | RM 0.5 to RM 14.2 | Survey obtained 100% coverage in navigable water with a 5-foot grid. |
| Gahagan & Bryant Associates, Inc. – RM 10.9 Characterization | 2011 | RM 10 to RM 12 | Multi-beam (RM 10 to RM 12) and single-beam (RM 10.6 to RM 11.3; 86 transects at 50-foot intervals). Performed in July 2011; this survey occurred prior to storm Irene. |
| Gahagan & Bryant Associates, Inc. – Post-Irene Survey | 2011 | RM 0.5 to RM 14.2 | Multi-beam; single-beam on transects from RM 1.6 to RM 8.0, as previously performed in 2008 and 2010. |
| Gahagan & Bryant Associates, Inc. – Multi-beam and Single-beam Surveys | 2012 | RM 0.5 to RM 14.2 | Single-beam performed in shallow (2 to 6 feet) areas over RM 0 to RM 11; multi-beam from RM 0 to RM 14; intended to characterize bed under extended low river flow conditions. |
| Rutgers – Hydrodynamic Survey July 2004 to July 2005 | July 2004 to July 2005 | Lower 6 miles of the Passaic River | Measured river flow, sediment movement, and seasonal changes in salinity and temperature. |
| MPI – Hydrodynamic Survey | November 2004 to May 2005 | Upper 11 miles | Hydrodynamic data were collected as part of the LPRSA RI/FS. Work involved three buoys (moorings at RM 8.6, RM 10, and RM 11.5) deployed from November 2004 to October 2005. Data collected included surface and bottom salinity (conductivity) and suspended solids (TSS and VSS). Vertical velocity profile data collected during deployment were incomplete. |
| Tierra – Hydrodynamic Studies | 1995 to 1996 | 0.5 to 7.9 | Water-level fluctuations were documented at three tidal gages from April 1995 to June 1996. Velocity profile data were collected at eight cross sections from July 1995 to May 1996. Moored current meter data (including subset of temperature and salinity) were collected at three locations (from RM 1.4 to RM 6.8) from July 1995 to May 1996. Temperature, salinity (conductivity), and TSS data were collected from eight cross sections from July 1995 to May 1996. |

Notes:
Sources consulted to compile the information presented in the table include: TAMS and Malcolm Pirnie, Inc. (2005), Tierra (2003, 2004), Aqua Survey (2006), AECOM (2010, 2013), The Louis Berger Group (2014), and site databases (e.g., ourpassaic.org).
LPRSA: Lower Passaic River Study Area
MPI: Malcolm Pirnie, Inc.
NJDOT: New Jersey Department of Transportation
RI/FS: Remedial Investigation/Feasibility Study
RM: River Mile
Tierra: Tierra Solutions, Inc.
TSS: total suspended solids
USACE: U.S. Army Corps of Engineers
VSS: volatile suspended solids

# **Exhibit B**

| Vendor | 2007 RI/FS ASAOC Reponse Costs |
|---|---|
| **De Maximis Inc. (DMI)** | |
| RI/FS Proj. Coordination | **7,621,563.70** |
| Fund Administration | **475,503.46** |
| RI Field Facility | **1,087,164.90** |
| Group Administration and Coordination | **941,792.00** |
| LRC Sampling | **137,676.48** |
| FSP2 Sampling | **125,407.33** |
| FSP2 Benthic Data Mgmt | **294,276.75** |
| Water Column Monitoring | **31,296.89** |
| FSP2 Tissue Data Management | **137,177.99** |
| CSO Invoice Review | **868.18** |
| River Mile 10.9 | **75,025.56** |
| Supplemental Sampling | **31,853.99** |
| Aquaponics (Fish Exchange) Program | **26,162.89** |
| Tax Preparation | **8,029.72** |
| **AECOM** | **46,864,545.00** |
| **WindWard** | **23,717,031.82** |
| **Moffat & Nichol** | **7,765,073.15** |
| **Anchor QEA** | **14,369,176.45** |
| **MAB** | **1,679,943.14** |
| **CH2MHill** | **2,311,051.16** |
| **Tierra(CSO Study)** | **1,600,000.00** |
| **Integral** | **3,881,195.68** |
| **New York Academy of Science** | **184,160.63** |
| **U.S. Environmental Protection Agency (Oversight costs)** | **23,931,515.94** |
| **O'Brien & Gere** | **518,993.93** |
| **MKW** | **90,959.50** |
| **Rutgers University (Fish Exchange)** | **2,532,214.99** |
| | |
| **SUBTOTAL** | 140,439,661.23 |
| **(Paid By Tierra/Maxus before June 2012 Withdrawal)\*\*** | -21,400,000.00 |
| **TOTAL** | **119,039,661.23** |

# Exhibit C

| Category/Vendor | 2012 RM 10.9 ASAOC Reponse Costs |
|---|---|
| DMI | $ 1,152,136.19 |
| AECOM | $ 1,054,450.29 |
| AQEA | $ 4,896.00 |
| CH2M Hill (design) | $ 2,123,744.92 |
| CH2M Hill (fieldwork) | $ 18,400,731.20 |
| MAB Consulting | $ 29,821.34 |
| Moffatt & Nichol | $ 30,954.00 |
| WindWard | $ 8,040.96 |
| U.S. Environmental Protection Agency (Oversight Costs) | $ 1,643,771.19 |
| | |
| Credit due from EPA for Oversight Costs exceeding $1.5 MM cap | -143,771.19 |
| **TOTAL  (Current as of 9/2019)*** | **$ 24,304,774.90** |

* Additional costs for monitoring and oversight expected

# **Exhibit D**

| 2004- May 2007 Costs* | |
|---|---|
| DMI | 1,512,455.65 |
| AECOM | 1,458,150.48 |
| WINDWARD | 172,074.54 |
| 122 (h) Settlement (excluding Tierra/Maxus payment) | 12,640,000 |
| **TOTAL** | **15,782,680.67** |

\* Exclusive of PRP Search costs