## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Madeline Cox Arleo <br> Hon. Magistrate Leda D. Wettre <br><br> Civil Action No. 2:18-CV-11273 <br> (MCA-LDW) <br><br> **NOTICE OF MOTION FOR A STAY OF PROCEEDINGS AND FOR LEAVE TO FILE SAME** <br><br><br><br><br><br> Return Date: February 7, 2022 <br> Oral Argument Requested |
| Plaintiff, | | |
| v. | | |
| 21ST CENTURY FOX AMERICA, INC., *et al.*, | | |
| Defendants and Third Party Plaintiffs, | | |
| v. | | |
| PASSAIC VALLEY SEWERAGE COMMISSIONERS, et al., | | |
| Third-Party Defendants. | | |

PLEASE TAKE NOTICE that on February 7, 2022 Defendants in the Small Parties Group, the Gordon Rees Group, and the CSG Group, along with all Third-Party Defendants (individually and collectively, "Moving Parties")[1] will move before the Honorable Madeline Cox Arleo for (a) an Order granting leave to file a motion for an order approving a stay of the above-captioned proceedings and (b) an Order approving a stay of the above-captioned proceedings.

In support of this motion, the Moving Parties rely on the attached briefs.

A proposed form of Order is submitted for the Court's consideration.

---

[1] Defendant SPG members Nokia of America Corporation, Pharmacia LLC, and Public Service Electric and Gas Company have no objection to the relief sought in the Motion for a Stay of Proceedings and accompanying proposed form of Order filed this date, but do not join the brief.

1

Dated: January 14, 2022                                            Respectfully submitted,

/s/ Jeffrey D. Talbert
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
One City Center
Portland, ME 04101
Tel: 207.791.3239
Jeffrey D. Talbert, Esq.

*Liaison Counsel for the Small Parties Group*

/s/ Lee Henig-Elona
**GORDON REES SCULLY MANSHUKHANI, LLP**
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Tel: 973.549.2520
Lee Henig-Elona, Esq.

*Liaison Counsel for the Gordon Rees Group*

/s/ Diana L. Buongiorno
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, NJ 07052
Tel: 973.325.1500
Diana L. Buongiorno, Esq.

*Liaison Counsel for the CSG Group*

/s/ Grant P. Gilezan
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243
Tel: 313.568.6800
Grant P. Gilezan, Esq.

*Liaison Counsel for Third-Party Defendants in the PVSC Group*

/s/ Peter J. King
**KING MOENCH HIRNIAK & METHA, LLP**
51 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
Tel. 973.998.6860
Peter J King, Esq.

*Liaison Counsel for Third-Party Defendants in the King Group*

## **CERTIFICATE OF SERVICE**

I, Jeffrey D. Talbert, hereby certify that on January 14, 2022, I caused a copy of the foregoing to be served via electronic filing on all counsel of record.

Dated: January 14, 2022　　　　　　/s/ *Jeffrey D. Talbert*
　　　　　　　　　　　　　　　　　　**PRETI, FLAHERTY, BELIVEAU &**
　　　　　　　　　　　　　　　　　　**PACHIOS, LLP**
　　　　　　　　　　　　　　　　　　One City Center, PO Box 9546
　　　　　　　　　　　　　　　　　　Portland, ME 04112
　　　　　　　　　　　　　　　　　　Telephone: 207.791.3239
　　　　　　　　　　　　　　　　　　Jeffrey D. Talbert, Esq. (Bar # 333512021)