Exhibit C

ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
By:     John J. McDermott, Esq.
        (jmcdermott@archerlaw.com)

GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
By:     Kathy D. Patrick, Esq.
        (kpatrick@gibbsbruns.com)
        Anthony N. Kaim, Esq.

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | ) | Hon. Madeline Cox Arleo |
| | ) | Hon. Lena Dunn Wettre |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:18-cv-11273 |
| | ) | |
| v. | ) | Electronically Filed |
| | ) | |
| 21ST CENTURY FOX AMERICA, INC., *et al.* | ) | **OCCIDENTAL CHEMICAL** |
| | ) | **CORPORATION'S AMENDED** |
| Defendants. | ) | **INITIAL DISCLOSURES** |
| | ) | **PURSUANT TO FEDERAL RULE** |
| | ) | **OF CIVIL PROCEDURE 26(a)(1)** |
| | ) | |

## INTRODUCTION

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Occidental Chemical
Corporation ("OxyChem") hereby submits its amended initial disclosures. These amended initial
disclosures are based on the information reasonably available to OxyChem at this time. Continuing
investigation and discovery may alter these disclosures and/or identify other potential witnesses

and documents. These disclosures do not constitute an admission of the relevance, materiality, or admissibility of any evidence in this action or a waiver of any objection to the same. OxyChem reserves the right to revise, correct, supplement and/or clarify these disclosures to the fullest extent permissible under the applicable Federal Rules of Civil Procedure and the Local Rules.

## I.  Individuals Likely to Have Discoverable Information Pursuant to Fed. R. Civ P. 26(a)(1)(A)(i).

OxyChem seeks recovery of response costs and related, recoverable expenses incurred in connection with environmental investigation and remediation at the Diamond Alkali Superfund Site (the "Site"). The following individuals are likely to have discoverable information that OxyChem may use to support its claims and defenses in this action.  Individuals and/or entities listed on the Rule 26(a)(1) disclosure responses of Defendants and/or identified through discovery may also have discoverable information that supports OxyChem's claims.

| Name | Title and Organization | Contact Information[1] | Subject Matter |
|---|---|---|---|
| David Anderson | Sr. Project Manager | Five Greenway Plaza, Suite 110 Houston, TX 77046 (713) 504-4925 | Design of the OU2 Remedy |
| Mike Anderson | Former Vice President, OxyChem; Former President, Glenn Springs Holdings, Inc. | Five Greenway Plaza, Suite 110 Houston, TX 77046 (713) 504-4925 | Design of the OU2 Remedy |
| Paul Bluestein | Sr. Project Manager | 2 Tower Center Blvd., Floor 8 East Brunswick, NJ 08816 (972) 687-7536 | Design of the OU2 Remedy |

---

[1] Employees and former employees of OxyChem, Occidental Petroleum Corporation, and Glenn Springs Holdings, Inc. must be contacted only through counsel for OxyChem.

| Name | Title and Organization | Contact Information[1] | Subject Matter |
|---|---|---|---|
| Enrique Castro | Sr. Project Manager, Glenn Springs Holdings, Inc. | 2 Tower Center Blvd., Floor 8 East Brunswick, NJ 08816 (972) 687-7536 | Design of the OU2 Remedy |
| Brian Mikucki | Sr. Environmental Specialist, Glenn Springs Holdings, Inc. | 2 Tower Center Blvd., Floor 8 East Brunswick, NJ 08816 (972) 687-7533 | Design of the OU2 Remedy |
| Juan Somoano | President, Glenn Springs Holdings, Inc. | Five Greenway Plaza, Suite 110 Houston, TX 77046 (713) 215-7473 | Design of the OU2 Remedy |
| Carlie Thompson | Project Manager, Glenn Springs Holdings, Inc. | 2 Tower Center Blvd., Floor 8 East Brunswick, NJ 08816 (972) 687-7537 | Design of the OU2 Remedy |
| Lisa Waskom | Project Manager, Glenn Springs Holdings, Inc. | Five Greenway Plaza, Suite 110 Houston, TX 77046 (713) 552-8795 | Design of the OU2 Remedy |
| Brian Accrocco | Manager of IT Records Management and Information Governance, Occidental Petroleum Corporation | Five Greenway Plaza, Suite 110 Houston, TX 77046 (713) 366-5163 | Knowledge of internal information management systems |
| John Chaney | Manager Accounting, Occidental Petroleum Corporation | Five Greenway Plaza, Suite 110 Houston, TX 77046 (713) 497-2029 | Accounting for Response Costs and Expenses; Technical accounting |
| Amy Yang | Corporate Assistant Controller, Occidental Petroleum Corporation | Five Greenway Plaza, Suite 110 Houston, TX 77046 (713) 599-4189 | Accounting for Response Costs and Expenses; Technical accounting |

| Name | Title and Organization | Contact Information[1] | Subject Matter |
|---|---|---|---|
| Dale Laurance | Former President, Occidental Petroleum Corporation | | Occidental's purchase of DSCC and negotiation of the 1986 Stock Purchase Agreement |
| Lynn Arabia | Quality Assurance Program Manager, Tetra Tech | 6 Century Drive, 3rd Floor Parsippany, NJ 07054 (973) 630-8000 | Quality assurance; Regulatory compliance |
| Terri Blackmar | Lead Design Engineer, Tetra Tech | 1611 State Street Green Bay, WI 54304 (630) 470-4217 | External Contractors and Consultants OU2 Remedial Design |
| Gary Braun | Lead PDI Project Manager, Tetra Tech | 19803 North Creek Parkway Bothell, WA 98011 (425) 482-7840 | External Contractors and Consultants OU2 Remedial Design |
| Steve McGee | Project Manager, Tetra Tech | 1564 Mendelssohn Drive Westlake, OH 44145 (440) 522-6936 | External Contractors and Consultants OU2 Remedial Design |
| Mike Erickson | Lead Design Engineer, Arcadis | 200 Michigan Street, Suite 717 Hancock, MI 49930 (734) 604-7044 | External Contractors and Consultants OU2 Remedial Design |
| Darla Stewart | Lab Program Manager, GHD Consulting | 2055 Niagara Falls Boulevard Niagara Falls, NY 14304 (716) 205-1907 | External Contractors and Consultants OU2 Remedial Design |
| Michael Sivak | USEPA REGION 2 | 290 Broadway Mail Code: 19th FL New York, NY 10007-1866 | EPA's remedial evaluation, implementation, and oversight |
| Alice Yeh | USEPA REGION 2 | 290 Broadway Mail Code: 19th FL New York, NY 10007-1866 | EPA's remedial evaluation, implementation, and oversight |

| Name | Title and Organization | Contact Information[1] | Subject Matter |
|------|------------------------|------------------------|----------------|
| David Rabbe | Former President Tierra Solutions Inc. | | Response actions at the Diamond Alkali Superfund Site by Maxus and Tierra |

## II.   Documents Relevant to OxyChem's Claims or Defenses Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii).

OxyChem may use the following documents, electronically stored information, and/or tangible things to support its claims or defenses.

1.   OxyChem's Diamond Alkali Superfund Site Documents

OxyChem is in the process of collecting documents in its possession, custody, or control that are relevant to the Site. These documents concern, among other things, the design of the remedy for Operable Unit 2 of the Site and OxyChem's ongoing response actions, including but not limited to communications and documents regarding the remedial design; technical data concerning levels of contamination at the Site and the feasibility of various design measures; communications and documents regarding regulatory oversight by state and federal agencies and regulatory compliance; contracts with contractors and vendors; and communications and documents regarding response costs OxyChem has incurred at the Site. These documents include employee emails and other communications, internal documents created by OxyChem/Glenn Springs employees, and documents shared between OxyChem/Glenn Springs and external contractors as part of the remedial-design process. Most of these documents were created in the period since OxyChem took over response actions at the Site following the bankruptcy of OxyChem's former indemnitors, Maxus Energy Corporation ("Maxus") and Tierra Solutions, Inc. ("Tierra") (the "Maxus/Tierra Bankruptcy"). These collections will be stored electronically and will remain in OxyChem's possession. OxyChem expects to make a rolling production of these

documents.

       2.    <u>Tierra Transition Documents</u>

In connection with the Maxus/Tierra Bankruptcy, OxyChem took possession of certain electronically stored information related to its indemnitors' various environmental remediation projects (the "Tierra Transition ESI"). Much of this data is not relevant to this case, as it concerns sites other than the Diamond Alkali Superfund Site. OxyChem will produce any relevant, non-privileged documents as part of its rolling production in this case. OxyChem's e-discovery vendor is now in possession of a hard drive containing an electronic version of the Tierra Transition ESI.

OxyChem also took possession of certain Tierra hard-copy materials, including (1) documents in Tierra's New Jersey offices (the "Tierra Office Documents"); (2) documents stored at Iron Mountain (the "Tierra Iron Mountain Documents"); and (3) documents stored at the site located at 80-120 Lister Avenue (the "Lister Site Documents"). OxyChem also took possession of hard-copy documents from consultant(s) that provided data-validation services to Tierra for certain sampling events. OxyChem has now transferred these hard-copy documents to Iron Mountain facilities in New Jersey and Dallas.

The subject-matter of these hard-copy documents is not limited to the Diamond Alkali Site. OxyChem will produce relevant, non-privileged documents from the Tierra Office Documents as part of its rolling production. There may be documents relevant to the Diamond Alkali Superfund Site in the Tierra Iron Mountain Documents, but OxyChem has not inventoried them. Instead, OxyChem has relied on an index it received from Tierra to identify the files Tierra had in storage at Iron Mountain.

OxyChem will make available to the Defendants the inventory of the relevant Tierra Iron Mountain Documents as well as the list of boxes and files from the Tierra Iron Mountain

Documents that were returned to the Liquidating Trust, so Defendants and OxyChem can reach agreement on which, if any, boxes OxyChem should retrieve to ascertain whether they contain relevant documents and whether the cost and burden of reviewing these hard-copy files exceeds the likely benefit of such production.

      3.     <u>OxyChem's Production in the New Jersey Spill Act Litigation</u>

OxyChem and many of the Defendants were parties to litigation related to the Diamond Alkali Superfund Site in the Superior Court of New Jersey (the "Spill Act Litigation").[2] OxyChem produced responsive documents and electronically stored information in the Spill Act Litigation (the "OxyChem Spill Act Production"). The OxyChem Spill Act Production contains the non-privileged documents in OxyChem's custody relevant to the Diamond Alkali Superfund Site, and located through reasonably diligent searching, through the date of that production. OxyChem has a hard drive containing an electronic version of the OxyChem Spill Act Production. If any Defendants intend to request individual copies of this hard drive (or any of the hard drives described below), OxyChem requests that those Defendants pay the duplication costs.

      4.     <u>Non-OxyChem Spill Act Productions</u>

In connection with the Maxus/Tierra Bankruptcy, OxyChem received an electronic copy of productions made by Maxus, Tierra, and third-party defendants in the Spill Act Litigation (the "Non-OxyChem Spill Act Productions"). OxyChem has a hard drive containing an electronic version of the Non-OxyChem Spill Act Productions. OxyChem is unable to certify the completeness, accuracy, or usability of the Non-OxyChem Spill Act Productions. Questions about the Non-OxyChem Spill Act Productions should be directed to the Liquidating Trust created by the Maxus/Tierra Bankruptcy Plan, as the Trust has custody of the original copies.

---

[2] The case was styled *NJDEP, et al. v. Occidental Chemical Corp., et al.*, Docket No. ESX-L9868-05 (PASR), in the Superior Court of New Jersey, Essex County.

5.      Spill Act Litigation Privilege Log Documents

In connection with the Maxus/Tierra Bankruptcy, OxyChem received an electronic copy of certain documents that were withheld from Maxus and Tierra's production in the Spill Act Litigation by Drinker Biddle & Reath LLP, the firm that represented Maxus, Tierra, and (for a time) OxyChem in that case (the "Drinker Biddle Privilege Log Documents"). OxyChem has a hard drive containing an electronic version of the Drinker Biddle Privilege Log Documents. OxyChem is in the process of reviewing those documents and expects to make a production of relevant documents it concludes are not privileged.

6.      Physical Samples

In connection with the Maxus/Tierra Bankruptcy, OxyChem also received physical samples of material that Tierra had stored pursuant to various administrative orders or physical studies in the Diamond Alkali Superfund Site (the "Tierra Samples"). The Tierra Samples are stored under the necessary conditions for long-term preservation at three different laboratories (collectively, the "Storage Laboratories"):

- Vista Analytical Laboratory, 1104 Windfield Way, El Dorado Hills, CA 95762.

- Eurofins Laboratory, 2425 New Holland Pike, Lancaster, PA 17601.

- Test America Laboratories, Inc., 30 Community Drive, South Burlington, VT 05403.

Tierra provided OxyChem an inventory of the Tierra Samples in April 2017. OxyChem collected an updated inventory of the Tierra Samples from the Storage Laboratories in September 2018. On November 16, 2018, OxyChem provided both Tierra's inventory and the updated laboratory inventory of the Tierra Samples to the Defendants pursuant to the Court's Pre-26(f) Conference Scheduling Order.

OxyChem also possesses physical samples collected during work related to the design of

8

the OU2 remedy (the "PDI Samples"). The PDI Samples are currently stored under the necessary conditions for long-term preservation at three locations:

- 80/120 Lister Avenue, Newark, NJ 07105.

- SGS North America Inc., 5500 Business Drive, Wilmington, NC 28405

- TestAmerica Laboratories, Inc., 301 Alpha Drive, Pittsburgh, PA 15238.

## III.   Computation of Damages Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii).

OxyChem is continuing to investigate the amount and calculation of its damages from the reasonable and necessary response costs incurred in connection with environmental investigation and remediation at the Site. OxyChem's investigation is ongoing and it continues to incur response costs. Additionally, damages calculations related to the acts, errors, and omissions of Defendants—particularly as they relate to OxyChem's claims under CERCLA Section 113—are the subject of future discovery. OxyChem reserves the right to revise, update, and supplement the damages estimates included here based on further investigation, additionally incurred response costs, and the results of discovery. OxyChem will provide expert reports further disclosing its damages calculations in accordance with any scheduling order issued by the Court.

OxyChem has incurred reasonable and necessary response costs consistent with the National Oil and Hazardous Substances Pollution Contingency Plan (NCP), 40 C.F.R. Part 300 *et. seq.*, at the Diamond Alkali Superfund Site for which it seeks to recover in this litigation under the orders listed below. As of December 31, 2020, the recoverable response costs OxyChem seeks to recover are:

- **2016 ASAOC.** In 2016, OxyChem entered into an Administrative Settlement Agreement and Order on Consent with EPA (the "2016 ASAOC"). Pursuant to the 2016 ASAOC, OxyChem agreed to design the remedy EPA selected for OU2 of the Diamond Alkali Superfund Site. OxyChem has incurred, paid and continues to incur and pay response costs to perform this obligation, over and above PRP Search Costs, which are also recoverable in relation to the 2016 ASAOC and are described below in

9

paragraph (e). A compilation of the $68,652,597.57 in costs OxyChem had incurred under the 2016 ASAOC as of December 31, 2020 is attached as Exhibit "A." OxyChem will supplement the compilation of its incurred costs since then pursuant to Rule 26(e). Certain categories of costs, such as internal personnel costs and costs related to the necessary use of various properties, as well as work performed at OxyChem's expense by OxyChem's affiliate Glenn Springs Holdings, Inc., are recurring and ongoing. These ongoing and recurring costs will be compiled and identified in an expert analysis OxyChem expects to submit in support of its claims.

Documentation showing OxyChem incurred and paid these response costs include: the 2016 ASAOC; submissions to EPA pursuant to the Statement of Work in the 2016 ASAOC; sampling data; data validation reports; invoices from vendors, contractors, and suppliers; OxyChem's Proof of Claim in the Maxus Bankruptcy at Section A, Section B (b)(1)(6), B(d), and Exhibit J; and internal OxyChem and Glenn Springs Holdings, Inc. accounting documents. Additional electronically stored information pertaining to these costs will be produced when ESI production begins. OxyChem also anticipates proffering expert report(s) and testimony that identify, calculate, and support its reasonable and necessary response costs. None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.

- **Tierra Removal ASAOC.** In 2008, OxyChem and EPA entered into an Administrative Settlement Agreement and Order on Consent for Removal Action (the "Tierra Removal ASAOC") to excavate and dispose of sediments at RM 3.0 to RM 3.8. OxyChem's indemnitors carried out this removal action, however, OxyChem has incurred and paid and continues to incur and pay EPA oversight, monitoring and other costs pursuant to the Tierra Removal ASAOC. A compilation of the $318,763.12 in response costs OxyChem had incurred under the Tierra Removal ASAOC as of June 30, 2020, over and above PRP Search Costs, which are also recoverable in relation to the Tierra Removal ASAOC and are described below in paragraph (e), is attached hereto as Exhibit "B." OxyChem will supplement the compilation of its incurred costs since June 30, 2020 pursuant to Rule 26(e). Documentation of these response costs include invoices from EPA and internal OxyChem and Glenn Springs Holdings, Inc. accounting documents, as well as OxyChem's Proof of Claim in the Maxus Bankruptcy at Section A, Section B (b)(1)(6), B(d), and Exhibit J. Additional electronically stored information pertaining to these costs will be produced when ESI production begins. OxyChem also anticipates proffering expert report(s) and testimony that identify, calculate, and support its necessary response costs. None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.

- **CSO ASAOC.** In 2011, OxyChem entered into an Administrative Settlement Agreement and Order on Consent for Combined Sewer Overflow/Storm Water Outfall Investigation (the "CSO ASAOC") to determine the nature and extent of contamination emanating from the combined sewer overflows and the storm water outfalls to the Passaic River. OxyChem's indemnitors performed the work under the CSO ASAOC,

however, OxyChem has incurred and paid and continues to incur and pay EPA oversight, monitoring and other costs pursuant to the CSO ASAOC, over and above PRP Search Costs, which are also recoverable in relation to the CSO ASAOC and are described below in paragraph (e). OxyChem also has incurred and paid and continues to incur and pay response costs pertaining to storage of samples collected under the CSO ASAOC.  A compilation of the $58,882.74 in costs OxyChem had incurred under the CSO ASAOC as of June 30, 2020 is compiled on Exhibit "C," attached. OxyChem will supplement the compilation of its incurred costs since June 30, 2020 pursuant to Rule 26(e). Documentation showing OxyChem incurred and paid these response costs includes invoices from EPA and internal OxyChem and Glenn Springs Holdings, Inc. accounting documents, as well as OxyChem's Proof of Claim in the Maxus Bankruptcy at Section A, Section B (b)(1)(6), B(d), and Exhibit J. Additional electronically stored information pertaining to these costs will be produced when ESI production begins. OxyChem also anticipates proffering expert report(s) and testimony that identify, calculate, and support its necessary response costs. None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.In 2012, OxyChem accepted a Unilateral Administrative Order for Removal Response Activities from EPA, directing it to perform certain activities with respect to the RM 10.9 Removal (the "RM 10.9 Removal UAO"). OxyChem's indemnitors performed work under the RM 10.9 UAO. OxyChem continues to incur oversight and monitoring costs under the RM 10.9 UAO today.

- **RM 10.9 Removal Order.** In 2012, OxyChem accepted a Unilateral Administrative Order for Removal Response Activities from EPA, directing it to perform certain activities with respect to the RM 10.9 Removal (the "RM 10.9 Removal UAO"). OxyChem's indemnitors performed past work under the RM 10.9 UAO, however, OxyChem has since incurred PRP Search Costs, which are recoverable in relation to the RM 10.9 Removal UAO and are described below in paragraph (e). OxyChem will supplement the compilation of its incurred costs since June 30, 2020 pursuant to Rule 26(e). The RM 10.9 Removal UAO continues to remain open by EPA and in effect; future response costs incurred by OxyChem in compliance with the UAO will be added to the claims in this action. Defendants have recently filed counterclaims against OxyChem seeking to recover additional costs from OxyChem under the RM 10.9 Removal ASAOC. OxyChem contends other parties are jointly and severally liable for those costs, while OxyChem is not liable. Any costs assessed against OxyChem under the RM 10.9 Removal UAO would also be recoverable from other parties, as Defendants are responsible for the presence of Hazardous Substances at this location. Since Defendants have not specified the amount of the costs they seek to recover from OxyChem under the RM 10.9 Removal ASAOC, OxyChem is without information sufficient to permit it to respond regarding the amount of incremental liability, over and above the amounts at issue in OxyChem's Complaint (which are described above in this answer), that OxyChem will be entitled to recover from Defendants on account of Defendants' counterclaims. Documentation showing OxyChem incurred and paid these response costs includes internal OxyChem and Glenn Springs Holdings, Inc. accounting documents, as well as OxyChem's Proof of Claim in the Maxus Bankruptcy at Section A, Section B (b)(1)(6), B(d), and Exhibit J. Additional electronically stored

11

information pertaining to these costs will be produced when ESI production begins. OxyChem also anticipates proffering expert report(s) and testimony that identify, calculate, and support its necessary response costs. None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.

- **PRP Search Costs**. For each of the Orders described above, OxyChem has also incurred and will continue to incur costs to identify persons potentially responsible for Hazardous Substance contamination in the Diamond Alkali Superfund Site. OxyChem continues to incur such costs, as a result of its ongoing investigation of its own claims and Defendants' expansion of this action (in their Counterclaims) to include claims pertaining to the entire 17-mile reach of the Lower Passaic River Study Area (LRPSA). As of June 30, 2020, the total PRP Search Costs OxyChem had incurred and that it seeks to recover associated with the Orders at issue in OxyChem's Complaint is $3,834,374.96. A listing of those costs is attached hereto as Exhibit "D." The documents relevant to establishing the reasonableness and necessity of these PRP search costs include OxyChem's Complaint (which indicates the PRPs that were identified through the incurrence of these costs); the Orders at issue; invoices from vendors, contractors, and suppliers; internal OxyChem and Glenn Springs Holdings, Inc. accounting documents; and, OxyChem's Proof of Claim in the Maxus Bankruptcy at Section A, Section B (b)(1)(6), B(d), and Exhibit J. Invoices for The Intelligence Group, LLC pertaining to these costs, as well as factual documents pertinent to their work to identify PRPs will be produced promptly upon Defendants' confirmation that such production will not constitute a waiver of any privileges and will be reciprocated by production of information from Defendants' consultants. Additional electronically stored information pertaining to these costs will be produced when the Court orders the production of ESI. OxyChem also anticipates proffering expert report(s) and testimony that identify, calculate, and support its necessary response costs. None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.

- **2007 RI/FS ASAOC**. On April 6, 2004, EPA entered into an Agreement with 31 PRPs, including OxyChem, which required the "Settling Parties to make a cash payment to resolve their alleged civil liability for the Remedial Investigation and Feasibility Study ("RI/FS")…" Specifically, the payments were for funding the RI/FS for the Lower Passaic River Study Area ("LPRSA") (i.e., the lower 17 miles of the Passaic River) and the ecosystem restoration study pursuant to the Water Resources Development Act ("WRDA Study"). This Agreement became effective on June 22, 2004. Subsequently, on July 26, 2005, this Agreement was amended ("Amendment No. 1") to include 12 additional PRPs to share in the estimated costs of the RI/FS portion for the LPRSA. The settling parties also agreed to contribute an additional $750,000 for the RI/FS if such funds were needed to complete the study. Amendment No. 1 became effective on November 9, 2005. On May 31, 2007, this Agreement was amended a second time ("Amendment No. 2") to add 29 additional settling parties. On May 8, 2007, EPA entered into an ASAOC with 73 PRPs, including OxyChem and 42 other PRPs who signed the previous RI/FS Agreements with EPA. Under this

agreement, the settling parties took over performance of the RI/FS for the LPRSA, with EPA oversight.

From 2007 to 2012, the members of the Cooperating Parties Group ("CPG") paid for performance of the RI/FS work and for EPA's oversight costs.  OxyChem, along Maxus and Tierra, were members of the CPG until 2012, when they ceased to be members of the Group. From 2012 until its bankruptcy in 2016, Maxus continued to pay a substantial share of EPA's oversight costs on behalf of OxyChem. Since Maxus's bankruptcy in 2016, OxyChem has paid these oversight costs directly. OxyChem has incurred and paid and continues to incur and pay EPA oversight, monitoring and other costs pursuant to the 2007 RI/FS ASAOC, over and above PRP Search Costs, which are also recoverable in relation to the 2007 RI/FS ASAOC and are described above in paragraph (e). A compilation of the $3,863,564.67 in costs OxyChem has incurred under the 2007 ASAOC since Maxus's bankruptcy is attached as Exhibit "E."  None of the costs OxyChem seeks in this category was a cost incurred by OxyChem's former indemnitors, Maxus and Tierra.

## IV.     Disclosure of Insurance Agreements Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv).

OxyChem is not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

ARCHER & GREINER, P.C.

By:    _s/ John J. McDermott_
       John J. McDermott, Esq.
       (jmcdermott@archerlaw.com)
       One Centennial Square
       Haddonfield, NJ 08033
       Tel: (856) 795-2121
       Fax: (856) 795-0574

       GIBBS & BRUNS, LLP
       Kathy D. Patrick, Esq.
       (kpatrick@gibbsbruns.com)
       Anthony N. Kaim, Esq.
       1100 Louisiana, Suite 5300
       Houston, TX 77002
       Tel: (713) 650-8805
       Fax: (713) 750-0903

       *Attorneys for Plaintiff*
       *Occidental Chemical Corporation*

       Dated: February 24, 2021

220429755v1

| EXHIBIT A - Supplemental Disclosure of 2016 ASAOC Response Costs | |
|---|---|
| Category/Vendor | 2016 ASAOC Response Costs |
| AQUA SURVEY INC | $ 186,860.00 |
| ARCADIS US INC | $ 11,930,393.53 |
| Banco Bilbao Vizcaya Argentaria SA | $ 549,026.01 |
| CLEAN EARTH DREDGING TECHNOLOGIES | $ 2,000.00 |
| CLEAN EARTH OF NORTH JERSEY INC | $ 6,434.56 |
| CLEAN HARBORS ENVIRONMENTAL | $ 56,062.79 |
| DE FRANCO N SONS CONTRACTORS LLC | $ 59,850.00 |
| Misc. Employee Expense | $ 206.97 |
| EUROFINS LANCASTER LABORATORIES | $ 57,457.00 |
| GEOTESTING EXPRESS | $ 8,190.00 |
| GHD SERVICES INC | $ 2,485,567.92 |
| PACE ANALYTICAL SERVICES LLC | $ 2,000.00 |
| Precision Graphics | $ 373.11 |
| SGS ACCUTEST INC | $ 240,734.80 |
| SGS NORTH AMERICA INC | $ 10,363,721.46 |
| SOR TESTING LABORATORIES INC | $ 55,300.00 |
| Sumitomo Mitsui Banking Corp | $ 7,360.89 |
| TESTAMERICA LABORATORIES INC | $ 1,311,429.04 |
| TETRA TECH | $ 34,117,448.53 |
| US ENVIRONMENTAL PROTECTION AGENCY (July 26, 2018 Invoice) | $ 2,323,960.12 |
| US ENVIRONMENTAL PROTECTION AGENCY (June 28, 2019 Invoice) | $ 1,543,117.60 |
| US ENVIRONMENTAL PROTECTION AGENCY (June 30, 2020 Invoice) | $ 3,216,304.15 |
| VISTA ANALYTICAL LABORATORY | $ 103,416.00 |
| WESTON SOLUTIONS | $ 4,595.33 |
| WESTON SOLUTIONS INC | $ 20,787.76 |
| Internal personnel costs | TBD |
| Lister Avenue property acquisition cost | TBD |
| East Brunswick office lease | TBD |
| Amended Disclosure of 2016 ASAOC Response Costs Incurred Through 12/31/2020 | $ 68,652,597.57 |

**EXHIBIT B - Initial disclosure of Tierra Removal ASAOC Response Costs**

| Category/Vendor | Tierra Removal Response Costs |
|---|---|
| US EPA Invoice, Aug. 22, 2016 | 304,545.06 |
| US EPA Invoice, Aug. 2, 2017 | 11,696.35 |
| US EPA Invoice, July 26, 2018 | 2,521.71 |
| **Initial Disclosure of Tierra Removal ASAOC Response Costs Incurred Through Dec. 13, 2018** | **$       318,763.12** |

**EXHIBIT C - Initial Disclosure of CSO ASAOC Response Costs**

| Category/Vendor | CSO ASAOC Response Costs |
|---|---|
| US EPA Invoice, Aug. 3, 2016 | 33,769.70 |
| US EPA Invoice, Aug. 3, 2016 | 25,112.77 |
| **Initial Disclosure of CSO ASAOC Response Costs Incurred Through Dec. 13, 2018** | **$ 58,882.47** |

**EXHIBIT D - Initial Disclosure of PRP Search Costs**

| Date | Vendor | Amount |
|---|---|---|
| 1/11/2017 | The Intelligence Group LLC | 326,439.52 |
| 1/15/2017 | The Intelligence Group LLC | 17,053.27 |
| 5/31/2017 | The Intelligence Group LLC | 167,343.56 |
| 5/31/2017 | The Intelligence Group LLC | 37,869.22 |
| 6/30/2017 | The Intelligence Group LLC | 1,777.67 |
| 6/30/2017 | The Intelligence Group LLC | 197,724.86 |
| 8/11/2017 | The Intelligence Group LLC | 185,694.27 |
| 8/11/2017 | The Intelligence Group LLC | 31,280.10 |
| 8/31/2017 | The Intelligence Group LLC | 182,143.44 |
| 8/31/2017 | The Intelligence Group LLC | 36,043.79 |
| 10/12/2017 | The Intelligence Group LLC | 207,777.60 |
| 10/18/2017 | The Intelligence Group LLC | 40,143.82 |
| 11/21/2017 | The Intelligence Group LLC | 28,789.46 |
| 11/21/2017 | The Intelligence Group LLC | 330,939.47 |
| 12/12/2017 | The Intelligence Group LLC | 300,202.37 |
| 12/14/2017 | The Intelligence Group LLC | 19,095.99 |
| 2/14/2018 | The Intelligence Group LLC | 136,570.24 |
| 2/14/2018 | The Intelligence Group LLC | 200,730.41 |
| 2/19/2018 | The Intelligence Group LLC | 22,321.85 |
| 3/14/2018 | The Intelligence Group LLC | 4,472.24 |
| 3/15/2018 | The Intelligence Group LLC | 283,611.09 |
| 3/15/2018 | The Intelligence Group LLC | 22,183.54 |
| 4/11/2018 | The Intelligence Group LLC | 3,088.11 |
| 4/12/2018 | The Intelligence Group LLC | 1,388.89 |
| 4/13/2018 | The Intelligence Group LLC | 255,950.79 |
| 4/18/2018 | The Intelligence Group LLC | 289,431.95 |
| 5/8/2018 | The Intelligence Group LLC | 281,134.80 |
| 6/13/2018 | The Intelligence Group LLC | 5,914.22 |
| 7/11/2018 | The Intelligence Group LLC | 217,258.42 |
| Initial Disclosure of PRP Search Costs Incurred Through December 13, 2018 | $ | 3,834,374.96 |

**EXHIBIT E - Supplemental Disclosure of 2007 RI/FS ASAOC Response Costs**

| Category/Vendor | 2007 RI/FS ASAOC Response Costs Oxy Share |
|---|---|
| US ENVIRONMENTAL PROTECTION AGENCY (July 25, 2016 Invoice) | 639,893.55 |
| US ENVIRONMENTAL PROTECTION AGENCY (July 10, 2017 Invoice) | 470,334.12 |
| US ENVIRONMENTAL PROTECTION AGENCY (August 6, 2018 Invoice) | 754,905.00 |
| US ENVIRONMENTAL PROTECTION AGENCY (July 10, 2019 Invoice) | 1,121,328.00 |
| US ENVIRONMENTAL PROTECTION AGENCY (July 17, 2020 Invoice) | 877,104.00 |
| **Supplemental Disclosure of 2007 RI/FS ASAOC Response Costs Incurred Through 07/17/2020** | **3,863,564.67** |