# Exhibit F

**Revised Work Plan**

**EPA Conflict Prevention and Resolution
Services Contract**

**Contract # EP-W-14-020**

**Work Plan for Task Order #096**

**Diamond Alkali-Lower Passaic River Allocation**

**Submitted: May 31, 2019**
Revised: March 16, 2018
*Originally submission:  June 30, 2017*

**Prepared for:**

US Environmental Protection Agency
Washington, DC 20460

| | |
|---|---|
| EPA Program Office: | Region 2 |
| EPA Task Order Contracting Officer's Representative (TOCOR): | Alice Yeh |
| Telephone Number: | 212-637-4427 |
| E-Mail Address: | yeh.alice@epa.gov |
| | |
| CSRA Task Order Manager (TOM): | Mary Apostolico |
| Telephone Number: | 517-290-4415 |
| E-Mail: | mary.apostolico@csra.com |
| | |
| Subcontractor Task Manager: | Mark Heaney |
| | TechLaw / AlterEcho |
| Telephone Number: | 703-818-3201 |
| E-mail Address: | mark.heaney@alterecho.com |

This Revised Work Plan describes CSRA's approach for performing the tasks described in the Revised Statement of Work. It includes a description of the activities associated with each task as well as a list of transmittals and deliverables and their due dates. A cost estimate for this Task Order Work Plan is provided as a separate attachment.  Previous revisions to this work plan included adding additional documents relevant to the allocation to be submitted by the PRPs (along with associated time to evaluate the documents for relevance), additional time for PRPs to communicate, meet, and exchange information with the allocator, and a step for early identification of PRPs who are similarly situated to the parties that received the first round of cash out settlement offers from EPA for EPA's use in making early settlement determinations. **New revisions to this work plan are presented with strike through for deletions and in bold blue for additions.  They include changes related to additional documents to be submitted by the PRPs, an increase in the number of facilities being evaluated, and increased interaction with the PRPs and the allocator** Exemption (b) (3) (A)

The Work Plan is organized as follows:

Section 1.0 - Background
Section 2.0 - Assumptions
Section 3.0 - Project Methodology and Approach
Section 4.0 - Work Tasks
Section 5.0 - Reports, Transmittals and Deliverables
Section 6.0 - Staffing Plan
Section 7.0 - Quality Management
Section 8.0 - Conflict of Interest
Section 9.0 - Cyber Security
Section 10.0 - Project Budget
Section 11.0 - Period of Performance

## 1.0    Background

The Diamond Alkali Site (the Site) has a long history, involving over 100 potentially responsible parties (PRPs). Since the late 1800s, the Lower Passaic River has been a highly industrialized waterway, receiving direct and indirect discharges from numerous industrial facilities. Data collected in the Lower Passaic River, and EPA's analyses, show that contaminated sediment in the lower 8.3 miles are a major source of contamination to the rest of the river and Newark Bay and pose an unacceptable risk to human health and the environment due to the presence of a variety of contaminants that stay in the environment for a long time and can build up in fish and shellfish. These contaminants include dioxins and furans, PCBs, mercury, DDT and its primary breakdown products, copper, dieldrin, PAHs, and lead.

On March 4, 2016, EPA issued a record of decision selecting the remedy for the lower 8.3 miles of the Lower Passaic River, which is Operable Unit 2 (OU2) of the Site. Currently, the remedial design (RD) for OU2 is being performed by Occidental Chemical Corporation (OCC) pursuant to an administrative order on consent. The cost of the remedial action (RA), estimated for purposes of remedy selection, is $1.38 billion.

Region 2 has issued a notice of potential liability to approximately 100 parties, informing them of their responsibility for the RD/RA for OU2. The Region has offered a first round of cash-out settlements to a group of approximately 20 PRPs. The Region expects to separately address the liability of municipalities and public entities. For the remaining PRPs, the Region expects to

---

enter into settlement negotiations for performance and funding of the remedy with OCC and other parties (the "Major PRPs") that the Region considers major PRPs for OU2. The Region plans another round of cash-out settlements with "Middle Tier PRPs", i.e., not part of the phase 1 cash-out group, but also not Major PRPs. The Region requires the services of a third party allocator to develop a settlement framework and evaluate the 80 Middle Tier and Major parties within the framework. This proposal applies same allocation process to all of the private OU2 PRPs remaining after the first round of cash-out settlements, with the expectation that, in the settlement phase, the resulting allocation will enable EPA to identify the Middle Tier PRPs, eligible for a phase two cash out offer, and the Major PRPs that will be performing and/or funding the remedy.

Region 2 understands that the PRP group (the Cooperating Parties Group, or CPG) has made at least two previous attempts to develop a mutually acceptable allocation of liability to promote settlement with EPA for costs and work at the Site, however both efforts fell short of agreement. Region 2 believes that because of these previous efforts, additional information available from responses to CERCLA 104(e) letters, information available from previous litigation at the state level and numerous conversations with PRPs over the years, the project will be able to be built primarily upon existing information and contacts.  Some minor augmentation of background, data and allocation factors may need to occur to develop what is hoped to be an acceptable settlement proposal and structure.  In 2016, the Department of Justice retained a mediator/allocation specialist, David Batson of TechLaw/AlterEcho, to assist in settlement analysis.  Those discussions and analyses have resulted in this effort.

## 2.0    Assumptions

This work plan and the attached cost estimate are based on the following assumptions, in addition to Task-specific assumptions noted in Section 4.0 of the Work Plan.  All work will be conducted in accordance with the specific tasks in the Work Plan to the performance metrics specified therein.

**General Assumptions:**

- EPA will provide the CSRA Team with a list of parties noticed regarding their responsibility for the RD/RA for OU2, including:
  - a list of Major and Middle Tier Parties ("OU2 PRPs");
  - a list of Phase 1 cash-out parties; and
  - a list of other OU2 parties, including municipalities and other entities
- Maximum of ~~80~~ **83** PRPs will be provided an opportunity to participate in or be evaluated for determining a share of responsibility in the allocation process.  **Ten of these PRPs are non-participating parties.**
- **The allocation will cover a maximum of 97 facilities associated with the 83 PRPs.**
- All OU2 PRPs will be provided an opportunity to participate in the design of the allocation database and process and to provide additional Site-related information for possible addition to the database, and will be designated a share of responsibility in the Final Allocation Recommendation Report
- The Final Allocation Recommendation Report will also divide the parties into logical groupings of similarly-situated PRPs
- EPA will provide the CSRA Team with a listing and contact information for each OU2 PRP; Reference herein to meetings or other forms of communication with the OU2 PRPs means communication with the identified representatives of such parties
- A maximum of ~~150,000~~ ~~290,000~~ *506,000* pages of documents will *be* reviewed and utilized to conduct the allocation, including;
  - A maximum of 130,000 pages of documents received from EPA for CSRA Team review

- o A maximum of ~~20,000~~ ~~160,000~~ *376,000* extra pages of documents received from PRPs for CSRA review. **The parties have indicated that based on the evolution of the allocation approach they have additional relevant documents to submit. This represents an increase in the number of pages to be reviewed by 216,000 or approximately 2,482 pages per 87 participating party facilities.**
- All communications by the CSRA Team will be by phone or email unless meeting noted
- The CSRA Team estimates 8-10 hours of communications per party over the remainder of the project. This time is presented as 2 hours per party in Tasks 5.A.1 and 6.A.4; additional meetings (5.A.1, 5.B.1, 9, 10.2); and an undefined number of calls and e-mails allowed for in remaining tasks. **An additional approximately 45 minutes per participating party has been added to Task 7** <span style="color:red">Exemption (b) (3) (A)</span>



- Maximum of 4 hours of combined project status/update calls will be held by the CSRA Team with EPA per month
- Out-of-DC Area Meetings:
  - o 6 meetings involving 2 contractor staff
- Out-of-DC area meetings will be held at the EPA Region 2 offices or other location in the greater New York City metropolitan area as determined by EPA, or OU2 PRPs they supply meeting space
- Travel for and timing of out-of-DC area meetings will be scheduled to allow CSRA Team members to travel from Washington, DC and return on the same day
- Travel and per diem costs for <span style="color:red">Not Responsive by Agreement with FOIA Requestor</span>

- Meetings will be scheduled and held within noted timeframes
- The allocation database will be designed and organized primarily for purposes of allocation
- Space and equipment for meetings will be provided by EPA or PRPs
- ~~The CSRA Team will provide EPA with a copy of all communications sent to OU2 PRPs regarding the subject, substance, and logistics of OU2 PRP meetings with CSRA Team members~~
- Any part of a communication, attachment to a communication, presentation, or written material provided to OU2 PRPs by the CSRA Team that involves a description of the Site or EPA actions or activities will be provided to EPA for review and approval prior to submission to the OU2 PRPs
- Unless otherwise noted herein, all allocation related communications by the CSRA Team involving the OU2 PRPs or representatives of EPA or DOJ, individually or in groups, will be held confidential pursuant to the provisions of the ADR Act of 1996, 5 USC 574
- In order to ensure a common expectation of confidentiality, all PRP participants in the allocation process will be required to enter, and EPA will appropriately acknowledge, a confidentiality agreement
- The CSRA Team will provide invoices to EPA at the end of each month in which a task is completed (activity, transmittal, and/or deliverable) identified in Section 4.0 of the Work Plan, with a written Progress Report detailing associated activities accomplished during the reporting period, how such activities meet Task Order performance standards, and associated labor and other direct costs
- <span style="color:red">Not Responsive by Agreement with FOIA Requestor</span>

- "Staffing" referenced in Section 4.0 Work Tasks refers to TechLaw staff.
- This Task Order can be modified to change the statement of work or add funding.
- Tasks 8 – 11 will not be performed within the task order Period of Performance and are no longer required under this contract.  It is anticipated Tasks 8-11 will be initiated in a new task order under the follow on contract.

## 3.0    Project Methodology and Approach

The proposed methodology and approach consists of the following:
- To support this Task Order, CSRA selected TechLaw support.
- CSRA and TechLaw (the CSRA Team) will not interpret EPA policy on behalf of the EPA or make decisions on items of policy, regulation or statutes. The CSRA Team also will not take a stand on the merits of substantive items under discussion including, but not limited to, any substantive issues raised by OU2 PRPs.  The CSRA Team will not interpret EPA's March 4, 2016, record of decision selecting the remedy for OU2 of the Site.
- In gathering information or performing research with parties outside the EPA, CSRA Team members will identify themselves as contractors to EPA and not as EPA employees.
- CSRA will approach this task in accordance with the basic terms of the contract and according to the established norms and ethical standards of ADR professionals. Except as otherwise noted herein, information provided to the ADR professional by any of the parties, including EPA, communications between parties and the ADR professional, and notes and dispute resolution work product generated by the ADR professional during work pursuant to the Task Order will be maintained as confidential by the ADR professional pursuant to the provisions of the ADR Act of 1996 (Public Law 104-320; 5 USC 571 et al.) and applicable federal, state and judicial requirements.
- To enhance the positive substantive, relational, and procedural outcomes from ADR cases, CSRA will direct all ADR professionals providing ADR services under this task order to do the following prior to the mediation or facilitation and throughout the process:
  - o Inquire about whether individual participants have the time, financial, and logistical resources necessary to participate effectively in the process and – where resources are inadequate – assist them in identifying appropriate resources or in making necessary adjustments to the process to accommodate resource constraints;
  - o Assist the participants in identifying the issues that are important to resolving any controversy and solutions that will address the needs shared by the participants;
  - o Conduct the process to promote active engagement from all participants;
  - o Explore with the participants appropriate ways to incorporate high quality and relevant information resources necessary to resolve the issues; and
  - o To support productive dialogue and effective implementation of any agreements reached by the participants, ensure that participants have appropriate authority to make commitments on behalf of their organizations.

As prime contractor, CSRA will support this Task Order through the following activities:
- Provide progress reports at the end of each month in which an activity, transmittal, and/or deliverable identified in Section 5.0 of the Work Plan is completed;
- Communicate and coordinate with the EPA Task Order Contracting Officer's Representative (TOCOR) by phone as needed;
- Coordinate with the subcontractor, TechLaw;
- Incorporate the principles of Quality Management while carrying out this task;

- Provide deliverables in electronic format (as agreed to by the TOCOR) to the EPA TOCOR; and
- NOTIFY THE EPA PROJECT DIRECTOR AND PROGRAM OFFICE CONTACT WHEN 75% OF THE FUNDS PROVIDED HAVE BEEN EXPENDED.

## 4.0    Work Tasks

Task 0.0      **Task Order Management**

In accordance with proper contract implementation, CSRA and TechLaw will ensure effective management of the resources and deliverables required by EPA.

Specifically, the CSRA Task Order Manager (TOM) for this effort will:
- Ensure that all technical direction received falls into the scope of work prior to initiating any action;
- Ensure completion and maintain copies of all contract transmittals and deliverables;
- Oversee subcontractor activities through regular and periodic conversations with the subcontractor to ensure effective performance;
- Ensure that progress and financial reports accurately clearly articulate the work completed as per the approved work plan, and identify any problems encountered and activities to address them;
- Speak on an as-needed basis with the EPA TOCOR to review the financial and work status of the project;
- Review the progress report and invoice with the EPA TOCOR; and
- Update the Dashboard task order management tracking system as invoices are submitted.

The CSRA Team developed this Work Plan to provide a detailed explanation of all activities associated with and a proposed approach for completing each of the defined tasks. The CSRA Team identified the transmittals and deliverables and their associated due dates and developed a detailed fixed price budget, including a breakout of labor and travel costs.

*Please note:* Not Responsive by Agreement with FOIA Requestor
Not Responsive by Agreement with FOIA
Requestor

| Item | Title | Due No Later Than[†] | Type |
|------|-------|----------------------|------|
| 0.1 | Work Plan | Within 10 days* of SOW issuance or as approved by the EPA CO | **Deliverable** |
| 0.1a | Revised Work Plan | Within 10 days* of SOW issuance or as approved by the EPA CO | Deliverable |
| *0.1b* | *Revised Work Plan* | *Within 10 days* of SOW issuance or as approved by the EPA CO* | *Deliverable* |
| 0.2 | Progress Reports | Submitted after completion of each task and with submission of invoice | **Deliverable** |

[†] Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

## Task 1        **Preliminary Work** - Complete

| Item | Title | Due No Later Than[†] | Type |
|------|-------|---------------------|------|
| 1.1 | Task Order Kick-Off Meeting | Within 20 days* of Task Order approval | Transmittal |

[†] Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

The CSRA Team will prepare for and participate in a meeting with EPA to discuss tasks described in the Task Order, EPA's expectations for the project, and a plan for conducting the outreach to PRPs. Prior to the meeting, the CSRA Team will develop its overall strategy for conduct of the allocation process, including a timeline of tasks and strategy for communications with the OU2 PRPs. During the meeting, the EPA will advise the CSRA Team regarding the identity of OU2 PRPs and the scope and nature of the selected remedy. Following the meeting, the CSRA Team will send an email summarizing the agreed-upon PRP Outreach Plan for approval of the EPA technical lead in consultation with EPA legal personnel. The developed PRP outreach plan will include a process for contacting and receiving information from PRPs, including for meetings and conference calls with the OU2 PRPs as a group, and individual OU2 PRP contacts via email, letter, or phone, and confidentiality procedures.

This task will require the following efforts on the part of the CSRA Team:
- Development of a plan for conducting outreach to OU2 PRPs that includes an opportunity for all OU2 PRPs to (1) provide feedback on the design of the allocation, including additional data, information or factors which should be considered in design of the database, (2) review their individual PRP data report for accuracy, (3) provide suggestions regarding design of the allocation process and (4) provide feedback on the allocation report. The plan will also explain how the CSRA Team will update EPA on PRP outreach efforts
- Drafting and submission of an email summarizing the agreed-upon PRP outreach plan for approval of the EPA technical lead
- The CSRA Team will supply two (2) senior staff located in Washington, DC for the meeting

Tech Law Staffing - Senior Allocation Specialist; Senior Project Manager

*Performance Standards/Metrics:*
- The CSRA Team participates in the Task Order Kick-Off Meeting
- The submitted summary of the PRP Outreach Plan provides a summary of the agreement reached at the Task Order Kick-Off Meeting regarding the plan for communications by the CSRA Team with the OU2 PRPs

**Task 2**      **Public Announcement of Project** - Complete

| Item | Title | Due No Later Than[†] | Type |
|------|-------|---------------------|------|
| 2.1 | EPA Project Public Announcement Meeting | Within 40 days* of Task Order approval | Activity |

† Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

The CSRA Team will participate in a meeting, sponsored by EPA, with the OU2 PRPs to announce and explain the allocation project, including opportunities for participation of the OU2 PRPs in the development of the allocation process. Following the project announcement meeting noted in Task 2, the CSRA Team will work to obtain and record

signatures of the OU2 PRPs and acknowledgement of EPA to the Participation Agreement distributed during the project announcement meeting.

This task will require the following efforts on the part of the CSRA Team:
- Preparation of talking points and handout material for participants regarding the allocation process in consultation with the EPA technical lead in consultation with EPA legal personnel
- Preparation of a written Participation Agreement for consideration and execution of the OU2 PRPs, incorporating an explanation of relevant confidentiality protections and requirements associated with the allocation process
- The CSRA Team will supply two (2) senior staff located in Washington, DC to participate in the meeting
- Communication via email, and as required via phone, with the OU2 PRPs as a group regarding execution of and to answer questions regarding the Participation Agreement
- Recording and compilation of executed Participation Agreement signature pages

Conduct of this task is dependent upon EPA's ability to successfully make arrangements for and schedule the meeting, and communicate with OU2 PRPs regarding the meeting, and upon receipt of EPA's final approval of the PRP outreach plan agreed upon during the Task Order Kick-Off Meeting within 10 business days of the meeting.

Staffing - Senior Allocation Specialist, Senior Project Manager

*Performance Standards/Metrics:*
- Talking points and materials prepared for the meeting provide an overview of the project and opportunities for PRP participation noted in the PRP Outreach Plan developed in Task 1
- The CSRA Team participates in the Task Order Kick-Off Meeting
- A majority of the members of the OU2 PRPs execute the Participation Agreement

**Task 3**        **Initial Allocation Process and Database Design -** Complete

| Item | Title | Due No Later Than† | Type |
|------|-------|--------------------|------|
| 3.1 | Submit initial allocation process and database design to EPA | Within 100 days* of Task Order approval | Transmittal |

† Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

The CSRA Team will review documents received from EPA and prepare a written descriptive summary of the initial design for the allocation process, including a design of the allocation database, and submit to EPA for review.

The allocation process will be designed based upon information received during consultations with EPA and OU2 PRPs on the allocation database and using all relevant non-confidential received information, including data, records, and other documents. The initial design will include recommendations for: (1) data sources to be considered for the allocation; (2) applicable allocation factors; and (3) methodology for determination of shares.

The searchable database will be designed to have the capability to contain and organize all of the information and data used in the allocation, including received PRP disclosure statements and nexus documents from third party litigation.  No confidential information will be included in the allocation database.  Though to be designed for purposes of conducting the allocation, the database will be designed in such a way as to allow access and use by EPA and DOJ staff for their settlement purposes following submission of the Allocation Data Reports in Task 8.  The CSRA Team will, as an interim measure, create and provide EPA access to a SharePoint site in which any site documents received from the OU2 PRPs will be maintained.

This task will require the following efforts on the part of the CSRA Team:

- Conduct a preliminary review of Site data on OU2 contaminants of concern as identified in the OU2 ROD to determine appropriate allocation data sets
- Conduct preliminary research, analysis, and determine applicable case law, legal requirements, and equitable considerations for use in conducting allocation
- Conduct initial review and analysis of EPA selected remedy for OU2 to determine method to account for differential impact of contaminants of concern and source location
- Conduct a preliminary review of information received from EPA, including PRP disclosure statements and nexus documents from third party litigation, in order to determine the appropriate design of the database required to support conduct of the allocation process
- Conduct initial coding of data and loading of coded data into database to determine credibility of database design concept
- Establish preliminary recommendations regarding allocation computations appropriate for OU2, procedures for use of data in allocation computations, and appropriate allocation methodology, and the design of a searchable database with capability to contain and organize all of the information and data used in the allocation
- Preparation of a written descriptive summary of the initial design for the allocation process, including (1) a timeline for submission of allocation related documents, including PRP position briefs and reply briefs, and (2) a written description of the design of the database with a suggested method for providing OU2 PRPs specific information on the contents of the database, suggestions on methods for resolving data gaps in data regarding OU2 PRPs not identified in documents received from EPA, and if practical, images of anticipated data screens.
- Establish a SharePoint site that provides EPA access to documents received from OU2 PRPs

Conduct of this task is dependent upon; (1) receipt of all allocation documents and information regarding the site remedy from EPA within 20 business days of approval of the Task Order, and (2) receipt of all information from EPA as individual documents in OCR searchable pdf format to allow loading into the allocation database.

Staffing - Senior Allocation Specialist; Senior Project Manager; Database Designer

*Performance Standards/Metrics:*
- The CSRA Team submits a written descriptive summary of the initial design for the allocation process, including a database design, within the noted timeframe
- The submitted written descriptive summary of the initial design for the allocation process includes a summary of the basis of and anticipated conduct the allocation

process, including preliminary recommendations on data sources to be considered for the allocation, applicable allocation factors, and methodology for determination of shares
- The submitted initial database design provides a written description of the database, including, suggested method for providing OU2 PRPs specific information on the contents of the database, suggestions on methods for resolving data gaps in data regarding OU2 PRPs not available in documents received from EPA, and if practical, images of anticipated data screens

## Task 4     Conference Call w EPA on Initial Database Design – Complete

| Item | Title | Due No Later Than† | Type |
|------|-------|--------------------|------|
| 4.1 | Conference Call with EPA on Initial Allocation Process and Database Design | Within 10 days* of submission of initial allocation process and database design | Activity |

† Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

Task 4.1 – The CSRA Team will prepare for and participate in a conference call with EPA regarding the initial allocation process and database design. The purpose of the call will be to advise and consult with EPA regarding the submitted initial allocation process and database design and to discuss and resolve any EPA comments. Following the conference call, the CSRA Team will edit the initial allocation process and database design based on received EPA comments to create a draft design for submission to the OU2 PRPs.

This task will require the following efforts on the part of the CSRA Team:
- The CSRA Team will supply two (2) senior project staff located in Washington, DC to participate in the conference call
- Conference call assumed to be no more than two (2) hours in length

Staffing – Senior Allocation Specialist; Senior Project Manager

*Performance Standards/Metrics:*
- The CSRA Team participates in the draft Database Design conference call

## Task 5     Meeting with PRPs on Draft Allocation Process ~~and~~ /Database Design, and Initiation of early Settlement Process - Complete

| Item | Title | Due No Later Than† | Type |
|------|-------|--------------------|------|
| 5.*A*.1 | Conduct *two* Meeting*s* with PRPs on Draft Allocation Process and Database Design | Within 40 days* of submission of initial allocation process and database design to EPA | Activity |
| 5.*A*.2 | Conference Call with EPA on Meeting*s* with PRPs on Draft Allocation Process and Database Design | Within 10 days* following the Meeting with PRPs on Draft Allocation Process and Database Design | Activity |
| 5.B.1 | Submit guidance on | Within 5 days of Revised Task Order | Transmittal |

| | | Approval | |
|---|---|---|---|
| | preparation of allocation submissions to EPA and PRPs | | |
| 5.B.2 | Submit recommendation on relevancy of documents provided by OU2 PRPs to EPA and PRPs | Within 30 days of Revised Task Order Approval | Transmittal |

† Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

Task 5.A.1 - The CSRA Team will plan, schedule, and conduct two meetings with the OU2 PRPs as a group regarding the draft design of the allocation process and database. The purpose of the meetings will be to advise the OU2 PRPs as a group regarding the anticipated conduct of the allocation process and the anticipated organization of data and contents of the database, and to obtain PRP comments regarding the draft allocation process and database design. The CSRA Team will also communicate with the OU2 PRPs individually to obtain the input of OU2 PRPs, including those that did or were unable to attend the outreach meetings, regarding suggestions on the effective design and conduct of the allocation process and database, and to obtain additional records and information, if any, for the allocation database.

This task will require the following efforts on the part of the CSRA Team:
- Making arrangements for a meeting in the greater New York City metropolitan area sufficient to accommodate the OU2 PRPs as a group
- Coordination of meeting space and equipment for meetings provided by EPA or OU2 PRPs
- Communication via email with the OU2 PRPs regarding substance, date/time, and location of meeting
- Development of meeting agenda
- Development of participant materials, including a descriptive summary of Site information received from EPA and a description of the draft allocation process and database design
- Travel of two (2) senior staff from Washington, DC to attend meeting
- Communications by Senior Allocation Specialist via phone, email, or other electronic media as required with OU2 PRPs
- Communications will be limited to an average of 2 hours for each OU2 PRP
- Record PRP comments regarding allocation process and database design and conduct, without attribution to individual OU2 PRP comments

Staffing – Senior Allocation Specialist; Senior Project Manager

*Performance Standards/Metrics:*
- The CSRA Team conducts a meeting with the OU2 PRPs as a group regarding design of the allocation process and database
- A majority of the members of the OU2 PRPs as a group attend the meeting either in person or remotely
- The CSRA Team copies the EPA technical lead on its email communication to the OU2 PRPs regarding substance, date/time, and location of meeting, and provides EPA with a copy of utilized meeting materials

Task 5.A.2 - The CSRA Team will schedule and hold, within 10 business days of holding the meetings with the OU2 PRPs on the draft allocation process and database design, a conference call with EPA regarding the findings of the meetings.

This task will require the following efforts on the part of the CSRA Team:
- Scheduling and participating in a two conference calls with EPA to provide EPA information on the meetings, including a list of participants at the meeting and summary of suggestions received regarding the allocation process and database design
- Conference call assumed to be no more than two (2) hours in length

Timing of this task is dependent upon the availability of assigned EPA staff to participate in a conference call within noted timeframe.

Staffing – Senior Allocation Specialist; Senior Project Manager

*Performance Standards/Metrics:*
- The CSRA Team participates in a conference call with EPA regarding the findings of the meeting following the Database Design Outreach Meeting
- In conducting the post-meeting conference call with EPA, the CSRA Team provides a summary of information and suggestions obtained from the OU2 PRPs without attribution to contributions of individual participants

Task 5.B.1 - The CSRA Team will prepare a written guide regarding the format and preparation of written submissions by OU2 PRPs pursuant to the allocation process and submit to EPA and the OU2 PRPs

The preparation guide will be designed based upon information received during consultations with EPA and OU2 PRPs on the allocation process.  The preparation guide will include the format and content of required allocation documents, including: (1) initial equitable factors brief; (2) preliminary factual submission; (3) document submission certification; and (4) notification of early settlement eligibility.

This task will require the following efforts on the part of the CSRA Team:
- Conduct a conference call with OU2 PRPs to announce and explain modifications to the allocation project, including opportunities for participation of the OU2 PRPs in the development of the allocation process
- Conduct of communications, including a meeting, with OU2 PRPs regarding recommended format and content of above noted required allocation submissions
- Preparation of written guide regarding the format and preparation of written submissions by OU2 PRPs pursuant to the allocation process for review by EPA
- Preparation of written guide based upon EPA comments and suggestions for review by OU2 PRPs.
- Preparation of a final written guide regarding the format and preparation of written submissions by OU2 PRPs pursuant to the allocation process based upon comments and suggestions received from the OU2 PRPS and EPA

Staffing - Senior Allocation Specialist; Senior Project Manager

Performance Standards/Metrics:

- The CSRA Team conducts a call with OU2 PRPs as a group to announce and explain modifications to the allocation project, including opportunities for participation of the OU2 PRPs in the development of the allocation process
- The CSRA Team submits a written guide regarding the format and preparation of written submissions by OU2 PRPs pursuant to the allocation process to EPA for review within the noted timeframe
- The CSRA Team submits a written guide to the OU2 PRPs within the noted timeframe
- The submitted written guide includes the format and content of required allocation documents, including: (1) initial equitable factors brief; (2) preliminary factual submission; (3) document submission certification; and (4) notification of early settlement eligibility.

Task 5.B.2 – The CSRA Team will organize and conduct a review of initial indices of documents proposed for inclusion in the Allocation Document Database by OU2 PRPs to develop a recommendation on the relevancy of proposed documents to the allocation process.

This task will require the following efforts on the part of the CSRA Team:

- Conduct an analysis of document information contained in indices received from the OU2 parties to determine if the proposed documents meet established relevancy criteria for inclusion in Allocation Document Repository
- Drafting of a written recommendation indicating which of the recommended documents are deemed    to meet the established relevancy criteria for inclusion in Allocation Document Repository, with an explanation of the rationale for the exclusion of any recommended document

Staffing - Data Analysts; Senior Project Manager; Senior Allocation Specialist

Performance Standards/Metrics

- The CSRA Team submits the written recommendation regarding the relevancy of OU2 PRP documents to EPA, with a copy to the OU2 PRPs, within the noted timeframe
- The submitted written recommendation indicates which of the documents recommended by OU2 PRPs are deemed to meet the established relevancy criteria for inclusion in Allocation Document Repository, with an explanation of the rationale for the exclusion of any recommended document

**Task 6    Final Allocation Design and Early settlement PRP Data Reports - *Complete***

| Item | Title | Due No Later Than[†] | Type |
|------|-------|---------------------|------|
| 6.A | Submit Final Allocation Guide to EPA and PRPs | Within 50 days* following the Meeting with PRPs on Draft Allocation Process and Database Design | Transmittal |
| 6.B.1 | Submit draft PRP Data Reports regarding Early Settlement PRPs to PRPs and EPA | Within 10 days* of EPA final decision regarding additional documents for inclusion in repository | Transmittal |

| 6.B.2 | Submit final PRP Data Reports regarding Early Settlement PRPs to PRPs and EPA | Within 15 days of submission of Draft Early Settlement Part Data Reports | Transmittal |

† Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

Task 6.A. - The CSRA Team will complete the ~~design of the~~ allocation *guide* ~~process~~ based on input received from EPA and PRPs for submission to the OU2 PRPs and EPA.

This task will require the following efforts on the part of the CSRA Team:
- Conduct coding of data and loading of coded data into database
- Communications by Senior Allocation Specialist via phone, email, or other electronic media as required with OU2 PRPs; Communications will be limited to an average of 2 hours for each OU2 PRP
- Review of factors statements by OU2 PRPs regarding suggestions on protocol and equitable factors for use in allocation
- Record, compile, and organize suggestions of OU2 PRPs regarding allocation process design and conduct without attribution to individual comments
- Conduct a call with EPA to discuss suggestions received from OU2 PRPs regarding allocation process design and conduct without attribution to individual comments
- Edit draft allocation design based on analysis of received Site data, EPA comments on the draft allocation design, and consideration of input received from OU2 PRPs during meeting and other outreach methods to prepare a written descriptive summary of the final allocation design and submit to EPA and the OU2 PRPs

Staffing - Senior Allocation Specialist; Senior Project Manager

*Performance Standards/Metrics:*
- The CSRA Team submits a written descriptive summary of the final design for the allocation process within the noted timeframe
- The submitted written descriptive summary of the final design for the allocation process includes a description of the basis of and anticipated conduct of the allocation process, addresses any identified ambiguities in the draft report, and includes a summary of how the comments of EPA and the OU2 PRPs regarding the draft allocation design were, or were not, taken into account in the final allocation design, without attribution.

Task 6.B.1. - The CSRA Team will organize and conduct a technical and scientific evaluation of data in the allocation database to develop individual data reports for each of the OU2 Early Settlement PRPs. The PRP Data Reports will provide selected information regarding each OU2 Early Settlement PRP's relation to OU2 and OU2 contaminants of concern that will be used in conduct of the allocation.  The CSRA Team will establish a deadline of 10 business days from receipt of the data report for submission of corrections or suggestions by the OU2 PRPs for improving the quality of the received OU2 Early Settlement PRP's data report.

This task will require the following efforts on the part of the CSRA Team:
- Conduct a call with EPA to discuss the Allocation Team recommendation regarding the relevancy to the allocation of documents provided by OU2 Early Settlement PRPs

- Conduct coding of data and loading of coded data into database obtained from OU2 Early Settlement PRPs
- Review preliminary factual submission by OU2 Early Settlement PRPs
- Review Site data loaded into database to determine appropriate organization for allocation
- Compile and organize Site data in database to support allocation analysis and share computations
- Organize data in allocation database and draft individual OU2 Early Settlement PRP data reports
- Provide a copy of the Early Settlement PRP data reports to the OU2 PRPs for review

Conduct of this task is dependent upon the following:
- Access by the CSRA Team to EPA technical data regarding Site conditions and the selected OU2 remedy
- Sufficient data on identified Early Settlement PRPs to allow analysis of associated contaminants of concern and hazardous substance fate and transport at the Site
- Successful establishment of the allocation database
- Receipt of additional data from OU2 Early Settlement PRPs for inclusion in the allocation database

Staffing - Data Analysts; Senior Scientist; Senior Project Manager; Senior Allocation Specialist

Performance Standards/Metrics
- The CSRA Team submits the PRP Data Reports to the OU2 PRPs within the noted timeframe
- The submitted written individual PRP Data Reports include a summary of information in the allocation database that is relevant to a determination regarding the associated OU2 Early Settlement PRP's relation to OU2 and OU2 contaminants of concern for use in conduct of the allocation
- The CSRA Team copies the EPA technical lead on the email communications to the OU2 Early Settlement PRPs providing a copy of their data report

Task 6.B.2. - The CSRA Team will analyze corrections or suggestions for improving the quality of the data reports received from OU2 PRPs to determine whether modifications of the original data reports are warranted. Based on this analysis, the CSRA Team will modify the data reports, as deemed appropriate. The CSRA Team will then provide a copy of all of the revised data reports to EPA and a revised copy of individual data reports will be uploaded to the document repository for access by all of the OU2 PRPs, with an explanation of how suggested changes were, or were not, incorporated.

This task will require the following efforts on the part of the CSRA Team:
- Analyze received suggestions and corrections to data reports in relation to existing Site data and the final allocation design in order to determine appropriate modifications
- Modify the individual data reports, as warranted based on above analysis
- Provide an explanation to the OU2 Early Settlement PRPs regarding whether, and if so how, received suggestions resulting in changes to their individual data report, including a description of why their suggestions and comments were, or were not, taken into account

- Upload final OU2 Settlement PRP data reports to allocation document repository
- As required, the CSRA Team will conduct communications with individual OU2 Early Settlement PRPs to answer questions regarding their final data report

Timing of this task is dependent upon the following:
- Receipt of EPA's determination regarding the relevancy to the allocation of documents provided by OU2 Early Settlement PRPs within established timeframe
- Receipt of comments from OU2 Early Settlement PRPs regarding their data report within established timeframes

Staffing - Data Analysts; Senior Scientist; Senior Project Manager; Senior Allocation Specialist

Performance Standards/Metrics
- The CSRA Team submits the Final PRP Data Reports to EPA and OU2 Early Settlement PRPs within the noted timeframe, and uploads data reports to document repository
- The submitted revised Final PRP Data Reports address any identified ambiguities in the draft reports and includes a summary of how received comments regarding the draft PRP Data Reports were, or were not, taken into account in the final reports
- Certifications regarding the completeness of document/data searches conducted by the OU2 Early Settlement PRPs are uploaded to the Allocation Document Repository
- The CSRA Team copies the EPA technical lead on the email communications to the OU2 Early Settlement PRPs providing a copy of their individual data report

## Task 7      Draft PRP Data Reports

| Item | Title | Due No Later Than† | Type |
|------|-------|--------------------|------|
| 7.A.1 | ~~Submit recommendation on~~ *Determine* relevancy of documents provided by OU2 PRPs ~~to EPA and PRPs~~ | Within 10 days of OU2 Party submission of document indices. **(Note that the documents will be retained in the confidential database and only available to the Allocation Team until the Final Allocation Recommendation Report is completed)** | Submittal |
| 7.A.2 | Submit Draft PRP Data Reports to PRPs | Within ~~100~~ *50* 5 days* *of parties submitting additional documents* ~~comments.~~ ~~EPA final decision regarding additional documents for inclusion in repository~~ | Transmittal |
| 7.A.3 | Summary Memo of activities completed | July 15, 2019 | Transmittal |
| 7.B | Submit recommendation on eligibility of PRPs for early settlement to EPA | Within 20 days of loading of Final Early Settlement Party Data Reports | Transmittal - *Completed* |

† Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

Task 7.A.1 - The CSRA Team will organize and conduct a review of indices of remaining documents proposed for inclusion in the Allocation Document Database by OU2 PRPs to *determine* the relevancy of proposed documents to the allocation process.

This task will require the following efforts on the part of the CSRA Team:
- Conduct an analysis of document information contained in indices received from the OU2 PRPs to determine if the proposed documents meet established relevancy criteria for inclusion in Allocation Document Repository
- Provide a written *notification* ~~recommendation~~ to the OU2 PRPs indicating which of the recommended documents are *not* deemed to meet the established relevancy criteria for inclusion in Allocation Document Repository, with an explanation of the rationale for the exclusion of any recommended document
- *Provide EPA with a summary of the types of documents deemed not relevant and excluded from the document repository and a count of the number of pages of documents provided by the OU2 PRPs that will be loaded into the repositories. If the number of pages of documents submitted by a PAP is determined to be unreasonably excessive, AlterEcho will discuss the issue with EPA and propose a resolution.*

Staffing - Data Analysts; Senior Project Manager; Senior Allocation Specialist

Performance Standards/Metrics
- The CSRA Team provides EPA *an email certification with a summary of the types of documents that were deemed not relevant, the total page count for the documents deemed not relevant, and a count of the number of pages of documents provided by the OU2 PRPs that were deemed relevant and loaded into the repositories.*
- ~~The submitted written recommendation indicates which of the documents recommended by OU2 PRPs are deemed to meet the established relevancy criteria for inclusion in Allocation Document Repository, with an explanation of the rationale for the exclusion of any recommended document~~

Task 7.A.2 - The CSRA Team will organize and conduct a technical and scientific evaluation of data in the allocation database to develop individual data reports for each of the OU2 PRPs *facilities for which an early settlement was not completed with EPA*. The PRP Data Reports will provide selected information regarding each OU2 PRP's relation to OU2 and OU2 contaminants of concern that will be used in conduct of the allocation.  The CSRA Team will establish a deadline of 40 business days from receipt of the data report for submission of corrections or suggestions by the OU2 PRPs for improving the quality of the received OU2 PRP's data report.

This task will require the following efforts on the part of the CSRA Team:
- ~~Conduct a call with EPA to discuss the Allocation Team recommendation regarding the relevancy to the allocation of documents provided by OU2 PRPs~~
- *Employ a rigorous approach to filling data gaps with additional information requested and obtained from EPA or the Participating Allocation Parties (e.g., industry resources, EPA/NJDEP files, Sanborn Fire Insurance Maps, aerial photographs and possibly supplemental 104e requests) in accordance with the protocol for handling data gaps and ambiguities included in the Allocation Methodology.*
- Conduct coding of data and loading of coded data into database obtained from OU2 PRPs

- Review preliminary factual submission by OU2 PRPs
- Review Site data loaded into database to determine appropriate organization for allocation
- Compile and organize Site data in database to support allocation analysis and share computations
- Organize data in allocation database into and draft individual OU2 PRP data reports *for each facility. Existing data reports for facilities included in the early settlement phase will be updated with new information, if necessary.*
- Provide a copy of the PRP data reports to the OU2 PRPs for review

Timing of this task is dependent upon the following:

- ~~Receipt of EPA's determination regarding the relevancy to the allocation of documents provided by OU2 PRPs within established timeframe~~
- Receipt of comments from OU2 PRPs regarding their data report within established timeframes

Conduct of this task is dependent upon the following:

- Access by the CSRA Team to EPA technical data regarding Site conditions and the selected OU2 remedy
- Sufficient data on identified PRPs to allow analysis of associated contaminants of concern and hazardous substance fate and transport at the Site
- Successful establishment of the allocation database
- Receipt of additional data from OU2 PRPs for inclusion in the allocation database within established timeframes

Staffing - Data Analysts; Senior Scientist; Senior Project Manager; Senior Allocation Specialist

*Performance Standards/Metrics*

- The CSRA Team submits the PRP Data Reports to the OU2 PRPs within the noted timeframe
- The submitted written individual PRP Data Reports include a summary of information in the allocation database that is relevant to a determination regarding the associated OU2 PRP's relation to OU2 and OU2 contaminants of concern for use in conduct of the allocation
- ~~The CSRA Team copies the EPA technical lead on the email communications to the OU2 PRPs providing a copy of their data report~~
- *To document the above two bullets, the CSRA Team provides EPA with an email certification including a summary of the types of information included in the data reports, a list of the PAPs for which a Draft Data Report was completed, and the date Draft Data Reports were submitted to the PAPs.*

*Task 7.A.3.  The CSRA Team will continue to provide the following activities through July 31, 2019.*

- *Conduct of communications, including a conference call, with OU2 PRPs regarding recommendations on and legal/equitable theories pertinent to conduct of the allocation to be included in Position and Response Briefs from the OU2 PRPs*

- **Review and consideration of input regarding allocation received from the OU2 PRPs and EPA**
- **Review and understand the basis for EPA's selected remedy for OU2, in consultation with EPA technical and legal personnel**
- **Compilation and analysis of allocation data related to each OU2 PRP, including contaminants of concern, to establish the relative impact of the actions for each OU2 PRP on the conditions that resulted in EPA selecting the OU2 remedy**
- **Establish appropriate allocation algorithms**
- **Initiate preparation of draft allocation recommendation report**


Task 7.B - The CSRA Team will organize and conduct an analysis of information regarding the relationship of OU2 Early Settlement PRPs to the Site and Site remedy, including relevant documents in the Allocation Document Repository, PRP Data Reports, and Preliminary Submissions, to develop a recommendation on the eligibility of OU2 Early Settlement PRPs for the opportunity to enter negotiations with EPA regarding a cash-out settlement.  The recommendation will be based upon eligibility criteria specified by EPA in its May 17, 2017 to OU2 PRPs on the subject; specifically that "(t) he parties that EPA identified as eligible for an early cash out settlement are those that, based on information reviewed by EPA, are not associated with the release or disposal of any of the COCs for OU2, as identified in the ROD, into the Lower Passaic River.

This task will require the following efforts on the part of the CSRA Team:
- Conducting an analysis of documents and other information submitted by OU2 Early Settlement PRPs and contained in the Allocation Document Repository to determine whether the OU2 Early Settlement PRPs meet the eligibility criteria specified by EPA.
- Drafting of a written recommendation indicating which of the OU2 Early Settlement PRPs are deemed    to meet the specified eligibility criteria for the opportunity to enter negotiations with EPA regarding a cash-out settlement, with an explanation of the rationale for the exclusion of any OU2 Early Settlement PRP.

Staffing - Data Analysts; Senior Scientist; Senior Project Manager; Senior Allocation Specialist

Performance Standards/Metrics
- The CSRA Team submits the written recommendation on the eligibility of OU2 Early Settlement PRPs for the opportunity to enter negotiations with EPA regarding a cash-out settlement, within the noted timeframe
- The submitted written recommendation indicates which of the OU2 Early Settlement PRPs are deemed  to meet the specified eligibility criteria for the opportunity to enter negotiations with EPA regarding a cash-out settlement, with an explanation of the rationale for the exclusion of any OU2  Early Settlement PRP


**Task 8          <u>Final Data Reports</u>**

**Task 8 will not be performed within the task order Period of Performance and is no longer required to be completed under this contract. It is anticipated task 8 will be initiated in a new task order under the follow on contract.  It is included in this work plan for reference purposes.**

| Item | Title | Due No Later Than[†] | Type |
|------|-------|----------------------|------|
| 8.1 | Submit Final PRP Data Reports to PRPs | Within **20** days* of the deadline OU2 PRPs corrections to PRP data reports | Transmittal |
| 8.2 | Provide EPA Access to Allocation Database | Upon *submission of the Final Allocation Recommendation Report.* ~~loading of corrected PRP data reports~~ | Activity |

† Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

The CSRA Team will analyze corrections or suggestions for improving the quality of the *Revised Draft Data Reports* received from OU2 PRPs to determine whether modifications of the original data reports are warranted.  Based on this analysis, the CSRA Team will modify the data reports, as deemed appropriate.  The CSRA Team will then provide a copy of all of the Revised **Draft D**ata **R**eports to ~~EPA and a revised copy of their own individual data reports to each of the~~ OU2 PRPs, with an explanation of how suggested changes were, or were not, incorporated.

This task will require the following efforts on the part of the CSRA Team:
- Analyze received suggestions and corrections to *Revised Draft Data Reports* in relation to existing Site data and the final allocation design in order to determine appropriate modifications
- Modify the individual data reports, as warranted based on above analysis
- Provide an explanation to the OU2 PRPs regarding whether, and if so how, received suggestions resulting in changes to their individual data report, including a description of why their suggestions and comments were, or were not, taken into account.  ***Upload final OU2 Settlement PRP data reports to allocation document repository***
- As required, the CSRA Team will conduct communications with individual OU2 PRPs to answer questions regarding their final data report

Timing of this task is dependent upon the following:
- Receipt of comments from OU2 PRPs regarding their *Revised Draft Data Report* within established timeframes

Staffing - Data Analysts; Senior Scientist; Senior Project Manager; Senior Allocation Specialist

*Performance Standards/Metrics*
- The CSRA Team submits the Final PRP Data Reports to ~~EPA and~~ OU2 PRPs within the noted timeframe, and uploads data reports to document repository
- The submitted revised Final PRP Data Reports address any identified ambiguities in the draft reports and includes a summary of how received comments regarding the draft PRP Data Reports were, or were not, taken into account in the final reports
- **To document the above two bullets, the CSRA Team provides EPA with an email certification including a summary of the type of identified ambiguities in the Draft Data Reports that were addressed in the Final Data Reports and a summary of how received comments regarding the draft PRP Data Reports were, or were not, taken into account in the final reports, a list of the completed Revised Draft Data Reports, and the date the reports were submitted.**

- ~~The CSRA Team copies the EPA technical lead on the email communications to the OU2 PRPs providing a copy of their individual data report~~

## Task 9          Draft Allocation Report

*Task 9 will not be performed within the task order Period of Performance and is no longer required to be completed under this contract. It is anticipated Task 9 will be completed under a new task order in the follow on contract. It is included in this work plan for reference purposes.*

| Item | Title | Due No Later Than† | Type |
|------|-------|--------------------|------|
| 9.1 | *Submit Draft Allocation Recommendation Report* | *Within 60 days\* following submittal of Response Briefs by PRPs* | Transmittal |

† Or as otherwise directed by the TOCOR
\* All references to "days" refer to business days

Task 9 - The CSRA Team will prepare a first draft of the allocation recommendation report and submit to the OU2 PRPs ~~and EPA~~ for review. The draft allocation report will designate shares of responsibility among the OU2 PRPs, as appropriate based on the allocation analysis. The draft allocation report will include a recommendation on the possible grouping of the OU2 PRPs into tiers of similar levels of responsibility.

This task will require the following efforts on the part of the CSRA Team:
- Conduct of communications, including a conference call, with OU2 PRPs regarding recommendations on and legal/equitable theories pertinent to conduct of the allocation included in Position and Response Briefs received from the OU2 PRPs
- Review and consideration of input regarding allocation received from the OU2 PRPs and EPA
- Review and understand the basis for EPA's selected remedy for OU2, in consultation with EPA technical and legal personnel
- Review and understand the relative toxicity of identified contaminants of concern relevant to the selection of the OU2 remedy, in consultation with EPA technical and legal personnel
- Analyze the relative toxicity of materials discharged by OU2 PRPs and other differentiating factors, including fate and transport of hazardous substances released by PRPs based on the data contained in the RI/FS, in relation to the selected remedy
- Compilation and analysis of allocation data related to each OU2 PRP, including contaminants of concern, to establish the relative impact of the actions of each OU2 PRP on the conditions that resulted in EPA selecting the OU2 remedy
- Establish appropriate allocation algorithms
- Load compiled PRP data into allocation calculations to determine relative relationships among the OU2 PRPs
- As appropriate, establish appropriate tiers of OU2 PRP responsibility based on calculations and consideration of equitable factors
- Prepare draft allocation recommendation report
- Submission of the draft report to the OU2 PRPs ~~and EPA~~

Timing of this task is dependent upon receipt of position briefs and reply briefs regarding allocation from OU2 PRPs within established timeframes.

Staffing - Senior Allocation Specialist; Senior Project Manager

*Performance Standards/Metrics:*
- The CSRA Team submits the Draft Allocation Recommendation Report within the noted timeframe
- The submitted written Draft Allocation Recommendation Report includes an overview of the basis for the determinations of shares among the OU2 PRPs, including a description of the use of data sources and application of allocation factors and methodology utilized, and reason for potential vulnerabilities, if any, in the resulting allocation
- The report identifies and explains the rationale, if applicable, for grouping OU2 PRPs into tiers of similar relative responsibility
- To document the above bullets, the CSRA Team will provide EPA with an email certification that the Draft Allocation Recommendation Report has been submitted to the PAPs.

**Task 10**      **Final Allocation Recommendation Report**

Task 10 will not be completed within the task order Period of Performance and is no longer required to be completed under this contract.  It is anticipated Task 10 will be completed under a new task order in the follow-on contract.  It is included in this work plan for reference purposes.

| Item | Title | Due No Later Than[†] | Type |
|------|-------|---------------------|------|
| ~~10.1~~ | ~~Meeting with EPA regarding Draft Allocation Recommendation Report~~ | ~~Within 10 days* of submittal of Draft Allocation Report~~ | ~~Transmittal~~ |
| 10.2 | Conduct Meeting with PRPs on Draft Allocation Report | Within 20 days of submittal of Draft Allocation Report | Activity |
| ~~10.3~~ | ~~Conference Call with EPA on Meeting with PRPs on Draft Allocation Report~~ | ~~Within 10 days* following the Meetings with PRPs on Draft Allocation Report~~ | ~~Activity~~ |
| 10.~~4~~ 2 | Submit Final Allocation Recommendation Report to OU2 PRPs and EPA | Within 65 ~~0~~ days* of submittal of Draft Allocation Report | **Deliverable** |

† Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

~~Task 10.1 – The CSRA Team will prepare for and participate in a meeting with EPA regarding the submitted draft allocation recommendation report. The purpose of the meeting will be to obtain EPA comments regarding the submitted draft allocation report, including the basis and findings of the draft allocation report and the report format.~~

~~This task will require the following efforts on the part of the CSRA Team:~~
- ~~The CSRA Team will supply one (2) senior staff located in Washington, DC to attend the meeting~~
- ~~Meeting assumed to be no more than four (4) hours in length~~

~~Staffing – Senior Allocation Specialist; Senior Project Manager~~

~~Performance Standards/Metrics:~~
- ~~The CSRA Team participates in the meeting regarding the submitted draft allocation recommendation report~~

Task 10.2 – The CSRA Team will plan, schedule, and conduct a meeting with the OU2 PRPs as a group regarding the draft allocation recommendation report.  The purpose of the meeting will be to advise the OU2 PRPs as a group regarding the draft allocation recommendation report and to obtain preliminary PRP comments regarding the draft allocation recommendation report. The CSRA Team will also communicate with the OU2 PRPs individually to obtain the input of OU2 PRPs, including those that did or were unable to attend the meeting, regarding draft allocation recommendation report.

This task will require the following efforts on the part of the CSRA Team:
- Making arrangements for a meeting in the greater New York City metropolitan area sufficient to accommodate the OU2 PRPs as a group
- Coordination of meeting space and equipment for meetings provided by EPA or  OU2 PRPs
- Communication via email with the OU2 PRPs regarding substance, date/time, and location of meeting
- Development of meeting agenda
- Development of participant  materials, a needed
- Travel of two (2) senior staff from Washington, DC to attend meeting
- Communications by Senior Allocation Specialist via phone, email, or other electronic media as required with OU2 PRPs
- Recording of PRP comments regarding the draft allocation recommendation report, without attribution to individual OU2 PRP comments

Staffing – Senior Allocation Specialist; Senior Project Manager

Performance Standards/Metrics:
- The CSRA Team conducts a meeting with the OU2 PRPs as a group regarding the draft allocation recommendation report
- A majority of the members of the OU2 PRPs as a group attend the meeting either in person or remotely
- ~~The CSRA Team copies the EPA technical lead on its email communication to the OU2 PRPs regarding substance, date/time, and location of meeting, and provides EPA with a copy of utilized meeting materials~~

~~Task 10.3 – The CSRA Team will schedule and hold, within 10 business days of holding the meeting with the OU2 PRPs on the draft allocation recommendation report, a conference call with EPA regarding the findings of the meeting.~~

~~This task will require the following efforts on the part of the CSRA Team:~~
- ~~Scheduling and participating in a conference call with EPA to provide EPA information on the meeting, including a list of participants at the meeting and summary of suggestions received regarding the draft allocation recommendation report~~
- ~~Conference call assumed to be no more than two (2) hours in length~~

~~Timing of this task is dependent upon the availability of assigned EPA staff to participate in a conference call within noted timeframe.~~

~~Staffing    Senior Allocation Specialist; Senior Project Manager~~

~~Performance Standards/Metrics:~~
- ~~The CSRA Team participates in a conference call with EPA regarding the findings of the meeting with PRPs regarding the draft allocation recommendation report~~
- ~~In conducting the post-meeting conference call with EPA, the CSRA Team provides a summary of information and suggestions obtained from the OU2 PRPs without attribution to contributions of individual participants~~

Task 10.4 - The CSRA Team will prepare a Final Allocation Recommendation Report. The Final Allocation Recommendation Report will take into consideration comments on the draft allocation recommendation report received ~~during consultation with EPA and~~ during meetings with and received in position and reply briefs from the OU2 PRPs.

This task will require the following efforts on the part of the CSRA Team:
- Review and consider the comments by OU2 PRPs ~~and EPA~~ regarding the draft allocation recommendation report
- Editing of the draft allocation recommendation report to incorporate appropriate modifications based on OU2 ~~and EPA~~ comments to produce the Final Allocation Recommendation Report

Staffing - Senior Allocation Specialist; Senior Project   Manager

*Performance Standards/Metrics:*
- The CSRA Team submits a Final Allocation Recommendation Report within the noted timeframe
- The submitted Final Allocation Recommendation Report includes the elements of the Draft Allocation Recommendation Report described in Task 9, addresses any identified ambiguities in the draft report, and provides a summary, without attribution to individual comments, of how comments of the OU2 PRPs ~~and EPA~~ regarding the Draft Allocation Recommendation Report were, or were not, taken into account in the final report, without attribution.
- The Final Allocation Recommendation Report includes references to all materials considered and relied upon, and a complete description of the allocation process and the basis upon which shares were assigned.

## Task 11        Final PRP Outreach Report

Task 11 will not be performed within the task order Period of Performance and is no longer required to be completed under this contract.  It is anticipated Task 11 will be completed under a new task order in the follow on contract.  It is included in this work plan for reference purposes.

| Item | Title | Due No Later Than† | Type |
|------|-------|--------------------|------|
| 11.1 | Submit Final PRP Outreach Report | Within 10 days* of submittal of Final Allocation Report | Activity |

† Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

The CSRA Team will prepare and provide to EPA a report regarding outreach efforts conducted with the OU2 PRPs, including a list of participants in outreach efforts, a description of topics discussed, and a summary of issues or concerns raised.

This task will require the following efforts on the part of the CSRA Team:
- Review and organize the comments of OU2 PRPs received during conduct of the Task Order, without attribution to individual OU2 PRPs
- Prepare and provide EPA an overview of conducted outreach efforts, including a list of OU2 PRPs that have participated in outreach meetings, conference calls, or individual communications with the CSRA Team and a summary of suggestions received from the OU2 PRPs regarding the allocation process

Staffing - Senior Allocation Specialist; Senior Project Manager

*Performance Standards/Metrics:*
- The CSRA Team submits a written summary of PRP outreach efforts within the noted timeframe
- The Final PRP Outreach Report includes a summary of conducted PRP outreach efforts, including a list of OU2 PRPs that have participated in outreach meetings, conference calls, or individual communications with the CSRA Team and a summary of suggestions received from the OU2 PRPs regarding the allocation process
- In drafting the Final PRP Outreach Report, the CSRA Team provides a summary of information and suggestions obtained from the OU2 PRPs without attribution to contributions of individual participants

## Task 12    Task Order Closeout Report

| Item | Title | Due No Later Than[†] | Type |
|------|-------|----------------------|------|
| 12.1 | Submit Draft Task Order Closeout Report | Within 10 days* of submittal of Final Allocation Report | Transmittal |
| 12.2 | Final Task Order Closeout Report | Within 10 days* of receipt of EPA's comments on Draft Task Order Closeout Report | **Deliverable** |

† Or as otherwise directed by the TOCOR
* All references to "days" refer to business days

Task 12.1 - The CSRA Team will design and produce the first draft of a report regarding the conduct of tasks pursuant to the Task Order and submit it for review by EPA. The report will not contain any confidential or sensitive information. The contents of the Draft Task Order Close-Out Report will include:
- A half-page description of the project that describes the nature of the project, the parties, the process, and the outcomes
- If appropriate, a short section reflecting on the process and procedural lessons learned and recommendation for improvements and identification of those activities conducted that contributed to the success of the process
- A brief summary of the final costs of the project broken out by percentage of labor hours and other direct costs

This task will require the following efforts on the part of the CSRA Team:

- Review of project activities and compilation of project summary
- Consideration and compilation of thoughts on lessons learned regarding project
- Compilation of project budget costs
- Preparation of the Draft Task Order Close-out Report

Staffing - Senior Allocation Specialist; Senior Project Manager

*Performance Standards/Metrics:*
- The CSRA Team submits a Draft Task Order Closeout Report within the noted timeframe
- The submitted Draft Task Order Closeout Report includes the items noted above as contents of the report

Task 12.2 - The CSRA Team will prepare a Final Task Order Closeout Report and submit to EPA. The Final Task Order Closeout Report will take into consideration comments received from EPA regarding the draft of the Task Order closeout report. CSRA will provide one (1) copy of the Final Task Order Closeout Report to the PO and one (1) copy to the TOCOR in electronic format.

This task will require the following efforts on the part of the CSRA Team:
- Review and consideration of comments by EPA regarding the draft Task Order Closeout Report
- Editing, and as required redesign, of the closeout report to incorporate modifications based on EPA comments in order to produce the Final Task Order Closeout Report

Staffing - Senior Allocation Specialist; Senior Project Manager

*Performance Standards/Metrics:*
- The CSRA Team submits a Final Task Order Closeout Report within the noted timeframe
- The submitted Final Task Order Closeout Report addresses any identified ambiguities in the draft report and includes a summary of how EPA's comments regarding the Final Allocation Recommendation Report were, or were not, taken into account in the final report

## 5.0   Reports, Transmittals and Deliverables

CSRA will provide EPA all reports in accordance with the contract.  If EPA responds with a request for additional information, Subcontractor is required to provide information, as requested.

**As required herein,** copies of ~~all~~ contract deliverables will be sent to both the PO and the TOCOR. If oral briefings are scheduled for EPA staff, the PO will be notified in time to attend.

Schedule

| Item | Title | Due No Later Than[†] | Type |
|------|-------|----------------------|------|
| 1 | Task Order Kick-Off Meeting | Within 20 days* of Task Order approval | Transmittal – Completed |

| Item | Title | Due No Later Than[†] | Type |
|------|-------|---------------------|------|
| 2 | EPA Project Public Announcement Meeting | Within 40 days* of Task Order approval | Activity – Completed |
| 3 | Submit initial allocation process and database design to EPA | Within 100 days* of Task Order approval | Transmittal – Completed |
| 4 | Conference Call with EPA on Initial Allocation Process and Database Design | Within 10 days* of submission of initial allocation process and database design | Activity - Completed |
| 5.A.1 | Conduct *two* Meetings with PRPs on Draft Allocation Process and Database Design | Within 40 days* of submission of initial allocation process and database design to EPA | Activity – Completed |
| 5.A.2 | Conference Call with EPA on Meetings with PRPs on Draft Allocation Process and Database Design | Within 10 days* following the Meeting with PRPs on Draft Allocation Process and Database Design | Activity – Completed |
| 5.B.1 | Submit guidance on preparation of allocation submissions to EPA and PRPs | Within 5 days of Revised Task Order Approval | Transmittal – Completed |
| 5.B.2 | Submit recommendation on relevancy of documents provided by OU2 PRPs to EPA and PRPs | Within 30 days of Revised Task Order Approval | Transmittal – Completed |
| 6.A | Submit Final Allocation Design to EPA and PRPs | Within 50 days* following the Meeting with PRPs on Draft Allocation Process and Database Design | Transmittal – Completed |
| 6.B.1 | Submit draft PRP Data Reports regarding Early Settlement PRPs to PRPs and EPA | Within 10 days* of EPA final decision regarding additional documents for inclusion in repository | Transmittal – Completed |
| 6.B.2 | Submit final PRP Data Reports regarding Early Settlement PRPs to PRPs and EPA | Within 15 days of submission of Draft Early Settlement Part Data Reports | Transmittal - Completed |
| 7.A.1 | Determine relevancy of documents provided by OU2 PRPs | Within 10 days of OU2 Party submission of document indices | Submittal |
| 7.A.2 | Submit Draft PRP Data Reports to PRPs | *Within 50 days* of parties submitting additional documents* | Transmittal |
| *7.A.3* | *Summary Memo of activities completed* | *July 15, 2019* | *Transmittal* |
| 7.B | Submit recommendation on eligibility of PRPs for early settlement to EPA | Within 20 days of loading of Final Early Settlement Party Data Reports | Transmittal - Completed |

*\* All references to days in this chart refer to business days*

Please note: the following work products are not required to be completed within the period of performance of this task order.  It is anticipated the following work products will be completed under a new task order in the follow on contract.  It is included in this work plan for reference purposes.

| Item | Title | Due No Later Than[†] | Type |
|------|-------|---------------------|------|
| 8.1 | Submit Final PRP Data Reports to ~~EPA and~~ PRPs | Within ~~40~~ 20 days* of the deadline for OU2 PRPs corrections to PRP data reports | Transmittal |
| 8.2 | Provide EPA Access to Allocation Database | Upon submission of the Final Allocation Recommendation Report ~~loading of corrected PRP data reports~~ | Activity |
| 9.1 | Submit Draft Allocation Recommendation Report to PRPs | Within 60 days* following submittal of Response Briefs by PRPs | Transmittal |
| ~~10.1~~ | ~~Meeting with EPA regarding Draft Allocation Recommendation Report~~ | ~~Within 10 days* of submittal of Draft Allocation Report~~ | ~~Transmittal~~ |
| 10.2 | Conduct Meeting with PRPs on Draft Allocation Report | Within 20 days of submittal of Draft Allocation Report | Activity |
| ~~10.3~~ | ~~Conference Call with EPA on Meeting with PRPs on Draft Allocation Report~~ | ~~Within 10 days* following the Meetings with PRPs on Draft Allocation Report~~ | ~~Activity~~ |
| 10.4 | Submit Final Allocation Recommendation Report to OU2 PRPs and EPA | Within *65* ~~0~~ days* of submittal of Draft Allocation Report | **Deliverable** |
| 11 | Submit Final PRP Outreach Report | Within 10 days*  of submittal of Final Allocation Report | Activity |
| 12.1 | Submit Draft Task Order Closeout Report | Within 20 days*  of submittal of Final Allocation Report | Transmittal |
| 12.2 | Final Task Order Closeout Report | Within 10 days* of receipt of EPA's comments on Draft Task Order Closeout Report | **Deliverable** |

## 6.0    Staffing Plan

This Task Order will be staffed as follows:

| Team Member Name[†] | Role in the Project |
|---------------------|---------------------|
| Mary Apostolico CSRA International | Overall Contract Management, Quality Assurance, Task Order Management |
| Jennifer Cutrona CSRA | Dashboard and Financial Tracking |
| David Batson TechLaw | Senior Allocation Specialist |
| ~~Judy Manley~~ Mark Heaney TechLaw | Senior Project Manager |

| Team Member Name† | Role in the Project |
|---|---|
| ~~Travis Kline~~ Jenifer Heath TechLaw | Senior Toxicologist |
| Erman Evcimen TechLaw | Database Designer |
| ~~Amber Kozacek~~ Rachel Shay TechLaw | Researcher |

†Other team members than those listed in the above table may work on this task order to complete the required work.

*The task order mainly will be managed by the TOM listed in the above table; however, additional team members may conduct task order management activities to ensure coverage during periods when the TOM is unavailable (e.g., vacation, illness, business travel, time constraints).

**7.0    Quality Management**

As part of its quality assurance practices, CSRA TOM will:
- Review this Work Plan with the EPA TOCOR, as requested by the TOCOR;
- Meet or hold conference calls as needed with the TOCOR to review progress; and
- Speak regularly with the subcontractor to receive project status updates.

In addition, all work on this Task Order will be performed in accordance with CSRA's strict quality assurance practices, including but not limited to incorporating quality management principles and processes into the development of the required transmittals, deliverables, and the consulting services offered. Although CSRA will ensure the timely delivery of all transmittals and deliverables, CSRA will not perform a review of these documents prepared by the subcontractor.

**8.0    Conflict of Interest**

Based on our review and understanding of the legal requirements of this work, CSRA certifies that no real, apparent, or potential organizational or individual conflict of interest exists with this assignment, based on previous or ongoing work, or other potential conflicts.

**9.0    Cyber Security**

CSRA has interpreted compliance with information assurance / security provisions contained in this contract as a requirement to provide its standard CSRA information system and procedures. CSRA contract pricing does not include or reflect any additional requirements or certification and accreditation for the CSRA information system or procedures, connectivity to the Government system(s), or storage of any Government-provided data or project data, or for stand-alone development or storage environments. Should the Government require increased or specialized information assurance security or other actions beyond those reflected in the standard CSRA information system or procedures, then the Government will notify CSRA and such revisions will be provided in accordance with the "changes" clause of this contract.

**10.0    Project Budget**

The budget for this task is provided as an Attachment.

**11.0    Period of Performance**

The task order period of performance runs through September 30, 2019.