# Langsam Stevens Silver & Hollaender LLP
ENVIRONMENTAL, REAL ESTATE, BUSINESS AND INSURANCE LAW

January 26, 2022

Clerk, United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Clerk, United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101
ecfhelp@njd.uscourts.gov

    **Re:** *Occidental Chemical Corp. v. 21st Century Fox Am., Inc., et al.*,
       Civil Action No. 2:18-cv-11273-MCA

    **Re:** *In re Congoleum Corporation*
       Bankr. No. 03-51524

Dear Sir/Madam:

  We represent Occidental Chemical Corporation ("Occidental") with regard to these cases. Occidental filed a Notice of Appeal in *In re Congoleum Corporation* on January 24, 2022.

  Pursuant to Local Civ. Rule 40.1, Occidental notifies the Court that these two cases are "related," and that the bankruptcy appeal "grows out of the same transaction as any case already pending in this Court," i.e.., No. 2:18-cv-11273. The appeal is from an Order of the Bankruptcy Court granting in part the Motion of Bath Iron Works, Inc. ("BIW") to re-open the bankruptcy case for the purpose of foreclosing Occidental's claims against BIW, which is a defendant in No. 2:18-cv-11273. BIW filed its Motion to Reopen after Occidental filed a Motion for Summary Judgment in No. 2:18-cv-11273, and both cases involve BIW's liability to Occidental.

| Larry Silver | Philadelphia Office | New Jersey Office |
| --- | --- | --- |
| Attorney at Law | 1818 Market Street, Suite 2610 | 65 South Main Street, Suite B103 |
| Member PA, CA, DC Bars | Philadelphia, PA 19103-5319 | Pennington, NJ 08534 |
| lsilver@lssh-law.com | T 215.732.3255  F 215.732.3260 | T 856.727.0057  F 856.727.0315 |

www.lssh-law.com

Clerk, United States District Court
January 26, 2022
Page 2

    Occidental respectfully requests that the Clerk assign the appeal of Bankr. No. 03-51524 to Judge Madeline Arleo, who presides over No. 2:18-cv-11273.

        Sincerely,
        **Langsam Stevens Silver & Hollaender LLP**

        Larry Silver

cc (via ECF):  Hon. Madeline C. Arleo
                 Hon. Leda Dunn Wettre
                 Thomas P. Scrivo, Esq.
                 Counsel of record

Case 2:18-cv-11273-MCA-LDW   Document 1955   Filed 01/26/22   Page 2 of 2 PageID: 56499