UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, ) ) Plaintiff, ) v. ) ) 21ST CENTURY FOX AMERICA, INC., ) *et al.*, ) ) Defendants and Third-Party ) Plaintiffs, ) ) v. ) ) PASSAIC VALLEY SEWERAGE ) COMMISSIONERS, *et. al.,* ) ) Third-Party Defendants. ) | Hon. Madeline Cox Arleo<br><br>Hon. Magistrate Leda Dunn Wettre<br><br>Case No. 2:18-cv-11273 (MCA-LDW)<br><br>**NOTICE OF FORMATION OF<br>PVSC LIAISON GROUP** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's October 31, 2018 Scheduling Order (Dkt. 395), the following Third-Party Defendants have established a Liaison Group to be known as the "PVSC Liaison Group":

**Passaic Valley Sewerage Commissioners**

**Township of Bloomfield**

**Township of Cedar Grove**

**City of Clifton**

**Borough of East Newark**

**City of East Orange**

**Borough of Glen Ridge**

**Town of Harrison**

**Borough of Hasbrouck Heights**

**Town of Kearny**

**Township of Montclair**

**City of Newark**

**Borough of North Haledon**

**City of Orange**

**City of Passaic**

**City of Paterson**

**Borough of Totowa**

**Township of West Orange**

**Borough of Woodland Park**

Please also take notice that Grant P. Gilezan and Jill M. Wheaton—admitted *pro hac vice* on behalf of Passaic Valley Sewerage Commissioners—will serve as Liaison Counsel to the PVSC Liaison Group.

        Respectfully submitted,

        _____
        Kirstin Bohn, Esq.
        CHASAN LAMPARELLO MALLON & CAPPUZZO, PC
        300 Lighting Way, Suite 200
        Secaucus, NJ 07094
        Tel: (201) 348-6000
        Fax: (201) 348-6633
        kbohn@chasanlaw.com

        *Counsel for Third Party Defendant*
        *Passaic Valley Sewerage Commissioners*

Dated: January 27, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, a copy of *NOTICE OF FORMATION OF PVSC LIAISON GROUP* was electronically served on counsel of record.

_____
Kirstin Bohn, Esq.
CHASAN LAMPARELLO MALLON & CAPPUZZO, PC
300 Lighting Way, Suite 200
Secaucus, NJ 07094
Tel: (201) 348-6000
Fax: (201) 348-6633
kbohn@chasanlaw.com

*Counsel for Third Party Defendant*
*Passaic Valley Sewerage Commissioners*