

THOMAS P. SCRIVO
tscrivo@oslaw.com

February 9, 2022

**VIA ECF**
All Counsel

    Re:    Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
              Civil Action No. 18-11273

Dear Counsel:

    Please allow this correspondence to confirm that there will be a monthly conference on February 16, 2022, at 1:00 p.m. EST. The conference will occur virtually via the Zoom platform, and counsel may access the same by using the following instructions:

**Meeting ID:**    838 0622 6868
**Password:**    840401
**Link:**
https://us06web.zoom.us/j/83806226868?pwd=V00rV3JYR29GNjJTbU5DU1ozU29QQT09

    A court reporter has been reserved, and a transcript will be available following the conference. Please email your appearance to Nancy Bendish at nancy@bendish.com.

    Any party that wishes to propose an agenda item(s) for discussion at the February conference shall notify me, with a copy to all parties, at least three (3) business days prior to the meeting. Additionally, any party that wishes to respond to or address a proposed agenda item(s) may do so in writing, with a copy to all parties, at least three (3) business days prior to the meeting.

                              Very truly yours,

                              */s/ Thomas P. Scrivo*

                              Thomas P. Scrivo

cc:    Hon. Leda D. Wettre, U.S.M.J. (*via ECF*)