**BAKER BOTTS** LLP

| | |
|---|---|
| 700 K STREET, N.W.<br>WASHINGTON, D.C.<br>20001<br><br>TEL +1 202.639.7700<br>FAX +1 202.639.7890<br>BakerBotts.com | AUSTIN         MOSCOW<br>BRUSSELS    NEW YORK<br>DALLAS        PALO ALTO<br>DUBAI          RIYADH<br>HOUSTON   SAN FRANCISCO<br>LONDON     **WASHINGTON** |

February 11, 2022

Joshua B. Frank
TEL: 2026397748
FAX: 2025851021
joshua.frank@bakerbotts.com

VIA ECF AND E-MAIL (TSCRIVO@OSLAW.COM)

Special Master Thomas P. Scrivo
O'Toole Scrivo, LLC
14 Village Park Road
Cedar Grove, NJ 07009

Re: *Occidental Chemical Corp. v. 21st Century Fox Am., Inc.*
Civil Action No. 2:18-cv-11273-MCA-LDW
Agenda for February 16, 2022 Status Conference

Dear Special Master Scrivo:

I write on behalf of defendant Conopco, Inc. ("Conopco") to request that the scheduling of Conopco's 30(b)(6) deposition be addressed at the upcoming monthly status conference on Wednesday, February 16, 2022. Occidental Chemical Corporation's ("Occidental") to date has not agreed to move the deposition from March 8, 2022, which is rapidly approaching. Conopco briefed this issue in letters to the Special Master dated February 4 (ECF No. 1968) and February 8 (ECF No. 1973), and Occidental provided a response on February 8 (ECF No. 1972).

Conopco thanks you for your time and attention to this matter.

Sincerely,

*Joshua B. Frank*

Joshua B. Frank
Counsel for Conopco, Inc.

Cc: All counsel of record (via ECF)