**PretiFlaherty**

Portland, ME
Augusta, ME
Concord, NH
Boston, MA
Washington, DC

Jeffrey D. Talbert
jtalbert@preti.com
207.791.3239

February 17, 2022

**VIA EMAIL AND ECF**

Special Master Thomas P. Scrivo, Esq.
O'Toole Scrivo, LLC
14 Village Park Road
Cedar Grove, New Jersey 07009
tscrivo@oslaw.com

      RE:   *Occidental Chemical Corp. v. 21st Century Fox Am., Inc., et al.*, Civil Action No. 2:18-cv-11273-MCA-LDW

Dear Special Master Scrivo:

    I write to provide the SPG's position regarding supplemental submissions on the Motion to Stay. To balance the interest in obtaining a decision soon (*e.g.* seven days from the last conference) with the need to make sure you have all the relevant information to render an appropriate decision, the SPG proposes that parties be allowed to submit short supplemental submissions limited to no more than two pages by 12pm EST Tuesday, February 22. No responses should be permitted.

    Thank you for providing the SPG additional time to consider this issue.

Very truly yours,

Jeffrey Talbert