# Exhibit A

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------x

OCCIDENTAL CHEMICAL            Civil Action No.
CORPORATION,                   2:18-11273(MCA)(JAD)

      Plaintiff,

  v.                           STATUS CONFERENCE

21ST CENTURY FOX AMERICA,
INC., et al.

      Defendants.

---------------------------x



B E F O R E:

  THOMAS P. SCRIVO, ESQ. Special Discovery Master

  O'Toole Scrivo Fernandez Weiner Van Lieu, LLC
  14 Village Park Road
  Cedar Grove, New Jersey   07009


        TRANSCRIPT OF CONFERENCE as

reported by NANCY C. BENDISH, Certified Court

Reporter, RMR, CRR and Notary Public of the

States of New Jersey and New York, conducted

virtually via Zoom Videoconference on Wednesday

February 16, 2022, commencing at 1:00 p.m.

Page 18

1   impact of the resolutions, but obviously we're
2   going to move forward with the agenda items that
3   have been laid out for the conference today.
4          The first of which, though, is the
5   potential settlements.  So it would be helpful,
6   I know certain individual defendants, as well as
7   Jeff, have provided information regarding
8   settlements in principle, so if there could be a
9   little bit more information, and obviously if it
10  can't be shared that's fine as well, but
11  whatever information is the latest and greatest
12  as it relates to settlements would be helpful
13  for me to know.
14         MR. TALBERT:  Sure, Special
15  Master.  This is Jeff Talbert for the Small
16  Parties Group.
17         We think it's a very important
18  development that we have in terms of reporting
19  out.  We sent a notification to Magistrate
20  Wettre to let her know that discussions with the
21  United States have moved beyond simply
22  discussions, to the point where we have reached
23  an agreement in principle with a significant
24  number of parties.  I am not at liberty to say
25  the specific number at this time.  That may

Page 19

1   change.  There are parties that are joining the
2   settlement or being added to it, so it's not
3   exactly a static number at this point in time.
4          I have coordinated with the United
5   States to see what terms we are able to disclose
6   at this point in time, and they have asked that
7   we, you know, for the moment, not disclose the
8   specific settlement terms as we continue working
9   with them.  They are going to think about what
10  can be disclosed to the Court.
11         Just so you are aware, and it
12  might be helpful, the normal process that the
13  United States follows in terms of negotiations
14  and settlements in these types of cases is that
15  it will reach an agreement in principle, and
16  then the parties will move forward with the
17  drafting of a settlement document, which they
18  refer to as a consent decree.  And then the
19  consent decree is lodged with the Court,
20  typically, and then at that point in time the
21  public gets a period of time, in this case that
22  might be extended to something like 60 days, but
23  gets a period of time to make comments on the
24  settlement.  And then there's typically a motion
25  to enter and the Court then decides how best to

Page 20

1   proceed through to making a determination
2   regarding whether the settlement is fair and
3   reasonable and consistent with the statute,
4   CERCLA here.
5          One of the things we think is just
6   important for you to understand, and I'm going
7   to just share my screen, is that the reason why
8   this is so important in this context is that
9   statutorily, under CERCLA, parties that resolve
10  their liability to the United States in an
11  administrative or judicially approved
12  settlement, they effectively get protection from
13  contributions regarding matters addressed in the
14  settlement.
15         So, in this case, you know, we
16  anticipate that the matters addressed will cover
17  a significant amount of claims in the case,
18  parties and otherwise, and effectively lead to
19  an end of this litigation.
20         It also will have an impact on any
21  parties that do not settle because it is the
22  result of a significant amount of process, about
23  a three-year allocation that you've been getting
24  updates on as we've received information.  And,
25  you know, that will effectively provide a

Page 21

1   framework that the Court can use to resolve
2   other parties' potential responsibility, if it
3   finds that that's fair and reasonable.
4          And then in addition to that, in
5   order to maintain a claim in CERCLA, the
6   plaintiff has to show that it has spent more
7   money than its fair share.  So in this case,
8   thus far Occidental has reported in its
9   interrogatory responses, Interrogatory 22, that
10  it's paid about 75 million in costs associated
11  with this site.
12         As you can see from their recent
13  offer to the United States of 441 million, which
14  relates to the upper portion of the river, that
15  75 million is likely significantly less than
16  their fair share.  You know, we assert that
17  their fair share is closer to 100 percent of the
18  responsibility at the site and in the Spill Act
19  litigation I will note that Occidental settled
20  for about 90 percent.  So here that would be
21  about 1.8 billion if you were going to, you
22  know, using 2 billion as a rough number, and
23  potentially more than that.
24         So we think at this point there
25  are several ways in which the settlement will no

Page 46

1  forward voluntarily, would cooperate
2  voluntarily, would perform an advance to clean
3  up, and simultaneously hold other parties
4  accountable.  And we do not think that the
5  purported settlement the defendants say EPA is
6  trying to enter into with them could ever
7  interrupt that right on the part of OxyChem.
8         We are, as the Special Master
9  knows, OxyChem has been assiduous in trying to
10 address the situation of the local governments.
11 I will say again what I say every time:  We did
12 not join them; the defendants did.  We offered
13 to sever them; the defendants refused.  We
14 offered to completely set them aside if the
15 defendants would do the same; the defendants
16 refused.
17        OxyChem cannot be punished now for
18 that practice and that refusal of the
19 defendants.  OxyChem has a right to move forward
20 with its case.  And that's all we're here about
21 today, Special Master.  There isn't a stay, we
22 have work that needs to be done.  If and when a
23 settlement is issued, the Court can decide what,
24 if any, impact it has.  Because right now, as
25 Mr. Gilezan said, until you see the terms, you

Page 47

1  don't know what they're going to purport to bar,
2  and until you know how much they pay, Judge
3  Arleo isn't going to be able to decide whether
4  the claims should be barred.
5         In the meantime, what you do know
6  is that if the United States were a party, they
7  would not be permitted to advocate for a stay on
8  this circumstance and you certainly should not,
9  in a case where the United States is not a
10 party, stay the case for up to what you've
11 heard, if you put their time frames together,
12 would be a year or more.  Evidence will be lost,
13 time will be lost.  We should move forward.
14        MR. GILEZAN:  If I may, Kathy, and
15 Jeff, I know, it looks like you wanted to jump
16 in, but I just have one quick comment/question,
17 if I may, going back to Kathy.
18        Thinking as we are both in the
19 same position, right, of not knowing, since the
20 third-party defendants weren't in that
21 allocation either, for other reasons than since
22 we didn't affirmatively elect not to
23 participate, we weren't invited.  But wouldn't
24 it be helpful, since we all collectively in this
25 case, want to reach a fair resolution in the

Page 48

1  most orderly way possible, might it not be a
2  pathway that if we did stay the case so there
3  wouldn't be the risks of discovery and all the
4  other tactics that could be employed in the
5  litigation, to stay the case and then work out
6  some arrangement with EPA, with the parties that
7  participated in that allocation for it then to
8  be disclosed and for us then to be in a much
9  more informed position to work everything out?
10        I just don't mean to make it too
11 Simple Simon, but I'm saying wouldn't that be
12 another great benefit to just taking a pause
13 right now to really help us all try and figure
14 out the best way to resolve this case without
15 burdens to anybody, no less the public entities.
16        MS. PATRICK:  Special Master --
17        MR. SCRIVO:  No, I'm taking that
18 as a rhetorical question to you, Kathy, that
19 Grant is free to take offline, have those
20 discussions with you, and if you all reach an
21 agreement as to this issue prior to the seven
22 days, nothing would make me happier.
23        However, I have the submissions,
24 you've all agreed that I have everything I need
25 on this, and we'll proceed with the rest of the

Page 49

1  agenda items, bearing in mind that this specter,
2  this is, the specter of this issue hangs over
3  us, but we're going to continue to plow through
4  these issues for the purpose of this monthly
5  conference.
6         Second issue is with regard to the
7  status of depositions and the deposition
8  protocol.  I'm not going to recite the history
9  about what we attempted to come to resolution
10 on, how we attempted to get closure on the issue
11 of deposition protocols which, frankly, seems
12 fairly straightforward in most cases, but yet
13 for some reason the ability to agree on these
14 issues has eluded the parties up to this point.
15        If I can -- someone can in a very,
16 very brief way, putting aside the timing of the
17 depositions, the issue of the stay and whether
18 it's going to affect the depositions or not,
19 could someone articulate for me what are the
20 principal issues that you have disagreement on
21 over deposition protocol and COVID protocol
22 issues, because it seems like we are -- we all
23 have lived in this world for the last two years
24 and some of these issues that I see should not
25 be subject to this much disagreement.