**MCCARTER & ENGLISH, LLP**
1301 K Street, NW
Suite 1000 West
Washington, DC 20005
Telephone: 202.753.3400
By: J. Wylie Donald
Email: Jdonald@mccarter.com

*Attorneys for Defendant*
*Zeneca Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> 21ST CENTURY FOX AMERICA, INC., ET AL., <br><br> Defendants. | Hon. Madeline Cox Arleo <br> Hon. Magistrate Judge Leda D. Wettre <br><br> Civil Action No: 2:18-CV-11273 (MCA-LDW) <br><br> **ORDER ON GRANTING** <br> **ADMISSION *PRO HAC VICE*** |

This matter having come before the Court on application by Defendant Zeneca, Inc., seeking the *pro hac vice* admission of D. David DeWald of the firm McGrath North Mullin & Kratz, PC LLO., pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the applications, which reflects that counsel satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); and counsel and liaison counsel for the Plaintiff and Defendants and Third-Party Defendants having not objected to the submissions; and for good cause shown,

IT IS ON THIS __23rd__ day of __February__, 2022:

ORDERED that D. David DeWald of the firm McGrath North Mullin & Kratz, PC LLO, member in good standing of the Bars in which he is admitted, be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Defendant shall be signed by a member or associate

of the firm of McCarter & English, LLP, who is admitted to practice before this Court, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and

FURTHER ORDERED that D. David DeWald shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year these matters are pending; and it is

FURTHER ORDERED that D. David DeWald pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is

FURTHER ORDERED that D. David DeWald shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that D. David DeWald shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

*Leda Dunn Wettre*
_____
Hon. Leda Dunn Wettre, U.S.M.J.