# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC., *et al.*,<br><br>                Defendants. | Civil Action No. 18-11273 (MCA)(LDW)<br><br>**ORDER OF SPECIAL MASTER DENYING THE MOTION FOR A STAY OF PROCEEDINGS AND FOR LEAVE TO FILE SAME BY DEFENDANTS AND THIRD-PARTY DEFENDANTS** |

**THIS MATTER** having come by way of a Motion for a Stay of Proceeding and Leave to File Same, filed by members of the Small Parties Group ("SPG"), the Gordon Rees Group, the CSG Group, and all Third-Party Defendants (collectively, "Moving Parties"), on January 14, 2022, seeking an order granting leave to file a motion for a stay, and approving a stay of proceedings (ECF No. 1943) (the "Motion"); and the Special Master having considered the parties' submissions, and heard oral argument; and for good cause shown, as detailed in the Special Master's written decision of same date;

**IT IS** on this  8  day of March 2022,

**ORDERED** that the Motion is **DENIED**; and it is further

**ORDERED** that all pending depositions are adjourned, and that the first deposition will take place no earlier than May 1, 2022.

                                                */s/ Thomas P. Scrivo*
                                                **THOMAS P. SCRIVO**
                                                **Special Master**