

                                                                 **THOMAS P. SCRIVO**
                                                                  tscrivo@oslaw.com

March 9, 2022

**VIA ECF**
All Counsel

      Re:    Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
                  Civil Action No. 18-11273

Dear Counsel:

Please allow this correspondence to confirm that there will be a monthly conference on March 16, 2022, at 1:00 p.m. EST. The conference will occur virtually via the Zoom platform, and counsel may access the same by using the following instructions:

**Meeting ID:** 849 5895 3558
**Password:** 877152
**Link:**
https://us06web.zoom.us/j/84958953558?pwd=SVlEM3oyTThPeUtFdkRkQzJvOHh2Zz09

A court reporter has been reserved, and a transcript will be available following the conference. Please email your appearance to Susan Chastek at s.chastek@yahoo.com.

Any party that wishes to propose an agenda item(s) for discussion at the March conference shall notify me, with a copy to all parties, at least three (3) business days prior to the meeting. Additionally, any party that wishes to respond to or address a proposed agenda item(s) may do so in writing, with a copy to all parties, at least three (3) business days prior to the meeting.

                                       Very truly yours,

                                        */s/ Thomas P. Scrivo*

                                        Thomas P. Scrivo

cc:    Hon. Leda D. Wettre, U.S.M.J. (*via ECF*)