UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>      Plaintiff,<br><br>vs.<br><br>21ST CENTURY FOX AMERICA, INC., *et al.*,<br><br>      Defendants. | Civil Action No. 18-11273 (MCA)(LDW)<br><br>**ORDER AMENDING AND CLARIFYING SPECIAL MASTER DECISION AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE A STATEMENT AND/OR PRODUCE RESPONSE COSTS** |

  **WHEREAS**, on February 17, 2022, Small Parties Group Defendants ("SPG Defendants"), filed a letter (ECF No. 1990), seeking that the Special Master amend and clarify the Special Master Decision and Order Granting in Part and Denying in Part Plaintiff Occidental Chemical Corporation's Motion to Compel (ECF No. 1866) (the "Motion") SPG Defendants to Provide a Statement and/or Produce Response Costs (ECF Nos. 1932 and 1933) ("Special Master Decision and Order"); and

  **WHEREAS**, SPG liaison counsel contends that the Small Parties Group ("SPG") is a group of defendants that formed a liaison group, and that the SPG is separate and distinct from SPG Defendants; and

  **WHEREAS**, SPG liaison counsel asserts that the SPG is not a named party in this action; and

  **WHEREAS**, the Special Master Decision and Order concerned discovery disputes related to SPG Defendants, not the SPG;

  **WHEREAS**, the Special Master Decision and Order directed certain actions be taken by the SPG, instead of SPG Defendants; and

**IT IS** on this 10th day of May 2022,

**ORDERED** that the Special Master Decision and Order is amended to clarify that the Special Master Decision and Order applies only to SPG Defendants, not the SPG; and it is further

**ORDERED** that the Special Master Decision and Order is hereby amended to clarify that SPG Defendants, not the SPG, must further respond to *Federal Rule of Civil Procedure* 34 discovery requests within the time set forth in the Special Master Decision and Order; and it is further

**ORDERED** that SPG Defendants, not the SPG, must complete any supplementation of discovery responses within the time set forth in the Special Master Decision and Order.

/s/ Thomas P. Scrivo
**THOMAS P. SCRIVO**
**Special Master**