**John R. Holsinger, LLC**
One University Plaza, Suite 611
Hackensack, NJ 07601
(201) 487-9000
By: John R. Holsinger, Esq.
johnh@jrholsinger.com
*Counsel for Defendant/Third-Party Plaintiff Primary Products Ingredients Americas LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, | Hon. Madeline Cox Arleo<br>Hon. Magistrate Leda D. Wettre |
| Plaintiff, | Case No: 2:18-cv-11273 (MCA-LDW) |
| v. | |
| 21st CENTURY FOX AMERICA, INC., *et al*., | **DEFENDANT PRIMARY PRODUCTS INGREDIENTS AMERICAS LLC'S SUPPLEMENTAL CORPORATE-DISCLOSURE STATEMENT** |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| PASSAIC VALLEY SEWERAGE COMMISSIONERS*, et. al.,* | |
| Defendants and Third-Party Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Primary Products Ingredients Americas LLC in the above-captioned litigation provides the following supplemental corporate disclosure statement.

Tate & Lyle Ingredients Americas LLC's name is now Primary Products Ingredients Americas LLC. Its parent is Primary Products Finance LLC, a Delaware LLC. 50.1% of Primary Products Finance LLC is privately held, and the remaining 49.9% is owned by TLHUS, Inc., which is wholly owned by Tate & Lyle LP, a Delaware limited partnership, which is wholly

owned by Tate & Lyle Investments Ltd., which is wholly owned by Tate & Lyle PLC, a United Kingdom publicly listed company.

Dated: June 2, 2022

/s/  John R. Holsinger

John R. Holsinger, Esq.
John R. Holsinger, LLC
One University Plaza, Suite 611
Hackensack, NJ 07601
*Counsel for Defendant/Third-Party Plaintiff*
*Primary Products Ingredients Americas LLC*