# O'TOOLE SCRIVO

A LIMITED LIABILITY COMPANY

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

June 8, 2022

**VIA ECF**
All Counsel

    Re:    Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
              Civil Action No. 18-11273

Dear Counsel:

Please allow this correspondence to confirm that there will be a monthly conference on June 15, 2022, at **1:00 p.m. EST**. The conference will occur virtually via the Zoom platform, and counsel may access the same by using the following instructions:

**Meeting ID:** 818 6822 2246
**Password:** 336084
**Link:**
https://us06web.zoom.us/j/81868222246?pwd=OXdPUmhrYmd0N2pEZzRHSUk1d1Vjdz09

A court reporter has been reserved, and a transcript will be available following the conference. Please email your appearance to Nancy Bendish at nancy@bendish.com.

Any party that wishes to propose an agenda item(s) for discussion at the June conference shall notify me, with a copy to all parties, at least three (3) business days prior to the meeting. Additionally, any party that wishes to respond to or address a proposed agenda item(s) may do so in writing, with a copy to all parties, at least three (3) business days prior to the meeting.

                              Very truly yours,

                              */s/ Thomas P. Scrivo*

                              Thomas P. Scrivo

cc:    Hon. Leda D. Wettre, U.S.M.J. (*via ECF*)