UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>     Plaintiff,<br><br> vs.<br><br>21ST CENTURY FOX AMERICA, INC., *et al.*,<br><br>     Defendants. | Civil Action No. 18-11273 (MCA)(LDW)<br><br>**SPECIAL MASTER ORDER GRANTING IN PART AND DENYING IN PART SMALL PARTIES GROUP DEFENDANTS' MOTION FOR A DETERMINATION OF PLAINTIFF'S RESPONSES TO REQUESTS FOR ADMISSION AND DENYING PLAINTIFF'S CROSS-MOTION FOR A PROTECTIVE ORDER** |

  **THIS MATTER** having come by way of a Motion, filed by Small Parties Group Defendants ("SPG Defendants"), on January 14, 2022, pursuant to *Federal Rule of Civil Procedure* 36(a)(6), for a determination regarding Plaintiff, Occidental Chemical Corporation's ("OxyChem's"), amended answers to SPG Defendants' Requests for Admission (the "RFAs") (ECF No. 1945) (the "RFA Motion"); and a cross-motion for a protective order (ECF No. 1997) ("Cross-Motion"), filed by OxyChem, pursuant to *Federal Rule of Civil Procedure* 26(c) and *L.Civ.R.* 7.1(h); and the Special Master having considered the parties' submissions; and for good cause shown, as detailed in the Special Master's written decision of same date;

  **IT IS** on this 13th day of June 2022,

  **ORDERED** that the RFA Motion is **GRANTED** in part and **DENIED** in part; and it is further

  **ORDERED** that the Cross-Motion is **DENIED**; and it is further

  **ORDERED** that OxyChem shall provide any required amended answers, within 30 days from the date hereof, in accordance with Exhibit A, which is annexed to the Special Master Decision of the same date.

/s/ Thomas P. Scrivo
**THOMAS P. SCRIVO**
**Special Master**