**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION ) | Hon. Madeline Cox Arleo |
| ) | Hon. Leda Dunn Wettre |
| ) | |
| Plaintiff,                              ) | Civil Action No. 2:18-cv-11273 |
| ) | |
| v.                                      ) | |
| ) | **STIPULATION OF DISMISSAL** |
| 21ST CENTURY FOX AMERICA, INC., *et al.* ) | **WITHOUT PREJUDICE OF** |
| ) | **DEFENDANT EMERALD KALAMA** |
| Defendants and Third-Party Plaintiffs, ) | **CHEMICAL LLC** |
| ) | |
| v.                                      ) | |
| ) | |
| PASSAIC VALLEY SEWERAGE                 ) | |
| COMMISSIONERS, *et al.*                 ) | |
| ) | |
| Third-Party Defendants.            ) | |
| ) | |

The undersigned, comprising all parties in this matter, hereby stipulate and consent to the dismissal without prejudice of EMERALD KALAMA CHEMICAL LLC. All claims and counterclaims asserted by Plaintiff Occidental Chemical Corporation against EMERALD KALAMA CHEMICAL LLC, and all claims and counterclaims asserted by EMERALD KALAMA CHEMICAL LLC against Plaintiff Occidental Chemical Corporation, are hereby DISMISSED without prejudice. For the avoidance of doubt, this dismissal is as to EMERALD KALAMA CHEMICAL LLC only.

**IT IS** on this 15th day of June, 2022, **SO ORDERED**.

_____
Hon. Madeline Cox Arleo, U.S.D.J.

DATED:  June 14, 2022


*/s/ John J. McDermott*

John J. McDermott, Esq.
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
jmcdermott@archerlaw.com

GIBBS & BRUNS, LLP
Kathy D. Patrick, Esq.
Anthony N. Kaim, Esq.
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
kpatrick@gibbsbruns.com
*Counsel for Plaintiff*
*Occidental Chemical Corporation*

*/s/ James P. Ray*

James P. Ray, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-8257
Email: jray@rc.com
*Counsel for Defendant Emerald*
*Kalama Chemical LLC*


*/s/ Jeffrey D. Talbert*

Jeffrey D. Talbert, Esq.
PRETI FLAHERTY LLP
One City Center
Portland, ME 04112
Tel: (207) 791-3239
jtalbert@preti.com
*Liaison Counsel for*
*Small Parties Group Defendants*


*/s/ Lee Henig-Elona*

Lee Henig-Elona, Esq.
GORDON REES LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Tel: (973) 549-2520
lhenig-elona@grsm.com
*Liaison Counsel for*
*Gordon Rees Group Defendants*


*/s/ Diana Lynn Buongiorno*

Diana Lynn Buongiorno, Esq.
CHIESA SHAHINIAN &
GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
Tel: (973) 530-2075
dbuongiorno@csglaw.com
*Liaison Counsel for*
*CSG Group Defendants*

*/s/ Grant P. Gilezan*

Grant P. Gilezan, Esq.
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Tel: (313) 568-6789
ggilezan@dykema.com
*Liaison Counsel for*
*PVSC Group Third-Party*
*Defendants*

*/s/ Peter J. King*

Peter J. King, Esq.
KING MOENCH HINIAK &
MEHTA, LLP
51 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
Tel: (973) 998-6860
pjk@kmhmlawfirm.com
*Liaison Counsel for*
*King Group Third-Party*
*Defendants*

*/s/ Steven M. Richman*

Steven M. Richman, Esq.
CLARK HILL
210 Carnegie Center, Suite 102
Morris Plains, NJ 07950
Tel: (609) 785-2911
srichman@clarkhill.com
*Counsel for*
*Defendant Chargeurs, Inc.*

224800636v1