# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>21ST CENTURY FOX AMERICA, INC., *et al*.,<br><br>　　　　　　Defendants. | Civil Action No. 18-11273 (MCA)(LDW)<br><br>**SPECIAL MASTER ORDER PARTIALLY STAYING COMPLIANCE WITH ORDER ENTERED ON JUNE 13, 2022** |

**WHEREAS**, the Special Master issued a Decision and Order, entered on June 13, 2022, Denying Small Parties Group ("SPG") Defendants' Motion for a Protective Order and Granting Plaintiff's Cross-Motion to Compel regarding four topics in Occidental Chemical Corporation's ("OxyChem's") Second Request for Production of Documents ("RFPs") (the "June Decision and Order"); [1]

**WHEREAS**, the June Decision and Order required, among other things, "SPG Defendants shall produce, within 30 days, all non-privileged responsive materials in their possession, custody, or control that are responsive to RFP Nos. 1, 2, 4, and 6;"

**WHEREAS**, on June 27, 2022, SPG Defendants submitted (1) a Motion for Reconsideration and Clarification of the June Decision and Order,[2] and (2) a Motion Requesting a Stay from Compliance with the June Decision and Order pending the Special Master's decision on SPG Defendants' corresponding Motion for Reconsideration and Clarification[3]; and

---

[1] ECF No. 2080 & 2081
[2] ECF No. 2091
[3] ECF No. 2090

**WHEREAS**, the Motion for Reconsideration and Clarification of the June Decision and Order has not been fully briefed, but the deadline for compliance with the June Order, if not stayed, expires on July 13, 2022.

**IT IS** on this 12th day of July 2022,

**ORDERED** that the June Order is partially STAYED such that SPG Defendants are not required to produce all non-privileged responsive materials in their possession, custody, or control that are responsive to RFP Nos. 1, 2, 4, and 6, pending the Special Master's Decision on SPG Defendants' Motion for Reconsideration and Clarification of the June Decision and Order.

*/s/ Thomas P. Scrivo*
**THOMAS P. SCRIVO**
**Special Master**