

Kathy D. Patrick
Partner
kpatrick@gibbsbruns.com
713.751.5253

July 12, 2022

<u>Via CM/ECF</u>
Special Master Thomas P. Scrivo, Esq.
O'Toole Scrivo, LLC
14 Village Park Road
Cedar Grove, New Jersey 07009
tscrivo@oslaw.com

      Re:   *Occidental Chemical Corp. v. 21st Century Fox Am., Inc., et al.*
               Civil Action No. 2:18-cv-11273-MCA-LDW

Dear Special Master Scrivo:

    Consistent with OxyChem's commitment to keep the court informed of remedial developments, please see the enclosed correspondence that OxyChem sent to EPA Region 2 on June 27, 2022.

    By copy of this letter, all counsel of record have been advised of this correspondence.

                         Best regards,

                         Kathy D. Patrick

                         /s/ *John J. McDermott*

                         John J. McDermott
                         Counsel to OxyChem

cc:   All counsel of record
       Enclosure