

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

July 13, 2022

**VIA ECF**
All Counsel

    Re:    Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
               Civil Action No. 18-11273

Dear Counsel:

    Please allow this correspondence to confirm that there will be a monthly conference on July 20, 2022, at **1:00 p.m. EST**. The conference will occur virtually via the Zoom platform, and counsel may access the same by using the following instructions:

**Meeting ID:**   876 6755 0007
**Password:**    033604
**Link:** https://us06web.zoom.us/j/87667550007?pwd=QnJpNDV6bis2NVdHQ3dJSjc5QVBwUT09

    A court reporter has been reserved, and a transcript will be available following the conference. Please email your appearance to Nancy Bendish at nancy@bendish.com.

    Any party that wishes to propose an agenda item(s) for discussion at the July conference shall notify me, with a copy to all parties, at least three (3) business days prior to the meeting. Additionally, any party that wishes to respond to or address a proposed agenda item(s) may do so in writing, with a copy to all parties, at least three (3) business days prior to the meeting.

                                Very truly yours,
                                O'TOOLE SCRIVO, LLC

                                */s/ Thomas P. Scrivo*

                                Thomas P. Scrivo

cc:    Hon. Leda D. Wettre, U.S.M.J. (*via ECF*)