**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York NY 10010 | TEL (212) 849-7000 FAX (212) 849-7001

July 14, 2022

**PRIVILEGED & CONFIDENTIAL**
**VIA ELECTRONIC MAIL**

Hon. Magistrate Led D. Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Occidental Chemical Corporation v. 21st Century Fox America, Inc., et al.*
      *Civil Action No. 2:18-cv-11273 (MCA-LDW)*

Dear Judge Wettre:

This firm represents defendant Croda Inc. ("Croda") in the above-captioned matter.

Pursuant to L. Civ. R. 101.1(c)(5), we respectfully request Your Honor's approval of the withdrawal of Stephen Swedlow as Croda's pro hac vice counsel. Mr. Swedlow was admitted pro hac vice on behalf of Croda by this Court's Order entered at Dkt. No. 539. Croda Inc. will continue to be represented by its other counsel of record at Quinn Emanuel (including Jaclyn Palmerson, Matthew Robson, and Athena Dalton) in this action.

If Your Honor approves, we respectfully request that Your Honor so order this letter and have it filed on the docket.

                                              Respectfully submitted,

                                              */s/ Jaclyn Palmerson*

                                              Jaclyn Palmeron

cc: All Counsel of Record (via ECF)

SO ORDERED this __15th__ day of July, 2022

*Leda Dunn Wettre*
_____
Hon. Leda D. Wettre, U.S.M.J.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART