IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | ) | Case No. 2:18-cv-11273-MCA-LDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 21ST CENTURY FOX AMERICA, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF BANKRUPTCY DISCHARGE

**PLEASE TAKE NOTICE** that on October 12, 2020, voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") were filed by Mallinckrodt plc and certain of its debtor affiliates (collectively, the "Reorganized Debtors"), including Mallinckrodt LLC, a defendant in the above-captioned case, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under the caption *In re Mallinckrodt plc*, Case No. 20-12522 (JTD) (the "Chapter 11 Cases").[1]

**PLEASE TAKE FURTHER NOTICE** that on March 2, 2022, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 6660] in the Chapter 11 Cases, (the "Confirmation Order"), confirming the *Modified Fourth Amended Joint Plan of Reorganization*

---

[1]    A complete list of the debtors in the Chapter 11 Cases as well as the entire Chapter 11 Cases docket may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Mallinckrodt.

*(With Technical Modifications) of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 7670] (the "Plan"),[2] attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that substantial consummation (as that term is defined by Section 1101(2) of the Bankruptcy Code) took place, and the Effective Date with respect to the Plan occurred, on June 16, 2022. *See Notice of Occurrence of Effective Date of Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt Plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 7652], attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date, and without any further action by any Party, the discharge arising pursuant to Section 1141(d) of the Bankruptcy Code[3] of, among other things, Claims and Causes of Action, including with respect to the above-captioned proceeding, took effect. *See* Plan Article IX.A. The Plan and the discharge injunction enjoin any party from, among other things, commencing or continuing any action or other proceeding in connection with Claims or Interest. *See* Plan Article IX.G.

---

[2]    Capitalized terms used but not defined herein shall have the meanings set forth in the Confirmation Order or the Plan (as applicable).

[3]    Section 1141(d)(1) of the Bankruptcy Code, referenced and incorporated in the Plan as further detailed in **Exhibit A** attached hereto, provides: "Except as otherwise provided in this subsection, in the plan, or in the order confirming the plan, the confirmation of a plan: (A) discharges the debtor from any debt that arose before the date of such confirmation, and any debt of a kind specified in section 502(g), 502(h), or 502(i) of this title, whether or not: (i) a proof of the claim based on such debt is filed or deemed filed under section 501 of this title; (ii) such claim is allowed under section 502 of this title; or (iii) the holder of such claim has accepted the plan; and (B) terminates all rights and interests of equity security holders and general partners provided for by the plan."

DATED:  August 5, 2022                              Respectfully submitted,


                                                    BRYAN CAVE LEIGHTON PAISNER LLP


                                                    By:  */s/ Jonathan E. Ginsberg*
                                                    Jonathan E. Ginsberg
                                                    1290 Avenue of the Americas
                                                    New York, NY 10104
                                                    Tel: (212) 541-2000
                                                    jon.ginsberg@bclplaw.com

                                                    *Attorneys for Defendant*
                                                    *Mallinckrodt LLC*