# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, | ) | Civil Action No. |
| | ) | 2:18-cv-11273 |
| Plaintiff, | ) | |
| | ) | Hon. Madeline Cox |
| v. | ) | Arleo, U.S.D.J. |
| | ) | Hon. Leda D. |
| 21ST CENTURY FOX AMERICA, INC., *et al.*, | ) | Wettre, U.S.M.J. |
| | ) | |
| Defendants. | ) | **ORAL ARGUMENT REQUESTED** |
| _____ | | |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. PROC. 56

**TO:**   John McDermott, Esq.
William J. Stack, Esq.
Charles J. Dennen, Esq.
ARCHER & GRENIER, P.C.
One Centennial Square
Haddonfield, NJ  08033

Kathy D. Patrick, Esq.
Anthony N. Kaim, Esq.
Jorge M. Guiterrez, Esq.
GIBBS & BRUNS, LLP
110 Louisiana, Suite 5300
Houston, TX  77002

*Attorneys for Plaintiff Occidental Chemical Corporation*

Larry D. Silver, Esq.
David M. Romine, Esq.
Jennifer Graham Meyer, Esq.
Erin M. Carter, Esq.
LANGSAM STEVENS SILVER & HOLLAENDER, LLP
1818 Market Street, Suite 2610
Philadelphia, PA  19103

ALL OTHER COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on September 19, 2022, at 10:00 a.m. at the United States District Court for the Hon. Madeline Cox Arleo, U.S.D.J., District of New Jersey, at 50 Walnut St., Newark, NJ 07102, or as soon thereafter as counsel may be heard, Defendant Chargeurs, Inc. ("Chargeurs") will move before the Court for summary judgment pursuant to Fed. R. Civ. Proc. 56 dismissing the amended complaint against it with prejudice on the basis that Chargeurs is not a legal person under CERCLA.

**PLEASE TAKE FURTHER NOTICE** that Chargeurs shall rely on Chargeurs' Brief in Support of Motion for Summary Judgment, Declaration of Steven M. Richman, Chargeurs' Statement of Material Facts, and the record in this action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is included, and **oral argument is requested**.

Respectfully submitted,

Dated:  August 25, 2022         CLARK HILL PLC


By: */s/ Steven M. Richman*
Steven M. Richman, Esq.
*srichman@clarkhill.com*

210 Carnegie Center
Suite 102
Princeton, NJ  08540
(609) 785-2911

David G. Ries, Esq.*
*dries@clarkhill.com*
Joseph R. Brendel, Esq.*
*jbrendel@clarkhill.com*

One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219-1425
(412) 394-7711

Attorneys for Defendant,
Chargeurs, Inc.

*Admitted *Pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2022, I caused the foregoing **NOTICE OF MOTION** along with the following documents:

1. **CHARGEURS' BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**
2. **DECLARATION OF STEVEN M. RICHMAN;**
3. **STATEMENT OF MATERIAL FACTS; and**
4. **PROPOSED ORDER.**

served upon all counsel of record by filing same through the CM/ECF Electronic filing system of the United States District Court for the District of New Jersey.

*/s/ Steven M. Richman*