UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, | Hon. Judge Madeline Cox Arleo |
| Plaintiff, | Hon. Magistrate Judge Leda D. Wettre |
| v. | Civil Action No. 2:18-CV-11273 (MCA-LDW) |
| 21ST CENTURY FOX AMERICA, INC., *et al.*, | |
| Defendants. | |

**ORDER FOR ADMISSION *PRO HAC VICE***

This matter having been brought before the Court by Joseph H. Blum for an Order allowing Steven D. Soden, Esq. and Dalton R. Mott, Esq. to appear and participate *pro hac vice;* and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

IT IS this  7th  day of      September      , 2022, hereby

ORDERED that Steven D. Soden Esq. and Dalton R. Mott, Esq. be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs, and other papers filed with the Court shall be signed by Joseph H. Blum, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is further

1

4893-8702-1870

ORDERED that, pursuant to L. Civ. R. 101.1(c)(2), Steven D. Soden, Esq. and Dalton R. Mott, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed form PHV-15; and it is further

ORDERED that, pursuant to L. Civ. R. 101.1(c)(3), Steven D. Soden, Esq. and Dalton R. Mott, Esq. shall each make a payment of $150.00 on admission, payable to the Clerk, United States District Court; and it is further

ORDERED that Steven D. Soden, Esq. and Dalton R. Mott, Esq. shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provision of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

ORDERED that, pursuant to L. Civ. R. 101.1(c)(4), Steven D. Soden, Esq. and Dalton R. Mott, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

Dated:  September 7  , 2022

*/s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre, U.S.M.J.

\*\* The Clerk of Court is directed to terminate the motion at ECF No. 2137.