Christopher J. Dalton
**BUCHANAN INGERSOLL & ROONEY PC**
(*Incorporated in Pennsylvania*)
550 Broad Street, Suite 810
Newark, NJ 07102
P: 973 273 9800
christopher.dalton@bipc.com
*Counsel for Defendant*
*CNA Holdings LLC*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-11273-MCA-LDW<br><br>*Document Electronically Filed* |

### NOTICE OF MOTION TO ADMIT *PRO HAC VICE* GLEN R. STUART, ESQUIRE

**PLEASE TAKE NOTICE** that defendant CNA Holdings LLC ("CNA"), by its undersigned counsel, Buchanan Ingersoll & Rooney PC, shall move for the entry of an Order granting *pro hac vice* admission to Glen R. Stuart, Esquire of the law firm of Morgan, Lewis & Bockius LLP pursuant to L. Civ. R. 101.1.

**PLEASE TAKE FURTHER NOTICE** that in support of the within application, CNA will rely upon the accompanying Certification of Glen R. Stuart, Esquire, and the Declaration of Compliance with L. Civ. R. 101(c) of Christopher J. Dalton, Esquire. A proposed form of Order is submitted herewith.

Dated: September 13, 2022                    Respectfully submitted,

<div style="margin-left: 40%;">

<u>/s/ Christopher J. Dalton</u>
Christopher J. Dalton
BUCHANAN INGERSOLL & ROONEY PC
(*Incorporated in Pennsylvania*)
550 Broad Street, Suite 810
Newark, NJ 07102
P: 973 273 9800
christopher.dalton@bipc.com

*Counsel for Defendant
CNA Holdings LLC*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, a true and correct copy of the Notice of Motion to Admit *Pro Hac Vice* Glen R. Stuart, Esquire was electronically served on counsel of record using the Court's CM/ECF system.

Dated: September 13, 2022

          */s/ Christopher J. Dalton*
Christopher J. Dalton