# O'TOOLE SCRIVO

### A LIMITED LIABILITY COMPANY

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

September 14, 2022

**VIA ECF**
All Counsel

     **Re:**    **Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.**
               **Civil Action No. 18-11273**

Dear Counsel:

     Please allow this correspondence to confirm that there will be a monthly conference on September 21, 2022, at **1:00 p.m. EST**.  The conference will occur virtually via the Zoom platform, and counsel may access the same by using the following instructions:

**Meeting ID:**  846 4879 0014
**Password:**     334703
**Link:** https://us06web.zoom.us/j/84648790014?pwd=MHlPU3FxelZEci9NUWdMNW1lcGtjZz09

     A court reporter has been reserved, and a transcript will be available following the conference.  Please email your appearance to Nancy Bendish at nancy@bendish.com.

     Any party that wishes to propose an agenda item(s) for discussion at the September conference shall notify me, with a copy to all parties, at least three (3) business days prior to the meeting.  Additionally, any party that wishes to respond to or address a proposed agenda item(s) may do so in writing, with a copy to all parties, at least three (3) business days prior to the meeting.

               Very truly yours,

               */s/ Thomas P. Scrivo*

               Thomas P. Scrivo

cc:    Hon. Leda D. Wettre, U.S.M.J. (*via ECF*)