**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

|  |  |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY FOX AMERICA; *et al.,*<br><br>Defendants. | Civil Action No. 2:18-CV-11273 (MCA-LDW)<br><br><br>**AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ASHLAND LLC (NOW KNOWN AS ASHLAND INC.) PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Ashland LLC, now known as Ashland Inc., states as follows:

a) As of August 1, 2022, Ashland LLC merged into its direct parent, Ashland Chemco Inc., and, immediately thereafter, merged with Ashland Global Holdings Inc., and changed its legal name to Ashland Inc.

b) There is no parent corporation of Defendant Ashland Inc.

c) No publicly held corporation owns at least 10% of the stock of Defendant Ashland Inc.

Dated:  September 22, 2022

By: s/ William S. Hatfield
    William S. Hatfield, Esq. (Bar No. 030801993)
    Camille V. Otero, Esq. (Bar No. 015751998)
    **GIBBONS P.C.**
    One Gateway Center
    Newark, New Jersey 07102-5310
    Tel:  (973) 596-4511
    Fax:  (973) 639-8320
    whatfield@gibbonslaw.com
    cotero@gibbonslaw.com

    *Attorneys for Defendant*
    *Ashland LLC (now known as Ashland Inc.)*