UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>  Plaintiff(s).<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC., et al.,<br><br>  Defendant(s) | REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION<br><br>Civil Action No. 2:18-CV-11273 (MCA-LDW) |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Debra Carfora

Address: 1111 Pennsylvania Avenue NW,

Washington, D.C.

20004

E-mail: debra.carfora@morganlewis.com
(One email address only)