# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Madeline Cox Arleo<br>Hon. Magistrate Leda D. Wettre<br><br>Civil Action No. 2:18-CV-11273 (MCA-LDW)<br><br><br><br>**NOTICE OF APPEARANCE OF LAURA E. JENSEN**<br><br>**(Document Electronically Filed)** |
| Plaintiff, | | |
| v. | | |
| 21ST CENTURY FOX AMERICA, INC., *et al.*, | | |
| Defendants and Third Party Plaintiffs, | | |
| v. | | |
| PASSAIC VALLEY SEWERAGE COMMISSIONERS, et al., | | |
| Third-Party Defendants. | | |

**PLEASE TAKE NOTICE** that Laura E. Jensen, Esq. of Preti, Flaherty, Beliveau & Pachios, LLP hereby enters an appearance on behalf of the Small Parties Group and requests that copies of all papers in this action be served upon the undersigned.

Date: October 13, 2022          Respectfully submitted,

*/s/ Laura E. Jensen*
**PRETI, FLAHERTY, BELIVEAU**
**& PACHIOS, LLP**
One City Center, PO Box 9546
Portland, ME 04112
Telephone: 207.791.3261
(NJ ID No. 026192011)

19580574.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I caused a copy of the foregoing document to be served via electronic filing on all counsel of record.

Dated: October 13, 2022

/s/ Laura E. Jensen
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
One City Center, PO Box 9546
Portland, ME 04112
Telephone: 207.791.3261

19580574.1