# O'TOOLE SCRIVO

A LIMITED LIABILITY COMPANY

THOMAS P. SCRIVO
tscrivo@oslaw.com

October 13, 2022

**VIA ECF**
All Counsel

Re:  Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
     Civil Action No. 2:18-cv-11273-MCA-LDW

Dear Counsel:

Please allow this correspondence to confirm that there will be a monthly conference on October 19, 2022, at **1:00 p.m. EST**.  The conference will occur virtually via the Zoom platform, and counsel may access the same by using the following instructions:

**Meeting ID:**  889 5233 5389
**Password:**  392189
**Link:** https://us06web.zoom.us/j/88952335389?pwd=R2NuYWQ2ODE3RXVXamJSNVZVenBJQT09

A court reporter has been reserved, and a transcript will be available following the conference.  Please email your appearance to Nancy Bendish at nancy@bendish.com.

Any party that wishes to propose an agenda item(s) for discussion at the October conference shall notify me, with a copy to all parties, at least three (3) business days prior to the meeting.  Additionally, any party that wishes to respond to or address a proposed agenda item(s) may do so in writing, with a copy to all parties, at least three (3) business days prior to the meeting.

Very truly yours,

*/s/ Thomas P. Scrivo*

Thomas P. Scrivo

cc:  Hon. Leda D. Wettre, U.S.M.J. (*via ECF*)