# MICHAEL P. MCTHOMAS PLLC
## Attorney and Counselor at Law
One Lee Hill Road
Andover, New Jersey 07821
Phone: 973.985.3740
Fax: 973.368.1022

October 17, 2022

VIA ECF
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:     Occidental Chemical Corporation v. 21st Century Fox America, Inc., et al. No. 2:18-cv-11273-MCA-LDW

Dear Judge Wettre:

I represent defendants McKesson Corporation and Safety-Kleen Envirosystems Company ("Defendants") in the above-captioned matter. The Defendants respectfully request Your Honor's approval of the withdrawal of the pro hac vice admission of Adam P. Pearse, of Edgcomb Law Group, LLP. Mr. Pearse was admitted pro hac vice on behalf of Defendants by this Court's Order on January 29, 2019 (ECF no. 536). I will continue to represent Defendants in this action.

If Your Honor approves, we ask that this letter be "So Ordered", with an effective date of withdrawal of October 13, 2022, and filed on the docket. We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Michael McThomas, Esq.

Cc: Counsel of Record (via ECF)

SO ORDERED this __ day of October 2022

_____
Hon. Leda D. Wettre, USMJ

Licensed in New York, New Jersey, Texas (inactive) and West Virginia (inactive)