David A. Haworth (027031995)
Casey Watkins (060122014)
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, New Jersey 08054
(856) 761-2400
(856) 761-1020 fax
haworthd@ballardspahr.com
watkinsc@ballardspahr.com

Attorneys for Defendants Arkema Inc., Atlantic Richfield Company,
E. I. du Pont de Nemours & Company, Johnson & Johnson Consumer Inc.,
and Pitt-Consol Chemical Company

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Occidental Chemical Corporation**, <br><br> Plaintiff; <br><br> v. <br><br> **21st Century Fox America, Inc.** *et al.*, <br><br> Defendants and <br> Third Party Plaintiffs; <br><br> **Passaic Valley Sewerage Commissioners,** *et al.*, <br><br> Defendants and <br> Third Party Defendants. | Case No. 2:18-cv-11273-MCA-LDW <br><br><br><br> **Notice of Appearance** |

Kindly enter the appearance of Casey G. Watkins, of the law firm of Ballard Spahr LLP, as counsel for Defendants Arkema Inc., Atlantic Richfield Company, E. I. du Pont de Nemours & Company, Johnson & Johnson Consumer Inc., and Pitt-Consol Chemical Company in the above-captioned matter.

Dated: October 19, 2022

Respectfully submitted,

*s/Casey Watkins*
David A. Haworth (027031995)
Casey Watkins (060122014)
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, New Jersey 08054
(856) 761-2400
(856) 761-1020 fax
haworthd@ballardspahr.com
watkinsc@ballardspahr.com

Attorneys for Defendants Arkema Inc.,
Atlantic Richfield Company,
E. I. du Pont de Nemours & Company,
Johnson & Johnson Consumer Inc.,
and Pitt-Consol Chemical Company