UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> 21ST CENTURY FOX AMERICA, INC., et al., <br><br> Defendants and Third-Party Plaintiffs, <br><br> v. <br><br> PASSAIC VALLEY SEWERAGE COMMISSIONERS, et al., <br><br> Defendants and Third-Party Defendants. | Hon. Leda Dunn Wettre <br><br> Case No: 2:18-cv-11273-MCA-LDW |

## SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE**, that the undersigned hereby consent to the substitution of **SCHENCK, PRICE, SMITH & KING, LLP** with an office at 220 Park Avenue, Florham Park, New Jersey 07932, being substituted as attorneys of record for the Defendant, Third Party Defendant, Cross Defendant, Counter Defendant, Third Party Plaintiff, Counter Claimant NEU Holdings U.S. Corporation in the above-captioned matter in place and instead of **LASSER HOCHMAN, LLC** as of the date hereof.

| | |
|---|---|
| **SCHENCK, PRICE, SMITH & KING, LLP** <br> 220 Park Avenue <br> P.O. Box 991 <br> Florham Park, NJ 07932 <br><br> By: /s/ Ryder T. Ulon <br> Ryder T. Ulon, Esq. <br> For the Superseding Attorneys <br><br> Dated: Oct. 20, 2022 | **LASSER HOCHMAN, LLC** <br> 75 Eisenhower Parkway <br> Suite 120 <br> Roseland, NJ 07068 <br><br> By: _[signature]_ <br> Richard L. Zucker, Esq. <br> For the Withdrawing Attorneys <br><br> Dated: October 20, 2022 |

{02910230.DOCX;1 }