# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, | Civil Action No. 2:18-cv-11273 |
| | Hon. Madeline Cox Arleo, U.S.D.J. |
| Plaintiff, | Hon. Leda D. Wettre, U.S.M.J. |
| | |
| v. | Electronically Filed |
| | |
| 21ST CENTURY FOX AMERICA, INC., et al., | |
| | |
| Defendants, | |
| | |
| v. | |
| | |
| PASSAIC VALLEY SEWERAGE COMMISSIONERS, et al., | |
| | |
| Third-Party Defendants. | |

## ORDER

**THIS MATTER** having come before this Court on the motion for leave to file a sur-reply ("Motion for Sur-Reply" or "Motion") by Langsam Stevens Silver & Hollaender LLP, attorneys for Occidental Chemical Corporation ("OxyChem") and served upon Clark Hill PLC, attorneys for Chargeurs, Inc. ("Chargeurs") in response to their reply, and this Court having carefully considered any moving papers and opposition; and for good cause shown;

**IT IS**, therefore, on this 26 day of Oct, 2022,

**ORDERED** that OxyChem's Motion for Leave to File Sur-Reply at ECF. 2179 is **GRANTED**.

**THE HONORABLE MADELINE COX ARLEO, U.S.D.J.**