UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JESREY
NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC. et al.,<br><br>Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>PASSAIC VALLEY SEWERAGE COMMISSIONERS et al.,<br><br>Third-Party Defendants. | Civil Action No.: 2:18-cv-11273-MCA-LDW<br><br>NOTICE OF APPEARANCE OF MATTHEW J. SINKMAN ON BEHALF OF MI HOLDINGS, INC. |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant MI Holdings, Inc. in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and email address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent to the undersigned through the CM/ECF System.

Dated: October 31, 2022

By:   /s/ Matthew J. Sinkman
Matthew J. Sinkman
**GIBBONS P.C.**
One Pennsylvania Plaza
New York, New York 10119-3701
(212) 613-2000
MSinkman@gibbonslaw.com
*Attorneys for Defendant MI Holdings, Inc.*