UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | Civil Action No. 2:18-cv-11273-MCA-LDW |
| Plaintiff, | Electronically Filed |
| v. | **ORDER FOR ADMISSION *PRO HAC VICE* OF CLAIRE GREGA, ESQUIRE** |
| 21ST CENTURY FOX AMERICA, INC., *et al.* | |
| Defendants | |
| v. | |
| PASSAIC VALLEY SEWERAGE COMMISSIONERS, *et. al.*, | |
| Third-Party Defendants | |

THIS MATTER having been brought before the Court upon the application of Plaintiff, Occidental Chemical Corporation, for the admission *pro hac vice* of Claire Grega, Esquire; and

WHEREAS Claire Grega, Esquire, has certified that there are currently no disciplinary proceedings pending against her in any jurisdiction and there has been no discipline previously imposed upon her in any jurisdiction; and the Court having considered the submissions of the parties; and there being no opposition to this application; and for good cause shown;

**IT IS** on this   1st   day of   November  , 2022

**ORDERED** that Claire Grega, Esquire, be permitted to appear and participate as *pro hac vice* counsel for Plaintiff, Occidental Chemical Corporation, in this matter pursuant to L. Civ. R. 101.1(c).

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court on Plaintiff's behalf shall be signed by Amanda L. Rauer, Esquire, of Langsam Stevens Silver & Hollaender LLP, or a member of her firm who is a member in good standing of the Bar of the State of New Jersey and of this Court, who shall be held responsible for said papers and for the conduct of this case and who shall be present before the Court during all stages of this proceeding, unless excused by the Court.

**IT IS FURTHER ORDERED** that Claire Grega, Esquire, shall pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with the New Jersey Court Rule 1:28, and she shall take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

**IT IS FURTHER ORDERED** that pursuant to L. Civ. R. 101.1(c)(3), Claire Grega, Esquire, shall make a payment of $150.00, for admission, payable to the Clerk, United States District Court.

**IT IS FURTHER ORDERED** that Claire Grega, Esquire, shall be bound by the Rules for the United States District Court for the District of New Jersey, including but not limited to L. Civ. R. 103.1, Judicial Ethics and Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys.

*/s/ Leda Dunn Wettre*
LEDA DUNN WETTRE, U.S.M.J.

217400345v1