Gregory J. Bevelock
BEVELOCK & FISHER, LLC
14 Main Street, Suite 200
Madison, New Jersey 07940
Tel: (973) 845-2999
*Attorneys for Defendant,*
*The Newark Group, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC. et al.,<br><br>Defendants. | C.A. NO. 2:18-cv-11273 (MCA) (LDW)<br><br>**SUBSTITUTION OF COUNSEL<br>FOR DEFENDANT<br>THE NEWARK GROUP, INC.** |

It is hereby stipulated and agreed that Sharon Oras Morgan, Fox Rothschild LLP, Princeton Pike Corporate Center, 997 Lenox Drive, Lawrenceville, NJ 08648, be and hereby is substituted in place and instead of Gregory J. Bevelock, Bevelock & Fisher LLC, 14 Main Street, Suite 200, Madison, New Jersey 07940, as attorneys for Defendant The Newark Group in this action and that this substitution be entered into effect without further notice.

| **SUBSTITUTING ATTORNEY**<br>Fox Rothschild LLP | **WITHDRAWING ATTORNEY**<br><br>**BEVELOCK & FISHER LLC** |
|---|---|
| By: *s/ Sharon Oras Morgan*<br>     Sharon Oras Morgan<br>Princeton Pike Corporate Center<br>997 Lenox Drive<br>Lawrenceville, NJ 08648<br>Tel: (609) 896-3600<br><br>Dated:  November 10, 2022 | By: *s/ Gregory J. Bevelock*<br>     Gregory J. Bevelock<br>14 Main Street, Suite 200<br>Madison, New Jersey 07940<br>Tel: (973) 845-2999<br><br>Dated:  November 10, 2022 |