

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

November 10, 2022

**VIA ECF**
All Counsel

    Re:    Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.
             Civil Action No. 2:18-cv-11273-MCA-LDW

Dear Counsel:

    Please allow this correspondence to confirm that there will be a monthly conference on November 16, 2022, at **1:00 p.m. EST**.  The conference will occur virtually via the Zoom platform, and counsel may access the same by using the following instructions:

**Meeting ID:**    858 8932 5922
**Password:**    006442
**Link:** https://us06web.zoom.us/j/85889325922?pwd=eS9BbzRlZmhHYUNxWkw2VDY2akdDQT09

    A court reporter has been reserved, and a transcript will be available following the conference.  Please email your appearance to Sue Chastek at s.chastek@yahoo.com.

    Any party that wishes to propose an agenda item(s) for discussion at the November conference shall notify me, with a copy to all parties, at least three (3) business days prior to the meeting.  Additionally, any party that wishes to respond to or address a proposed agenda item(s) may do so in writing, with a copy to all parties, at least three (3) business days prior to the meeting.

                                        Very truly yours,

                                        */s/ Thomas P. Scrivo*

                                        Thomas P. Scrivo

cc:    Hon. Leda D. Wettre, U.S.M.J. (*via ECF*)