**FOX ROTHSCHILD LLP**
Sharon Oras Morgan, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey 08648
Tel: (609) 896-3600
*Attorneys for Defendant,*
*The Newark Group*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC., et al.,<br><br>*Defendants*. | C.A. NO.: 2:18-cv-11273-(MSA)-(LDW)<br><br><br>**ECF Case**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Sharon Oras Morgan, Esq., of the law firm of Fox Rothschild LLP, hereby enters her appearance as counsel for Defendant, The Newark Group, to represent it in connection with the above-captioned proceeding. Ms. Morgan's contact information is as follows:

    Fox Rothschild LLP
    Princeton Pike Corporate Center
    997 Lenox Drive
    Lawrenceville, New Jersey 08648
    Tel: (609) 896-3600
    smorgan@foxrothschild.com

                      Respectfully Submitted,
                      **FOX ROTHSCHILD LLP**

                      By:  *s/ Sharon Oras Morgan*
                            Sharon Oras Morgan

Dated: November 15, 2022