


Kathy D. Patrick
Partner
kpatrick@gibbsbruns.com
713.751.5253

November 21, 2022

<u>Via CM/ECF</u>
Special Master Thomas P. Scrivo, Esq.
O'Toole Scrivo, LLC
14 Village Park Road
Cedar Grove, New Jersey 07009
tscrivo@oslaw.com

      Re:   *Occidental Chemical Corp. v. 21st Century Fox Am., Inc., et al.*,
             **Civil Action No. 2:18-cv-11273-MCA-LDW**

Dear Special Master Scrivo:

     We are enclosing a Joint Stipulation and Proposed Order regarding Deposition-Related Motions executed by counsel for OxyChem and all liaison counsel. The parties respectfully request entry of the Joint Stipulation and Proposed Order.

                                    Respectfully submitted,

                                      Kathy D. Patrick

                                    /s/ *John J. McDermott*

                                  John J. McDermott

Enc.
cc:     All counsel of record

226087260v1