UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Occidental Chemical Corporation**, | Hon. Madeline Cox Arleo |
| Plaintiff; | Hon. Magistrate Judge Leda D. Wettre |
| v. | |
| **21st Century Fox America, Inc.** *et al.*, | Case No. 2:18-cv-11273-MCA-LDW |
| Defendants and Third Party Plaintiffs; | **Order Granting Admission** *Pro Hac Vice* **of Wesley S. Stevenson** |
| **Passaic Valley Sewerage Commissioners,** *et al.*, | **[L.Civ.R. 101(c)]** |
| Defendants and Third Party Defendants. | |

**THIS MATTER** having come before the Court upon motion of Defendants Arkema Inc., Atlantic Richfield Company, E. I. du Pont de Nemours and Company, Johnson & Johnson Consumer, Inc., and Pitt-Consol Chemical Company, by and through their counsel, David A. Haworth, of Ballard Spahr LLP, for an Order admitting Wesley S. Stevenson *pro hac vice* pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the application, which reflect that Wesley S. Stevenson satisfies the requirements set forth in the Local Civil Rule; and there being no opposition to this motion; and for other good cause shown; and

**WHEREAS,** Ms. Stevenson is a member in good standing of the Bar of the Commonwealth of Pennsylvania; no disciplinary proceedings are pending against Ms. Stevenson in any jurisdiction; and no discipline has previously been imposed on Ms. Stevenson by any jurisdiction.

**IT IS HEREBY ORDERED** on this   6th   day of December 2022, that Defendants' Motion for an Order admitting Wesley Stevenson *pro hac vice* is hereby **GRANTED**.

**IT IS FURTHER ORDERED AS FOLLOWS:**

1. Ms. Stevenson shall comply with all aspects of L. Civ. R. 101.1;

2. Ms. Stevenson shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, L.Civ.R. 104.1, Discipline of Attorneys, and Appendix R;

3. Pursuant to L.Civ.R. 101.1(c)(4), all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate of the law firm Ballard Spahr LLP, attorneys of record for Defendants who are admitted to the Bar of this Court, and shall be held responsible for said papers and for the conduct of the case and will be held responsible for the attorney admitted hereby;

4. Ms. Stevenson shall pay to the New Jersey Lawyers' Fund for Client Protection the sum of two hundred and twelve dollars and 00/100 ($212.00), as provided by New Jersey State Court Rule 1:28-2(a), within ten (10) days from the date of this Order;

5. Ms. Stevenson shall, pursuant to L.Civ.R. 101(c)(3), pay to the Clerk, USDC, the sum of One Hundred Fifty Dollars and 00/100 ($150.00) within ten (10) days from the date of this Order;

6. Ms. Stevenson shall notify this Court immediately of any disciplinary charges brought against her in the Bar of any other court;

- 3 -

7. Ballard Spahr LLP may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

**IT IS SO ORDERED.**

*/s/ Leda Dunn Wettre*

Hon. Leda Dunn Wettre, U.S.M.J.