# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | ) | Civil Action No. 2:18-cv-11273 (MCA-LDW) |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF APPEARANCE** |
| 21ST CENTURY FOX AMERICA, INC. et al., | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Judy Lu, an attorney at the law firm of Robinson & Cole LLP, and a member of this Court in good standing, enters her appearance in the above-captioned matter as counsel for defendant Kalama Specialty Chemicals, Inc.

Dated:  December 12, 2022

Respectfully submitted,

*/s/ Judy Lu*
Judy Lu (Bar #  285962018)
Robinson & Cole LLP
Chrysler East Building
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone:  (212) 451-2900
Facsimile:   (212) 451-2999
jlu@rc.com
*Counsel to Kalama Specialty Chemicals, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that, on December 12, 2022, she caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, which caused an electronic copy of this filing to be served on counsel of record.

*/s/ Judy Lu*
Judy Lu

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on December 12, 2022, she caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, which caused an electronic copy of this filing to be served on counsel of record.

*/s/ Judy Lu*
Judy Lu