# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 21ST CENTURY FOX AMERICA, INC. et al., ) <br> ) <br> Defendants. ) | Civil Action No. 2:18-cv-11273 (MCA-LDW) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Judy Lu, an attorney at the law firm of Robinson & Cole LLP and a member of this Court in good standing, enters her appearance in the above-captioned matter as counsel for defendant Otis Elevator Company.

Dated: December 12, 2022                     Respectfully submitted,

*/s/ Judy Lu*
Judy Lu (Bar # 285962018)
Robinson & Cole LLP
Chrysler East Building
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
jlu@rc.com
*Counsel to Otis Elevator Company*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on December 12, 2022, she caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, which caused an electronic copy of this filing to be served on counsel of record.

*/s/ Judy Lu*_____
Judy Lu
