Kegan A. Brown
Direct Dial: (212) 906-1224
Kegan.Brown@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**LATHAM & WATKINS LLP**

December 12, 2022

**VIA ECF**

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Occidental Chemical Corp. v. 21st Century America, Inc., et al.,* No. 2:18-cv-11273-MCA-LDW

Dear Judge Wettre:

This firm represents defendant PPG Industries, Inc. ("PPG") in the above-captioned matter. Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request Your Honor's approval of the withdrawal of Thomas Pearce of Latham & Watkins LLP as PPG's pro hac vice counsel. Mr. Pearce was admitted pro hac vice on behalf of PPG by this Court's Order on October 17, 2019 (Dkt. No. 866).[1]

Latham & Watkins LLP intends to file a substitution of counsel shortly, so that the law firm of Babst, Calland, Clements & Zomnir, P.C. will replace Latham & Watkins LLP as attorneys of record for PPG. Until that time, PPG will continue to be represented by its other counsel of record at Latham & Watkins LLP, including Gary Gengel and myself, in this action.

If Your Honor approves, we respectfully request that this letter be "So Ordered" by Your Honor and filed on the docket. We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Kegan A. Brown
Kegan A. Brown
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)

---

[1] This withdrawal relates to PPG only. Thomas Pearce of Latham & Watkins LLP will continue to be admitted pro hac vice to represent defendants General Electric Company and Sequa Corporation in this action.

LATHAM&WATKINS LLP

SO ORDERED this \_\_\_\_ day of December 2022.

_____
Hon. Leda D. Wettre, USMJ