**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

OCCIDENTAL CHEMICAL CORPORATION,

Plaintiff,

v.

21st CENTURY FOX AMERICA, INC. *et al.*,

Defendants and Third Party Plaintiffs,

v.

PASSAIC VALLEY SEWERAGE COMMISSIONERS, et al.,

Third Party Defendants.

Hon. Madeline Cox Arleo
Hon. Magistrate Leda Dunn Wettre

C.A. NO. 2:18-cv-11273 (MCA-LDW)

**SUBSTITUTION OF COUNSEL FOR DEFENDANT PPG INDUSTRIES, INC.**

It is hereby stipulated and agreed that Casey Alan Coyle, Babst, Calland, Clements & Zomnir, P.C., Two Gateway Center, 6th Floor, 603 Stanwix Street, Pittsburgh, PA 15222, be and hereby is substituted in place and instead of Gary P. Gengel, Kegan A. Brown, and Thomas C. Pearce, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, as attorneys for Defendant PPG Industries, Inc. in this action and that this substitution be entered into effect without further notice.[1]

[1] This substitution relates to PPG Industries, Inc. only. Latham & Watkins LLP continues to represent Defendants General Electric Company and Sequa Corporation in this action.

| **SUBSTITUTING ATTORNEY** | **WITHDRAWING ATTORNEY** |
|---|---|
| **Babst, Calland, Clements & Zomnir, P.C.**<br><br>By: /s/Casey Alan Coyle<br>Casey Alan Coyle, Esquire<br>Two Gateway Center, 6th Floor<br>603 Stanwix Street<br>Pittsburgh, PA 15222<br>Tel: (267) 939-5832<br>Email: ccoyle@babstcalland.com<br><br>Dated: December 12, 2022 | **Latham & Watkins LLP**<br><br>By: /s/Kegan A. Brown<br>Gary P. Gengel<br>Kegan A. Brown<br>Thomas C. Pearce (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 906-1200<br>Email: Gary.Gengel@lw.com<br>Kegan.Brown@lw.com<br>Thomas.Pearce@lw.com<br><br>Dated: December 12, 2022 |