# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

OCCIDENTAL CHEMICAL CORPORATION )
                                          )
                    Plaintiff, )
                                          )
vs. )
                                          )
21ST CENTURY FOX AMERICA, INC. et al., )
                                          )
                  Defendants. )

Civil Action No. 2:18-cv-11273 (JLL-JAD)

**NOTICE OF SUBSTITUTION OF ATTORNEY**

     PLEASE TAKE NOTICE that Judy Lu, Esq., an attorney at the law firm of Robinson & Cole LLP and a member of this Court in good standing, hereby substitutes her Appearance, filed on December 12, 2022 (Docket Entry #2232) in the above-captioned matter, in place of Abby M. Warren, as counsel for defendant Goodrich Corporation.  The undersigned consequently requests that Attorney Warren be removed from the ECF Service List in light of her Appearance.

Dated:  December 14, 2022           Respectfully submitted,

                                           */s/ Judy Lu*
                                           Judy Lu (Bar #  285962018)
                                           Robinson & Cole LLP
                                           Chrysler East Building
                                           666 Third Avenue, 20th Floor
                                           New York, New York 10017
                                           Telephone:  (212) 451-2900
                                           Facsimile:   (212) 451-2999
                                           jlu@rc.com
                                           *Counsel to Goodrich Corporation*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on December 14, 2022, she caused a true

and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system,

which caused an electronic copy of this filing to be served on counsel of record.

/s/ Judy Lu
Judy Lu