# EXHIBIT A

## Settling Defendants
## Lower Passaic River Study Area of the Diamond Alkali Superfund Site (OU2 & OU4)

|     | CD Action Settling Defendants | OxyChem Litigation Parties |
| --- | --- | --- |
| 1.  | TFCF America, Inc. (f/k/a 21st Century Fox America, Inc.) | Primary Defendant |
| 2.  | Alden Leeds, Inc. | Primary Defendant |
| 3.  | Alliance Chemical, Inc. | Primary Defendant |
| 4.  | Arkema Inc. (f/k/a the Pennwalt Corporation/Atochem North America, Inc./Elf Atochem North America, Inc./ATOFINA Chemicals, Inc.) | Primary Defendant |
| 5.  | Ashland Inc. (f/k/a Ashland LLC) | Primary Defendant |
| 6.  | Atlantic Richfield Company | Primary Defendant |
| 7.  | Atlas Refinery, Inc. | Primary Defendant |
| 8.  | BASF Corporation<br>BASF Catalysts LLC (a wholly owned subsidiary of BASF Corporation) | Primary Defendant |
| 9.  | Benjamin Moore & Co. | Primary Defendant |
| 10. | Newell Brands Inc. on behalf of itself and Berol Corporation | Primary Defendant |
| 11. | Canning Gumm, LLC | Primary Defendant |
| 12. | Paramount Global (f/k/a ViacomCBS f/k/a CBS Corporation) | Primary Defendant |
| 13. | CNA Holdings LLC (for Rome and Ferry Streets)<br>CNA Holdings LLC / Celanese Ltd. (by and through its general partner Celanese International Corporation), and its contractual indemnitor Essex County Improvement Authority (for Doremus Avenue) | Primary Defendant |
| 14. | Chevron Environmental Management Company for itself and on behalf of Texaco Inc., TRMI-H LLC (formerly known as Getty Refining and Marketing Company, and Getty Oil Company (Eastern Operations) Inc.) and Four Star Oil & Gas Company (f/k/a Getty Oil Company and Tidewater Oil Company) | |
| 15. | Coats & Clark, Inc. | Primary Defendant |
| 16. | Congoleum Corporation | |

|  | CD Action<br>Settling Defendants | OxyChem<br>Litigation<br>Parties |
|---|---|---|
|  | Now known as 'Old Congoleum' as defined in Section III of this Consent Decree and Liberty Mutual Insurance Company ("Liberty Mutual"), in its capacity as an insurer of Old Congoleum. |  |
| 17. | Conopco, Inc., d/b/a Unilever (as successor to CPC/Bestfoods, former parent of Penick Corporation) | Primary Defendant |
| 18. | Cooper Industries, LLC, as successor-by-merger to Cooper Industries, Inc., which was the successor-by-merger to McGraw-Edison Company (formed by the merger of McGraw Electric Company and Thomas A. Edison, Inc.) as successor to liabilities associated with the Belmont Facility and the Glen Ridge Facility of (1) Thomas A. Edison, Inc., (2) Thomas A. Edison, (3) Edison Storage Battery Company, (4) Storage Battery Division of Thomas A. Edison, Inc., (5) Edison Storage Battery Company (also known as the Chemical Works Division and/or the Active Materials Division), (6) Cooper Industries, Inc.'s former subsidiary, Battery Products, Inc.;<br>Cooper Industries, LLC, as successor to J. Wiss & Sons, Inc. with respect to liabilities associated with the Littleton Facility and the Bank Street Facility of J. Wiss & Sons, Inc./Jacob Wiss and other Wiss family members/Fredken Corp. | Primary Defendant |
| 19. | Covanta Essex Company, f/k/a American Ref-Fuel Company of Essex, a New Jersey general partnership and its former and current partners Covanta Essex LLC (f/k/a ARC Essex LLC and Duke/UAE Essex LLC) and Covanta Essex II, LLC (f/k/a Covanta Essex II, Inc., ARC Essex II, Inc. and Duke/UAE Essex II, Inc.) | Primary Defendant |
| 20. | Croda Inc. | Primary Defendant |
| 21. | Curtiss-Wright Corporation | Primary Defendant |
| 22. | Darling Ingredients Inc. | Primary Defendant |
| 23. | DII Industries, LLC | Primary Defendant |
| 24. | DPC Settling Parties (DiLorenzo Properties Company, a limited partnership, including current and former partners; the Estates of Sol Goldman, Irving Goldman, Alex |  |

2

|     | CD Action Settling Defendants | OxyChem Litigation Parties |
| --- | --- | --- |
|     | DiLorenzo, Jr. and Alex DiLorenzo III; and Goldlex Holding Company and GHC in Liquidation, as well as the partnerships between the Estate of Sol Goldman, Irving Goldman and DiLorenzo Properties Company) |     |
| 25. | Elan Chemical Co., Inc. | Primary Defendant |
| 26. | EM Sergeant Pulp & Chemical Company |     |
| 27. | EnPro Holdings, Inc. as successor to the liabilities of EnPro Industries, Inc., Coltec Industries Inc., Colt Industries Inc., Crucible Steel Corporation, Crucible, Inc., and Crucible Steel Company of America, and EnPro Industries, Inc. as indemnitor to Crucible Materials Corporation | Primary Defendant |
| 28. | EPEC Polymers, Inc., on behalf of itself and El Paso Tennessee Pipeline Co. |     |
| 29. | Essex Chemical Corporation, including Essex Industrial Chemicals, Inc. as its wholly owned subsidiary. | Primary Defendant |
| 30. | Everett Smith Group, Ltd., n/k/a Lear Mexican Seating Corporation | Primary Defendant |
| 31. | Fiske Brothers Refining Co. |     |
| 32. | Flexon Industries Corp. |     |
| 33. | Franklin-Burlington Plastics, Inc. | Primary Defendant |
| 34. | Garfield Molding Company, Inc. | Primary Defendant |
| 35. | General Electric Company | Primary Defendant |
| 36. | Givaudan Fragrances Corporation | Primary Defendant |
| 37. | Goodrich Corporation for itself, Kalama Specialty Chemicals, Inc. and Noveon Kalama Inc. (f/k/a Kalama Chemical, Inc., f/k/a BFGoodrich Kalama, Inc.) | Primary Defendant |
| 38. | L3Harris Technologies, Inc., (f/k/a Harris Corporation), successor in interest to Exelis Inc., successor in interest to ITT Corporation with respect to its former facility in Clifton and Nutley, NJ. | Primary Defendant |
| 39. | Harrison Supply Company |     |
| 40. | The Hartz Consumer Group, Inc. as successor to certain liabilities of The Hartz Mountain Corporation, on its behalf, and on behalf of The Hartz Mountain Corporation | Primary Defendant |
| 41. | Hexcel Corporation | Primary Defendant |
| 42. | Hoffmann-La Roche Inc. | Primary Defendant |

3

|     | CD Action<br>Settling Defendants | OxyChem<br>Litigation<br>Parties |
| --- | --- | --- |
| 43. | Honeywell International Inc. | Primary Defendant |
| 44. | ISP Chemicals LLC | Primary Defendant |
| 45. | Kearny Smelting & Refining | Primary Defendant |
| 46. | Leemilt's Petroleum, Inc. (successor to Power Test of New Jersey, Inc.), on its behalf and on behalf of Power Test Realty Company Limited Partnership and Getty Properties Corp., the General Partner of Power Test Realty Company Limited Partnership | Primary Defendant |
| 47. | Legacy Vulcan, LLC | Primary Defendant |
| 48. | Mallinckrodt LLC (f/k/a Mallinckrodt Inc.) | Primary Defendant |
| 49. | National-Standard, LLC (f/k/a National-Standard Company) | Primary Defendant |
| 50. | Neu Holdings U.S. Corporation, a Delaware corporation (f/k/a Eden Wood Corporation, a New Jersey corporation) and Eden Wood Corporation, a Delaware corporation, each as the actual or alleged successor-in-interest to Whippany Paper Board Co., Inc., a New Jersey corporation. | Primary Defendant |
| 51. | The Newark Group, Inc., on its behalf and as successor to Newark Boxboard Company | Primary Defendant |
| 52. | Newark Morning Ledger Co. |  |
| 53. | Newell Brands Inc. on behalf of itself and its indemnitee and former subsidiary Goody Products, Inc. | Primary Defendant |
| 54. | Novelis Corporation (f/k/a Alcan Aluminum Corporation) | Primary Defendant |
| 55. | The Okonite Company, Inc. | Primary Defendant |
| 56. | Otis Elevator Company | Primary Defendant |
| 57. | Pabst Brewing Company, LLC | Primary Defendant |
| 58. | Palin Enterprises L.L.C. | Primary Defendant |
| 59. | Passaic Pioneer Properties Co. |  |
| 60. | Pfizer Inc. |  |
| 61. | Pitt-Consol Chemical Company and E. I. du Pont de Nemours and Company on its own behalf and on behalf of Pitt-Consol Chemical Company | Primary Defendant |
| 62. | PPG Industries, Inc. | Primary Defendant |
| 63. | Purdue Pharma Technologies, Inc. and Nappwood Land Corporation (a subsidiary of Purdue Pharma Technologies Inc.) | Primary Defendant |
| 64. | Quality Carriers, Inc. | Primary Defendant |

19805462.1

|  | CD Action<br>Settling Defendants | OxyChem<br>Litigation<br>Parties |
|---|---|---|
|  | Quala Systems, Inc. |  |
| 65. | Revere Smelting and Refining Corporation | Primary Defendant |
| 66. | Royce Associates, a Limited Partnership | Primary Defendant |
| 67. | RTC Properties, Inc. | Primary Defendant |
| 68. | S&A Realty Corp. |  |
| 69. | Safety-Kleen Envirosystems Company, by McKesson Corporation, and McKesson Corporation | Primary Defendant |
| 70. | Schiffenhaus Packaging Corp., WestRock Company and its subsidiary WestRock-Southern Container, LLC | Primary Defendant |
| 71. | Sequa Corporation | Primary Defendant |
| 72. | Spectraserv, Inc. | Primary Defendant |
| 73. | Stanley Black & Decker, Inc. (f/k/a The Stanley Works) | Primary Defendant |
| 74. | STWB Inc. | Primary Defendant |
| 75. | Sun Chemical Corporation (f/k/a Sun/DIC Acquisition Corporation), and DIC Americas Inc. as guarantor | Primary Defendant |
| 76. | Primary Products Ingredients Americas LLC (f/k/a Tate & Lyle Ingredients Americas LLC f/k/a A.E. Staley Manufacturing Company) | Primary Defendant |
| 77. | Teva Pharmaceuticals USA, Inc. |  |
| 78. | Teval Corporation (f/k/a Charles F. Guyon General Piping Company) | Primary Defendant |
| 79. | Textron, Inc. | Primary Defendant |
| 80. | KAO USA Inc. (f/k/a The Andrew Jergens Co.) |  |
| 81. | Messer LLC (f/k/a Linde LLC, f/k/a The BOC Group, Inc.) |  |
| 82. | The Sherwin-Williams Company | Primary Defendant |
| 83. | Three County Volkswagen |  |
| 84. | Tiffany and Company | Primary Defendant |
| 85. | Wyeth (now known as Wyeth LLC) on behalf of itself and (1) its subsidiary American Cyanamid Company (now known as Wyeth Holdings LLC), and (2) Shulton Inc. |  |

19805462.1