

Matthew J. Sinkman
Counsel

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
Direct: (212) 613-2011
Fax: (212) 554-9603
msinkman@gibbonslaw.com

December 24, 2022

**VIA CM/ECF**
Special Master Thomas P. Scrivo, Esq.
O'Toole Scrivo, LLC
14 Village Park Road
Cedar Grove, New Jersey 07009
tscrivo@oslaw.com

      Re:    *Occidental Chemical Corp. v. 21st Century Fox America, Inc. et al*.
             Docket No. 2:18-cv-11273-MCA-LDW

Dear Special Master Scrivo:

    We represent Defendant MI Holdings, Inc. ("MIH") in the above-captioned matter. I write to request a short extension of time and enlargement of the page limit to respond to the letter-motion by Plaintiff Occidental Chemical Corporation ("OCC") seeking protection from the Federal Rule of Civil Procedure 30(b)(6) deposition notices served upon it by the Small Parties Group ("SPG"). *See* ECF No. 2227 (OCC's motion).

    Given the scope and significance of the issues raised in OCC's motion and the holiday season, MIH requests an extension until **January 6, 2023** to respond to OCC's motion. MIH also requests a limit of **10 pages**, single-spaced, to respond to the motion.

    I understand that the Special Master has granted a similar request by the SPG. *See* ECF No. 2230. While MIH is a member of the SPG, MIH plans to separately oppose OCC's motion to highlight issues of critical importance to MIH and to provide MIH's unique perspective on arguments in OCC's motion. I have contacted counsel for OCC about MIH's request, but I have not yet received a response.

    Thank you in advance for your attention to this matter.

                                                   Respectfully submitted,

                                                   */s/ Matthew J. Sinkman*

                                                   Matthew J. Sinkman
                                                   Counsel

    cc:    All counsel of record