# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Madeline Cox Arleo |
| Plaintiff, | Hon. Magistrate Leda D. Wettre |
| vs. | Civil Action No. 2:18-CV-11273 (JLL-JAD) |
| ALDEN LEEDS, INC., *et al.*, | **NOTICE OF APPEARANCE** |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Barbara Hopkinson Kelly, Esq. of Wilson Elser Moskowitz Edelman & Dicker LLP hereby enters her appearance as counsel for defendant COVANTA ESSEX COMPANY in the above titled matter and requests that all pleadings, papers, and notices given, served, or required to be given or served in this matter be given to and served upon Barbara Hopkinson Kelly, Esq. of Wilson Elser Moskowitz Edelman & Dicker LLP.

Dated: January 5, 2023

Respectfully submitted,

*/s/ Barbara Hopkinson Kelly*
**Barbara Hopkinson Kelly, Esq.**
**Wilson Elser Moskowitz Edelman & Dicker LLP**
7 Giralda Farms, Suites 100/110
Madison, NJ 07940
973.735.5765 (Direct)
646.289.2093 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
barbara.kelly@wilsonelser.com

Counsel for Defendant Covanta Essex Company

152584888v.1

## CERTIFICATE OF SERVICE

I, Barbara Hopkinson Kelly, hereby certify that on January 5, 2023, I caused a copy of the foregoing document to be served via electronic filing on all counsel of record.

Dated: January 5, 2023

*/s/ Barbara Hopkinson Kelly*
**Barbara Hopkinson Kelly, Esq.**
**Wilson Elser Moskowitz Edelman & Dicker LLP**
7 Giralda Farms, Suites 100/110
Madison, NJ 07940
973.735.5765 (Direct)
646.289.2093 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
barbara.kelly@wilsonelser.com

Counsel for Defendant Covanta Essex Company

152584888v.1