LANGSAM STEVENS SILVER & HOLLAENDER LLP
65 South Main Street,
Suite B102
Pennington, NJ 08534
Tel.   (856)727-0315
By:    John J. McDermott, Esq.
       (jmcdermott@lssh-law.com)

GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Tel.   (713) 650-8805
By:    Kathy D. Patrick, Esq.
       (kpatrick@gibbsbruns.com)

*Attorneys for Plaintiff Occidental Chemical Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | Hon. Madeline Cox Arleo |
| | Hon. Leda Dunn Wettre |
| Plaintiff, | |
| | Civil Action No. 2:18-cv-11273 |
| v. | |
| | |
| 21ST CENTURY FOX AMERICA, INC., *et al.*; | **NOTICE OF WITHDRAWAL OF** |
| | **KATHERINE H. KUNZ AND** |
| Defendants and Third-Party Plaintiffs, | **REQUEST TO BE REMOVED** |
| | **FROM ECF SERVICE LIST** |
| v. | |
| | |
| PASSAIC VALLEY SEWERAGE | |
| COMMISSIONERS, *et al.*, | |
| | |
| Third-Party Defendants. | |

TO: The Clerk and all parties of record.

**PLEASE TAKE NOTICE** that Katherine H. Kunz, admitted *pro hac vice,* hereby withdraws her appearance in the above-captioned matter as counsel for Plaintiff Occidental Chemical Corporation and requests that she be removed from the list of ECF recipients in this matter.

Dated: January 5, 2023                             Respectfully

                                                     */s/ John J. McDermott*
                                             John J. McDermott, Esq.

                                             *Attorney for Plaintiff*
                                             *Occidental Chemical Corporation*

It is SO ORDERED this____ day of _____, 2023.

_____
Hon. Leda Dunn Wettre, U.S.M.J.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 5, 2023 a copy of Occidental Chemical Corporations Notice of Withdrawal of Counsel was served on all parties via ECF.

Dated: January 5, 2023                      By:   */s/ John J. McDermott*
                                                                           John J. McDermott, Esq.