# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC., et al.,<br><br>Defendants and<br>Third-Party Plaintiffs,<br><br>v.<br><br>PASSAIC VALLEY SEWERAGE COMMISSIONERS, et al.,<br><br>Defendants and<br>Third-Party Defendants. | Hon. Madeline Cox Arleo<br>Hon. Magistrate Leda Dunn Wettre<br><br>Case No: 2:18-cv-11273 (MCA-LDW)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Zachary L. Berliner of Lowenstein Sandler LLP is admitted to practice in this Court and hereby enters his appearance on behalf of Defendant Nokia of America Corporation. Accordingly, the undersigned respectfully requests that all future notices and other papers in this matter be served upon him.

                                                Respectfully submitted,

<u>Dated</u>:  February 10, 2023            <u>/s/ Zachary L. Berliner</u>
                                              Zachary L. Berliner, Esq.
                                              **LOWENSTEIN SANDLER LLP**
                                              One Lowenstein Drive
                                              Roseland, New Jersey 07068
                                              Telephone: (973) 422-6434
                                              Facsimile: (973) 597-2400
                                              Email: zberliner@lowenstein.com
                                              *Counsel for Nokia of America Corporation*

12453/126
02/10/2023 209944957.1