# O'TOOLE SCRIVO

A LIMITED LIABILITY COMPANY

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

February 14, 2023

**VIA ECF**
All Counsel

    Re:    **Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.**
                 **Civil Action No. 2:18-cv-11273 (MCA)(LDW)**

Dear Counsel:

    This letter shall confirm that the February 15, 2023, conference is cancelled. We will further communicate with the parties as to the schedule of monthly conferences. Should any matters arise that require more emergent attention, please contact my office.

    Thank you.

Very truly yours,

*/s/ Thomas P. Scrivo*

Thomas P. Scrivo

cc:    Hon. Leda D. Wettre, U.S.M.J. (*via ECF*)