RYDER T. ULON, ESQ.
Schenck, Price, Smith & King, LLP
220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932
973-540-7321
rtu@spsk.com
Attorneys for Defendant
Neu Holdings U.S. Corporation

RYAN RUSSELL KEMPER, ESQ.
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
rkemper@thompsoncoburn.com
Attorneys for Defendant
Neu Holdings U.S. Corporation
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>21ST CENTURY FOX AMERICA INC., *et al.*,<br><br>Defendants. | No. 2:18-cv-11273 |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Ryan Russell Kemper withdraws as counsel for Defendant Neu Holdings U.S. Corporation ("Neu Holdings") in the above-referenced matter. Defendant Neu Holdings will continue to be represented by counsel of record for Neu Holdings, Ryder T. Ulon of Schenck, Price, Smith & King, LLP.

29696580

DATED: March 28, 2023

                                            Respectfully submitted,

SCHENCK, PRICE, SMITH & KING, LLP
Attorneys for Defendant
Neu Holdings U.S. Corporation

By: /s/ Ryder T. Ulon
RYDER T. ULON, ESQ.

THOMPSON COBURN LLP
Attorneys for Defendant
Neu Holdings U.S. Corporation

By: /s/ Ryan Russell Kemper
RYAN RUSSELL KEMPER, ESQ.
Admitted *Pro Hac Vice*

## CERTIFICATION OF SERVICE

I hereby certify that on March 28, 2023, the undersigned caused a copy of the foregoing to be served via the Court's CM/ECF system on all counsel of record in the above-captioned case.

DATED: March 28, 2023

/s/ Ryder T. Ulon
RYDER T. ULON, ESQ.