**PretiFlaherty**

Portland, ME
Augusta, ME
Concord, NH
Boston, MA
Washington, DC

Jeffrey D. Talbert
jtalbert@preti.com
207.791.3239

April 26, 2023

**VIA CM/ECF**

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **RE:**   *Occidental Chemical Corp. v. 21st Century Fox America, Inc., et al.*
             **Docket No. 2:18-cv-11273-MCA-LDW**

Dear Magistrate Judge Wettre:

    This evening, OxyChem filed a letter [ECF 2296] requesting that the Court "re-open" the above-captioned matter. I write to make clear that the Small Parties Group ("SPG"), including the SPG parties specifically identified in Exhibits A and B of OxyChem's letter, opposes lifting the stay. There has been no development that warrants lifting the stay in that matter.

    Although OxyChem's request can be discussed on the conference scheduled for May 8, along with OxyChem's subsequent filing in *Occidental Chemical Corp. v. Givaudan Fragrances Corp.*, No. 2:23-cv-01699 (D.N.J.), its letter contains numerous inaccuracies and misstatements that require a response. Therefore, the SPG plans to respond to OxyChem's letter shortly.

                                                Respectfully submitted,

                                               *s/ Jeffrey D. Talbert*
                                               **PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
                                               One City Center
                                               Portland, ME 04101
                                               Tel: 207.791.3239

                                               *Liaison Counsel for the Small Parties Group*

    cc:    All counsel of record