**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

<table>
<tr><td>

OCCIDENTAL CHEMICAL CORPORATION,

       Plaintiff,

v.

21st CENTURY FOX AMERICA, INC., *et al.*,

       Defendants.

</td><td>

Case No. 2:18-cv-11273-MCA-LDW

**NOTICE OF PARTY NAME CHANGE**

</td></tr>
</table>

PLEASE TAKE NOTICE that the name of Defendant Sequa Corporation in the above-captioned matter has changed from Sequa Corporation to Chromalloy Corporation.

Dated: May 23, 2023
      New York, New York

                         Respectfully submitted,

                         **LATHAM & WATKINS LLP**

                         By: s/ Gary P. Gengel
                              Gary P. Gengel
                              Kegan A. Brown
                              1271 Avenue of the Americas
                              New York, NY 10020
                              Telephone: (212) 906-1200
                              Facsimile: (212) 751-4864
                              Email: gary.gengel@lw.com
                                   kegan.brown@lw.com

                         *Attorneys for Defendant Sequa Corporation*
                         *(now known as Chromalloy Corporation)*

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>21st CENTURY FOX AMERICA, INC., *et al.*,<br><br>Defendants. | Case No. 2:18-cv-11273-MCA-LDW<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on May 23, 2023, I electronically filed the attached Notice of Party Name Change by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

Dated: May 23, 2023
      New York, New York

                    Respectfully submitted,

                    **LATHAM & WATKINS LLP**

                    By: s/ Gary P. Gengel
                        Gary P. Gengel
                        Kegan A. Brown
                        1271 Avenue of the Americas
                        New York, NY 10020
                        Telephone: (212) 906-1200
                        Facsimile: (212) 751-4864
                        Email: gary.gengel@lw.com
                                  kegan.brown@lw.com

                    *Attorneys for Defendant Sequa Corporation*
                    *(now known as Chromalloy Corporation)*