



Kathy D. Patrick
Partner
713.751.5253
kpatrick@gibbsbruns.com

June 6, 2023

*Via CM/ECF*

The Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

      **Re:**    *Occidental Chemical Corp. v. 21st Century Fox Am., Inc., et al.*
             **Civil Action No. 2:18-cv-11273-MCA-LDW**

Dear Magistrate Judge Wettre:

    We write on behalf of Occidental Chemical Corporation (OxyChem) to submit for the Court's consideration a proposed Order addressing the stay of the above-captioned matter. All parties have agreed to the proposed Order.

    We appreciate the Court's attention to this matter.

                    Respectfully submitted,

                    Kathy D. Patrick

                    /s/ *John J. McDermott*

                    John J. McDermott

cc:    All Counsel of Record (via ECF)