CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
973.325.1500
Diana L. Buongiorno, Esq. (027741999)
*Attorneys for Defendants*
*CNA Holdings*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>21st CENTURY FOX AMERICA, INC., ET AL.<br><br>Defendants. | Civil Action No. 18-cv-11273 (JLL)(JAD)<br><br>**Civil Action**<br><br>**SUBSTITUTION OF COUNSEL** |

The undersigned hereby consent to the substitution of Diana L. Buongiorno, Esq., Chiesa Shahinian & Giantomasi PC, for Jim O'Toole, as counsel for Defendant, CNA Holdings LLC in the above-captioned matter.

| **Withdrawing Attorneys** | **Superseding Attorneys** |
|---|---|
| BUCHANAN INGERSOLL & ROONEY | CHIESA SHAHINIAN & GIANTOMASI PC |
| By: */s/Jim O'Toole* <br>       JIM O'TOOLE | By: */s/ Diana L. Buongiorno* <br>       DIANA L. BUONGIORNO |
| Dated:  June 7, 2023 | Dated:  June 7, 2023 |

4891-5398-8966