**MCCARTER & ENGLISH, LLP**
1600 Market Street, Suite 3900
Philadelphia, PA 19103
*Attorneys for Alden Leeds, Inc.*

### UNITES STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>21st CENTURY FOX AMERICA, INC. *et al.*<br><br>                Defendants. | Civil Action No.: 2:18-cv-11273 MCAL-LDW |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Candee Wilde, an attorney at the firm of McCarter & English, LLP, and a member of this Court in good standing, enters her appearance as counsel of record in this action on behalf of Defendant Sunoco Partners Marketing & Terminals L.P.


Dated: August 4, 2023               **MCCARTER & ENGLISH, LLP**

/s/ *Candee Wilde*
Candee Wilde, Esquire  (Bar #132432014)
1600 Market Street, Suite 3900
Philadelphia, Pennsylvania 19103
(T) 215.979.3800
(F) 215.979.3899
cwilde@mccarter.com

ME1 45667788v.1

## CERTIFICATE OF SERVICE

I, Candee Wilde, hereby certify that on August 4, 2023, I caused a copy of the foregoing document to be served via electronic filing on all counsel of record.

| | |
|---|---|
| Dated: August 4, 2023 | **MCCARTER & ENGLISH, LLP** |
| | /s/ *Candee Wilde* |
| | Candee Wilde, Esquire |
| | 1600 Market Street, Suite 3900 |
| | Philadelphia, Pennsylvania 19103 |
| | (T) 215.979.3800 |

ME1 45667788v.1