**MCCARTER & ENGLISH, LLP**
1600 Market Street, Suite 3900
Philadelphia, PA 19103
*Attorneys for Alden Leeds, Inc.*

UNITES STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>             Plaintiff,<br><br>      v.<br><br>21st CENTURY FOX AMERICA, INC. *et al.*<br><br>          Defendants. | Civil Action No.: 2:18-cv-11273 MCAL-LDW |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND ECF NOTIFICATIONS OF CONNOR ERIC PHALON, ESQ.**

PLEASE TAKE NOTICE THAT Connor Eric Phalon, Esquire has left the firm of McCarter & English, LLP as of July 12, 2023. Therefore, please remove him as attorney of record for Defendants Energy Transfer (R&M), LLC f/k/a Sunoco (R&M), LLC and Sunoco Partners Marketing & Terminals L.P and from ECF notifications in the above-captioned action. Lanny Steven Kurzweil, Esq. and Candee Wilde, Esq. will remain as counsel of record for Defendants Energy Transfer (R&M), LLC f/k/a Sunoco (R&M), LLC and Sunoco Partners Marketing & Terminals L.P.

Dated: August 4, 2023
                               **MCCARTER & ENGLISH, LLP**

                               */s/ Candee Wilde*

Candee Wilde, Esquire  (Bar #132432014)
1600 Market Street, Suite 3900
Philadelphia, Pennsylvania 19103
(T) 215.979.3800
(F) 215.979.3899
cwilde@mccarter.com

## CERTIFICATE OF SERVICE

I, Candee Wilde, hereby certify that on August 4, 2023, I caused a copy of the

foregoing document to be served via electronic filing on all counsel of record.

Dated: August 4, 2023                              **MCCARTER & ENGLISH, LLP**

                                                   */s/ Candee Wilde*
                                                   Candee Wilde, Esquire
                                                   1600 Market Street, Suite 3900
                                                   Philadelphia, Pennsylvania 19103
                                                   (T) 215.979.3800