**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | ) | |
| | ) | Civil Action No. |
| | ) | 2:18-cv-11273-MCA-LDW |
| Plaintiff, | ) | |
| | ) | Electronically Filed |
| v. | ) | |
| | ) | |
| 21ST CENTURY FOX AMERICA, INC., *et al.* | ) | **OCCIDENTAL CHEMICAL** |
| | ) | **CORPORATION'S REQUEST TO** |
| Defendants/Third-Party Plaintiffs, | ) | **ENTER DEFAULT AGAINST** |
| | ) | **DEFENDANT FOUNDRY STREET** |
| v. | ) | **CORPORATION** |
| | ) | |
| PASSAIC VALLEY SEWERAGE | ) | |
| COMMISSIONERS, *et al.*, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter upon the docket the default of Defendant Foundry Street Corporation, for failure to plead or otherwise defend in the above-captioned matter, as provided by Rule 55(a) of the Federal Rules of Civil Procedure. Plaintiff relies on the attached Certification of John J. McDermott, Esq. in support of this request.

Respectfully submitted,

LANGSAM STEVENS SILVER &
HOLLAENDER, LLP

Dated: November 11, 2023

By:  */s/ John J. McDermott*
John J. McDermott, Esq.
(jmcdermott@lssh-law.com)
65 South Main Street, Suite B102
Pennington, NJ 08534
Tel: (856) 727-0315
Fax: (215) 732-3260

GIBBS & BRUNS, LLP
Kathy D. Patrick, Esq.
(kpatrick@gibbsbruns.com)
Anthony N. Kaim, Esq.
Jorge M. Gutierrez, Esq.
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
Fax: (713) 750-0903

LANGSAM STEVENS SILVER &
HOLLAENDER, LLP
Larry D. Silver, Esq.
(lsilver@lssh-law.com)
1818 Market Street, Suite 2610
Philadelphia, PA 19103
Tel: (215) 732-3255
Fax: (215) 732-3260

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*