**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | ) |
| | ) Civil Action No. |
| | ) 2:18-cv-11273-MCA-LDW |
| Plaintiff, | ) |
| | ) Electronically Filed |
| v. | ) |
| | ) |
| 21ST CENTURY FOX AMERICA, INC., *et al.* | ) **CERTIFICATION OF** |
| | ) **JOHN J. MCDERMOTT, ESQUIRE** |
| Defendants/Third-Party Plaintiffs, | ) **IN SUPPORT OF OCCIDENTAL** |
| | ) **CHEMICAL CORPORATION'S** |
| v. | ) **REQUEST TO ENTER DEFAULT** |
| | ) **AGAINST DEFENDANT FOUNDRY** |
| PASSAIC VALLEY SEWERAGE | ) **STREET CORPORATION** |
| COMMISIONERS, *et al.*, | ) |
| | ) |
| Third-Party Defendants. | ) |
| | ) |

I, John J. McDermott, being of full age, hereby certify as follows:

1.      I am a partner with the law firm of Langsam Stevens Silver & Hollaender LLP co-counsel for Plaintiff, Occidental Chemical Corporation ("Plaintiff"), in this action.  I am admitted, practicing, and a member in good standing with the Bars of the State of New Jersey and of this Court.

2.      I submit this Certification pursuant to Fed. R. Civ. P. 55(a) in support of Plaintiff's Request to Enter Default pursuant to Fed. R. Civ. P. 55(a).

3.      Plaintiff filed a Complaint in the above-captioned matter against Defendants on June 30, 2018 (Dkt. 1).

4.      On July 11, 12, 23 and 30, 2018, a process server attempted to deliver the Complaint and Summons to Defendant Foundry Street Corporation by delivering a copy of the Complaint and Summons to Bancroft Service Corporation in accordance with Fed. R. Civ. P. 4(h)(1)(B). None of the four attempts were successful. On August 17, 2018, a copy of the Complaint and Summons were delivered to an agent of Foundry Street Corporation via certified mail, pursuant to Fed. R. Civ. P. 4(h)(1)(A), Fed. R. Civ. P. 4(e)(1) and N.J.R. 4:4(3)(a).  On October 1, 2018, Plaintiff filed the return of service for Defendant Foundry Street Corporation (Dkt. 286). True and correct copies of the attempted service and the return of service for the Complaint are attached hereto as Exhibit 1.

5.      Pursuant to the Court's Pre-Answer Scheduling Order (Dkt. 12), Defendant Foundry Street Corporation was required to serve an answer to the Complaint by November 30, 2018.

6.      As of the date of this Certification, Defendant Foundry Street Corporation has not filed an answer to the Complaint, and the time to do so has expired.

7.      Plaintiff requests the Entry of Default on the docket against Defendant Foundry Street Corporation.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 11, 2023                    _____*s/ John J. McDermott*_____
                                             JOHN J. MCDERMOTT, ESQUIRE

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**OCCIDENTAL CHEMICAL
CORPORATION,**
*Plaintiff*

V.          **SUMMONS IN A CIVIL CASE**

**21ST CENTURY FOX AMERICA, INC., ET
AL.,**
*Defendant*

CASE NUMBER: **2:18−CV−11273−JLL−JAD**

TO: *(Name and address of Defendant):*

Foundry Street Corporation

c/o Russo Law Firm, or any Officer, Managing or General Agent, 46 Dunbar
Street, Chatham, NJ 07928

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)
— or 60 days if you are the United States or a United States Agency, or an office or employee of
the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff
an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

John J. McDermott, Esq., ARCHER & GREINER, P.C., One
Centennial Square, Haddonfield, NJ 08033
Kathy D. Patrick, Esq., GIBBS & BRUNS, LLP, 1100 Louisiana,
Suite 5300, Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**LEROY DUNBAR**

(By) DEPUTY CLERK

**ISSUED ON 2018−07−02 09:49:58**, Clerk
USDC NJD

Case 2:18-cv-11273-MCA-LDW   Document 2340-1   Filed 11/11/23   Page 5 of 7 PageID: 66084
Case 2:18-cv-11273-JLL-JAD   Document 286   Filed 10/01/18   Page 2 of 4 PageID: 1216
Case 2:18-cv-11273-JLL-JAD   Document 4   Filed 07/02/18   Page 2 of 2 PageID: 219

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify) :_____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
               Date                   *Signature of Server*

                                      _____
                                      *Address of Server*

AFFIDAVIT
ATTACHED

Case 2:18-cv-11273-MCA-LDW   Document 2340-1   Filed 11/11/23   Page 6 of 7 PageID:
Case 2:18-cv-11273-JLL-JAD   Document 286   Filed 10/01/18   Page 3 of 4 PageID: 1217
66085

NO. 2:18-CV-11273

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | §<br>§ |
| | § |
| VS. | §<br>§ |
| | § |
| 21ST CENTURY FOX AMERICA, INC., ET AL. | §<br>§<br>§<br>§<br>§<br>§ |

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY NEWARK VICINAGE

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day **GERARDO ATILANO** personally appeared and stated under oath as follows:

My name is **GERARDO ATILANO**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.**

**On Friday August 03, 2018 at 10:45 AM – SUMMONS, ORIGINAL COMPLAINT, EXHIBIT A TO COMPLAINT, CIVIL COVER SHEET, CORPORATE DISCLOSURE STATEMENT, PROPOSED SCHEDULING ORDER, AND EXHIBIT A TO SCHEDULING ORDER, PRE-ANSWER SCHEDULING ORDER** came to hand.

**On Friday August 17, 2018 at 12:00 PM** - The above named documents were delivered to: **FOUNDRY STREET CORPORATION BY SERVING C/O RUSSO LAW FIRM, OR ANY OFFICER, MANAGING OR GENERAL AGENT @ 46 DUNBAR ST, CHATHAM, NJ 07928**, by **Service By Certified Mail (C).**

**SEE ATTACHED CERTIFIED MAIL GREEN CARD; RETURN RECEIPT REQUESTED.**

**FURTHER AFFIANT SAYETH NOT.**

**GERARDO ATILANO**
**PSC#9589 10/31/18**

**SWORN TO AND SUBSCRIBED** before me by **GERARDO ATILANO** appeared **on this** $\underline{23}$ **day of** $\underline{August}$ , **2018** to attest witness my hand and seal of office.

**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

**2018.08.312189**

MERCEDEZ M. TRISTAN
Notary Public, State of Texas
Comm. Expires 11-14-2020
Notary ID 129203333



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

CHATHAM, NJ 07928

| Certified Mail Fee | $3.45 | |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $13.35 | |
| Total Postage and Fees | $19.55 | |

7018 0040 0000 7160 4240

0010 11 AUG Postmark Here 2018 08/06/2018

Sent To FOUNDRY STREET CORP. C/O RUSSO LAW FIRM OR ANY OFFICER.
Street and Apt. No., or PO Box No. 46 DUNBAR ST
City, State, ZIP+4® CHATHAM NJ 07928

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From
Court Record Research, Inc.
PO Box 3796
Houston, TX 77253-3796

To
FOUNDRY STREET CORPORATION
C/O RUSSO LAW FIRM
OR ANY OFFICER, MANAGING OR GENERAL A(
46 DUNBAR STREET, CHATHAM, NJ 0792£

PS Form 3817, April 2007 PSN 7530-02-000-9065



U.S. POSTAGE PAID HOUSTON, TX 77002 AUG 06 18 AMOUNT



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X   ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: Foundry St. Corp. C/O Russo Law. OR ANY OFFICER. 46 DUNBAR st CHATHAM, NJ. 07928 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 9590 9402 4215 8121 7633 29 | 3. Service Type  ☐ Adult Signature  ☐ Adult Signature Restricted Delivery  ☐ Certified Mail®  ☐ Certified Mail Restricted Delivery  ☐ Collect on Delivery  ☐ Collect on Delivery Restricted Delivery  ☐ Priority Mail Express®  ☐ Registered Mail™  ☐ Registered Mail Restricted Delivery  ☐ Return Receipt for Merchandise  ☐ Signature Confirmation™  ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) 7018 0040 0000 7160 4240 | Mail  Mail Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt