**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION )<br><br>     Plaintiff,<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC., *et al.*<br><br>     Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>PASSAIC VALLEY SEWERAGE<br>COMMISSIONERS, *et al.*,<br><br>     Third-Party Defendants. | ) Civil Action No.<br>) 2:18-cv-11273-MCA-LDW<br>)<br>) Electronically Filed<br>)<br>)<br>) **CERTIFICATION OF**<br>) **JOHN J. MCDERMOTT, ESQUIRE**<br>) **IN SUPPORT OF OCCIDENTAL**<br>) **CHEMICAL CORPORATION'S**<br>) **REQUEST TO ENTER DEFAULT**<br>) **AGAINST DEFENDANT FOUNDRY**<br>) **STREET DEVELOPMENT, LLC**<br>)<br>)<br>) |

I, John J. McDermott, being of full age, hereby certify as follows:

1.     I am a partner with the law firm of Langsam Stevens Silver & Hollaender LLP co-counsel for Plaintiff, Occidental Chemical Corporation ("Plaintiff"), in this action.  I am admitted, practicing, and a member in good standing with the Bars of the State of New Jersey and of this Court.

2.     I submit this Certification pursuant to Fed. R. Civ. P. 55(a) in support of Plaintiff's Request to Enter Default against Defendant Foundry Street Development, LLC ("Foundry Street Development").

3.      Plaintiff filed a Complaint in the above-captioned matter against Defendants on June 30, 2018 (Dkt. 1) and an Amended Complaint against Defendants on June 29, 2021 (Dkt. 1247).

4.      On July 12, 2018, the Complaint and Summons were served on Defendant Foundry Street Development by delivering a copy of the Complaint and Summons to Bancroft Service Corporation in accordance with Fed. R. Civ. P. 4(h)(1)(B). On August 8, 2018, Plaintiff filed the return of service for Defendant Foundry Street Development, LLC (Dkt. 24). True and correct copies of the returns of service for the Complaint are attached hereto as Exhibit 1.

5.      Pursuant to the Court's Pre-Answer Scheduling Order (ECF No. 12), Defendant Foundry Street Development was required to serve an answer to the Complaint by November 30, 2018.

6.      As of the date of this Certification, Defendant Foundry Street Development, LLC has not filed an answer to the Complaint, and the time to do so has expired.

7.      Plaintiff requests the Entry of Default on the docket against Defendant Foundry Street Development, LLC.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 11, 2023                          _____s/ John J. McDermott_____
                                                  JOHN J. MCDERMOTT, ESQUIRE

**EXHIBIT 1**

Case 2:18-cv-11273-MCA-JAD Document 2341-4 Filed 11/11/23 Page 4 of 5 PageID: 66092
Case 2:18-cv-11273-JLL-JAD Document 4 Filed 07/03/18 Page 1 of 2 PageID: 248

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

OCCIDENTAL CHEMICAL
CORPORATION,
*Plaintiff*

<table>
<tr><td style="text-align:center">V.</td><td style="text-align:center"><strong>SUMMONS IN A CIVIL CASE</strong></td></tr>
</table>

21ST CENTURY FOX AMERICA, INC., ET
AL.,
*Defendant*

CASE NUMBER: 2:18-CV-11273-JLL-JAD

TO: *(Name and address of Defendant):*

Foundry Street Development, LLC

c/o Bancroft Service Corp., Red Clay Center at Little Falls, 2961 Centerville
Road, Suite 310, Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John J. McDermott, Esq., ARCHER & GREINER, P.C., One
Centennial Square, Haddonfield, NJ 08033
Kathy D. Patrick, Esq., GIBBS & BRUNS, LLP, 1100 Louisiana,
Suite 5300, Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**WILLIAM T. WALSH**
CLERK

**LEROY DUNBAR**
(By) DEPUTY CLERK

**ISSUED ON 2018-07-02 09:49:58**, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/11/2018 at 12:25 PM |
| NAME OF SERVER *(PRINT)* Granville Morris | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

XXXXX Served personally upon the defendant. Place where served: Foundry Street Development, LLC by delivering through Bancroft Service Corp. at Red Clay Center at Little Falls, 2961 Centerville Road, Suite 310, Wilmington, DE 19808

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

XXXXXX Name of person with whom the summons and complaint were left: Debbie Golansky, Authorized Agent

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify) : _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/12/2018
Date

*Signature of Server*
2500 Delaware Ave.

Wilmington, Delaware 19806-1220
*Address of Server*

I delivered SUMMONS IN A CIVIL CASE, COMPLAINT, EXHIBIT A TO COMPLAINT, CIVIL COVER SHEET, CORPORATE DISCLOSURE STATEMENT, PROPOSED SHEDULING ORDER, EXHIBIT A TO SCHEDULING ORDER

306744