# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

OCCIDENTAL CHEMICAL CORPORATION )

)  Civil Action No.
)  2:18-cv-11273-MCA-LDW
Plaintiff, )
)  Electronically Filed
v. )
)
21ST CENTURY FOX AMERICA, INC., *et al.* )  **OCCIDENTAL CHEMICAL**
)  **CORPORATION'S REQUEST TO**
Defendants/Third-Party Plaintiffs, )  **ENTER DEFAULT AGAINST**
)  **DEFENDANT SETON COMPANY,**
v. )  **INC.**
)
PASSAIC VALLEY SEWERAGE )
COMMISSIONERS, *et. al.,* )
)
Third-Party Defendants. )

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter upon the docket the default of Defendant Seton Company, Inc. for failure to

plead or otherwise defend in the above-captioned matter, as provided by Rule 55(a) of the Federal

Rules of Civil Procedure. Plaintiff relies on the attached Certification of John J. McDermott, Esq.

in support of this request.


Respectfully submitted,

LANGSAM STEVENS SILVER &
HOLLAENDER, LLP

Dated: November 11, 2023         By: */s/ John J. McDermott*
John J. McDermott, Esq.
(jmcdermott@lssh-law.com)
65 South Main Street, Suite B102
Pennington, NJ 08534
Tel: (856) 727-0315
Fax: (215) 732-3260

GIBBS & BRUNS, LLP
Kathy D. Patrick, Esq.
(kpatrick@gibbsbruns.com)
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
Fax: (713) 750-0903

LANGSAM STEVENS SILVER &
HOLLAENDER, LLP
Larry D. Silver, Esq.
(lsilver@lssh-law.com)
1818 Market Street, Suite 2610
Philadelphia, PA 19103
Tel: (215) 732-3255
Fax: (215) 732-3260

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*