**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION )<br><br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>21ST CENTURY FOX AMERICA, INC., *et al.* )<br>)<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>PASSAIC VALLEY SEWERAGE )<br>COMMISSIONERS, *et al.,* )<br>)<br>Third-Party Defendants. )<br>) | Civil Action No.<br>2:18-cv-11273-MCA-LDW<br><br>Electronically Filed<br><br>**CERTIFICATION OF**<br>**JOHN J. MCDERMOTT, ESQUIRE**<br>**IN SUPPORT OF OCCIDENTAL**<br>**CHEMICAL CORPORATION'S**<br>**REQUEST TO ENTER DEFAULT**<br>**AGAINST DEFENDANT SETON**<br>**COMPANY, INC.** |

I, John J. McDermott, being of full age, hereby certify as follows:

1.      I am a partner with the law firm of Langsam Stevens Silver & Hollaender LLP, co-counsel for Plaintiff, Occidental Chemical Corporation ("Plaintiff"), in this action.  I am admitted, practicing, and a member in good standing with the Bars of the State of New Jersey and of this Court.

2.      I submit this Certification pursuant to Fed. R. Civ. P. 55(a) in support of Plaintiff's Request to Enter Default against Defendant Seton Company, Inc. ("Seton").

3.      Plaintiff filed a Complaint in the above-captioned matter against Defendants on June 30, 2018 (Dkt. 1) and an Amended Complaint against Defendants on June 29, 2021 (Dkt. 1247).

4. On June 21, 2019, Defendant Seton filed a Motion for Cole Schotz P.C. to Withdraw as Counsel (Dkt. 634). On August 27, 2019, counsel for Defendant Seton represented to the Court that Defendant Seton had been advised of the consequences of the withdrawal of counsel, including the potential entry of default, but "is not continuing in any way" to participate in this matter (Dkt. 752 at 6:4-7:8).

5. On August 27, 2019, the Court granted Defendant Seton's Motion for Cole Schotz P.C. to Withdraw as Counsel (Dkt. 750). The Court's Order required Defendant Seton to file appearances of new counsel within thirty (30) days.

6. As of the date of this Certification, Defendant Seton has not filed appearances of new counsel nor otherwise defended itself in this matter.

7. Defendant Seton is a corporation that is not represented by licensed counsel.

8. Plaintiff requests the Entry of Default on the docket against Defendant Seton Company, Inc.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2023

_s/ John J. McDermott_
JOHN J. MCDERMOTT, ESQUIRE