Diana L. Buongiorno, Esq. (027741999)
Michael S. Spinello, Esq. (273932018)
Chisea Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 070568
(973) 325-1500
*Attorneys for Defendant/Third Party Plaintiff Curtiss-Wright Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC.., et al.,<br><br>Defendants. | DOCKET NO. 2:18-cv-11273-MCA-LDW<br><br>Civil Action<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael S. Spinello, Esq. hereby enters his appearance in this case as counsel on behalf of defendant Curtiss-Wright Corporation and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

> Michael S. Spinello, Esq.
> Chiesa Shahinian & Giantomasi PC
> 105 Eisenhower Parkway
> Roseland, New Jersey 07068
> Tel:    973-530-2234
> E-Mail: mspinello@csglaw.com

Dated: April 24, 2024          /s/ Michael S. Spinello
                               Michael S. Spinello, Esq.
                               CHIESA SHAHINIAN & GIANTOMASI PC