**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
*Attorneys for MI Holdings, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY FOX AMERICA, INC., et al.,<br><br>Defendants. | Civil Action No. 2:18-cv-11273-MCA-LDW<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR MI HOLDINGS, INC.** |

**PLEASE TAKE NOTICE,** that on May 5, 2026, or as soon thereafter as counsel may be heard, FBT Gibbons LLP[1] hereby will move before the Honorable Magistrate Judge Leda D. Wettre pursuant to Local Civil Rule 102.1 for an Order withdrawing its appearance as counsel for MI Holdings, Inc. ("MIH") in this case.

**PLEASE TAKE FURTHER NOTICE,** that the Motion herein requests the withdrawal of all attorneys from FBT Gibbons LLP that have appeared in this case on behalf of MIH: Adam Arnold, William S. Hatfield, Camille V. Otero, and Matthew J. Sinkman.

**PLEASE TAKE FURTHER NOTICE,** that a Memorandum of Law in Support, the Certification of Camille V. Otero in Support, and a proposed Order are attached herewith.

---

[1] FBT Gibbons LLP was formerly known as Gibbons P.C. Because this case is marked as closed, this name change is not reflected on the docket.

FBT GIBBONS LLP

By:     */s/ Camille V. Otero*
        Camille V. Otero
        One Gateway Center
        Newark, New Jersey 07102-5310
        (973) 596-4500
        cotero@fbtgibbons.com
        *Attorneys for MI Holdings, Inc.*

April 10, 2026

-2-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 10, 2026, the foregoing Notice of Motion to Withdraw as Counsel for MI Holdings, Inc. was served upon (1) all counsel of record via the CM/ECF Electronic filing system of the United States District Court for the District of New Jersey, and (2) the Hon. Melanie L. Cyganowski (Ret.) via email and FedEx.

FBT GIBBONS LLP

By:     */s/ Camille V. Otero*
Camille V. Otero
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
cotero@fbtgibbons.com
*Attorneys for MI Holdings Inc.*

April 10, 2026

-3-

G005593.G098890   4908-4453-3649v1