**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
*Attorneys for MI Holdings, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> 21ST CENTURY FOX AMERICA, INC., et al., <br><br> Defendants. | Civil Action No. 2:18-cv-11273-MCA-LDW <br><br> **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR MI HOLDINGS, INC.** |

Upon consideration of the Motion to Withdraw as Counsel for MI Holdings, Inc. ("MIH"), the Memorandum of Law in Support, and the Certification of Camille V. Otero in Support, the Court hereby Orders that the appearance of FBT Gibbons LLP as counsel for MIH in this case is hereby withdrawn.[1]

**IT IS SO ORDERED.**

Dated: _____

By: _____
The Honorable Leda D. Wettre
United States Magistrate Judge

---

[1] The withdrawal includes all attorneys from FBT Gibbons LLP that have appeared in this case on behalf of MIH: Adam Arnold, William S. Hatfield, Camille V. Otero, and Matthew J. Sinkman. FBT Gibbons LLP was formerly known as Gibbons P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, the foregoing [Proposed] Order Granting Motion to Withdraw as Counsel for MI Holdings, Inc. was served upon (1) all counsel of record via the CM/ECF Electronic filing system of the United States District Court for the District of New Jersey, and (2) the Hon. Melanie L. Cyganowski (Ret.) via email and FedEx.

FBT GIBBONS LLP

By:    */s/ Camille V. Otero*
       Camille V. Otero
       One Gateway Center
       Newark, New Jersey 07102-5310
       (973) 596-4500
       cotero@fbtgibbons.com
       *Attorneys for MI Holdings, Inc.*

April 10, 2026

-2-